UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80068-CR-ROSENBERG

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

KEVIN RAPHAEL BULLY,

        Defendant.
_____/

## JUDGMENT OF ACQUITTAL

**THE DEFENDANT, Kevin Raphael Bully,** having been tried by a jury of his peers at the United States Courthouse, West Palm Beach, was found not guilty on February 11, 2016 as to count 8ss, of the charges alleged in the Second Superseding Indictment. For that reason, it is

**ORDERED AND ADJUDGED** as follows:

1. The Defendant, Kevin Raphael Bully, having been found not guilty by a jury of his peers is hereby **ACQUITTED as to Count 8ss** of the Second Superseding Indictment.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 30th day of March, 2016.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc: U.S. Marshals
    U.S. Probation
    Financial Section