UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80068-CR-ROSENBERG

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

KEVIN RAPHAEL BULLY,

      Defendant.

_____/

## DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT

The defendant Kevin Bully, through counsel, objects as follows:

1)      Paragraphs 3 – 21: Mr. Bully denies the facts alleged in those paragraphs and maintains his innocence of the charges.

2)      Paragraphs 22 and 39: Mr. Bully denies that he was a leader or organizer of a conspiracy involving five or more individuals. Additionally, Mr. Bully denies that he is responsible for eight kilograms of Alpha-PVP, two kilograms of ethylone, 56.5 grams of heroin, and 338.3 grams of Alprazolam.

3)      Paragraph 29: Mr. Bully denies that he should be held responsible for the listed drug quantities.

4)      Paragraph 31: Mr. Bully objects to the arbitrary ratio of Alpha-PVP to marijuana.

5)      Paragraph 32: Mr. Bully objects to the arbitrary ration of ehtylone to marijuana.

6)      Paragraph 37:  Mr. Bully objects to an enhancement for possession of a dangerous weapon.

7)      Paragraph 42:  Mr. Bully denies that he qualifies as a career offender under U.S.S.C. § 4B1.1(a).  Specifically, he denies that the prior convictions listed are qualifying crimes of violence or controlled substance offenses.

8)      Paragraph 63:  Mr. Bully denies that he used or possessed a firearm during the underlying offense.

9)      Paragraph 79:  Mr. Bully denies the allegations.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:     s/Fletcher Peacock
        Fletcher Peacock
        Assistant Federal Public Defender
        Florida Bar No. 441996
        109 North Second Street
        Fort Pierce, Florida 34950
        Tel:  772-489-2123
        Fax: 772-489-3997
        E-Mail: Fletcher_Peacock@fd.org

2

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on April 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Fletcher Peacock,* AFPD
Fletcher Peacock

<u>SERVICE LIST</u>

**UNITED STATES v. KEVIN RAPHAEL BULLY**
**Case No. 15-80068-CR-ROSENBERG**
**United States District Court, Southern District of Florida**

**Fletcher Peacock**
**Fletcher_Peacock@fd.org**
**Assistant Federal Public Defender**
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for Kevin Raphael Bully
Notices of Electronic Filing

**Lothrop Morris**
**lothrop.morris@usdoj.gov**
**Assistant United States Attorney**
United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401
Tel:  561-820-8711
Fax: 561-820-8777
Notice of Electronic Filing