1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                      WEST PALM BEACH DIVISION

3                  CASE NO. 15-CR-80068-ROSENBERG

4
     **UNITED STATES OF AMERICA,**       .
5                                        .
     Plaintiff,                          .
6                                        .
              vs.                        .
7                                        .
     **KEVIN RAPHAEL BULLY,**            .  West Palm Beach, FL
8                                        .  April 19, 2016

9    Defendant.                          .

10
                 TRANSCRIPT OF SENTENCING PROCEEDINGS
11           BEFORE THE HONORABLE ROBIN L. ROSENBERG
                    UNITED STATES DISTRICT JUDGE
12

13

14   APPEARANCES:

15
     FOR THE PLAINTIFF:          **LOTHROP MORRIS**
16                               United States Attorney's Office
                                 500 S. Australian Avenue
17                               Suite 400
                                 West Palm Beach, FL 33401
18                               561-820-8711

19   FOR THE DEFENDANTS:         **FLETCHER PEACOCK, ESQ.**
                                 Federal Public Defender's Office
20                               109 North 2nd Street
                                 Fort Pierce, FL 34950
21                               772-489-2123

22
     Official Court Reporter:    Pauline A. Stipes
23                               Fort Pierce/West Palm Beach
                                 772-467-2337
24                               HON. ROBIN L. ROSENBERG

25

INDEX

**THOMAS DiBERARDINO**

Direct Examination by Mr. Morris          Page 13

**JORDAN TRECKI**

Direct Examination by Mr. Morris          Page 36

**REGINA CLAXTON**

**Direct Examination by Mr. Morris          Page 56**

Cross Examination by Mr. Peacock          Page 64

1          *THE COURT:*  Okay, we are here this morning on United

2    States of America versus Kevin Raphael Bully, for the

3    sentencing in Case Number 15-CR-80068.

4          If we could have all counsel state their appearance

5    for the record.

6          *MR. MORRIS:*  Lothrop Morris, with Regina Claxton from

7    DEA.

8          *MR. PEACOCK:*  Fletcher Peacock on behalf of Mr. Bully,

9    who is also present before the Court.

10         *THE COURT:*  Good morning.  Probation.

11         *THE PROBATION OFFICER:*  Sheila Parsons, United States

12   Probation Office.

13         *THE COURT:*  All right.  We are here on the sentencing

14   of Mr. Bully.

15         By way of background, on February 11, 2016, Mr. Bully

16   was found guilty following a trial by jury of Counts 1 through

17   7 of the second superseding indictment.  Mr. Bully was

18   acquitted of Count 8, and a judgment of acquittal was entered

19   at Docket Entry 174.

20         He was found guilty of Count 1, conspiracy to possess

21   with intent to distribute a-PVP, a/k/a Flakka, in violation of

22   21 United States Code Section 846 and 841(a)(1), (b)(1)(C).

23         He was found guilty of Count 2, attempt to possess

24   with intent to distribute a-PVP, a/k/a Flakka, 21 United States

25   Code Section 846 and 841(a)(1), (b)(1)(C).

```
 1            He was found guilty of Count 3, conspiracy to import
 2   into the United States a Schedule I narcotic controlled
 3   substance, Title 21 United States Code, Sections 963, 952(a)
 4   and 960(b)(3).
 5            He was found guilty of Count 4, attempted importation
 6   into the United States a-PVP, a/k/a Flakka, a Schedule I
 7   controlled substance, in violation of Title 21 U.S.C. 963,
 8   952(a) and 960(b)(3).
 9            He was found guilty of Count 5, possession with intent
10   to distribute a controlled substance, heroin, 21 U.S.C.
11   841(a)(1), (b)(1)(C).
12            He was found guilty of Count 6, possession with intent
13   to distribute a controlled substance, alprazolam, 21 U.S.C.
14   841(a)(1), (b)(1)(C).
15            He was found guilty of Count 7, felon in possession of
16   a firearm in violation of Title 18 United States Code 922(g)(1)
17   and 924(a)(2).
18            Upon acceptance of the jury's verdict, the Court did
19   adjudge Mr. Bully guilty of Counts 1 through 7, ordered a
20   Pre-Sentence Investigation Report and sentence was set for
21   today's date, Docket Entry 180.
22            Has the Government had an opportunity to receive and
23   review the Pre-Sentence Report?
24            MR. MORRIS:  Yes.
25            THE COURT:  Mr. Peacock, have you reviewed the Pre
```

1    Sentence Report?

2            MR. PEACOCK:  Yes, ma'am.

3            THE COURT:  Is there any reason not to continue with

4    the sentence today?

5            MR. PEACOCK:  Yes.  I filed a motion for continuance.

6            THE COURT:  The Court reviewed it and denied that

7    motion.

8            MR. PEACOCK:  The Government intends to go forward

9    with forensic evidence in regard to the chemical nature and

10   chemical properties of the substance at hand, Methcathinone and

11   alpha-PVP.  I received notice of the expert on the 7th of this

12   month, and I have not had sufficient opportunity or time to

13   obtain an expert to review the Government expert's opinions.

14           It is a very complicated field, Your Honor.  This is

15   not a simple issue.  I do not have a chemistry background or

16   pharmacological background, these are complicated matters for

17   me to absorb.

18           For me getting an expert who is proficient in these is

19   a task in and of itself.

20           I also do not have at this time a report or a synopsis

21   of the opinion of Government expert Dr. Trecki.  Trecki is the

22   name.

23           THE COURT:  Yes.  The Government has filed two

24   summaries of expert testimony, I believe one is Docket Entry

25   178, and refers to the expert by the name of Dr. Trecki,

1    pharmacologist, United States Drug Enforcement Administration,

2    and in addition, 181, a summary of expert testimony by Dr.

3    DiBerardino, who is Thomas DiBerardino, who is a drug

4    specialist with the United States Department of Justice, and

5    those were filed April 11th.

6             MR. PEACOCK:  Yes, ma'am.  I will tell the Court, I

7    think there is an extremely large amount of Jencks material

8    which would be involved in this testimony, which I have seen

9    none.

10            I think these gentlemen have testified fairly often

11   for the Government on this topic, so I am not prepared to go

12   forward.

13            THE COURT:  Have you endeavored to obtain expert

14   witnesses since you learned of the experts?

15            MR. PEACOCK:  I have located two potential experts,

16   they have not gotten back to me about availability.  I doubt

17   that they would be available on such short notice for today's

18   hearing.

19            There is one doctor at Florida State University who I

20   would be inclined to use, and there is another at the

21   University of Wisconsin, but I have not had the opportunity

22   to -- and as Your Honor knows, I had five proceedings before

23   you on Friday, and there has not been enough time in the day to

24   get that all done.

25            THE COURT:  Okay.

1          Any response from the Government?

2          *MR. MORRIS:*  Yes, Your Honor.  Mr. Peacock filed his

3     objections back in April, April 1st.  Obviously he considered

4     this issue prior to filing the objection.  He filed an

5     objection which was launched primarily at the issue that the

6     Government has the burden, which is the comparison ratio.

7          To say he didn't know this was I an issue that he

8     couldn't prepare for is a bit of a stretch because he filed an

9     objection based primarily on that.

10          He could have been looking for an expert for a long

11    time before this, he knew this was coming.  This is an issue in

12    these cases, it is the Government's burden, he was aware of

13    that, and frankly, I think the fact that he didn't do anything

14    about it, the Government shouldn't be prejudiced.

15          We have our experts, we flew them down from Washington

16    at great expense, they are prepared to go forward.  This is an

17    issue presented in front of many Courts.

18          We know what Defense's argument is, you know, we were

19    prepared.  In fact, I offered to stipulate, if he had brought a

20    Defense expert, that the Defense expert would say they have

21    sort of a Defense case about the Pyrrolidinovalerophenone.

22    Everybody knows pretty much what it is.

23          So, I think -- frankly, we are prepared to stipulate

24    if he had an expert that that expert would say that the

25    comparator in this particular case would be

1    Pyrrolidinovalerophenone rather than Methcathinone, alpha-PVP.

2              But we think it is a legal issue, not so much a

3    factual issue.  We do have to put forward facts, but at the end

4    of the day, we believe it is a legal issue.

5              *THE COURT:*  Having heard argument from both sides, the

6    Court is not going to change its previous ruling.

7              The Court will proceed with the sentencing, the

8    witness is here.  It is going to proceed hearing from the

9    witnesses, and hearing the objections, and will hear again

10   after the witnesses have presented their testimony as to what

11   it is that Defense would proffer as to what its experts would

12   say.

13             The Court will factor that in as to whether at that

14   point, after the Court has begun the proceeding, whether it

15   should be carried over for any additional time to remain open

16   for Defense to present any additional evidence.

17             But I am going to go forward with what the Government

18   has and allow for examination of witnesses and any

19   cross-examination.  And we will allow you to raise any added

20   concerns once you have heard the testimony, Mr. Peacock, about

21   what it is having -- to anticipate having your witness to

22   testify to, and the Court will give one further opportunity for

23   you to make a motion for a continuance, but we will proceed

24   today.

25             The Court will note there were objections to the

1    Pre-Sentence Report.

2            I do note that, absent the objections, and we will get

3    to the objections in a moment, that the Pre-Sentence Report --

4    the Probation Office has calculated a total offense level 38,

5    criminal history category VI, range of custody 360 months to

6    life.  Probation is ineligible.  Supervised release is three

7    years to life, a fine of 25,000 to $6 million.  Restitution is

8    not applicable, and a special assessment has been calculated at

9    $700.

10           Is it the Government's position that is the accurate

11   calculation of the guidelines?

12           MR. MORRIS:  Yes, it is, Your Honor.

13           THE COURT:  Is it Defense's position, absent the

14   objections, to the extent the objections are not sustained,

15   that that is an accurate calculation of the guidelines?

16           MR. PEACOCK:  Well, Your Honor, I have filed

17   objections to those portions which I think are not correct, so

18   I guess I would answer in the affirmative.

19           THE COURT:  Okay.  In reviewing your objections, they

20   appear at Docket Entry 175, they appear to be categorized as

21   best I can tell into the following areas of objection.

22           There are the objections to paragraphs 3 through 21,

23   offense conduct, so objections to the factual basis that

24   supports the offense conduct.

25           There are objections at paragraphs 22 and 39 that

 1    relate to whether Mr. Bully is in fact a leader or organizer of

 2    a conspiracy so as to receive enhancement as a leader, and then

 3    there are objections at paragraphs 29, 31, 32, that relate to

 4    the ratio of the alpha-PVP to marijuana.

 5          That is in paragraph 31, and then in paragraph 32, to

 6    the arbitrary ratio of ethylone to marijuana, and then in

 7    addition, paragraph 29, that he should not be held responsible

 8    for the listed drug quantities.

 9          You additionally object to enhancement for possession

10    of a dangerous weapon.  You object to 42, that he qualifies as

11    a career offender under the guidelines 4B1.1(a), and lastly,

12    paragraph 63, as to whether he used or possessed a firearm

13    during the underlying offense.

14          Does that accurately describe the nature of the

15    objections?

16          MR. PEACOCK:  Yes, ma'am.

17          THE COURT:  Is there anything you want to add before I

18    turn it over to the Government which has the burden to prove

19    each of the areas in which -- by a preponderance of the

20    evidence each of the areas to which you have objected?

21          Anything you want to add to the summary of objections

22    and that which you reviewed in Docket Entry 175 and which also

23    is contained in the addendum to the Pre-Sentence Report that is

24    at 180-1?

25          MR. PEACOCK:  No, Your Honor, just a question.  Do you

```
 1    want to proceed numerically by the objections as they are

 2    listed?

 3              THE COURT:  Yes.

 4              MR. PEACOCK:  Very well.

 5              THE COURT:  Turning to the Government, it is the

 6    Government's burden to show by a preponderance that which

 7    supports your position in opposition to the objections filed by

 8    the Defendant.

 9              MR. MORRIS:  Correct, Your Honor.

10              As an initial matter, I want to give the Court an

11    exhibit list.

12              Hopefully we will move through most of this quickly,

13    but I think it would be helpful for the Court to have.

14              THE COURT:  Okay.

15              Give a copy to Defense as well.

16              MR. MORRIS:  Yes.

17              THE COURT:  And the Court Reporter, Mrs. Stipes.

18              MR. MORRIS:  Your Honor, I don't know if there is

19    going to be an objection to this.  We have two PowerPoint

20    presentations, one for each expert witness, and we have turned

21    them over to Mr. Peacock.

22              I don't know if he has an objection to the use of

23    them.

24              So, no objection.

25              What that will do, if you look at the exhibit list,
```

```
1     Exhibits 1 through 11, those were taken -- slides that were
2     taken from the PowerPoint.  We are going to ignore those, it is
3     going to come in through the actual PowerPoint which is
4     Exhibits 18 and 19.
5          So it will be 18 for Dr. DiBerardino.
6          THE COURT:  So, no objection to Exhibits 18 and 19
7     from Defense?
8          MR. PEACOCK:  Your Honor, I may have objections as we
9     progress, but I don't have an objection to the use of a
10    PowerPoint.
11         THE COURT:  All right.  They won't be marked as
12    admitted.  PowerPoints are for demonstrative purposes only.
13         MR. MORRIS:  Yes.
14         THE COURT:  You are not seeking to have them in
15    evidence?
16         MR. MORRIS:  No.
17         With that, the United States will call Dr.
18    DiBerardino.
19         THE COURT:  Are you going into the ratio of these
20    drugs first?  We'll address the objections as they are listed
21    in the Defendant's objections preceding those objections.  We
22    have objections to the underlying facts of the offense conduct,
23    3 through 21, and 39, as far as leader.
24         Do you want to get into those first?
25         MR. MORRIS:  Now it sounds like we are doing it
```

```
 1   backwards.  I like to put on expert witnesses first because it
 2   frees them up.
 3          The way I will present the factual issues that are in
 4   dispute would be through the case agent, and that would be the
 5   way I would like to handle it.
 6          THE COURT:  Okay.  Which witness are you calling
 7   first?
 8          MR. MORRIS:  Dr. DiBerardino.  The first witness is
 9   focusing primarily on the first element, which is the chemical
10   or molecular structure of alpha-PVP as well as it alone.
11          THE COURT:  All right.  Swear the witness in.
12          THOMAS DIBERARDINO, GOVERNMENT'S WITNESS, SWORN
13          THE COURTROOM DEPUTY:  State your name for the record,
14   spelling your last name.
15          THE WITNESS:  Thomas DiBerardino,
16   D-I-B-E-R-A-R-D-I-N-O.
17          Good morning, Your Honor.
18          THE COURT:  Good morning.  How long do you anticipate
19   on direct with this witness so we can get an estimate?
20          MR. MORRIS:  15 to 20 minutes.
21          THE COURT:  I will let you know when 20 minutes is up.
22          Counsel may proceed.
23   BY MR. MORRIS:
24   Q.  Mr. DiBerardino, would you tell us where you got your
25   Ph.D.?
```

```
 1    A.  City University of New York.

 2    Q.  How long have you been employed at DEA?

 3    A.  22 years.

 4    Q.  What are your duties at DEA?

 5    A.  My main responsibility is to look at chemical structures

 6    and look at them under the Controlled Substances Act.

 7    Q.  In your current capacity, do you give opinions to determine

 8    the similarity of the controlled substances?

 9    A.  Yes.

10    Q.  Are you familiar with the United States Sentencing

11    Guidelines?

12    A.  Yes.

13    Q.  Are you familiar with the drug equivalency tables in the

14    United States Sentencing Guidelines?

15    A.  Yes.

16    Q.  Are you familiar with the substances listed in the tables?

17    A.  Yes.

18    Q.  Is part of your job to render opinions and make comparisons

19    on drugs that are listed in the tables?

20    A.  Yes.

21         MR. MORRIS:  At this time we tender Dr. DiBerardino as

22    a forensic chemist who does compare controlled substances,

23    those comparisons of controlled substances.

24         THE COURT:  Any objection to Dr. DiBerardino being

25    qualified in the area as a forensic chemist who compares
```

1      controlled substances?

2              MR. PEACOCK:  Yes, ma'am.  We haven't heard anything

3      about his prior testimony as an expert on behalf of DEA, we

4      haven't heard anything about his publishing, giving

5      presentations.

6              THE COURT:  Do you want to voir dire him or lay a

7      foundation?

8              MR. MORRIS:  I will let him voir dire.

9              THE COURT:  Okay.

10                       **VOIR DIRE EXAMINATION**

11     BY MR. PEACOCK:

12     Q.  Doctor?

13     A.  DiBerardino.

14     Q.  Yes, sir, thank you.

15         Doctor, you indicated you got your Ph.D. at City University

16     in New York?

17     A.  Correct.

18     Q.  What was that in?

19     A.  Chemistry.

20     Q.  What type of chemistry?

21     A.  Polymer chemistry.

22     Q.  What is polymer chemistry?

23     A.  The study of organic chemistry, application of organic

24     chemistry to large molecules.

25     Q.  What do you mean?

1   *A.*   Polymers are formed when small molecules are joined

2   together to create very large molecules.

3       Some examples would be nylon, rubber, cotton, plastics.

4   *Q.*   In getting your Ph.D. in polymer chemistry, did you publish

5   papers in that field?

6   *A.*   There was at least one publication.

7   *Q.*   What was your thesis written on?

8   *A.*   What was it written on?

9   *Q.*   Yes.  What was the topic?

10  *A.*   Charged transfer in polymeric systems.

11  *Q.*   What is that in laymen's language?

12  *A.*   It is the study of using large molecular matrixes for

13  electronic charges.

14  *Q.*   Okay.

15      Did that relate to pharmacology in any way?

16  *A.*   It has applications in terms of some -- some medicinals.

17  There are patches you put on the skin, polymers are involved

18  with those patches, but my research had no application to that

19  specifically.

20  *Q.*   Okay.

21      Would I be safe in saying that wasn't in the field of

22  pharmaceuticals or the effects of pharmaceuticals?

23  *A.*   You would be safe in saying that.

24  *Q.*   Thank you.  It didn't involve the structure of

25  pharmaceuticals?

1   *A.* No.

2   *Q.* Did your thesis involve the interaction between chemicals

3   and humans?

4   *A.* No.

5   *Q.* Now, you are being offered as an expert on the chemical

6   structure and chemical similarities of illegal drugs, correct?

7   *A.* Correct.

8   *Q.* Where do you derive an expertise in that field?

9   *A.* 22 years of experience with he Drug Enforcement

10  Administration.

11  *Q.* Did you learn on the job?

12  *A.* Yes.

13  *Q.* So, when you went to DEA, what were you hired for?

14  *A.* I was hired as a chemist.

15  *Q.* To do what?

16  *A.* Study chemical structures of substances and make

17  comparisons so we could determine controlled statutes under the

18  Controlled Substances Act.

19  *Q.* Are you in the same position you were in when you were

20  hired?

21  *A.* Yes.

22  *Q.* So, by the way, it will be 22 years in November of this

23  year, correct?

24  *A.* November -- honestly -- yes, I believe.

25  *Q.* November of '94, right?

1          MR. MORRIS:  Your Honor, I object to the relevance of

2     this.

3          THE COURT:  Well, the witness can answer if you are

4     able to, if you recall.

5          THE WITNESS:  I thought it was February, to tell you

6     the truth, it could be November, I just don't remember.

7     BY MR. PEACOCK:

8     Q.  Okay.

9          Now, have you published any materials on the comparison of

10    illegal substances?

11    A.  No, I do not publish in my current position.

12    Q.  I'm sorry?

13    A.  I do not publish in my current position.

14    Q.  Have you given any presentations on the comparison of

15    illegal drug substances?

16    A.  I have.

17    Q.  To whom?

18    A.  To law enforcement personnel.

19    Q.  When was the last time you presented?

20    A.  It was a very long time ago, I don't even remember.

21    Q.  Like years?

22    A.  Oh, yeah.

23    Q.  Decades?

24    A.  Decades -- maybe ten years ago.

25    Q.  Now, you've indicated you work for the Drug Enforcement

```
 1   Administration.  Do you work for anyone else?
 2   A.  No.
 3   Q.  So your sole living is working for the Drug Enforcement
 4   Administration?
 5   A.  Correct.
 6   Q.  They pay you a salary, correct?
 7   A.  Yes.
 8   Q.  They have paid you a salary since 1994?
 9   A.  Yes.
10        THE COURT:  Okay, general cross-examination questions,
11   wait for your cross.
12        Anything more on his area of expertise that you wanted
13   to elicit?
14        MR. PEACOCK:  Yes, there is, Judge.  I did go afield
15   there.
16   BY MR. PEACOCK:
17   Q.  How often have you testified on behalf of the Drug
18   Enforcement Administration as an expert in the comparison of
19   illegal substances?
20   A.  Over ten times, I am not sure of the exact number, to tell
21   you the truth, maybe 12, this might be the 13th, around there.
22   Q.  Was that in Federal Court?
23   A.  Yes -- actually, I think there was one in a civil court,
24   may have been State Court.
25   Q.  When is the last time you testified in Federal Court?
```

1    *A.*  Just last week, actually.

2    *Q.*  And that was in a criminal case?

3    *A.*  That was a sentencing hearing such as this.

4          *MR. PEACOCK:*  Thank you, sir.

5          *THE COURT:*  Okay.  The Court finds that Mr.

6    DiBerardino is qualified to testify in this proceeding as an

7    expert given his background that includes, among other things,

8    his Ph.D. in chemistry, that he has been at the DEA for

9    approximately 22 years, his learning has been on the job, that

10   is, as a chemist to study chemical structures of drugs and make

11   comparisons of drugs and the drug quantity tables.

12         And given over approximately 13 times of expert

13   testimony in court in proceedings similar to this one, the

14   Court finds he qualifies to testify as an expert in the area he

15   is being offered.

16         The Government may proceed.

17         *MR. MORRIS:*  Thank you, Your Honor.

18   *BY MR. MORRIS:*

19   *Q.*  Now, you are aware this case involves a drug called

20   alpha-PVP, also known as Flakka?

21   *A.*  Correct.

22   *Q.*  Are you familiar with that substance?

23   *A.*  Yes.

24   *Q.*  Did you prepare a PowerPoint presentation?

25   *A.*  Yes.

```
 1   Q.  Do you know this case involves ethylone?

 2   A.  Yes.

 3   Q.  Are you familiar with that substance?

 4   A.  Yes.

 5   Q.  Did you prepare a PowerPoint as well on ethylone?

 6   A.  Yes.

 7            MR. MORRIS:  We would like to start with the

 8   PowerPoint presentation, we need the Court to publish this.

 9   Generally, I guess, we will start with the PowerPoint and

10   publish it as we go.

11            THE COURT:  Where is that going to be shown?

12            MR. MORRIS:  Would you like it to be limited to the

13   Court, Defense and witness?  And we can determine whether or

14   not the there is an objection to the slide.

15            THE COURT:  That is fine.  I am not sure -- physically

16   where is it going to be showing up?

17            MR. MORRIS:  It will be on the screen.

18            THE COURT:  Why don't you begin with the background of

19   the witness, and we'll utilize the technology -- you can use

20   the PowerPoint as an add-in, eliciting the testimony if and

21   when we can get it up on the screen.  We can do that.

22            MR. MORRIS:  That is fine.

23            In the meantime, we could use the ELMO as a starting

24   point.  Do you want to do that?

25
```

Pauline A. Stipes, Official Federal Reporter

1    *BY MR. MORRIS*:

2    *Q.*  We will start with alpha-PVP?

3    *A.*  Okay.

4    *Q.*  With respect to alpha-PVP, are you familiar with its

5    chemical structure?

6    *A.*  Yes.

7    *Q.*  Do you know if that particular drug is listed on the drug

8    equivalency tables in the United States Sentencing Guidelines?

9    *A.*  It is not listed.

10   *Q.*  Have you had the opportunity to prepare the chemical

11   structure of alpha-PVP with the list of drugs in the

12   equivalency tables?

13   *A.*  Yes.

14   *Q.*  Do you have an opinion whether or not alpha-PVP has a

15   chemical structure similar to a controlled substance, a

16   schedule I and schedule II substance in the equivalency tables?

17   *A.*  Yes.

18   *Q.*  Which substance is your opinion most similar to?

19   *A.*  Methcathinone.

20        *THE COURT:*  Say that again.

21        *THE WITNESS:*  Methcathinone.

22        *MR. MORRIS:*  Some of these spellings are going to be

23   difficult, but hopefully the PowerPoint will help us out with

24   that.

25        *THE COURT:*  Okay, it is showing now.

Pauline A. Stipes, Official Federal Reporter

```
 1              THE WITNESS:  I don't have it on mine.

 2              MR. MORRIS:  I do see it on mine.

 3              THE WITNESS:  It just appeared.

 4              THE COURT:  Mr. Peacock, do you have it?

 5              MR. PEACOCK:  I have something, I don't know what it

 6    is.

 7              THE COURT:  Does it say Introduction to Chemical

 8    Structures at the top?

 9              MR. PEACOCK:  Yes.

10              THE COURT:  Okay.

11              MR. MORRIS:  Is there an objection?  I would like to

12    know.

13              THE COURT:  Any objection, Mr. Peacock?

14              MR. PEACOCK:  No.  I will make one if there is, I

15    don't want the Government to keep anticipating.  I don't have a

16    problem.

17              THE COURT:  We assume there is no objection, you can

18    utilize it.  Mr. Peacock, you will make that known.

19              MR. PEACOCK:  I would assume you are giving me a

20    continuing objection based on the renewal of the motion for

21    continuance.

22              THE COURT:  Yes, that is a matter of record.

23    BY MR. MORRIS:

24    Q.  Do you have Introduction to Chemical Structures?

25    A.  Yes.
```

1   *Q.*  What is that?

2   *A.*  This is a representation of the basic skeletal part of the

3   substances that we are addressing today.

4   *Q.*  You produced this particular rendering, and why did you do

5   that?

6   *A.*  I would like to introduce some basic concepts of chemistry

7   so we can get on an even playing field.

8   *Q.*  Okay.  So, why don't you do that?

9   *A.*  The structures you see, two structures, they are the same

10  structure.  The structure on the right has all of the atoms

11  that make up the molecule, it has carbon items as C, hydrogen

12  as H, and nitrogen as N.  They are drawn to the lines which are

13  bonds.

14      The construction on the right is a representation the

15  chemist uses as a means of communicating structure that is not

16  as noisy and busy as the one on the left, that is where there

17  are two bonds that touch.  Chemists know there is a carbon atom

18  there, and all carbon atoms only have four bonds.  If there are

19  only two bonds, the other two are occupied by hydrogen atoms.

20  It makes the communication process much more streamlined and

21  easier to view.

22      I wanted to introduce that so the Court understands I am

23  not trying to hide anything here, this is the way we show

24  chemical structures.  You don't have to write in every carbon

25  atom or hydrogen atom.

 1       There is some notation around the structure on the right,

 2   and that represents places where substitutions can take place,

 3   substitutions where we pluck off a hydrogen atom and replace it

 4   with other atoms or group of atoms, this is how we develop new

 5   compounds.

 6   Q.  Let's go to the next slide entitled Chemical Structures.

 7       Now, what is that, that rendering, what is that a rendering

 8   of?

 9   A.  This is a side-by-side comparison of methcathinone with

10   alpha-PVP.

11   Q.  Why did you compare that?

12   A.  So we could have a visual of what we are talking about

13   today.

14   Q.  And what similarity do you see in the slide?

15   A.  The similarities are, very importantly, they have what is

16   called a phenethylamine core chemical structure.

17       I didn't mention this on the first slide, I probably should

18   have, but that was a phenethylamine.

19       Substitutions in those places on the phenethylamine give

20   rise to a whole class of chemicals called phenethylamines, and

21   these substances fall into that class.

22   Q.  Moving to the next slide, it should be Structural

23   Comparison.

24       What does the structural comparison slide depict to you?

25   A.  This is also a side-by-side comparison so we can see the

1   similarities and differences between the two.

2       The similarities are highlighted in blue and are broken

3   down into the important types of substitutions on each

4   compound.

5   *Q.*  Okay, explain, maybe just give it as close in laymen's term

6   as you possibly can.

7   *A.*  The first row is the phenethylamine core, this is obviously

8   in both compounds and causes them to be classified as

9   phenethylamine.

10      The second row is indicated as a B-keto substitution, that

11  is that O, oxygen, atom having two bonds attached at the beta

12  position, also common in both compounds.

13      The third row is the alpha position, what is called

14  alkylation, a type of substitution involving a carbon atom and

15  its hydrogens.

16      You can see on the left, methcathinone has one bond,

17  alpha-PVP has three bonds.  That is a difference.

18      However, the type of substitution and position of the

19  substitution is the same, that is, it is alkylated at the alpha

20  position.

21      The fourth row is the substitution of nitrogen.  On the

22  left, methcathinone has an alpha group, and the alpha-PVP also

23  has an alkyl group that forms a ring.  That ring is different

24  than the meth group or the alkyl group on the left, but they

25  are both alkyl groups that are important.

1    *Q.*  Give us a brief synopsis of the substance methcathinone and

2    PVP.

3    *A.*  This is a different way of showing it, everything is color

4    coded to show similarities between the two.

5        Importantly, all the substitutions occur at the same place,

6    that is, on the beta position there is a keto that is the

7    oxygen, on the alpha position, the alkyl, and on the nitrogen

8    there is the alkyl.  So they all sync together.

9        Of course, there are different kinds of alkyl groups.  If

10   they weren't different, they would be the same, so you have to

11   make changes to something else.

12   *Q.*  Now, let's move forward to the next slide, one more slide,

13   and now we are going to begin to move into the ethylone versus

14   MDEA.

15       As you stated earlier, you knew this case involved ethylone

16   as well, correct?

17   *A.*  Correct.

18   *Q.*  Do you have an opinion as to whether or not ethylone has a

19   chemical structure that is substantially similar to a

20   controlled substance, being a Schedule I or II controlled

21   substance in the drug equivalency tables?

22   *A.*  Yes.

23   *Q.*  Which listed substance is it most similar to?

24   *A.*  MDEA.

25   *Q.*  Now, just to back up, are you aware of whether or not

Pauline A. Stipes, Official Federal Reporter

1  ethylone is listed in the drug equivalency tables?

2  *A.*  It is not.

3  *Q.*  Have you had an opportunity to compare, again, this

4  chemical, ethylone, with the MDEA?

5  *A.*  Yes.

6  *Q.*  Now, let's -- you prepared this particular slide.  Can you

7  explain to the Court why you prepared this slide?

8  *A.*  Again, just as a visual side-by-side comparison of the

9  structures.

10  *Q.*  And what does it depict to you?  When you look at the

11  slide, what are the similarities?

12  *A.*  The similarities are pretty much they are exactly the same

13  except that there is a beta keto substitution on ethylone.

14  Without that oxygen structure on the top, they would be exactly

15  the same.

16         *MR. PEACOCK:*  Your Honor, I neglected to ask the Court

17  to invoke the Rule of Sequestration.  I believe there are other

18  witnesses in the courtroom, I would ask that they leave.

19         *THE COURT:*  Okay.  Mr. Morris, if you would.

20         *MR. MORRIS:*  Yes.  Can you gentlemen please leave.

21         *THE COURT:*  The rule is invoked, each counsel is

22  responsible to let witnesses know they are not to be in the

23  courtroom and only come in when they are called.

24         *MR. MORRIS:*  Thank you, Judge.

25         *THE COURT:*  Thank you.

1    *BY MR. MORRIS*:

2    *Q.*  Let's move over two slides to substantial area of chemical

3    structures of ethylone and MDEA.

4        You also prepared this particular slide.  What does this

5    depict?

6    *A.*  This is a side-by-side comparison where the similarities

7    are highlighted in blue.

8    *Q.*  Okay.

9        So, you are talking -- first, let's go with phenethylamine.

10   *A.*  Okay.  In the first row we have phenethylamine core, so we

11   can classify both of these substances as phenethylamine.

12       These substances have an additional ring.

13   *Q.*  And moving down to the alpha position.

14   *A.*  At the alpha position, we find an alkyl substitution on the

15   nitrogen atom, we find alkyl on both.  In this case, it is an

16   ethyl type alkyl group, but they are both the same, the

17   difference being an oxygen atom on ethylone and not on MDEA.

18   *Q.*  You show the molecular similarities as well as molecular

19   differences?

20   *A.*  Yes.

21   *Q.*  Moving to the next slide, the final slide, Substantial

22   Similarity, what are you intending to depict in this slide?

23   *A.*  Again, a side-by-side comparison, color coded to show the

24   similarities, colors that are in common are shared on both

25   structures.

1   *Q.*  Now, are you familiar with a substance called

2   Pyrrolidinovalerophenone?

3   *A.*  Yes.

4   *Q.*  What is that?

5   *A.*  That is a Schedule V controlled substance.

6   *Q.*  And can you tell the Court, you know, just basically what

7   is the difference between a Schedule V substance and other

8   substances?

9   *A.*  Well, the Controlled Substances Act has five schedules, I

10   through V.

11       Schedule I are the most dangerous substances, even under a

12   doctor's care they are deemed to be too dangerous to be

13   administered.

14       Schedule II's are almost as dangerous except they have been

15   approved by the FDA for doctors to administer, but only under a

16   doctor's care.

17       Schedule III, IV and V have lesser and lesser abuse

18   liabilities.

19   *Q.*  What schedule is Pyrrolidinovalerophenone?

20   *A.*  Schedule V.

21   *Q.*  You -- from a molecular standpoint, you would concede that

22   Pyrrolidinovalerophenone and, I guess alpha-PVP it would be,

23   are structurally similar?

24   *A.*  Yes, they are.

25           *MR. MORRIS:*  Okay.  No further questions.

1           THE COURT:  Okay, any cross-examination?

2           MR. PEACOCK:  Your Honor, I renew the motion at this

3    time.

4           I don't have any Jencks either.  He testified 12

5    times, and there is clearly a lot of sworn testimony out there.

6           THE COURT:  Response from the Government.

7           MR. MORRIS:  You know, Judge, I asked for every --

8    obviously, we couldn't get the one that just occurred, but the

9    answer that I got was that he has not testified specifically as

10   to alpha-PVP prior to this last --

11          THE WITNESS:  Ethylone.

12          MR. MORRIS:  Ethylone, and then alpha-PVP you

13   testified --

14          THE WITNESS:  I have testified.

15          MR. MORRIS:  At a sentencing?

16          THE WITNESS:  Correct.

17          MR. MORRIS:  You know, I have never had a situation

18   where I turned over the transcript, I am happy to, but I have

19   never had a situation where I turned over every transcript of

20   an expert I put on before.  I have not done that.

21          I am more than happy to do that.

22          THE COURT:  You don't have them here?

23          MR. MORRIS:  I don't have them here.  We did make a

24   request, I wanted to see the transcripts myself.

25          If the Court thinks that is something that we can't

1    get past in terms of going past cross, or getting to cross, you

2    know, I guess that is a decision that, you know, you can make

3    and certainly we will bring him back.

4           That is going to be the same with respect to Mr.

5    Trecki as well.

6           THE COURT:  Okay.  So, you are saying there is at

7    least one other instance of testimony about PVP, no testimony

8    about ethylone?

9           THE WITNESS:  My best recollection, let me say I do

10   not recall testifying for ethylone, but I have for alpha-PVP.

11          MR. PEACOCK:  There is testimony about methcathinone,

12   and if he testified about methcathinone, I would like that as

13   well.  To take a page from the Government's book, Mr. Morris

14   has been well aware of this argument for some time.  Jencks,

15   you just order it, it is not you request it.  You get on Pacer

16   and find it and order it.  That clearly has not been done.

17          THE COURT:  Okay, so your position is you are not

18   prepared to conduct any cross-examination in the absence of

19   that, or would you like to conduct any cross-examination at

20   this time, leaving it in the Court's decision how we handle it,

21   including but not limited to continuing the proceeding, so if

22   there is any additional testimony that needs to be elicited

23   from the witness based on turning over any of these items, that

24   there would be that possibility?

25          I am sort of considering it as we go along to see what

1    the issues are.

2            Is there anything based on what was elicited on direct

3    that you want to cover on cross-examination at this time?

4            *MR. PEACOCK:*  No, ma'am, Jencks is a procedural

5    factor.  Just as big a thrust of my motion, I need to talk to

6    an expert.

7            I have no reason to doubt this gentleman's testimony,

8    but I also need to be qualified to discuss it with him.  But I

9    am not going to tell the Court, well, I am going to reverse

10   what he has to say.  That is not going to happen.

11           I do think there are important factors in the

12   comparison that are being made that need to be brought forth to

13   elucidate the Court on what the situation is.

14           I don't know if the Court has had an opportunity to

15   study this issue at all.

16           There is a limited amount of case law on it where

17   other judges have considered this topic.  I have had an

18   opportunity to read that.

19           It is a complicated issue, Your Honor, and, you know,

20   Mr. Bully -- I put this in my motion, in all likelihood you are

21   going to give him a sentence that is going to extend past any

22   continuance period I am asking for.

23           I don't see the necessity of going forward at this

24   time in light of that.  I would renew my request.  I don't make

25   that insincerely.

```
 1              Mr. Bully would like to be done, I would like to be
 2   done and I know the Government would like to be done as well
 3   with the Court, I just want to do it right.
 4              THE COURT:  All right.  Understanding that, then, what
 5   I would like to do is proceed.  I do understand there are some
 6   issues, one of which is the materials that would be Jencks
 7   materials that would assist you, Mr. Peacock, as far as prior
 8   testimony from this witness in order to meaningfully
 9   cross-examine him, as well as retaining any expert on the
10   issues.  And I am prepared to consider -- while not having
11   continued the proceeding altogether, that is not commencing it,
12   obviously we commenced it -- that it can be continued, in other
13   words, it doesn't conclude today.
14              What I would like to do -- if Mr. Morris is finished
15   with the witness, the witness can step down.  I will have Mr.
16   Morris call whatever witnesses you have to make those
17   presentations.
18              If the Court continues it, it will be incumbent on the
19   Government to bring them back, but at least Mr. Peacock knows
20   what the testimony is.  There is no unfair surprise or
21   prejudice not knowing who they are and what they are saying,
22   and also there are other arguments that don't necessarily
23   relate to experts like the challenge to the offense conduct,
24   firearm, career criminal, leader, that maybe we can discuss and
25   it may be that which is continued is limited in scope on the
```

```
 1    issue of the comparison.

 2            Then we can discuss -- if I decide to carry the

 3    proceeding over to another day to enable Mr. Peacock to get the

 4    Jencks material and retain experts, that the continuation would

 5    be limited, but we could accomplish much of what we need to

 6    today.

 7            If there are no further questions from this witness,

 8    we thank you and you may step down.

 9            Was there one other expert you had, Mr. Morris?

10            MR. MORRIS:  Yes.  The United States calls Jordan

11    Trecki.

12            THE COURT:  I would ask both counsel be thinking, I

13    will be addressing it at the end, how much time you need to

14    gather all of the materials that you construe as Jencks

15    materials.  And, Mr. Peacock, how much time realistically you

16    need for consideration of the terms and retention of an expert

17    to come back in should we continue the proceeding on this

18    limited issue.

19            MR. MORRIS:  I will have to -- it may take me a little

20    while to figure out how long it will take.  It will not be me,

21    it will be probably DEA because they do keep track of this.

22            I think it will be easier with Mr. Trecki than it is

23    with Mr. -- I think he keeps his own, so we can get ahold of

24    Mr. Trecki's more quickly.

25            THE COURT:  Okay.  I agree, also, that going -- we can
```

```
 1    go forward on everything but this and resolve the majority of

 2    what we are dealing with today.  Okay.

 3            So we can have Mr. Trecki come in.

 4            MR. MORRIS:  So the Court is aware, we will try to do

 5    a similar thing with Mr. Trecki, and he has a PowerPoint

 6    presentation.

 7            THE COURT:  Okay, Mr. Trecki can come forward to be

 8    sworn in.

 9            JORDAN TRECKI, GOVERNMENT'S WITNESS, SWORN

10            THE COURTROOM DEPUTY:  State your name for the record

11    and spell your name, please.

12            THE WITNESS:  Dr. Jordan Trecki, J-O-R-D-A-N,

13    T-R-E-C-K-I.

14            THE COURTROOM DEPUTY:  Thank you.

15            THE COURT:  You may proceed.

16    BY MR. MORRIS:

17    Q.  Where are you employed?

18    A.  I am a pharmacologist with the Drug Enforcement

19    Administration headquarters in Arlington, Virginia.

20    Q.  How long have you been with DEA?

21    A.  I started in December -- I am sorry, August 2012,

22    approximately three and a half years.

23    Q.  Referring to your experience, publications, things of that

24    nature, you have a Doctorate degree?

25    A.  Yes.
```

1   *Q.*  What is that in and where from?

2   *A.*  My Ph.D. is in pharmacology from Temple University School

3   of Medicine in Philadelphia.

4   *Q.*  You have a Master's of Science?

5   *A.*  Yes, from Georgetown University in Washington in

6   biochemistry, molecular biology.

7   *Q.*  Undergraduate?

8   *A.*  Bachelor of Science in biochemistry from Duchennes

9   University.

10  *Q.*  Could you tell us what your duties are with DEA?

11  *A.*  My daily duties are researching and reporting on licit and

12  illicit substances as pertain to the CSA, and whether a

13  substance is scheduled, licit or illicit, including analogous

14  testimony.

15  *Q.*  And you review drugs for substances under the Controlled

16  Substances Act?

17  *A.*  Yes.

18  *Q.*  Do you compare the pharmacological effects of drugs and

19  other substances to one another?

20  *A.*  Yes.

21  *Q.*  As a pharmacologist in this particular group you work in at

22  DEA, are you working with things like laboratory equipment,

23  thing like that?

24  *A.*  In my current position, no.  The techniques that I assume I

25  will explain today, I have done all these techniques myself.  I

```
1    worked in a laboratory throughout my thesis and previous
2    degrees, but in my current position it is an office setting, so
3    I am reviewing information from published studies, contracts,
4    other research that other people have completed.
5    Q.  Approximately how many times have you testified in Federal
6    Court or other courts regarding the comparison of controlled
7    substances?
8    A.  So, I have only testified in Federal Court, and this will
9    be in between the 25th and 30th time I have testified in
10   Federal Court.
11         MR. MORRIS:  At this stage, I would tender Mr. Trecki
12   as an expert in pharmacology.
13         THE COURT:  Any objection?
14         MR. PEACOCK:  A few brief questions.
15         THE COURT:  Yes.
16                    VOIR DIRE EXAMINATION
17   BY MR. PEACOCK:
18   Q.  Dr. Trecki, good morning.
19   A.  Good morning.
20   Q.  You have testified 25 to 30 times in Federal Court
21   regarding the pharmacology of illicit substances; is that
22   correct?
23   A.  Yes, sir.
24   Q.  How many times have you testified with regard to
25   methcathinone, estimate?
```

1   *A.*   More than five, less than ten of those cases were cases

2   involving Methcathinone.

3   *Q.*   Synthetic cannabinoids?

4   *A.*   I testified more on synthetic cannabinoids, just the way

5   the cases were assigned throughout the office, actual chemist,

6   I have gotten more on those cases.

7   *Q.*   How many times would you say you testified regarding

8   ethylone?

9   *A.*   Five, six.

10  *Q.*   Alpha-PVP?

11  *A.*   Four or five, I think, on alpha-PVP itself.

12          *MR. PEACOCK:*  All right.

13          *THE COURT:*  Any objection?

14          *MR. PEACOCK:*  No, ma'am.

15          *THE COURT:*  Dr. Trecki is qualified by the Court as an

16  expert in the area of pharmacology and may testify to the areas

17  being proffered.

18          *MR. MORRIS:*  Thank you, Your Honor.

19  *BY MR. MORRIS*:

20  *Q.*   Dr. Trecki, are you familiar with the requirement in

21  Federal Court to assigning some sentencing value to a

22  particular substance?

23  *A.*   Yes.

24  *Q.*   So you must be familiar with the United States Sentencing

25  Guidelines?

```
1    A.   Yes.

2    Q.   Are you aware there is a three-prong test the Court has to

3    engage in?

4    A.   Yes.

5    Q.   Which of the prongs do you deal with?

6    A.   Specifically prongs two and three.

7    Q.   And so, do you make comparisons between the pharmacological

8    effect of substances to the equivalency tables of substances

9    that are listed in the equivalency tables?

10   A.   Yes.

11   Q.   Do you render opinions based on those comparisons?

12   A.   Yes.

13   Q.   What tests do you use to form an opinion as to the effects

14   and potency of a particular drug?

15   A.   There are four broad categories that pharmacologists can

16   use to look at data to make an opinion in this matter.

17        The most basic is structure activity relationship, known as

18   SAR, this is where you look at the chemical structure and the

19   known pharmacological effects of something, and compare that to

20   another drug that you may have no information on.

21   Q.   Would it help you if we used -- would it help you to

22   explain to the Court if we used the PowerPoint presentation you

23   prepared?

24   A.   Yes.

25             MR. MORRIS:   Your Honor, may we?
```

Pauline A. Stipes, Official Federal Reporter

1              *THE COURT:*  Yes.

2    *BY MR. MORRIS*:

3    *Q.*  Slide two.  You prepared this?

4    *A.*  Yes.

5    *Q.*  That is what you were describing to the Court?

6    *A.*  Yes.

7    *Q.*  Could you go ahead and explain what the first, I guess,

8    structure activity relationship depicts?

9    *A.*  On the first line there, where you see structure activity

10   relationship, SAR, so, for these two substances, we could

11   pretend if we knew nothing about alpha-PVP, which is not the

12   case, but if we knew nothing about it, we could look at the

13   structure of methcathinone, as Dr. DiBerardino explained it,

14   the core phenethylamine structure.  We know a lot about

15   phenethylamines, they bind to transmitters and receptors.  We

16   know they act as stimulants in the central nervous system.

17        We can look at the indications of this and alpha-PVP and

18   predict what would happen, that is if we have nothing else.  We

19   do have information on alpha-PVP.

20        The next line is in vitro, these are test tube studies,

21   studies done at the laboratory bench, cell lines, this is where

22   you look at the binding properties of a substance.

23   Methcathinone and alpha-PVP bind to the similar neuro

24   transmitters, dopamine and norepinephrine.  They also are shown

25   to have stimulant effects in the nervous system.

```
 1        Moving from in vitro, we go to in vivo, Latin for in life.

 2   Specifically in the drug discrimination model using animals,

 3   methcathinone and alpha-PVP were substituted for

 4   methamphetamine, and when the animals were given methcathinone

 5   or alpha-PVP they behaved as if they were given

 6   methamphetamine.

 7        Lastly, there are no medical uses for the substances.

 8             MR. PEACOCK:  I object to the characterization.

 9   There's no foundation for that, it is a dangerous subject.

10             THE COURT:  Can you give the basis for that opinion?

11             THE WITNESS:  Yes, ma'am.  Methcathinone and alpha-PVP

12   are Schedule I controlled substances determined by the

13   Department of Health and Human Services and DEA, they are

14   dangerous substances, that is why they are in Schedule I.

15             MR. PEACOCK:  Same objection.

16             THE COURT:  Overruled.

17   BY MR. MORRIS:

18   Q.  You were using the in vitro approach in analyzing this

19   particular substance, correct?

20   A.  Yes.

21   Q.  And then, as part of that, you talked about drug -- you

22   were talking about drug discrimination in this slide?

23   A.  Yes.

24   Q.  Would you explain that?

25   A.  So, drug discrimination, this is an animal study, you give
```

1    animals a specific substance and you wait until they are

2    trained to respond a specific way.

3        Once the animals -- usually the training takes over 60

4    different sessions.  They are trained to press a lever, what

5    they are feeling.  Once the animals have a behavior and they

6    are not pressing the lever, you add alpha-PVP or

7    methamphetamine and the animals cannot differentiate.  They

8    respond in the same way regardless of whether they had

9    methamphetamine, methcathinone or alpha-PVP.

10   Q.  That is clear enough?

11   A.  Yes.

12   Q.  You have listed case reports.  How do you use case reports

13   in your evaluations?

14   A.  With the reported and shown adverse effects from drugs like

15   methcathinone and alpha-PVP, it would be unethical and

16   inappropriate to administer these drugs to a clinical

17   population.  We use case reports, autopsies, tox reports.

18       The reported effects from methcathinone have included

19   hallucinations, anxiety, cardiovascular toxicity, paranoid

20   psychosis, agitation and death.

21       When we look at the reported effects of alpha-PVP following

22   overdoses or tox reports, severe agitation, hallucinations and

23   death follow the injection of alpha-PVP.

24   Q.  Moving to the next slide, recent reports.  Why did you

25   prepare this slide?

 1    *A.*  This is a small example of published reports involving

 2    alpha-PVP.

 3        This was an example to show in the published literature the

 4    effects like I reported on the last slide.  You can see the top

 5    one, a fatal case looking at Pentedrone, another bath salt, and

 6    PVP, and a variety of bath salts with alpha-PVP throughout

 7    Europe.

 8        The third one, another PVP death, and I put on here a

 9    fourth one which is a new substance, alpha-PVB, B as in boy.

10        What I have shown with the ethylone and methylone

11    substances, while the news reports have reported a reduction of

12    Flakka in South Florida suggesting the epidemic may be over,

13    all it says is alpha-PVP, the Government has controlled it.  It

14    is just switching to a different substance, alpha-PVB.

15        Once it is controlled, they change one molecule in an

16    attempt to elicit the same --

17            *MR. PEACOCK:*  Objection.  Who is "they"?

18            *THE COURT:*  You may clarify.

19            *THE WITNESS:*  DEA and law enforcement seizures of drug

20    evidence, they would be the manufacturers or the drug dealers

21    who the drugs are seized from in the United States.

22    *BY MR. MORRIS*:

23    *Q.*  Now, based on your evaluation of all PVP, do you have an

24    opinion whether alpha-PVP is similar in pharmacological effects

25    to any drugs in the drug equivalency tables?

1   *A.*  Yes.

2   *Q.*  Specifically talking about Schedule I drugs, which drug do

3   you think it is the most pharmacologically, in terms of

4   effects, similar to?

5   *A.*  Alpha-PVP is similar in pharmacological effects to the

6   Schedule I substance methcathinone.

7   *Q.*  Now, since it is Schedule I, as you mentioned before, there

8   are no -- there are no medical uses that you mentioned,

9   correct?

10  *A.*  Yes.

11  *Q.*  You also talked about the chemical structures.  How have

12  these chemical structures evolved -- and we are moving into the

13  ethylone portion of the analysis.

14      You are familiar with -- that this case also has a

15  substance called ethylone that is involved in -- this case

16  involves a substance known as ethylone, correct?

17  *A.*  Yes.

18  *Q.*  Have you studied that?

19  *A.*  Yes.

20  *Q.*  Again, the same questions, are you aware if ethylone is a

21  scheduled substance and whether or not it is listed in the

22  guidelines?

23  *A.*  Ethylone is not listed in the guidelines.

24  *Q.*  So, in terms of listed Schedule I substances, what is the

25  substance you believe, in your opinion, is most similar to

1   ethylone?

2   *A.*   MDEA.

3   *Q.*   Are you familiar with MDEA?

4   *A.*   Yes.

5   *Q.*   And you are familiar with ethylone?

6   *A.*   Yes.

7   *Q.*   Let's talk about this screen which is entitled ethylone

8   having a stimulant effect.  Why did you print that screen?

9   *A.*   These are the available forms I wanted to present comparing

10  ethylone to MDEA.

11  *Q.*   Let's go through the same analysis you went through with

12  alpha-PVP, the in vitro.

13  *A.*   On the bottom of the slide you can see the structure,

14  activity relationship.  Once again they're similar in

15  structure, they both have the phenethylamine core structure

16  that Dr. DiBerardino mentioned and I mentioned before.

17      Looking at the in vitro data, these substances have a

18  stimulant effect on the central nervous system.

19      The in vivo data is not finished for ethylone.  For MDEA it

20  is shown to stimulate like cocaine or methamphetamine, and we

21  have reports that start coming in on both substances

22  demonstrating severe effects and death for both substances.

23  *Q.*   Let's move to the next and this is one is entitled

24  Phenethylamines.

25      What are you trying to depict there?

1    *A.*  Your Honor, this slide is to demonstrate the evolution of

2    these drugs.

3        Most people know what MDMA is, Ecstasy, like cocaine and

4    heroin when you look at the core structure, and this is not to

5    demonstrate chemistry, that is Dr. DiBerardino's expertise.

6    This is to relate to pharmacology and the evolution of where

7    the drugs came from.

8        We see MDMA, Ecstasy, or Molly more commonly known could

9    have in any substances.  That is the dangerous portion of Molly

10   or Flakka, you don't know what you are ingesting unless you

11   have sophisticated laboratory equipment next to you, you do not

12   know what you are putting in your body.

13       Dr. DiBerardino pointed out an extra meta group, but the

14   effects of the drugs are similar, cause severe adverse effects

15   or death.

16       If we go below, we see methylone, they kept the same

17   ethylone core structure, but added oxygen.  If we look at

18   ethylone, they added oxygen and an extra carbon to change the

19   drugs to avoid prosecution of the law; however, the effects of

20   the drugs are substantially similar adverse effects reported in

21   the literature and death from all of these substances.

22   *Q.*  Do you have any examples of what happens when you mix these

23   particular substances?

24   *A.*  I do.

25   *Q.*  Can you tell the Court, give the Court some examples?

Pauline A. Stipes, Official Federal Reporter

```
 1              MR. PEACOCK:  Objection, relevance.

 2              THE COURT:  What did you say?

 3              MR. PEACOCK:  Relevance.

 4              THE COURT:  Response.

 5   BY MR. MORRIS:

 6   Q.  These substances can all involve ethylone, correct -- they

 7   could be substituted for each other is the point?

 8   A.  Correct.  These substances all have the same effects.

 9   Whether they contain MDMA, ethylone or methylone, MDEA,

10   regardless of which combination, a single use of these, the

11   effects are still the same.

12        The CDC report which I will show next demonstrates at a

13   recent dance festival --

14              MR. PEACOCK:  Objection, there is no evidence of

15   mixing drugs in this case, Your Honor.

16              THE COURT:  Okay, do you want to pursue this or --

17              MR. MORRIS:  Yes, I do.  We are moving into the third

18   prong which is, you know, what amount -- what quantity, greater

19   or lesser regarding PVP, ethylone can produce a similar effect.

20              So, we are talking about what effect these drugs have

21   on people in terms of comparing them to other drugs.

22              That is why we are using -- in this particular case

23   you are comparing -- if you look at the right side, you can

24   compare ethylone to MDEA.

25              I think what the expert is trying to do is also trying
```

```
1    to show you that you can also compare MDEA and ethylone to

2    MDMA.

3              THE COURT:  I will overrule on that basis.

4    BY MR. MORRIS:

5    Q.  Now, moving to the next slide, what are you depicting here?

6    A.  Just as you explained to the Court, Your Honor, this is a

7    perfect example of how people taking drugs like ethylone,

8    methylone or MDMA, they don't know what they are taking, but

9    regardless, the effects are the same.

10             MR. PEACOCK:  I object.  There is not a mention of the

11   drugs we are considering in this slide.

12             This is an effort to taint the Defendant through some

13   collateral study of some other substance which has nothing to

14   do with what we are doing here today.

15             THE COURT:  What is the relationship to what you are

16   testifying to now and the drug in court?

17             THE WITNESS:  If I had the next slide, if you see the

18   next slide, the point is that these drugs constantly change to

19   avoid prosecution.

20             Ethylone is a newer drug, it only came on the market

21   once methylone was controlled, that is what the next slide will

22   show you.  That replaced methylone and the published reports

23   are coming in, unfortunately only one or two of them.

24             In this one methylone -- you can compare the

25   substances, there is not a single comparer.  We could compare
```

```
 1    ethylone to MDA or MDEA.  These are drugs similarly looking
 2    with similar pharmacological effects.
 3          Molly, ethylone can be referred to as a Molly,
 4    methylone, MDMA, I am trying to show for prong three, when you
 5    look at the lesser or greater amount, that produces the same
 6    pharmacological effect.  Ethylone, methylone, MDMA, regardless
 7    of which drug you take, you are getting the same effect.
 8          THE COURT:  I am going to overrule the objection.
 9    BY MR. MORRIS:
10    Q.  Are you finished with the slide?
11    A.  There were 17 overdoses, two died, and you can read right
12    there, some had MDMA alone, some had MDMA plus methylone, three
13    had methylone and MDMA, one for methylone, methamphetamine and
14    cocaine, and two for MDMA alone.
15       Drugs are mixed and matched and the same thing is
16    happening, death overdose from the drugs.
17    Q.  Moving on to the next, methylone and ethylone.
18       Can you describe what you are trying to depict in this
19    slide?
20    A.  Your Honor, the NFLIS is the National Forensic Laboratory
21    Information System.  This is a DEA run program that collects
22    drug evidence in seizures from around the United States, this
23    includes local, state and federal laboratories other than DEA.
24       If you look at the red line, this is methylone.  The DEA
25    temporarily controlled methylone in the fall of 2011.
```

1    Methylone continued and shot forward and there was an increase

2    in seizures over the next two years.

3        In the spring of 2013, the DEA permanently controlled

4    methylone, and what happened?  It still continued to increase.

5    It was not until the Chinese Government controlled methylone in

6    January 2014, that the numbers precipitously dropped.

7        What happened?  Ethylone immediately replaced methylone

8    based on NFLIS seizures.

9        In October 2015, the Chinese Government controlled

10   ethylone, and once again you saw the numbers drop off.

11   Something new will replace ethylone.

12       I wanted to show you this, this is the rationale behind the

13   last slide where methylone became ethylone, ethylone becomes

14   something else, alpha-PVP will become alpha PVB, to continue to

15   try to skirt the law by changing a molecule but retain similar

16   pharmacological effects.

17   Q.  Let's go forward four to the ethylone related deaths and

18   toxicological findings.

19       What do you depict there?

20   A.  As I mentioned before, Your Honor, these are small amounts

21   of information where they take ethylone because it is a new

22   substance -- on the last slide, it came in the market when

23   ethylone was controlled by the Chinese Government, and it has

24   fallen off because of another control.

25       This looks at ethylone in the toxicology.  Only one of

1   these showed a contribution of ethylone to the actual death.

2       What this represents, though, are a significant number of

3   these individuals wound up with ethylone in the system, gun

4   shot wound to the chest, multiple gun shot, heroin

5   intoxication, a blunt impact, another gun shot.

6       The agitation is represented here following the stimulant

7   effects of ethylone.

8   Q.  And most --

9       MR. PEACOCK:  I object to the last statement.  There

10  is no basis that this witness has any idea that this drug

11  caused these totally unrelated circumstances.

12          I mean, I would ask to strike that.

13          For instance, the first one, gun shot wound to the

14  chest, unless this witness has some knowledge about -- and a

15  connection between ethylone and why the person was shot in the

16  chest, that is inappropriate, Judge.  This is a smear --

17      THE COURT:  What is the witness' testimony with

18  respect to say, for example, case one on the screen?  We are

19  looking at table 1.  Do you have any knowledge of any

20  connection between ethylone and the cause of death?

21      THE WITNESS:  No, Your Honor, I am presenting -- this

22  was an article from north Florida, a hospital in northern

23  Florida, simply showing that these individuals, from all the

24  deaths that came in in a six-month period of time, had ethylone

25  in their system.

```
 1              As Defense and I would agree, there's no connection to
 2    say ethylone killed the person.  This was all of the ethylone
 3    positive toxicological findings from a certain time period at
 4    that hospital.
 5              THE COURT:  The objection is noted.  And so we are
 6    clear for the record, this is -- which exhibit -- this is the
 7    Trecki PowerPoint, so it is Exhibit 19.  We are going to have
 8    that marked for identification.  You are not seeking to have it
 9    admitted into evidence.
10              So it is marked for identification only, and the Court
11    will simply note that the objection is sustained to the page of
12    that PowerPoint that is being shown to the Court that says
13    table 1, and it is toxicological findings of ethylone related
14    deaths, and the objection is sustained as acknowledged by the
15    witness.
16              MR. MORRIS:  Okay.
17              THE COURT:  Are you about to finish up with this?
18    Witness.
19              MR. MORRIS:  Yes, we are going to the conclusion now.
20    BY MR. MORRIS:
21    Q.  The conclusion in this, let's go -- alpha-PVP and ethylone,
22    to conclude, what is your opinion?
23    A.  Both alpha-PVP and ethylone are stimulants, they have
24    stimulant effects on the central nervous system.  There have
25    been case reports to show serious adverse effects and deaths
```

```
1    from both substances.

2         Is there something else you are asking me?

3    Q.  No, really relating to the stimulative effect, what is

4    ultimately similar to -- maybe this is rehashing it --

5    alpha-PVP is most similar to Methcathinone?

6    A.  Yes.

7    Q.  And ethylone is most similar to MDEA?

8    A.  Correct.

9              MR. MORRIS:  No further questions.

10             THE COURT:  Any cross-examination or same position as

11   with the first witness?

12             MR. PEACOCK:  Same position, Your Honor.

13             THE COURT:  Okay, we'll hold off on cross-examination.

14             Thank you very much, you may step down.

15             MR. MORRIS:  Judge, we are pretty much at the final

16   witness, and this will be very brief.  This is a police officer

17   who had what they call a law enforcement encounter with an

18   individual who was taking Flakka and that is the person that

19   was the subject of the video.

20             THE COURT:  What is this witness' name?

21             MR. MORRIS:  John Mock, M-O-C-K.

22             MR. PEACOCK:  This is Palm Beach County -- Your Honor,

23   I have an objection to this.

24             I'm not quite sure what it is.  Mr. Morris has

25   provided me with a video of an incident and police report from
```

 1   Palm Beach County, it occurred in November 2015, four and a

 2   half months after Mr. Bully was arrested.

 3            I am not quite sure where we are going with this, and

 4   what the relevance is to what we are doing here today.  I

 5   object to any anecdotal relay of some incident that happened.

 6            *MR. MORRIS:*  This, really -- I am not going to push

 7   this, I am going to leave this up to the Court.

 8            You know, it is really a police encounter with an

 9   individual who claims to have been high on Flakka, and I will

10   concede that, you know, she didn't do a drug test or drug

11   analysis on the drug she took.  As you heard from our expert

12   witness, it is possible she took another drug and thought it

13   was Flakka, so we don't have absolute proof that it was Flakka.

14            If you want to be on the safe side --

15            *THE COURT:*  I will err on the side of prudence and

16   caution, I think the objection should be sustained.  I don't

17   think it is necessary to hear it from the witness.

18            You presented through the other expert witnesses the

19   pharmacological, chemical structure so the Court can better

20   understand the PVP and ethylone drug, and to hear about another

21   incident of which we don't even have the foundation information

22   as to what was in her system, I think would be unnecessary and

23   potentially prejudicial.

24            So, with that, the Court will sustain the objection

25   and Officer Mock need not testify.

```
 1              And the video which the Court did have a chance to

 2   view -- is that the video you refer to as Exhibit 20?

 3              MR. MORRIS:  Yes.

 4              THE COURT:  I am going to mark that for identification

 5   only, that is not going to be admitted into evidence or

 6   considered by the Court.

 7              MR. MORRIS:  Okay.

 8              THE COURT:  Thank you.

 9              MR. MORRIS:  We will finish with Agent Claxton, and

10   she will be testifying regarding the role and the gun.

11              We believe the rest of the facts, you know, we are

12   relying on the trial testimony.

13              THE COURT:  Okay.

14              REGINA CLAXTON, GOVERNMENT'S WITNESS, SWORN

15              THE COURTROOM DEPUTY:  State your name and spell your

16   name, please.

17              THE WITNESS:  Regina Claxton, C-L-A-X-T-O-N.

18              THE COURTROOM DEPUTY:  Thank you.

19                          DIRECT EXAMINATION

20   BY MR. MORRIS:

21   Q.  How long have you been employed by the DEA?

22   A.  Approximately four years.

23   Q.  And you, of course, were involved in the investigation and

24   prosecution of Mr. Bully?

25   A.  That is correct.
```

1    *Q.* And you also attended the trial, and you recall the

2    evidence presented to the jury?

3    *A.* Yes.

4    *Q.* Now, with respect to -- let's just start with the issue of

5    the role enhancement regarding Mr. Bully's activities within

6    the group of people that we are going to call co-conspirators.

7        First of all, did you go back and review the evidence

8    looking to see who was involved in the actual drug conspiracy?

9    *A.* Yes, I did.

10   *Q.* Can you give the Court sort of a background of when you

11   went back and started to think about the evidence and what

12   you -- in terms of Mr. Bully's role, who were the people that,

13   you know, initially you reached out and tried to collect

14   evidence on?

15   *A.* Based on evidence that was presented in trial from the cell

16   phone of Mr. Bully and several search warrants, Mr. Bully was

17   in contact with several individuals in regards to picking up

18   packages or paying these individuals to pick up packages for

19   him, addressing packages in their names, and the like.

20   *Q.* Okay.  So, let's talk about co-defendant Jaime Lewis.

21       What was, you know, his role vis-a-vis Jaime Lewis?

22   *A.* Jaime Lewis, we know from, again, text messages presented

23   in trial --

24           *MR. PEACOCK:*  Your Honor, we will stipulate that

25   Ms. Lewis is a participant to assist the Court.

1           *THE COURT:*  All right.

2    *BY MR. MORRIS:*

3    *Q.*  One of the things that was of interest in your review of

4    the evidence that was presented is that you noted that Mr.

5    Bully used a combination of different -- I don't know --

6    psychological techniques in the way -- in the manner he dealt

7    with people, correct?

8    *A.*  Yes.  Just from viewing the text messages and how he spoke

9    to people and interacted with different people, and talking to

10   these individuals themselves, it became apparent to me that Mr.

11   Bully maintained different relationships with these

12   individuals, like Ms. Lewis, and April Garcia is the mother of

13   two of Mr. Bully's children --

14   *Q.*  Slow down and take them one by one.

15       Let's talk about exercising control over people.  How did

16   he exercise control over Jaime Lewis?

17   *A.*  In text messages I've seen and conversations with

18   Ms. Lewis, they were in a romantic relationship, somewhat

19   tumultuous, physical and emotional abuse in the relationship.

20   Anything Mr. Bully told Ms. Lewis to do, she would do so.  She

21   was in a relationship with him, she did so, but she had a

22   romantic relationship with him.

23   *Q.*  As far as Ms. Garcia, what control did he have over her?

24   *A.*  Based on the text messages presented in trial, Ms. Garcia

25   maintained the majority of the custody of their children, she

```
 1   had a full-time job.
 2        In the text messages there were several times where
 3   Ms. Garcia stated she was short on cash to pay rent or needing
 4   money, and in those text messages, Mr. Bully agreed to give her
 5   certain amounts of money to receive packages for him.
 6   Q.  Moving on to Isaac Garcia, what form of control and
 7   relationship was there in terms of the drug relationship?
 8   A.  Based on text messages and other testimony, Isaac was the
 9   brother of April Garcia and more like a partner to Bully in the
10   receiving of packages.
11        There are text messages that were sent between Ms. Lewis
12   and Mr. Bully where Ms. Lewis would be delivering or picking up
13   money from Isaac for his participation in the packages.
14   Q.  Was his participation including paying money for packages?
15   A.  Yes.
16   Q.  So he was paid for that?
17   A.  As far as I could tell from the text messages.
18   Q.  Was it ethylone as well as PVP?
19   A.  Yes.
20   Q.  Moving on to Mr. Bully and his brother.
21   A.  Clearly they were related, they were brothers, they have
22   that familial bond between them.  We know Mr. Bully used his
23   brother, Calvin Bully, for his identifications, as we found
24   during the first interaction.
25        Mr. Bully used his brother's identification multiple times,
```

```
 1    it was found again when he was arrested, also text messages
 2    where Mr. Bully would address packages to Calvin Bully.  He
 3    would pick them up on his behalf and Calvin Bully would ask if
 4    there were certain substances available.
 5         To me, it seemed as if the payment for Calvin's
 6    participation was some sort of narcotic, or whatever Mr. Bully
 7    was receiving would be given to Calvin as well.
 8    Q.  Did he also use Calvin Bully, his identity to hide assets
 9    and/or money?
10    A.  Several of the vehicles we know were put in Calvin Bully's
11    name, meanwhile Mr. Kevin Bully was paying for them and his ID
12    and driver's license.
13    Q.  Marsha Destin?
14    A.  Marsha Destin, we know from myself personally speaking with
15    her, as well as text messages, that she was a cousin of Mr.
16    Bully, and again, that family tie there.  Mr. Bully asked her
17    to receive packages for him, address them in her name, sent
18    them to her residence and paid her for that, or was to pay her
19    for that.
20    Q.  Nat?
21    A.  Again, this person, based on text messages, was a person
22    named Natalie that, through the text messages, she was -- Mr.
23    Bully was going to pay her to pick up packages for him.  There
24    was a vehicle registered in her name that Mr. Bully was paying
25    for based on text messages, and her credit card was found in
```

1   the hotel room where he was arrested as well.

2   Q.  And Git?

3   A.  Git is an unknown male, I don't know his true identity.

4   Another individual reviewing text messages said that they were

5   using an address of a brother of his to send packages to and

6   Ms. Lewis would pick up packages.

7           MR. PEACOCK:  A brother of his referring to who?

8           THE WITNESS:  This unknown male, Git, I don't know the

9   true identity --

10          MR. PEACOCK:  If I may, Your Honor, a brother of Git?

11          THE WITNESS:  Git is an unknown male who the brother

12  of Git identified in the text messages.  Anthony is somebody

13  Mr. Bully would send packages to and Mr. Bully would pick up

14  from there.

15          THE COURT:  From Anthony or Git?

16          THE WITNESS:  From the residence of Anthony, the text

17  message was from Git and Mr. Bully.

18          I didn't identify that individual, it is somebody that

19  Mr. Bully would use.

20  BY MR. MORRIS:

21  Q.  Who in your investigation and in the evidence presented to

22  the jury, who purchased the narcotics?

23  A.  Mr. Kevin Bully.

24  Q.  Who ordered the narcotics?

25  A.  Mr. Kevin Bully.

```
 1    Q.  Who recruited the individuals to receive narcotics?
 2    A.  Mr. Kevin Bully.
 3    Q.  Who took the majority of the profits from the sale of
 4    narcotics?
 5    A.  Mr. Kevin Bully.
 6    Q.  With respect to the gun in this case, what is the evidence
 7    that you saw, first in terms of where the gun was located to
 8    the drugs and money, and information that you received from
 9    Jaime Lewis?
10    A.  We know, as I said at the trial, the gun, the firearm was
11    found underneath the pillow in the master bedroom where Mr.
12    Bully was known to sleep.
13        In that home was a safe containing approximately $60,000.
14    The package that we control delivered did contain sham at that
15    time, but as far as Mr. Bully knew it had the alpha-PVP in it.
16    He was receiving narcotics at the home as well as the cash he
17    was earning from his narcotics business while having the gun in
18    the same home.
19    Q.  And when you went into that bedroom, did it appear to be
20    Mr. Bully's room?
21    A.  Yes.
22    Q.  Did it appear any other people lived in that room?
23    A.  No.
24    Q.  And then, with respect to the money, he did admit it was
25    his money?
```

1    *A.*   Yes, he did.

2    *Q.*   He said it was partly his mother's money, but he admitted

3    he had an ownership in that money?

4    *A.*   Correct.

5    *Q.*   Anything else regarding the gun?

6    *A.*   As far as what Ms. Lewis informed us, how he used the gun

7    with her.

8    *Q.*   What did he do in terms of use of the gun with respect to

9    Ms. Lewis?

10   *A.*   After speaking to Ms. Lewis several times, she had known

11   him to have a gun, a different gun at different times

12   throughout the relationship, she was not sure whether it was

13   the same gun, but that he did maintain a firearm over the years

14   of their relationship together.

15       She said at one particular time Mr. Bully put a gun in her

16   mouth to test whether or not she trusted him or not.

17   *Q.*   And that was fairly close in time to the actual arrest of

18   Ms. Lewis, correct?

19   *A.*   I really don't remember the time period of that, to be

20   honest.

21   *Q.*   Okay.

22       So, what you are basically saying is he used a gun to

23   threaten her and make her, I guess -- he used control over her?

24   *A.*   Yes.

25           *MR. MORRIS:*   No further questions.

```
 1              THE COURT:  Cross-examination.

 2              MR. PEACOCK:  Yes, ma'am.

 3                        CROSS-EXAMINATION

 4   BY MR. PEACOCK:

 5   Q.  Good morning, Agent Claxton.

 6   A.  Good morning.

 7              MR. PEACOCK:  Your Honor, if I can inquire, are we

 8   just limiting my cross to the issue of leader/organizer?

 9              THE COURT:  And the gun, those are the two areas

10   covered for which she was called.

11              Is that correct, Mr. Morris?

12              MR. MORRIS:  Yes.

13   BY MR. PEACOCK:

14   Q.  Now, Agent Claxton, you talked about Ms. Lewis being a

15   participant in this, correct?

16   A.  Yes, sir.

17   Q.  Ms. Lewis managed the money in this situation?

18   A.  Yes, she was involved in the transporting of money.

19   Q.  She managed it, too, she reported how much money was

20   available, and she did deposits and withdrawals for Mr. Bully,

21   right?

22   A.  Yes, acting as an accountant.

23   Q.  And she also gave him advice, didn't she?

24   A.  How do you mean?

25   Q.  She advised how to spend the money, how much he would have
```

1    and that type of thing?

2    A.  I know there are definitely text messages informing him how

3    much he made month to month and that nature.

4    Q.  And he looked to Ms. Lewis for that information; is that

5    right?

6    A.  Correct.

7    Q.  So, you would agree with me Ms. Lewis managed the money?

8    A.  She had say in the money, it was his money ultimately, but

9    she kept the books, if you will, knowing how much came in and

10   how much went out.

11   Q.  Okay.

12       You say it was his money ultimately and you base that on

13   what?

14   A.  The fact that he was saying it was his and he was asking

15   her how much he made in a certain amount of time.

16   Q.  Did Mr. Bully have a bank account?

17   A.  I don't know about in his name, I know he used bank

18   accounts based on text messages, seeing photos of deposit

19   slips.

20   Q.  Where was the money kept?

21   A.  He had cash kept in a safe in his home in Boca Raton.

22   Q.  What about the money Ms. Lewis referred to; where was that

23   money kept?

24   A.  I don't know.

25   Q.  Kept in a bank, wasn't it?

1    *A.*  I don't know.

2    *Q.*  Did you ask Ms. Lewis where it was kept?

3    *A.*  I did not.

4    *Q.*  You didn't ask where she kept the money she was holding for

5    Mr. Bully?

6    *A.*  I didn't believe it to be held for him.

7    *Q.*  Well, the money she was managing, did you ask where it was?

8    *A.*  No.

9    *Q.*  Have you ever found a bank account in Mr. Bully's name?

10   *A.*  I have not.

11   *Q.*  Now, you relied on several statements by Ms. Lewis in your

12   testimony here today.

13       Ms. Lewis has lied to you many, many times, has she not?

14   *A.*  Yes, she has.

15   *Q.*  And she lied for the purpose of putting herself in a most

16   favorable light, did she not?

17   *A.*  I don't know what her purpose was for lying to me.

18   *Q.*  She has minimized her behavior in this case, hasn't she?

19   *A.*  I can't say what she is thinking when she is telling me.

20   *Q.*  I am going to ask you to draw a conclusion from this, when

21   she first lied to you -- when agents first approached her, she

22   told you she didn't know a thing about this situation, didn't

23   she?

24   *A.*  Yes.

25   *Q.*  Would you draw a conclusion for the Court why she did that?

```
 1    A.   Probably in the beginning, that she could tell that there
 2    was trouble afoot and did not want to admit to anything.
 3    Q.   Why not?
 4    A.   Because she was involved.
 5    Q.   Okay.
 6         She wanted to minimize her involvement, didn't she?
 7    A.   Probably.
 8    Q.   How about the second time you talked her, she lied to you
 9    again, didn't she?
10    A.   I don't know which second time you are referring to.
11    Q.   Do you have your reports?
12    A.   Not in front of me, no.
13    Q.   Okay.
14         When did you first approach Ms. Lewis, what date?  Let me
15    help you with that.
16         Was it April 21, 2015?
17    A.   I don't think so.  I think it was before then.
18    Q.   Well, let me take you back to March 26th.  There was a
19    conversation with Ms. Lewis on that date, wasn't there?
20    A.   Yes.  I did not participate in that.
21    Q.   Do you know whether or not she lied during that
22    conversation?
23    A.   I know that they were going to meet up at some point, and
24    she did not meet up with agents, so I don't think they actually
25    got to speak with her much.
```

1   *Q.* She said she was going to show up, and she didn't show up,

2   correct?

3   *A.* Correct.

4   *Q.* That was my mistake. Let's go to April 8th.

5       Was Ms. Lewis confronted on April 8th?

6   *A.* If that is the date in my report, I don't remember offhand.

7   *Q.* Does that sound right?

8   *A.* The general time period sounds correct.

9   *Q.* Were you present?

10  *A.* Again, I have to look at my report to see, I'm sorry.

11          *MR. PEACOCK:* Can she get her report?

12          *THE WITNESS:* I did not bring my report, no.

13          *MR. PEACOCK:* I will show you mine.

14          If I may approach, Your Honor?

15          *THE COURT:* Yes.

16  *BY MR. PEACOCK:*

17  *Q.* Does that refresh your recollection?

18  *A.* Yes.

19  *Q.* Were you there?

20  *A.* Yes.

21  *Q.* At that time, did she deny even seeing Kevin Bully since

22  Christmas 2014?

23  *A.* Yes, sir.

24  *Q.* Did she also tell you someone might have used her phone to

25  text Mr. Bully?

1    *A.*  Yes, sir.

2    *Q.*  And did she claim she does not communicate or socialize

3    with Calvin or Kevin Bully?

4    *A.*  Limited association.

5    *Q.*  Well, she said the only thing she does is take care of

6    their children.  That is what she told you April 8th; is that

7    right?

8    *A.*  Yes, sir.

9    *Q.*  Now, that wasn't true, correct?

10   *A.*  Correct.

11   *Q.*  Now, then, do you recall having an opportunity to speak to

12   her again on April 21st?

13   *A.*  Is that the date of her arrest?

14   *Q.*  Let me show you this to save time.

15   *A.*  Yes, sir.

16   *Q.*  And you had the opportunity to discuss her role at that

17   meeting as well, correct?

18   *A.*  Yes, sir.

19   *Q.*  And she told you she had not spoken to Kevin Bully since

20   Christmas, correct?

21   *A.*  Yes, sir.

22   *Q.*  And the only package she ever received from Kevin Bully was

23   a cell phone; is that right?

24   *A.*  Yes, sir.

25   *Q.*  And, of course, that was not true, correct?

Pauline A. Stipes, Official Federal Reporter

1    *A.*  Correct.

2    *Q.*  You then spoke to her again on May 11th at a proffer,

3    correct?

4    *A.*  Yes, sir.

5    *Q.*  And she had counsel at that time, correct?

6    *A.*  That is correct.

7    *Q.*  And she told you on May 11th, the last time she spoke to

8    Mr. Bully was on April 21st, the day she was arrested, correct?

9    *A.*  Yes, sir.

10   *Q.*  That wasn't true either, was it?

11   *A.*  I believe that she spoke to him on April 21st.

12   *Q.*  Yep?

13   *A.*  I believe that was true.

14   *Q.*  She had spoken to him regularly from jail, had she not?

15   *A.*  She was arrested April 21st.

16   *Q.*  After April 21st, she spoke to Mr. Bully on the phone from

17   jail?

18   *A.*  Yes, sir.

19   *Q.*  When she told you she had not spoken to Mr. Bully since

20   April 21st, that was not true, was it?

21   *A.*  Correct.

22   *Q.*  Now, Ms. Lewis told you that she did deposit money into

23   bank accounts, correct?

24   *A.*  Yes, sir.

25   *Q.*  And she gave you the name of a bank account as well,

```
 1   correct?

 2   A.  She gave me the name of a person that she recalled.

 3   Q.  That is what I mean by the name of a bank account.  A

 4   person's name that it was in?

 5   A.  Yes, sir.

 6   Q.  Were you able to recover anything?

 7   A.  Only stuff in text messages or emails, I'm sorry.

 8   Q.  Did she tell you the bank she went to?

 9   A.  I don't remember.

10   Q.  Well, that would be important, correct?

11   A.  It could be, as identifying the bank account, yes.

12   Q.  Right.  And so it is safe to say she didn't tell you the

13   banks she went to?

14   A.  I don't know if I asked that question or not.

15   Q.  Now, in your opinion, was Ms. Lewis aware -- when did

16   Ms. Lewis, in your opinion, become aware that Mr. Bully was

17   involved with this?

18   A.  I'm sorry, again, when did Ms. Lewis know Mr. Bully was

19   involved?

20   Q.  Yes, when do you think she became aware Mr. Bully was

21   involved in the importation of the substances?

22   A.  Before the first time we spoke with her.

23   Q.  Do you have any idea, can you pinpoint it any further for

24   the Court?

25   A.  I know from speaking with her that she had dated him for
```

```
 1   approximately five years, and during those years she knew him
 2   to be involved in selling drugs.
 3   Q.  Okay.  Okay.
 4       And you also reviewed the text messages on her phone,
 5   correct?
 6   A.  Yes, I did.
 7   Q.  And those have corresponding dates and times for those text
 8   messages, right?
 9   A.  Yes.
10   Q.  I am sure you recall at trial the Government introduced
11   many of the text messages to show the times and dates alleged
12   in the indictment, right?
13   A.  No.  The text messages represented at trial were from Mr.
14   Bully's phone.
15   Q.  I am including those as well, right?
16   A.  Okay.
17   Q.  Those were text messages, many of them to Ms. Lewis, right?
18   A.  Yes, sir.
19   Q.  Those extended at least back in 2014, did you say, or early
20   2015?
21   A.  They were mostly in early 2015, if I recall correctly.
22   Q.  Okay.
23       Now, from your information, isn't it true Ms. Lewis played
24   the same role throughout, basically from the first -- when she
25   started dating Mr. Bully as the manager of the money in this
```

1   situation?

2   A.  I don't know how she managed money when he first met her,

3   when they first began dating.  I know when we recently had

4   spoken with her -- I can't remember what she said as far as how

5   long she had been keeping track of accounts and money and

6   stuff, but that was at least, I think, six months prior to when

7   we got involved with her.

8   Q.  Okay, at least back to 2014; would that be fair?

9   A.  Sometime around there, yes.

10   Q.  By the way, Ms. Lewis had a marijuana case pending during

11   this whole investigation; is that correct?

12   A.  Yes, sir.

13   Q.  Do you know if she had counsel in that case?

14   A.  I do not.

15   Q.  Was it a felony case?

16   A.  I don't know.

17   Q.  Do you know if she was convicted?

18   A.  I do not.

19   Q.  Now, did Ms. Lewis have a job?

20   A.  What she had told us was that she by trade was an

21   accountant and had worked for different private companies as an

22   accountant previously.

23   Q.  So she had expertise in managing money, right?

24   A.  Yes, sir.

25   Q.  Did she have a job that you were aware of, that you

74

1    uncovered in your investigation?

2    A.   Aside from working with Mr. Bully, no, sir.

3    Q.   Right.  Now let's go to April Garcia, if we could.

4         You indicated on occasion Mr. Bully would pay her money

5    when she was short on funds, correct?

6    A.   Yes, sir.

7    Q.   And in exchange for helping her out, she would accept a

8    package?

9    A.   Again, based on text messages I read, yes, sir.

10   Q.   Okay.

11        What, if any, acts did Ms. April Garcia take in ordering

12   any kind of ethylone or alpha-PVP in this case?

13   A.   I don't think she had any involvement in that part.

14   Q.   Okay.

15        Was she involved in the bit coin part of the case?

16   A.   Not that I am aware of.

17   Q.   Was she involved -- to the best of your knowledge, after

18   the drugs were delivered, was she involved in the distribution

19   of the drugs?

20   A.   Not that I am aware of.

21   Q.   Was she involved in any meetings other than the text

22   messages you noted with Mr. Bully where there was any kind of

23   discussion of the conspiracy?

24   A.   Not that I am aware of.

25   Q.   Was she involved in any kind of distribution of the profits

1   of the sale of ethylone or alpha-PVP?

2   *A.*  Aside from her getting money from Mr. Bully which would

3   come from those profits, I don't know.

4   *Q.*  Okay.

5       So, it is your testimony the extent of her remuneration was

6   getting money for her household expenses from the father of her

7   children, correct?

8   *A.*  In exchange for receiving packages, yes.

9   *Q.*  You say packages, how many?

10  *A.*  I don't know.  Previously, I know we had seized a package

11  addressed with her name on it, at least one in this case, and

12  text messages related to that.

13  *Q.*  Packages is multiple, we want to be clear here.  Do you

14  have evidence of multiple packages that April Garcia received?

15  *A.*  I have evidence of one addressed to her and referencing at

16  least two in the text messages.  As far as seizures, one with

17  her name on it.

18          *THE COURT:*  Were there two additional ones in the text

19  messages and the one that was seized or is that included?

20          *THE WITNESS:*  Based on my information, it was the one

21  we seized.

22          *THE COURT:*  There were two in the text messages, and

23  one that was seized?

24          *THE WITNESS:*  And I don't know where it is or what

25  happened to it.

1   *BY MR. PEACOCK*:

2   *Q.*  What were the dates of these instructions?

3   *A.*  These are text messages I gave in trial, March time period,

4   March of 2015, and we seized one package addressed to April

5   Garcia in 2015.

6   *Q.*  Let's stay with that package seized in March 2015.  It is

7   your contention in exchange for that package, Mr. Bully paid

8   for some of Ms. Garcia's household expenses?

9   *A.*  We seized that, but the text messages referred to the fact

10  she would be paid for that.

11  *Q.*  Let's move away from that.  You mentioned an additional

12  package, when is that?

13  *A.*  It is unclear in the text messages, again, that same March

14  time period, prior to the seizure of it.  It is unclear whether

15  it is the same package or another package.

16      Conservatively, I know there is at least one package, the

17  one we intercepted.

18  *Q.*  Now, Mr. Isaac Garcia, I believe you testified that Mr.

19  Bully would pay Mr. Isaac Garcia to receive the packages; is

20  that right?

21  *A.*  Yes, sir.

22  *Q.*  What evidence did you have that Isaac Garcia knew what the

23  substance was in those packages?

24  *A.*  All I know is there were two packages that we seized

25  addressed to Isaac Garcia and there were text messages that

1    indicate, between Ms. Lewis and Mr. Bully, that Ms. Lewis was

2    to go to Isaac, give him money and get a package from him and

3    return it to Mr. Bully.

4    Q.  You say there were two packages.  Did those have the same

5    address on them?

6    A.  I believe so, but I don't know off the top of my head, but

7    I know they were both addressed to the name of Isaac Garcia.

8    Q.  Were they addressed to Mr. Isaac Garcia's address?

9    A.  I don't -- as far as his driver's license, or where he

10   actually stayed, I don't know.

11   Q.  Let me rephrase that.

12       An address that you knew to be his address?

13   A.  Associated with him, yes, sir.

14   Q.  Okay.

15       There was a package, correct, that was intercepted on

16   March 31, 2015, that was addressed to Isaac Garcia, right?

17   A.  I don't know the dates, the March time period sounds

18   correct.

19       MR. PEACOCK:  With the Court's leave, I will approach

20   when necessary.

21       THE COURT:  Okay.

22       THE WITNESS:  Yes, sir, March 31st.

23       MR. PEACOCK:  For the record, I am refreshing with

24   Agent Davis' report.

25       THE COURT:  Okay.

 1   *BY MR. PEACOCK:*

 2   *Q.*   That was to 4402 Northwest 4th Avenue; is that correct?

 3   *A.*   Yes, sir.

 4   *Q.*   In Pompano Beach?

 5   *A.*   Yes, sir.

 6   *Q.*   You referred to a second package.  Do you recall where that

 7   was addressed?

 8   *A.*   No, sir.

 9   *Q.*   Now, with regard to Mr. Isaac Garcia, I will ask you the

10   same questions I asked you about April Garcia.

11       Are you aware of any evidence which indicates that Mr.

12   Isaac Garcia was involved in the planning of these offenses?

13   *A.*   I have information from Ms. Lewis that -- when she spoke

14   with us, that Mr. Bully and Mr. Garcia, after the controlled

15   delivery was conducted, decided to go north to Tallahassee and

16   stay low, or stay out of sight for a little while, which led me

17   to believe Mr. Garcia was more involved.

18   *Q.*   Okay.

19       But I asked you specifically about do you have any evidence

20   about his involvement in the planning of these offenses?

21   *A.*   As far as ordering packages?

22   *Q.*   Yes.

23   *A.*   I don't know about that.

24   *Q.*   Do you have any evidence that Mr. Isaac Garcia participated

25   in the distribution of Flakka other than to Mr. --

Pauline A. Stipes, Official Federal Reporter

1    *A.*   No, sir.

2    *Q.*   Do you have any evidence that Mr. Isaac Garcia had any

3    ownership interest in these packages?

4    *A.*   I do not.

5    *Q.*   Do you have any evidence that Mr. Isaac Garcia participated

6    in the distribution of funds raised by the sale of this

7    substance?

8    *A.*   I do not.

9         *THE COURT:*   What was the last question?

10         *MR. PEACOCK:*   Do you have any evidence that Mr. Isaac

11   Garcia participated in the distribution of funds that were

12   raised from the sale of this substance?

13         *THE COURT:*   Okay.

14         *MR. PEACOCK:*   And I can only do that, Judge, because

15   the cold medication repeats everything I say, I just have to

16   say it out loud again.

17         *THE COURT:*   And I don't have my real time to look over

18   there.

19         *MR. PEACOCK:*   I have a biological real time going on.

20         *THE COURT:*   We are going to need to conclude soon.  Do

21   you have more?

22         *MR. PEACOCK:*   There are four more individuals and I

23   need to make a record.  It will take me probably another ten

24   minutes or 15 minutes.

25         *THE COURT:*   Let's conclude by no later than 12:15.

```
 1            MR. PEACOCK:  Yes, ma'am.  Okay.
 2   BY MR. PEACOCK:
 3   Q.  Now, Mr. Calvin Bully, you mentioned him also.  How many
 4   packages would be addressed to Mr. Calvin Bully in your
 5   opinion?
 6   A.  When we did the controlled delivery, there was an empty
 7   package, empty DSL package with Mr. Bully's name on it, and
 8   text messages between Kevin and Calvin about Calvin having
 9   received a package and bringing it back to Kevin, and I believe
10   there was one package that we never received, approximately two
11   packages, I believe.
12   Q.  Now, is it true that you suspected Calvin Bully of being a
13   partner in this business?
14   A.  Not necessarily a partner.
15       I know there are different terms, how much knowledge a
16   partner would have.  Based on text messages and the way Mr.
17   Kevin Bully utilized Calvin Bully's identity, it seemed as if
18   Kevin Bully was more a leader in that way, because he used his
19   brother to hide behind his identity and would put packages in
20   his brother's name and not in his own name.
21   Q.  Do you have any opinion what compensation Calvin Bully
22   received for this?
23   A.  Based on text messages that were presented in trial, there
24   is a particular text message in which Calvin Bully is asking if
25   Kevin Bully has B's or certain narcotics, and Kevin responds
```

Pauline A. Stipes, Official Federal Reporter

1    that, well, if you bring that package here, I will have some

2    for you now.

3        To me, that appeared to be that Calvin Bully was receiving

4    other drugs in exchange for making some pickups for his

5    brother.

6    Q.  Marsha Destin you referred to.  Is that Mr. Bully's cousin?

7    A.  Yes, sir.

8    Q.  To try to streamline this, would your testimony be the same

9    in regard to her as it was in regard to Isaac Garcia and April

10   Garcia?

11   A.  I can make it quick.  She was his cousin, he put at least

12   one package in her name to pick it up, he said he would pay her

13   for it.  There are text messages for it.

14       I talked to her myself, she said he was -- he said he was

15   sending one to her mom's and her house, she got money.

16   Q.  When you talked to her, did she tell you she had any idea

17   what was in it?

18   A.  No, sir.

19   Q.  Did she have any proprietary in the package?  Did she plan

20   the ordering, plan distribution or plan distribution of the

21   monies?

22   A.  No, sir.

23   Q.  Would your testimony be the same with regard to Natalie?

24   A.  Very similar to Marsha Destin, yes, sir.

25   Q.  Is that Natalie Flossaint, F-L-O-S-S-A-I-N-T?

```
 1              THE COURT:  Okay.
 2              THE WITNESS:  Close, I don't know exactly.
 3              THE COURT:  That is fine.
 4   BY MR. PEACOCK:
 5   Q.  And Git, I was confused about your testimony concerning
 6   Git.  You have information Git received a package?
 7   A.  Git is the person on the text message communicating with
 8   Kevin Bully.  Kevin says he is going to deliver a package to
 9   Git's brother, Anthony, Anthony's house, and Jaime was going to
10   pick up that package from Anthony's house.
11   Q.  Do you have any information when that package was
12   delivered?
13   A.  Again, March 17-18 time period.
14   Q.  Do you have any information what was in the package?
15   A.  No, I do not.
16              MR. PEACOCK:  Your Honor, I don't have any further
17   questions of Agent Claxton.
18              THE COURT:  Okay.  Okay, thank you so much, you may
19   step down.
20              So, here is where we are going to conclude things now.
21              Let me be clear, I know I marked the Trecki PowerPoint
22   for identification only.  I will mark the DiBerardino
23   PowerPoint as well, that was referenced and discussed in court.
24   I marked three for identification, the video and two
25   PowerPoints.
```

 1                There is nothing else from the exhibit list that the

 2     Court needs to mark for identification or is sought to be

 3     introduced; is that correct?

 4                MR. MORRIS:  That is correct.

 5                THE COURT:  So, what I need from you are the two

 6     PowerPoint hard copies.  I have the video, and we'll hold on to

 7     the exhibit list and identification and all of the exhibits

 8     that were marked for identification, the three of them.

 9                It seems as if the Government has been able to put on

10     its witnesses.  Is that correct, Mr. Morris?

11                MR. MORRIS:  Yes.

12                THE COURT:  Okay, so, what I am going to do is -- and

13     you put on your evidence, really, on all of the issues that are

14     raised in the objections, correct?

15                MR. MORRIS:  Yes.

16                THE COURT:  I am going to continue the proceeding, so

17     I guess I am reconsidering the order denying the motion to

18     continue in part insofar as I am not -- obviously, I commenced

19     and we conducted the proceeding.

20                I do appreciate the issues Mr. Peacock raised about

21     the need to obtain Jencks materials, to become better versed in

22     the areas involving the drugs at issue, to retain experts

23     should he be able to or decide that he wants to.

24                So, when we continue the proceeding, the way I

25     envision it happening is that the two -- Mr. Peacock should let

 1   Mr. Morris know if you want the two witnesses back from DEA.

 2        MR. PEACOCK:  I do.

 3        THE COURT:  You are saying you do already.

 4        Those two witnesses, we have to coordinate them coming

 5   back, and we'll then enable Mr. Peacock to cross-examine them

 6   and then there will be any redirect, if Mr. Morris has

 7   redirect, and if Mr. Peacock has any experts, he will present

 8   those experts with examination and cross-examination, and then

 9   I will hear final argument on the drug issue, leader issue

10   which we have the testimony, but I haven't heard argument.  We

11   have the evidence, and not argument, and we have the firearm,

12   but not argument.

13        Is that a fair estimation of what we -- where we

14   stand?

15        MR. PEACOCK:  With the proviso that we haven't

16   presented anything.

17        THE COURT:  Right, but it is the Government's burden

18   on the objections.

19        Any evidence presented as relates to the issues in the

20   objections?

21        MR. PEACOCK:  Well, I have to speak to Mr. Bully about

22   that, which I haven't had a chance to do.

23        I don't think there would be very much, Judge.

24        THE COURT:  Okay, you are not limited.  I am trying to

25   recap where we stood.

1          The bottom line is, we are not going to retread what

2     we have done today.  We will continue it so primarily Mr.

3     Peacock has the benefit on behalf of Mr. Bully to get the

4     information he needs on the drug issue.  That is the big issue

5     we are not able to complete today.

6          Because we are not going to complete that, I am not

7     going to hear argument on those issues which we could arguably

8     hear argument on, the firearm and leader, that doesn't depend

9     on the experts, but I will save it all for the next proceeding

10    and let you argue your points, and the Court will make the

11    ruling on the drugs, leadership and gun.

12         I would like to continue it to a point that is

13    reasonable, that gives you the time to produce materials, get

14    your experts, but not so far out that the Court has lost track

15    of the issues.  I would like to keep in the frame of mind, and

16    I guess all of you would as well.

17         Why don't I give you a couple of days to report back

18    to the Court if we could, no later than Friday at noon report

19    back.  Confer with one another, do what research you need to,

20    what it would take to get the Jencks material, what it would

21    take for you to secure experts, should you choose to do that,

22    and I ask you produce dates to the Court in the reasonably near

23    future.  I would like to have it done in May.

24         Now, there are some times when I am in trial and an

25    Eleventh Circuit conference, but there is opening in the court

Pauline A. Stipes, Official Federal Reporter

```
1   calendar, I would like to conclude it in the month of May.
2         I think that is fair.  That gives you over a month and
3   ten days to coordinate with one another so everybody feels they
4   are prepared, and have an opportunity to present and educate
5   the Court.
6         I don't know whether, Mr. Peacock, you are going to be
7   making argument for a variance.  If so, I would appreciate
8   receiving that in advance since we are continuing it.
9         The guidelines, as I stated and the Government agrees,
10  without the objections, are 360 to life.  I may overrule all
11  the objections, I may sustain some of the objections, I don't
12  know where that will put us.  I am sure you can speak to
13  Ms. Parsons about that.
14        If there is going to be a request for a downward
15  variance, I would like to understand what the arguments would
16  be in advance to prepare as well.
17        MR. PEACOCK:  All right.
18        MR. MORRIS:  Judge, could I ask one favor?  It would
19  be helpful for the Government, if Mr. Peacock is going to call
20  an expert, for him to actually file a Rule 16 summary, that
21  would be nice.
22        MR. PEACOCK:  That is not a problem.
23        MR. MORRIS:  With the reports attached, which we did.
24  I will make reciprocal Jencks.  If he is going to present an
25  expert, I would like his prior testimony.
```

```
 1          THE COURT:  By Friday at noon why don't you file a
 2   joint agreed upon notice or schedule you worked out, the date
 3   by which you will identify the expert, turn over Jencks,
 4   Government will turn it over, make your disclosure, and all of
 5   your possible available dates for the sentencing based on what
 6   you need to do.  Two and a half days to meet and confer,
 7   doesn't sound like there is any disagreement, you both get
 8   along very well and that is fine.
 9          Present the schedule to the Court as long as it allows
10   for flexibility in days in May to continue the sentencing.
11          Thank you very much.
12      (Thereupon, the hearing was concluded.)
13                            * * *
14          I certify that the foregoing is a correct transcript
15   from the record of proceedings in the above matter.
16
17      Date:  April 22, 2016
18              /s/ Pauline A. Stipes, Official Federal Reporter
19                       Signature of Court Reporter
20
21
22
23
24
25
```

Pauline A. Stipes, Official Federal Reporter

**$**

$6 [1]  9/7
$6 million [1]  9/7
$60,000 [1]  62/13
$700 [1]  9/9

**'**

'94 [1]  17/25

**/**

/s [1]  87/18

**1**

109 [1]  1/20
11 [2]  3/15 12/1
11th [3]  6/5 70/2 70/7
12 [2]  19/21 31/4
12:15 [1]  79/25
13 [2]  2/3 20/12
13th [1]  19/21
15 [2]  13/20 79/24
15-CR-80068 [1]  3/3
15-CR-80068-ROSENBERG [1]  1/3
16 [1]  86/20
17 [1]  50/11
174 [1]  3/19
175 [2]  9/20 10/22
178 [1]  5/25
18 [5]  4/16 12/4 12/5 12/6 82/13
180 [1]  4/21
180-1 [1]  10/24
181 [1]  6/2
19 [4]  1/8 12/4 12/6 53/7
1994 [1]  19/8
1st [1]  7/3

**2**

20 [3]  13/20 13/21 56/2
2011 [1]  50/25
2012 [1]  36/21
2013 [1]  51/3
2014 [4]  51/6 68/22 72/19 73/8
2015 [9]  51/9 55/1 67/16 72/20 72/21 76/4
 76/5 76/6 77/16
2016 [3]  1/8 3/15 87/17
21 [9]  3/22 3/24 4/3 4/7 4/10 4/13 9/22 12/23
 67/16
2123 [1]  1/21
21st [6]  69/12 70/8 70/11 70/15 70/16 70/20
22 [6]  9/25 14/3 17/9 17/22 20/9 87/17
2337 [1]  1/23
25 [1]  38/20
25,000 [1]  9/7
25th [1]  38/9
26th [1]  67/18
29 [2]  10/3 10/7
2nd [1]  1/20

**3**

30 [1]  38/20
30th [1]  38/9
31 [3]  10/3 10/5 77/16
31st [1]  77/22
32 [2]  10/3 10/5
33401 [1]  1/17
34950 [1]  1/20
36 [1]  2/5
360 [2]  9/5 86/10
38 [1]  9/4
39 [2]  9/25 12/23

**4**

400 [1]  1/17
42 [1]  10/10
4402 [1]  78/2
4B1.1 [1]  10/11
4th [1]  78/2

**5**

500 [1]  1/16
56 [1]  2/7
561-820-8711 [1]  1/18

**6**

60 [1]  43/3
63 [1]  10/12
64 [1]  2/8

**7**

772-467-2337 [1]  1/23
772-489-2123 [1]  1/21
7th [1]  5/11

**8**

80068 [1]  3/3
841 [4]  3/22 3/25 4/11 4/14
846 [2]  3/22 3/25
8711 [1]  1/18
8th [3]  68/4 68/5 69/6

**9**

922 [1]  4/16
924 [1]  4/17
952 [2]  4/3 4/8
960 [2]  4/4 4/8
963 [2]  4/3 4/7

**A**

a-PVP [3]  3/21 3/24 4/6
a/k/a [3]  3/21 3/24 4/6
able [5]  18/4 71/6 83/9 83/23 85/5
about [40]  6/16 7/14 7/21 8/20 15/3 15/4
 25/12 32/7 32/8 32/11 32/12 41/11 41/12
 41/14 42/21 42/22 45/2 45/11 46/7 48/20
 52/14 53/17 55/20 57/11 57/20 58/15 64/14
 65/17 65/22 66/22 67/8 78/10 78/19 78/20
 78/23 80/8 82/5 83/20 84/21 86/13
above [1]  87/15
absence [1]  32/18
absent [2]  9/2 9/13
absolute [1]  55/13
absorb [1]  5/17
abuse [2]  30/17 58/19
accept [1]  74/7
acceptance [1]  4/18
accomplish [1]  35/5
account [5]  65/16 66/9 70/25 71/3 71/11
accountant [3]  64/22 73/21 73/22
accounts [3]  65/18 70/23 73/5
accurate [2]  9/10 9/15
accurately [1]  10/14
acknowledged [1]  53/14
acquittal [1]  3/18
acquitted [1]  3/18
act [5]  14/6 17/18 30/9 37/16 41/16
acting [1]  64/22
activities [1]  57/5
activity [4]  40/17 41/8 41/9 46/14
acts [1]  74/11
actual [5]  12/3 39/5 52/1 57/8 63/17
actually [5]  19/23 20/1 67/24 77/10 86/20

add [4]  10/17 10/21 21/20 43/6
add-in [1]  21/20
added [3]  8/19 47/17 47/18
addendum [1]  10/23
addition [2]  6/2 10/7
additional [6]  8/15 8/16 29/12 32/22 75/18
 76/11
additionally [1]  10/9
address [8]  12/20 60/2 60/17 61/5 77/5 77/8
 77/12 77/12
addressed [9]  75/11 75/15 76/4 76/25 77/7
 77/8 77/16 78/7 80/4
addressing [3]  24/3 35/13 57/19
adjudge [1]  4/19
administer [2]  30/15 43/16
administered [1]  30/13
Administration [6]  6/1 17/10 19/1 19/4 19/18
 36/19
admit [2]  62/24 67/2
admitted [4]  12/12 53/9 56/5 63/2
advance [2]  86/8 86/16
adverse [4]  43/14 47/14 47/20 53/25
advice [1]  64/23
advised [1]  64/25
affirmative [1]  9/18
afield [1]  19/14
afoot [1]  67/2
after [7]  8/10 8/14 55/2 63/10 70/16 74/17
 78/14
again [21]  8/9 22/20 28/3 28/8 29/23 45/20
 46/14 51/10 57/22 60/1 60/16 60/21 67/9
 68/10 69/12 70/2 71/18 74/9 76/13 79/16
 82/13
agent [6]  13/4 56/9 64/5 64/14 77/24 82/17
agents [2]  66/21 67/24
agitation [3]  43/20 43/22 52/6
ago [2]  18/20 18/24
agree [3]  35/25 53/1 65/7
agreed [2]  59/4 87/2
agrees [1]  86/9
ahead [1]  41/7
ahold [1]  35/23
alkyl [9]  26/23 26/24 26/25 27/7 27/8 27/9
 29/14 29/15 29/16
alkylated [1]  26/19
alkylation [1]  26/14
all [32]  3/4 3/13 6/24 12/11 13/11 24/10
 24/18 27/5 27/8 33/15 33/20 34/4 35/14 37/25
 39/12 44/13 44/23 47/21 48/6 48/8 52/23 53/2
 57/7 58/1 76/24 83/7 83/13 85/9 85/16 86/10
 86/17 87/4
alleged [1]  72/11
allow [2]  8/18 8/19
allows [1]  87/9
almost [1]  30/14
alone [3]  13/10 50/12 50/14
along [2]  32/25 87/8
alpha [52]  5/11 8/1 10/4 13/10 20/20 22/2
 22/4 22/11 22/14 25/10 26/13 26/17 26/19
 26/22 26/22 27/7 29/13 29/14 30/22 31/10
 31/12 32/10 39/10 39/11 41/11 41/17 41/19
 41/23 42/3 42/5 42/11 43/6 43/9 43/15 43/17
 43/23 44/2 44/6 44/9 44/13 44/14 44/24 45/5
 46/12 51/14 51/14 53/21 53/23 54/5 62/15
 74/12 75/1
alpha-PVB [2]  44/9 44/14
alpha-PVP [43]  5/11 8/1 10/4 13/10 20/20
 22/2 22/4 22/11 22/14 25/10 26/17 26/22
 30/22 31/10 31/12 32/10 39/10 39/11 41/11
 41/17 41/19 41/23 42/3 42/5 42/11 43/6 43/9
 43/15 43/21 43/23 44/2 44/6 44/13 44/24 45/5

**A**

alpha-PVP... [8]  46/12 51/14 53/21 53/23
 54/5 62/15 74/12 75/1
alprazolam [1]  4/13
already [1]  84/3
also [23]  3/9 5/20 10/22 20/20 25/25 26/12
 26/22 29/4 33/8 34/22 35/25 41/24 45/11
 45/14 48/25 49/1 57/1 60/1 60/8 64/23 68/24
 72/4 80/3
altogether [1]  34/11
am [37]  6/11 8/17 19/20 21/15 24/22 31/18
 31/21 32/25 33/9 33/9 33/22 34/10 36/18
 36/21 38/3 50/4 50/8 52/21 55/3 55/6 55/7
 56/4 66/20 72/10 72/15 74/16 74/20 74/24
 77/23 83/12 83/16 83/17 83/18 84/24 85/6
 85/24 86/12
AMERICA [2]  1/4 3/2
among [1]  20/7
amount [5]  6/7 33/16 48/18 50/5 65/15
amounts [2]  51/20 59/5
analogous [1]  37/13
analysis [3]  45/13 46/11 55/11
analyzing [1]  42/18
and/or [1]  60/9
anecdotal [1]  55/5
animal [1]  42/25
animals [6]  42/2 42/4 43/1 43/3 43/5 43/7
another [15]  6/20 35/3 37/19 40/20 44/5 44/8
 51/24 52/5 55/12 55/20 61/4 76/15 79/23
 85/19 86/3
answer [2]  9/18 18/3 31/9
Anthony [4]  61/12 61/15 61/16 82/9
Anthony's [2]  82/9 82/10
anticipate [2]  8/21 13/18
anticipating [1]  23/15
anxiety [1]  43/19
any [55]  5/3 7/1 8/15 8/16 8/18 8/19 14/24
 16/15 18/9 18/14 23/13 31/1 31/4 32/18 32/19
 32/22 32/23 33/21 34/9 38/13 39/13 44/25
 47/9 47/22 52/10 52/19 52/19 54/10 55/5
 62/22 71/23 71/23 74/11 74/12 74/13 74/21
 74/22 74/25 78/11 78/19 78/24 79/2 79/2 79/5
 79/10 80/21 81/16 81/19 82/11 82/14 82/16
 84/6 84/7 84/19 87/7
anyone [1]  19/1
anything [13]  7/13 10/17 10/21 15/2 15/4
 19/12 24/23 33/2 58/20 63/5 67/2 71/6 84/16
apparent [1]  58/10
appear [4]  9/20 9/20 62/19 62/22
appearance [1]  3/4
APPEARANCES [1]  1/14
appeared [2]  23/3 81/3
applicable [1]  9/8
application [2]  15/23 16/18
applications [1]  16/16
appreciate [2]  83/20 86/7
approach [4]  42/18 67/14 68/14 77/19
approached [1]  66/21
approved [1]  30/15
approximately [8]  20/9 20/12 36/22 38/5
 56/22 62/13 72/1 80/10
April [23]  1/8 6/5 7/3 7/3 58/12 59/9 67/16
 68/4 68/5 69/6 69/12 70/8 70/11 70/15 70/16
 70/20 74/3 74/11 75/14 76/4 78/10 81/9 87/17
April 11th [1]  6/5
April 21 [1]  67/16
April 21st [6]  69/12 70/8 70/11 70/15 70/16
 70/20
April 8th [3]  68/4 68/5 69/6
arbitrary [1]  10/6

are [172]
area [5]  14/25 19/12 20/14 29/2 39/16
areas [6]  9/21 10/19 10/20 39/16 64/9 83/22
arguably [1]  85/7
argue [1]  85/10
argument [10]  7/18 8/5 32/14 84/9 84/10
 84/11 84/12 85/7 85/8 86/7
arguments [2]  34/22 86/15
Arlington [1]  36/19
around [4]  19/21 25/1 50/22 73/9
arrest [2]  63/17 69/13
arrested [5]  55/2 60/1 61/1 70/8 70/15
article [1]  52/22
as [130]
Aside [2]  74/2 75/2
ask [12]  28/16 28/18 35/12 52/12 60/3 66/2
 66/4 66/7 66/20 78/9 85/22 86/18
asked [5]  31/7 60/16 71/14 78/10 78/19
asking [4]  33/22 54/2 65/14 80/24
assessment [1]  9/8
assets [1]  60/8
assigned [1]  39/21
assigning [1]  39/21
assist [2]  34/7 57/25
Associated [1]  77/13
association [1]  69/4
assume [3]  23/17 23/19 37/24
atom [8]  24/17 24/25 24/25 25/3 26/11 26/14
 29/15 29/17
atoms [2]  24/10 24/18 24/19 25/4 25/4
attached [2]  26/11 86/23
attempt [2]  3/23 44/16
attempted [1]  4/5
attended [1]  57/1
Attorney's [1]  1/16
August [1]  36/21
August 2012 [1]  36/21
Australian [1]  1/16
autopsies [1]  43/17
availability [1]  6/16
available [5]  6/17 46/9 60/4 64/20 87/5
Avenue [2]  1/16 78/2
avoid [2]  47/19 49/19
aware [15]  7/12 20/19 27/25 32/14 36/4 40/2
 45/20 71/15 71/16 71/20 73/25 74/16 74/20
 74/24 78/11
away [1]  76/11

**B**

B's [1]  80/25
B-keto [1]  26/10
Bachelor [1]  37/8
back [16]  6/16 7/3 27/25 32/3 34/19 35/17
 57/7 57/11 67/18 72/19 73/8 80/9 84/1 84/5
 85/17 85/19
background [6]  3/15 5/15 5/16 20/7 21/18
 57/10
backwards [1]  13/1
bank [9]  65/16 65/17 65/25 66/9 70/23 70/25
 71/3 71/8 71/11
banks [1]  71/13
base [1]  65/12
based [18]  7/9 23/20 32/23 33/2 40/11 44/23
 51/8 57/15 58/24 59/8 60/21 60/25 65/18 74/9
 75/20 80/16 80/23 87/5
basic [3]  24/2 24/6 40/17
basically [3]  30/6 63/22 72/24
basis [4]  9/23 42/10 49/3 52/10
bath [2]  44/5 44/6
be [91]
BEACH [7]  1/2 1/7 1/17 1/23 54/2 55/1

78/4
became [3]  51/13 58/10 71/20
because [9]  7/8 13/1 35/21 51/21 51/24 67/4
 79/14 80/18 85/6
become [3]  51/14 71/16 83/21
becomes [1]  51/13
bedroom [2]  62/11 62/19
been [16]  6/23 7/10 9/8 14/2 19/24 20/8 20/9
 30/14 32/14 32/16 36/20 53/25 55/9 56/21
 73/5 83/9
before [11]  1/11 3/9 6/22 7/11 10/17 31/20
 45/7 46/16 51/20 67/17 71/22
began [1]  73/3
begin [2]  21/18 27/13
beginning [1]  67/1
begun [1]  8/14
behalf [5]  3/8 15/3 19/17 60/3 85/3
behaved [1]  42/5
behavior [2]  43/5 66/18
behind [2]  51/12 80/19
being [10]  14/24 17/5 20/15 27/20 29/17
 33/12 39/17 53/12 64/14 80/12
believe [14]  5/24 8/4 17/24 28/17 45/25 56/11
 66/6 70/11 70/13 76/18 77/6 78/17 80/9 80/11
below [1]  47/16
bench [1]  41/21
benefit [1]  85/3
best [3]  9/21 32/9 74/17
beta [3]  26/11 27/6 28/13
better [2]  55/19 83/21
between [12]  17/2 26/1 27/4 30/7 38/9 40/7
 52/15 52/20 59/11 59/22 77/1 80/8
big [2]  33/5 85/4
bind [2]  41/15 41/23
binding [1]  41/22
biochemistry [2]  37/6 37/8
biological [1]  79/19
biology [1]  37/6
bit [2]  7/8 74/15
blue [2]  26/2 29/7
blunt [1]  52/5
Boca [1]  65/21
body [1]  47/12
bond [2]  26/16 59/22
bonds [6]  24/13 24/17 24/18 24/19 26/11
 26/17
book [1]  32/13
books [1]  65/9
both [16]  8/5 26/8 26/12 26/25 29/11 29/15
 29/16 29/24 35/12 46/15 46/21 46/22 53/23
 54/1 77/7 87/7
bottom [2]  46/13 85/1
boy [1]  44/9
brief [3]  27/1 38/14 54/16
bring [4]  32/3 34/19 68/12 81/1
bringing [1]  80/9
broad [1]  40/15
broken [1]  26/2
brother [10]  59/9 59/20 59/23 61/5 61/7
 61/10 61/11 80/19 81/5 82/9
brother's [2]  59/25 80/20
brothers [1]  59/21
brought [2]  7/19 33/12
BULLY [81]  1/7 3/2 3/8 3/14 3/15 3/17 4/19
 10/1 33/20 34/1 55/2 56/24 57/16 57/16 58/5
 58/11 58/20 59/4 59/9 59/12 59/20 59/22
 59/23 59/25 60/2 60/6 60/8 60/9 60/6 60/8 60/11
 60/16 60/16 60/23 60/24 61/13 61/13 61/17
 61/19 61/23 61/25 62/2 62/5 62/12 62/15
 63/15 64/20 65/16 66/5 68/21 68/25 69/3
 69/19 69/22 70/8 70/16 70/19 71/16 71/18

**B**

BULLY... [23]  71/20 72/25 74/2 74/4 74/22
75/2 76/7 76/19 77/1 77/3 78/14 80/3 80/4
80/12 80/17 80/18 80/21 80/24 80/25 81/3
82/8 84/21 85/3
Bully's [10]  57/5 57/12 58/13 60/10 62/20
66/9 72/14 80/7 80/17 81/6
burden [5]  7/6 7/12 10/18 11/6 84/17
business [2]  62/17 80/13
busy [1]  24/16

**C**

C-L-A-X-T-O-N [1]  56/17
calculated [2]  9/4 9/8
calculation [2]  9/11 9/15
calendar [1]  86/1
call [5]  12/17 34/16 54/17 57/6 86/19
called [8]  20/19 25/16 25/20 26/13 28/23 30/1
45/15 64/10
calling [1]  13/6
calls [1]  35/10
Calvin [16]  59/23 60/2 60/3 60/7 60/8 60/10
69/3 80/3 80/4 80/8 80/8 80/12 80/17 80/21
80/24 81/3
Calvin's [1]  60/5
came [5]  47/7 49/20 51/22 52/24 65/9
can [48]  9/21 13/19 18/3 21/13 21/19 21/21
21/21 23/17 24/7 25/2 25/25 26/6 26/16 28/6
28/20 29/11 30/6 32/2 34/12 34/15 34/24 35/2
35/23 35/25 36/3 36/7 40/15 41/17 42/10 44/4
46/13 47/25 48/6 48/19 48/23 49/1 49/24 50/3
50/11 50/18 55/19 57/10 64/7 68/11 71/23
79/14 81/11 86/12
can't [3]  31/25 66/19 73/4
cannabinoids [2]  39/3 39/4
cannot [1]  43/7
capacity [1]  14/7
carbon [6]  24/11 24/17 24/18 24/24 26/14
47/18
card [1]  60/25
cardiovascular [1]  43/19
care [3]  30/12 30/16 69/5
career [2]  10/11 34/24
carried [1]  8/15
carry [1]  35/2
case [30]  1/3 3/3 7/21 7/25 13/4 20/2 20/19
21/1 27/15 29/15 33/16 41/12 43/12 43/12
43/17 44/5 45/14 45/15 48/15 48/21 52/18
53/25 62/6 66/18 73/10 73/13 73/15 74/12
74/15 75/11
cases [5]  7/12 39/1 39/1 39/5 39/6
cash [3]  59/3 62/16 65/21
categories [1]  40/15
categorized [1]  9/20
category [1]  9/5
cause [2]  47/14 52/20
caused [1]  52/16
causes [1]  26/8
caution [1]  55/16
CDC [1]  48/12
cell [3]  41/21 57/15 69/23
central [3]  41/16 46/18 53/24
certain [5]  53/3 59/5 60/4 65/15 80/25
certainly [1]  32/3
certify [1]  87/14
challenge [1]  34/23
chance [2]  56/1 84/22
change [4]  8/6 44/15 47/18 49/18
changes [1]  27/11
changing [1]  51/15

characterization [1]  42/8
Charged [1]  16/10
charges [1]  16/13
chemical [23]  5/9 5/10 13/9 14/5 17/5 17/6
17/16 20/10 22/5 22/10 22/15 23/7 23/24
24/24 25/6 25/16 27/19 28/4 29/2 40/18 45/11
45/12 55/19
chemicals [2]  17/2 25/20
chemist [2]  14/22 14/25 17/14 20/10 24/15
39/5
chemistry [11]  5/15 15/19 15/20 15/21 15/22
15/23 15/24 16/4 20/8 24/6 47/5
Chemists [1]  24/17
chest [3]  52/4 52/14 52/16
children [4]  58/13 58/25 69/6 75/7
Chinese [3]  51/5 51/9 51/23
choose [1]  85/21
Christmas [2]  68/22 69/20
Circuit [1]  85/25
circumstances [1]  52/11
City [2]  14/1 15/15
civil [1]  19/23
claim [1]  69/2
claims [1]  55/9
clarify [1]  44/18
class [2]  25/20 25/21
classified [1]  26/8
classify [1]  29/11
CLAXTON [8]  2/6 3/6 56/9 56/14 56/17 64/5
64/14 82/17
clear [4]  43/10 53/6 75/13 82/21
clearly [3]  31/5 32/16 59/21
clinical [1]  43/16
close [3]  26/5 63/17 82/2
co [2]  57/6 57/20
co-conspirators [1]  57/6
co-defendant [1]  57/20
cocaine [3]  46/20 47/3 50/14
Code [4]  3/22 3/25 4/3 4/16
coded [2]  27/4 29/23
coin [1]  74/15
cold [1]  79/15
collateral [1]  49/13
collect [1]  57/13
collects [1]  50/21
color [2]  27/3 29/23
colors [1]  29/24
combination [2]  48/10 58/5
come [6]  12/3 28/23 35/17 36/3 36/7 75/3
coming [4]  7/11 46/21 49/23 84/4
commenced [2]  34/12 83/18
commencing [1]  34/11
common [2]  26/12 29/24
commonly [1]  47/8
communicate [1]  69/2
communicating [2]  24/15 82/7
communication [1]  24/20
companies [1]  73/21
comparator [1]  7/25
compare [9]  14/22 25/11 28/3 37/18 40/19
48/24 49/1 49/24 49/25
comparer [1]  49/25
compares [1]  14/25
comparing [3]  46/9 48/21 48/23
comparison [14]  7/6 18/9 18/14 19/18 25/9
25/23 25/24 25/25 28/8 29/6 29/23 33/12 35/1
38/6
comparisons [6]  14/18 14/23 17/17 20/11
40/7 40/11
compensation [1]  80/21
complete [2]  85/5 85/6

completed [1]  38/4
complicated [3]  5/14 5/16 33/19
compound [1]  26/4
compounds [3]  25/5 26/8 26/12
concede [2]  30/21 55/10
concepts [1]  24/6
concerning [1]  82/5
concerns [1]  8/20
conclude [6]  34/13 53/22 79/20 79/25 82/20
86/1
concluded [1]  87/12
conclusion [4]  53/19 53/21 66/20 66/25
conduct [6]  9/23 9/24 12/22 32/18 32/19
34/23
conducted [2]  78/15 83/19
confer [2]  85/19 87/6
conference [1]  85/25
confronted [1]  68/5
confused [1]  82/5
connection [2]  52/15 52/20 53/1
Conservatively [1]  76/16
consider [1]  34/10
consideration [1]  35/16
considered [3]  7/3 33/17 56/6
considering [2]  32/25 49/11
conspiracy [5]  3/20 4/1 10/2 57/8 74/23
conspirators [1]  57/6
constantly [1]  49/18
construction [1]  24/14
construe [1]  35/14
contact [1]  57/17
contain [2]  48/9 62/14
contained [1]  10/23
containing [1]  62/13
contention [1]  76/7
continuance [4]  5/5 8/23 23/21 33/22
continuation [1]  35/4
continue [9]  5/3 35/17 51/14 83/16 83/18
83/24 85/2 85/12 87/10
continued [5]  34/11 34/12 34/25 51/1 51/4
continues [1]  34/18
continuing [3]  23/20 32/21 86/8
contracts [1]  38/3
contribution [1]  52/1
control [7]  51/24 58/15 58/16 58/23 59/6
62/14 63/23
controlled [29]  4/2 4/7 4/10 4/13 14/6 14/8
14/22 14/23 15/1 17/17 17/18 22/15 27/20
27/20 30/5 30/9 37/15 38/6 42/12 44/13 44/15
49/21 50/25 51/3 51/5 51/9 51/23 78/14 80/6
conversation [2]  67/19 67/22
conversations [1]  58/17
convicted [1]  73/17
coordinate [2]  84/4 86/3
copies [1]  83/6
copy [1]  11/15
core [7]  25/16 26/7 29/10 41/14 46/15 47/4
47/17
correct [55]  9/17 11/9 15/17 17/6 17/7 17/23
19/5 19/6 20/21 27/16 27/17 31/16 38/22
42/19 45/9 45/16 48/6 48/8 54/8 56/25 58/7
63/4 63/18 64/11 64/15 65/6 68/2 68/3 68/8
69/9 69/10 69/17 69/20 69/25 70/1 70/3 70/5
70/6 70/8 70/21 70/23 71/1 71/10 72/5 73/11
74/5 75/7 77/15 77/18 78/2 83/3 83/4 83/10
83/14 87/14
correctly [1]  72/21
corresponding [1]  72/7
cotton [1]  16/3
could [21]  3/4 7/10 17/17 18/6 21/23 25/12
35/5 37/10 41/7 41/10 41/12 47/8 48/7 49/25

## C

could... [7]  59/17 67/1 71/11 74/3 85/7 85/18 86/18
couldn't [2]  7/8 31/8
counsel [6]  3/4 13/22 28/21 35/12 70/5 73/13
Count [8]  3/18 3/20 3/23 4/1 4/5 4/9 4/12 4/15
Counts [2]  3/16 4/19
County [2]  54/22 55/1
couple [1]  85/17
course [3]  27/9 56/23 69/25
court [69]  1/1 1/22 3/9 4/18 5/6 6/6 8/6 8/7 8/13 8/14 8/22 8/25 11/10 11/13 11/17 19/22 19/23 19/24 19/25 20/5 20/13 20/14 21/8 21/13 24/22 28/7 28/16 30/6 31/25 33/9 33/13 33/14 34/3 34/18 36/4 38/6 38/8 38/10 38/20 39/15 39/21 40/2 40/22 41/5 47/25 47/25 49/6 49/16 53/10 53/12 55/7 55/19 55/24 56/1 56/6 57/10 57/25 66/25 71/24 82/23 83/2 85/10 85/14 85/18 85/22 85/25 86/5 87/9 87/19
Court's [2]  32/20 77/19
courtroom [2]  28/18 28/23
courts [2]  7/17 38/6
cousin [3]  60/15 81/6 81/11
cover [1]  33/3
covered [1]  64/10
CR [2]  1/3 3/3
create [1]  16/2
credit [1]  60/25
criminal [3]  9/5 20/2 34/24
cross [18]  2/8 8/19 19/10 19/11 31/1 32/1 32/1 32/18 32/19 33/3 34/9 54/10 54/13 64/1 64/3 64/8 84/5 84/8
cross-examination [11]  8/19 19/10 31/1 32/18 32/19 33/3 54/10 54/13 64/1 64/3 84/8
cross-examine [2]  34/9 84/5
CSA [1]  37/12
current [5]  14/7 18/11 18/13 37/24 38/2
custody [2]  9/5 58/25

## D

D-I-B-E-R-A-R-D-I-N-O [1]  13/16
daily [1]  37/11
dance [1]  48/13
dangerous [7]  10/10 30/11 30/12 30/14 42/9 42/14 47/9
data [3]  40/16 46/17 46/19
date [7]  4/21 67/14 67/19 68/6 69/13 87/2 87/17
dated [1]  71/25
dates [6]  72/7 72/11 76/2 77/17 85/22 87/5
dating [2]  72/25 73/3
Davis' [1]  77/24
day [4]  6/23 8/4 35/3 70/8
days [4]  85/17 86/3 87/6 87/10
DEA [18]  3/7 14/2 14/4 15/3 17/13 20/8 35/21 36/20 37/10 37/22 42/13 44/19 50/21 50/23 50/24 51/3 56/21 84/1
deal [1]  40/5
dealers [1]  44/20
dealing [1]  36/2
dealt [1]  58/6
death [9]  43/20 43/23 44/8 46/22 47/15 47/21 50/16 52/1 52/20
deaths [4]  51/17 52/24 53/14 53/25
Decades [2]  18/23 18/24
December [1]  36/21
decide [2]  35/2 83/23
decided [1]  78/15
decision [2]  32/2 32/20

deemed [1]  30/12
defendant [4]  1/9 11/8 49/12 57/20
Defendant's [1]  12/21
DEFENDANTS [1]  1/19
Defender's [1]  1/19
Defense [9]  7/20 7/20 7/21 8/11 8/16 11/15 12/7 21/13 53/1
Defense's [2]  7/18 9/13
definitely [1]  65/2
degree [1]  36/24
degrees [1]  38/2
deliver [1]  82/8
delivered [3]  62/14 74/18 82/12
delivering [1]  59/12
delivery [2]  78/15 80/6
demonstrate [2]  47/1 47/5
demonstrates [1]  48/12
demonstrating [1]  46/22
demonstrative [1]  12/12
denied [1]  5/6
deny [1]  68/21
denying [1]  83/17
Department [2]  6/4 42/13
depend [1]  85/8
depict [7]  25/24 28/10 29/5 29/22 46/25 50/18 51/19
depicting [1]  49/5
depicts [1]  41/8
deposit [2]  65/18 70/22
deposits [1]  64/20
derive [1]  17/8
describe [2]  10/14 50/18
describing [1]  41/5
Destin [4]  60/13 60/14 81/6 81/24
determine [3]  14/7 17/17 21/13
determined [1]  42/12
develop [1]  25/4
DiBERARDINO [17]  2/2 6/3 6/3 12/5 12/18 13/8 13/12 13/15 13/24 14/21 14/24 15/13 20/6 41/13 46/16 47/13 82/22
DiBerardino's [1]  47/5
did [59]  4/18 16/4 16/15 17/2 17/11 19/14 20/24 21/5 24/4 25/11 31/23 43/24 46/8 48/2 56/1 57/7 57/9 58/15 58/21 58/23 60/8 62/14 62/19 62/22 62/24 63/1 63/8 63/13 64/20 65/16 66/2 66/3 66/7 66/16 66/25 67/2 67/14 67/20 67/24 68/12 68/21 68/24 69/2 70/22 71/8 71/15 71/18 72/6 72/19 73/19 73/25 74/11 76/22 77/4 80/6 81/16 81/19 81/19 86/23
didn't [15]  7/7 7/13 16/24 25/17 55/10 61/18 64/23 66/4 66/6 66/22 66/22 67/6 67/9 68/1 71/12
died [1]  50/11
difference [3]  26/17 29/17 30/7
differences [2]  26/1 29/19
different [13]  26/23 27/3 27/9 27/10 43/4 44/14 58/5 58/9 58/11 63/11 63/11 73/21 80/15
differentiate [1]  43/7
difficult [1]  22/23
dire [6]  15/6 15/8 15/10 38/16
direct [6]  2/3 2/5 2/7 13/19 33/2 56/19
disagreement [1]  87/7
disclosure [1]  87/4
discrimination [3]  42/2 42/22 42/25
discuss [4]  33/8 34/24 35/2 69/16
discussed [1]  82/23
discussion [1]  74/23
dispute [1]  13/4
distribute [4]  3/21 3/24 4/10 4/13

distribution [7]  74/18 74/25 78/25 79/6 79/11 81/20 81/20
DISTRICT [3]  1/1 1/1 1/11
DIVISION [1]  1/2
do [94]
Docket [5]  3/19 4/21 5/24 9/20 10/22
doctor [3]  6/19 15/12 15/15
doctor's [2]  30/12 30/16
Doctorate [1]  36/24
doctors [1]  30/15
does [10]  10/14 14/22 23/7 25/24 28/10 29/4 68/7 68/17 69/2 69/5
doesn't [3]  34/13 85/8 87/7
doing [3]  12/25 49/14 55/4
don't [57]  11/18 11/22 12/9 18/6 18/20 21/18 23/1 23/5 23/15 23/15 24/8 24/24 31/4 31/22 31/23 33/14 33/23 33/24 34/22 47/10 49/8 55/13 55/16 55/21 58/5 61/3 61/8 63/19 65/17 65/24 66/1 66/17 67/10 67/17 67/24 68/6 71/9 71/14 73/2 73/16 74/13 75/3 75/10 75/24 77/6 77/9 77/10 77/17 78/23 79/17 82/2 82/16 84/23 85/17 86/6 86/11 87/1
done [10]  6/24 31/20 32/16 34/1 34/2 34/2 37/25 41/21 85/2 85/23
dopamine [1]  41/24
doubt [2]  6/16 33/7
down [8]  7/15 26/3 29/13 34/15 35/8 54/14 58/14 82/19
downward [1]  86/14
Dr [16]  5/21 5/25 6/2 12/5 12/17 13/8 14/21 14/24 36/12 38/18 39/15 39/20 41/13 46/16 47/5 47/13
draw [2]  66/20 66/25
drawn [1]  24/12
driver's [2]  60/12 77/9
drop [1]  51/10
dropped [1]  51/6
drug [40]  6/1 6/3 10/8 14/13 17/9 18/15 18/25 19/3 19/17 20/11 20/19 22/7 22/7 27/21 28/1 36/18 40/14 40/20 42/22 42/25 42/25 44/19 44/20 44/25 45/2 49/16 49/20 50/7 50/22 52/10 55/10 55/11 55/12 55/20 57/8 59/7 84/9 85/4
drugs [34]  12/20 14/19 17/6 20/10 20/11 22/11 37/15 37/18 43/14 43/16 44/21 44/25 45/2 47/2 47/7 47/14 47/19 47/20 48/15 48/20 48/21 49/7 49/11 49/18 50/1 51/5 50/16 62/8 72/2 74/18 74/19 81/4 83/22 85/11
DSL [1]  80/7
Duchennes [1]  37/8
during [5]  10/13 59/24 67/21 72/1 73/10
duties [3]  14/4 37/10 37/11

## E

each [6]  10/19 10/20 11/20 26/3 28/21 48/7
earlier [1]  27/15
early [2]  72/19 72/21
earning [1]  62/17
easier [2]  24/21 35/22
Ecstasy [2]  47/3 47/8
educate [1]  86/4
effect [8]  40/8 46/8 46/18 48/19 48/20 50/6 50/7 54/3
effects [16]  16/22 37/18 40/13 40/19 41/25 43/14 43/18 43/21 44/4 44/24 45/4 45/5 46/22 47/14 47/14 47/19 47/20 48/8 48/11 49/9 50/2 51/16 52/7 53/24 53/25
effort [1]  49/12
either [2]  31/4 70/10
electronic [1]  16/13
element [1]  13/9

**E**

Eleventh [1] 85/25
elicit [2] 19/13 44/16
elicited [2] 32/22 33/2
eliciting [1] 21/20
ELMO [1] 21/23
else [7] 19/1 27/11 41/18 51/14 54/2 63/5
83/1
elucidate [1] 33/13
emails [1] 71/7
emotional [1] 58/19
employed [3] 14/2 36/17 56/21
empty [2] 80/6 80/7
enable [2] 35/3 84/5
encounter [2] 54/17 55/8
end [2] 8/3 35/13
endeavored [1] 6/13
enforcement [9] 6/1 17/9 18/18 18/25 19/3
19/18 36/18 44/19 54/17
engage [1] 40/3
enhancement [3] 10/2 10/9 57/5
enough [2] 6/23 43/10
entered [1] 3/18
entitled [3] 25/6 46/7 46/23
Entry [5] 3/19 4/21 5/24 9/20 10/22
envision [1] 83/25
epidemic [1] 44/12
equipment [2] 37/22 47/11
equivalency [9] 14/13 22/8 22/12 22/16 27/21
28/1 40/8 40/9 44/25
err [1] 55/15
ESQ [1] 1/19
estimate [2] 13/19 38/25
estimation [1] 84/13
ethyl [1] 29/16
ethylone [65] 10/6 21/1 21/5 27/13 27/15
27/18 28/1 28/4 28/13 29/3 29/17 31/11 31/12
32/8 32/10 39/8 44/10 45/13 45/15 45/16
45/20 45/23 46/1 46/5 46/7 46/10 46/19 47/17
47/18 48/6 48/9 48/19 48/24 49/1 49/7 49/20
50/1 50/3 50/6 50/17 51/7 51/10 51/11 51/13
51/13 51/17 51/21 51/23 51/25 52/1 52/3 52/7
52/15 52/20 52/24 53/2 53/2 53/13 53/21
53/23 54/7 55/20 59/18 74/12 75/1
Europe [1] 44/7
evaluation [1] 44/23
evaluations [1] 43/13
even [5] 18/20 24/7 30/11 55/21 68/21
ever [2] 66/9 69/22
every [3] 24/24 31/7 31/19
everybody [2] 7/22 86/3
everything [3] 27/3 36/1 79/15
evidence [29] 5/9 8/16 10/20 12/15 44/20
48/14 50/22 53/9 56/5 57/2 57/7 57/11 57/14
57/15 58/4 61/21 62/6 75/14 75/15 76/22
78/11 78/19 78/24 79/2 79/5 79/10 83/13
84/11 84/19
evolution [2] 47/1 47/6
evolved [1] 45/12
exact [1] 19/20
exactly [3] 28/12 28/14 82/2
examination [20] 2/3 2/5 2/7 2/8 8/18 8/19
15/10 19/10 31/1 32/18 32/19 33/3 38/16
54/10 54/13 56/19 64/1 64/3 84/8 84/8
examine [2] 34/9 84/5
example [4] 44/1 44/3 49/7 52/18
examples [3] 16/3 47/22 47/25
except [2] 28/13 30/14
exchange [4] 74/7 75/8 76/7 81/4
exercise [1] 58/16

exercising [1] 58/15
exhibit [7] 11/11 11/25 53/6 53/7 56/2 83/1
83/7
exhibits [4] 12/1 12/4 12/6 83/7
expense [1] 7/16
expenses [2] 75/6 76/8
experience [2] 17/9 36/23
expert [34] 5/11 5/13 5/18 5/21 5/24 5/25 6/2
6/13 7/10 7/20 7/20 7/24 7/24 11/20 13/1 15/3
17/5 19/18 20/7 20/12 20/14 31/20 33/6 34/9
35/9 35/16 38/12 39/16 48/25 55/11 55/18
86/20 86/25 87/3
expert's [1] 11/1
expertise [4] 17/8 19/12 47/5 73/23
experts [12] 6/14 6/15 7/15 8/11 34/23 35/4
83/22 84/7 84/8 85/9 85/14 85/21
explain [6] 26/5 28/7 37/25 40/22 41/7 42/24
explained [2] 41/13 49/6
extend [1] 33/21
extended [1] 7/2
extent [2] 9/14 75/5
extra [2] 47/13 47/18
extremely [1] 6/7

**F**

F-L-O-S-S-A-I-N-T [1] 81/25
fact [5] 7/13 7/19 10/1 65/14 76/9
factor [2] 8/13 33/5
factors [1] 33/11
facts [3] 8/3 12/22 56/11
factual [3] 8/3 9/23 13/3
fair [3] 73/8 84/13 86/2
fairly [2] 6/10 63/17
fall [2] 25/21 50/25
fallen [1] 51/24
familial [1] 59/22
familiar [12] 14/10 14/13 14/16 20/22 21/3
22/4 30/1 39/20 39/24 45/14 46/3 46/5
family [1] 60/16
far [11] 12/23 34/7 58/23 59/17 62/15 63/6
73/4 75/16 77/9 78/21 85/14
fatal [1] 44/5
father [1] 75/6
favor [1] 86/18
favorable [1] 66/16
FDA [1] 30/15
February [2] 3/15 18/5
February 11 [1] 3/15
federal [10] 1/19 19/22 19/25 38/5 38/8 38/10
38/20 39/21 50/23 87/18
feeling [1] 43/5
feels [1] 86/3
felon [1] 4/15
felony [1] 73/15
festival [1] 48/13
few [1] 38/14
field [5] 5/14 16/5 16/21 17/8 24/7
figure [1] 35/20
file [2] 86/20 87/1
filed [8] 5/5 5/23 6/5 7/2 7/4 7/8 9/16 11/7
filing [1] 7/4
final [3] 29/21 54/15 84/9
find [3] 29/14 29/15 32/16
findings [3] 51/18 53/3 53/13
finds [2] 20/5 20/14
fine [5] 9/7 21/15 21/22 82/3 87/8
finish [2] 53/17 56/9
finished [3] 34/14 46/19 50/10
firearm [7] 4/16 10/12 34/24 62/10 63/13
84/11 85/8
first [24] 12/20 12/24 13/1 13/7 13/8 13/9

25/17 26/7 29/9 29/10 41/7 41/9 52/13 54/11
57/7 59/24 62/7 66/21 66/21 67/14 71/22
72/24 73/2 73/3
five [6] 6/22 30/9 39/1 39/9 39/11 72/1
FL [3] 1/7 1/17 1/20
Flakka [11] 3/21 3/24 4/6 20/20 44/12 47/10
54/18 55/9 55/13 55/13 78/25
FLETCHER [2] 1/19 3/8
flew [1] 7/15
flexibility [1] 87/10
FLORIDA [5] 1/1 6/19 44/12 52/22 52/23
Flossaint [1] 81/25
focusing [1] 13/9
follow [1] 43/23
following [4] 3/16 9/21 43/21 52/6
foregoing [1] 87/14
forensic [4] 5/9 14/22 14/25 50/20
form [2] 40/13 59/6
formed [1] 16/1
forms [2] 26/23 46/9
Fort [2] 1/20 1/23
forth [1] 33/12
forward [11] 5/8 6/12 7/16 8/3 8/17 27/12
33/23 36/1 36/7 51/1 51/17
found [13] 3/16 3/20 3/23 4/1 4/5 4/9 4/12
4/15 59/23 60/1 60/25 62/11 66/9
foundation [3] 15/7 42/9 55/21
four [7] 24/18 39/11 40/15 51/7 55/1 56/22
79/22
fourth [2] 26/21 44/9
frame [1] 85/15
frankly [2] 7/13 7/23
frees [1] 13/2
Friday [3] 6/23 85/18 87/1
front [2] 7/17 67/12
Ft [1] 1/22
full [1] 59/1
full-time [1] 59/1
funds [3] 74/5 79/6 79/11
further [7] 8/22 30/25 35/7 54/9 63/25 71/23
82/16
future [1] 85/23

**G**

Garcia [27] 58/12 58/23 58/24 59/3 59/6 59/9
74/3 74/11 75/14 76/5 76/18 76/19 76/22
76/25 77/7 77/16 78/9 78/10 78/12 78/14
78/17 78/24 79/2 79/5 79/11 81/9 81/10
Garcia's [2] 76/8 77/8
gather [1] 35/14
gave [4] 64/23 70/25 71/2 76/3
general [2] 19/10 68/8
Generally [1] 21/9
gentleman's [1] 33/7
gentlemen [2] 6/10 28/20
Georgetown [1] 37/5
get [17] 6/24 9/2 12/24 13/19 21/21 24/7 31/8
32/1 32/15 35/3 35/23 68/11 77/2 85/3 85/13
85/20 87/7
getting [6] 5/18 16/4 32/1 50/7 75/2 75/6
Git [12] 61/2 61/3 61/8 61/10 61/11 61/12
61/15 61/17 82/5 82/6 82/6 82/7
Git's [1] 82/9
give [8] 8/22 11/10 11/15 14/7 25/19 26/5
27/1 33/21 42/10 42/25 47/25 57/10 59/4 77/2
85/17
given [6] 18/14 20/7 20/12 42/4 42/5 60/7
gives [2] 85/13 86/2
giving [2] 15/4 23/19
go [21] 5/8 6/11 7/16 8/17 19/14 21/10 25/6
29/9 32/25 36/1 41/7 42/1 46/11 47/16 51/17

**G**

go... [6]  53/21 57/7 68/4 74/3 77/2 78/15
going [47]  8/6 8/8 8/17 11/19 12/2 12/3 12/19
21/11 21/16 22/22 27/13 32/1 32/4 33/9 33/9
33/10 33/21 33/21 33/23 35/25 50/8 53/7
53/19 55/3 55/6 55/7 56/4 56/5 57/6 60/23
66/20 67/23 68/1 79/19 79/20 82/8 82/9 82/20
83/12 83/16 85/1 85/6 85/7 86/6 86/14 86/19
86/24
good [7]  3/10 13/17 13/18 38/18 38/19 64/5
64/6
got [6]  13/24 15/15 31/9 67/25 73/7 81/15
gotten [2]  6/16 39/6
Government [26]  4/22 5/8 5/13 5/21 5/23
6/11 7/1 7/6 7/14 8/17 10/18 11/5 20/16 23/15
31/6 34/2 34/19 44/13 51/5 51/9 51/23 72/10
83/9 86/9 86/19 87/4
Government's [8]  7/12 9/10 11/6 13/12 32/13
36/9 56/14 84/17
great [1]  7/16
greater [2]  48/18 50/5
group [9]  25/4 26/22 26/23 26/24 26/24
29/16 37/21 47/13 57/6
groups [2]  26/25 27/9
guess [8]  9/18 21/9 30/22 32/2 41/7 63/23
83/17 85/16
guidelines [10]  9/11 9/15 10/11 14/11 14/14
22/8 39/25 45/22 45/23 86/9
guilty [9]  3/16 3/20 3/23 4/1 4/5 4/9 4/12 4/15
4/19
gun [19]  52/3 52/4 52/5 52/13 56/10 62/6
62/7 62/10 62/17 63/5 63/6 63/8 63/11 63/11
63/13 63/15 63/22 64/9 85/11

**H**

had [47]  4/22 5/12 6/21 6/22 7/19 7/24 16/18
22/10 28/3 31/17 31/19 33/14 33/17 35/9 43/8
49/17 50/12 50/12 50/13 52/24 54/17 58/21
59/1 62/15 63/3 63/10 65/8 65/21 69/16 69/19
70/5 70/14 70/14 70/19 71/25 73/3 73/5 73/10
73/13 73/20 73/21 73/23 74/13 75/10 79/2
81/16 84/22
half [3]  36/22 55/2 87/6
hallucinations [2]  43/19 43/22
hand [1]  5/10
handle [2]  13/5 32/20
happen [2]  33/10 41/18
happened [4]  51/4 51/7 55/5 75/25
happening [2]  50/16 83/25
happens [1]  47/22
happy [2]  31/18 31/21
hard [1]  83/6
has [46]  4/22 5/23 6/23 7/6 8/14 8/18 9/4 9/8
10/18 11/22 16/16 20/8 20/9 22/14 24/10
24/11 26/16 26/17 26/22 26/23 27/18 30/9
31/9 32/14 32/16 33/10 33/14 36/5 40/2 44/13
45/14 49/13 51/23 52/10 52/14 54/24 66/13
66/13 66/14 66/18 80/25 83/9 84/6 84/7 85/3
85/14
hasn't [1]  66/18
have [154]
haven't [5]  15/2 15/4 84/10 84/15 84/22
having [9]  8/5 8/21 8/21 26/11 34/10 46/8
62/17 69/11 80/8
he [76]  3/20 3/23 4/1 4/5 4/9 4/12 4/15 7/3
7/4 7/7 7/7 7/8 7/10 7/11 7/12 7/13 7/19 7/24
10/7 10/10 10/12 11/22 17/9 20/8 20/14 20/14
31/4 31/9 32/12 33/10 35/23 36/5 58/6 58/8
58/16 58/23 59/16 60/1 60/2 60/8 61/1 62/16
62/16 62/24 63/1 63/2 63/2 63/3 63/6 63/8

**I**

I'm [5]  18/12 54/24 68/10 71/7 71/18

63/13 63/22 63/23 64/25 65/3 65/4 65/14
65/14 65/15 65/17 65/21 73/2 77/9 80/18
81/11 81/12 81/12 81/14 81/14 81/14 82/8
83/23 83/23 84/7 85/4 86/24
head [1]  77/6
headquarters [1]  36/19
Health [1]  42/13
hear [6]  8/9 55/17 55/20 84/9 85/7 85/8
heard [6]  8/5 8/20 15/2 15/4 55/11 84/10
hearing [5]  6/18 8/8 8/9 20/3 87/12
held [2]  10/7 66/6
help [4]  22/23 40/21 40/21 67/15
helpful [2]  11/13 86/19
helping [1]  74/7
her [52]  55/22 58/23 59/4 60/15 60/16 60/17
60/18 60/18 60/18 60/23 60/24 60/25 63/7
63/13 63/23 63/23 63/23 65/15 66/17 66/18
66/21 67/6 67/8 67/25 68/11 68/24 69/12
69/13 69/16 70/2 71/22 71/25 72/4 73/2 73/4
73/7 74/4 74/7 75/2 75/5 75/6 75/6 75/11
75/15 75/17 81/9 81/12 81/12 81/14 81/15
81/15 81/16
here [15]  3/1 3/13 8/8 24/23 31/22 31/23 44/8
49/5 49/14 52/6 55/4 66/12 75/13 81/1 82/20
heroin [3]  4/10 47/4 52/4
herself [1]  66/15
hide [3]  24/23 60/8 80/19
high [1]  55/9
highlighted [2]  26/2 29/7
him [26]  15/6 15/8 32/3 33/8 33/21 34/9
57/19 58/21 58/22 59/5 60/17 60/23 63/11
63/16 64/23 65/2 66/6 70/11 70/14 71/25 72/1
77/2 77/2 77/13 80/3 86/20
hired [7]  17/13 17/14 17/20
his [39]  7/2 15/3 15/4 19/12 20/7 20/8 20/9
35/23 57/21 59/13 59/14 59/20 59/22 59/23
59/25 60/3 60/8 60/11 61/3 61/5 61/7 62/17
62/25 63/2 65/8 65/12 65/14 65/17 65/21 77/9
77/12 78/20 80/18 80/19 80/20 80/20 81/4
81/11 86/25
history [1]  9/5
hold [2]  54/13 83/6
holding [1]  66/4
home [4]  62/13 62/16 62/18 65/21
HON [1]  1/24
honest [1]  63/20
honestly [1]  17/24
Honor [30]  5/14 6/22 7/2 9/12 9/16 10/25
11/9 11/18 12/8 13/17 18/1 20/17 28/16 31/2
33/19 39/18 40/25 47/1 48/15 49/6 50/20
51/20 52/21 54/12 54/22 57/24 61/10 64/7
68/14 82/16
HONORABLE [1]  1/11
hopefully [2]  11/12 22/23
hospital [2]  52/22 53/4
hotel [1]  61/1
house [3]  81/15 82/9 82/10
household [2]  75/6 76/8
how [33]  13/18 14/2 19/17 25/4 32/20 35/13
35/15 35/20 36/20 38/24 39/7 43/12
45/11 49/7 56/21 58/8 58/15 63/6 64/19 64/24
64/25 64/25 65/2 65/9 65/10 65/15 67/8 73/2
73/4 75/9 80/3 80/15
however [2]  26/18 47/19
Human [1]  42/13
humans [1]  17/3
hydrogen [4]  24/11 24/19 24/25 25/3
hydrogens [1]  26/15

I've [1]  58/17
ID [1]  60/11
idea [3]  52/10 71/23 81/16
identification [9]  53/8 53/10 56/4 59/25
82/22 82/24 83/2 83/7 83/8
identifications [1]  59/23
identified [1]  61/12
identify [2]  61/18 87/3
identifying [1]  71/11
identity [5]  60/8 61/3 61/9 80/17 80/19
ignore [1]  12/2
II [2]  22/16 27/20
II's [1]  30/14
III [1]  30/17
illegal [4]  17/6 18/10 18/15 19/19
illicit [3]  37/12 37/13 38/21
immediately [1]  51/7
impact [1]  52/5
import [1]  4/1
important [4]  26/3 26/25 33/11 71/10
importantly [2]  25/15 27/5
importation [2]  4/5 71/21
inappropriate [2]  43/16 52/16
incident [3]  54/25 55/5 55/21
inclined [1]  6/20
included [2]  43/18 75/19
includes [2]  20/7 50/23
including [4]  32/21 37/13 59/14 72/15
increase [2]  51/1 51/4
incumbent [1]  34/18
INDEX [1]  2/1
indicate [1]  77/1
indicated [4]  15/15 18/25 26/10 74/4
indicates [1]  78/11
indications [1]  41/17
indictment [2]  3/17 72/12
individual [4]  54/18 55/9 61/4 61/18
individuals [8]  52/3 52/23 57/17 57/18 58/10
58/12 62/1 79/22
ineligible [1]  9/6
information [15]  38/3 40/20 41/19 50/21
51/21 55/21 62/8 65/4 72/23 75/20 78/13 82/6
82/11 82/14 85/4
informed [1]  63/6
informing [1]  65/2
ingesting [1]  47/10
initial [1]  11/10
initially [1]  57/13
injection [1]  43/23
inquire [1]  64/7
insincerely [1]  33/25
insofar [1]  83/18
instance [2]  32/7 52/13
instructions [1]  76/2
intending [1]  29/22
intends [1]  5/8
intent [4]  3/21 3/24 4/9 4/12
interacted [1]  58/9
interaction [2]  17/2 59/24
intercepted [2]  76/17 77/15
interest [2]  58/3 79/3
intoxication [1]  52/5
introduce [2]  24/6 24/22
introduced [2]  72/10 83/3
Introduction [2]  23/7 23/24
investigation [5]  4/20 56/23 61/21 73/11 74/1
invoke [1]  28/17
invoked [1]  28/21
involve [3]  16/24 17/2 48/6
involved [20]  6/8 16/17 27/15 45/15 56/23
57/8 64/18 67/4 71/17 71/19 71/21 72/2 73/7

94

## I

**involved...** [7]  74/15 74/17 74/18 74/21 74/25 78/12 78/17
**involvement** [3]  67/6 74/13 78/20
**involves** [3]  20/19 21/1 45/16
**involving** [4]  26/14 39/2 44/1 83/22
**is** [306]
**Isaac** [18]  59/6 59/8 59/13 76/18 76/19 76/22 76/25 77/2 77/7 77/8 77/16 78/9 78/12 78/24 79/2 79/5 79/10 80/14
**isn't** [1]  72/23
**issue** [20]  5/15 7/4 7/5 7/7 7/11 7/17 8/2 8/3 8/4 33/15 33/19 35/1 35/18 57/4 64/8 83/22 84/9 84/9 85/4 85/4
**issues** [9]  13/3 33/1 34/6 34/10 83/13 83/20 84/19 85/7 85/15
**it** [186]
**items** [2]  24/11 32/23
**its** [5]  8/6 8/11 22/4 26/15 83/10
**itself** [2]  5/19 39/11
**IV** [1]  30/17

## J

**J-O-R-D-A-N** [1]  36/12
**jail** [2]  70/14 70/17
**Jaime** [6]  57/20 57/21 57/22 58/16 62/9 82/9
**January** [1]  51/6
**Jencks** [11]  6/7 31/4 32/14 33/4 34/6 35/4 35/14 83/21 85/20 86/24 87/3
**job** [6]  14/18 17/11 20/9 59/1 73/19 73/25
**John** [1]  54/21
**joined** [1]  16/1
**joint** [1]  87/2
**JORDAN** [4]  2/4 35/10 36/9 36/12
**JUDGE** [9]  1/11 19/14 28/24 31/7 52/16 54/15 79/14 84/23 86/18
**judges** [1]  33/17
**judgment** [1]  3/18
**jury** [3]  3/16 57/2 61/22
**jury's** [1]  4/18
**just** [19]  10/25 18/6 20/1 23/3 26/5 27/25 28/8 30/6 31/8 32/15 33/5 34/3 39/4 44/14 49/6 57/4 58/8 64/8 79/15
**Justice** [1]  6/4

## K

**keep** [3]  23/15 35/21 85/15
**keeping** [1]  73/5
**keeps** [1]  35/23
**kept** [8]  47/16 65/9 65/20 65/21 65/23 65/25 66/2 66/4
**keto** [3]  26/10 27/6 28/13
**KEVIN** [19]  1/7 3/2 60/11 61/23 61/25 62/2 62/5 68/21 69/3 69/19 69/22 80/8 80/9 80/17 80/18 80/25 80/25 82/8 82/8
**killed** [1]  53/2
**kind** [3]  74/12 74/22 74/25
**kinds** [1]  27/9
**knew** [8]  7/11 27/15 41/11 41/12 62/15 72/1 76/22 77/12
**know** [75]  7/17 7/18 7/18 11/18 11/22 13/21 21/1 22/7 23/5 23/12 24/17 28/22 30/6 31/7 31/17 32/2 32/2 33/14 33/19 34/2 41/14 41/16 47/3 47/10 47/12 48/18 49/8 55/8 55/10 56/11 57/13 57/21 57/22 58/5 59/22 60/10 60/14 61/3 61/8 62/10 65/2 65/17 65/17 65/24 66/1 66/17 66/22 67/10 67/21 67/23 71/14 71/18 71/25 73/2 73/3 73/13 73/17 75/3 75/10 75/10 75/24 76/16 76/24 77/6 77/7 77/10 77/17 78/23 80/15 82/2 82/21 84/1 86/6 86/12

**knowing** [2]  34/21 65/9
**knowledge** [4]  52/14 52/19 74/17 80/15
**known** [8]  20/20 23/18 40/17 40/19 45/16 47/8 62/12 63/10
**knows** [3]  6/22 7/22 34/19

## L

**laboratories** [1]  50/23
**laboratory** [5]  37/22 38/1 41/21 47/11 50/20
**language** [1]  16/11
**large** [4]  6/7 15/24 16/2 16/12
**last** [11]  13/14 18/19 19/25 20/1 31/10 44/4 51/13 51/22 52/9 70/7 79/9
**lastly** [2]  10/11 42/7
**later** [2]  79/25 85/18
**Latin** [1]  42/1
**launched** [1]  7/5
**law** [6]  18/18 33/16 44/19 47/19 51/15 54/17
**lay** [1]  15/6
**laymen's** [2]  16/11 26/5
**leader** [8]  10/1 10/2 12/23 34/24 64/8 80/18 84/9 85/8
**leader/organizer** [1]  64/8
**leadership** [1]  85/11
**learn** [1]  17/11
**learned** [1]  6/14
**learning** [1]  20/9
**least** [10]  16/6 32/7 34/19 72/19 73/6 73/8 75/11 75/16 76/16 81/11
**leave** [4]  28/18 28/20 55/7 77/19
**leaving** [1]  32/20
**led** [1]  78/16
**left** [4]  24/16 26/16 26/22 26/24
**legal** [2]  8/2 8/4
**less** [1]  39/1
**lesser** [4]  30/17 30/17 48/19 50/5
**let** [11]  13/21 15/8 28/22 32/9 67/14 67/18 69/14 77/11 82/21 83/25 85/10
**let's** [18]  25/6 27/12 28/6 29/2 29/9 46/7 46/11 46/23 51/17 53/21 57/4 57/20 58/15 68/4 74/3 76/6 76/11 79/25
**level** [1]  9/4
**lever** [2]  43/4 43/6
**Lewis** [38]  57/20 57/21 57/22 57/25 58/12 58/16 58/18 58/20 59/11 59/12 61/6 62/9 63/6 63/9 63/10 63/18 64/14 64/17 65/4 65/7 65/22 66/2 66/11 66/13 67/14 67/19 68/5 70/22 71/15 71/16 71/18 72/17 72/23 73/10 73/19 77/1 77/1 78/13
**liabilities** [1]  30/18
**license** [2]  40/12 77/9
**licit** [2]  37/11 37/13
**lied** [5]  66/13 66/15 66/21 67/8 67/21
**life** [4]  9/6 9/7 42/1 86/10
**light** [2]  33/24 66/16
**like** [33]  12/25 13/1 13/5 18/21 21/7 21/12 23/11 24/6 32/12 32/19 34/1 34/1 34/2 34/5 34/14 34/23 37/22 37/23 43/14 44/4 46/20 47/3 49/7 57/19 58/12 59/9 85/12 85/15 85/23 86/1 86/15 86/25 87/7
**likelihood** [1]  33/20
**limited** [8]  21/12 32/21 33/16 34/25 35/5 35/18 69/4 84/24
**limiting** [1]  64/8
**line** [4]  41/9 41/20 50/24 85/1
**lines** [2]  24/12 41/21
**list** [5]  11/11 11/25 22/11 83/1 83/7
**listed** [14]  10/8 11/2 12/20 14/16 14/19 22/7 22/9 27/23 28/1 40/9 43/12 45/21 45/23 45/24
**literature** [2]  44/3 47/21
**little** [2]  35/19 78/16

## L (cont.)

**lived** [1]  62/22
**living** [1]  19/3
**local** [1]  50/23
**located** [2]  6/15 62/7
**long** [9]  7/10 13/18 14/2 18/20 35/20 36/20 56/21 73/5 87/9
**look** [17]  11/25 14/5 14/6 28/10 40/16 40/18 41/12 41/17 41/22 43/21 47/4 47/17 48/23 50/5 50/24 68/10 79/17
**looked** [1]  65/4
**looking** [10]  7/10 44/5 46/17 50/1 52/19 57/8
**looks** [1]  51/25
**lost** [1]  85/14
**lot** [2]  31/5 41/14
**LOTHROP** [2]  1/15 3/6
**loud** [1]  79/16
**low** [1]  78/16
**lying** [1]  66/17

## M

**M-O-C-K** [1]  54/21
**ma'am** [9]  5/2 6/6 10/16 15/2 33/4 39/14 42/11 64/2 80/1
**made** [3]  33/12 65/3 65/15
**main** [1]  14/5
**maintain** [1]  63/13
**maintained** [2]  58/11 58/25
**majority** [3]  36/1 58/25 62/3
**make** [20]  8/23 14/18 17/16 20/10 23/14 23/18 24/11 27/11 31/23 32/2 33/24 34/16 40/7 40/16 63/23 79/23 81/11 85/10 86/24 87/4
**makes** [1]  24/20
**making** [2]  81/4 86/7
**male** [3]  61/3 61/8 61/11
**managed** [4]  64/17 64/19 65/7 73/2
**manager** [1]  72/25
**managing** [2]  66/7 73/23
**manner** [1]  58/6
**manufacturers** [1]  44/20
**many** [10]  7/17 38/5 38/24 39/7 66/13 66/13 72/11 72/17 75/9 80/3
**March** [9]  67/18 76/3 76/4 76/6 76/13 77/16 77/17 77/22 82/13
**March 17-18** [1]  82/13
**March 2015** [1]  76/6
**March 26th** [1]  67/18
**March 31** [1]  77/16
**March 31st** [1]  77/22
**marijuana** [3]  10/4 10/6 73/10
**mark** [3]  56/4 82/22 83/2
**marked** [6]  12/11 53/8 53/10 82/21 82/24 83/8
**market** [1]  49/20 51/22
**Marsha** [4]  60/13 60/14 81/6 81/24
**master** [1]  62/11
**Master's** [1]  37/4
**matched** [1]  50/15
**material** [3]  6/7 35/4 85/20
**materials** [18]  18/9 34/6 34/7 35/14 35/15 83/21 85/13
**matrixes** [1]  16/12
**matter** [4]  11/10 23/22 40/16 87/15
**matters** [1]  5/16
**may** [24]  12/8 13/22 19/24 20/16 34/25 35/8 35/19 36/15 39/16 40/20 40/25 44/12 44/18 54/14 61/10 68/14 70/2 70/7 82/18 85/23 86/1 86/10 86/11 87/10
**maybe** [5]  18/24 19/21 26/5 34/24 54/4
**MDA** [1]  50/1
**MDEA** [14]  27/14 27/24 28/4 29/3 29/17

**M**

MDEA... [9]  46/2 46/3 46/10 46/19 48/9
48/24 49/1 50/1 54/7
MDMA [11]  47/3 47/8 48/9 49/2 49/8 50/4
50/6 50/12 50/12 50/13 50/14
me [24]  5/17 5/18 6/16 23/19 32/9 35/19
35/20 54/2 54/25 58/10 60/5 65/7 66/17 66/19
67/12 67/14 67/18 69/14 71/2 77/11 78/16
79/23 81/3 82/21
mean [4]  15/25 52/12 64/24 71/3
meaningfully [1]  34/8
means [1]  24/15
meantime [1]  21/23
meanwhile [1]  60/11
medical [2]  42/7 45/8
medication [1]  79/15
medicinals [1]  16/16
Medicine [1]  37/3
meet [2]  67/23 67/24 87/6
meeting [1]  69/17
meetings [1]  74/21
mention [2]  25/17 49/10
mentioned [7]  45/7 45/8 46/16 46/16 51/20
76/11 80/3
message [3]  61/17 80/24 82/7
messages [38]  57/22 58/8 58/17 58/24 59/2
59/4 59/8 59/11 59/17 60/1 60/15 60/21 60/22
60/25 61/4 61/12 65/2 65/18 71/7 72/4 72/8
72/11 72/13 72/17 74/9 74/22 75/12 75/16
75/19 75/22 76/3 76/9 76/13 76/25 80/8 80/16
80/23 81/13
met [1]  73/2
meta [1]  47/13
meth [1]  26/24
methamphetamine [6]  42/4 42/6 43/7 43/9
46/20 50/13
methcathinone [22]  5/10 8/1 22/19 22/21
25/9 26/16 26/22 27/1 32/11 32/12 38/25 39/2
41/13 41/23 42/3 42/4 42/11 43/9 43/15 43/18
45/6 54/5
methylone [20]  44/10 47/16 48/9 49/8 49/21
49/22 49/24 50/4 50/6 50/12 50/13 50/13
50/17 50/24 50/25 51/1 51/4 51/5 51/7 51/13
might [2]  19/21 68/24
million [1]  9/7
mind [1]  85/15
mine [3]  23/1 23/2 68/13
minimize [1]  67/6
minimized [1]  66/18
minutes [4]  13/20 13/21 79/24 79/24
mistake [1]  68/4
mix [1]  47/22
mixed [1]  50/15
mixing [1]  48/15
Mock [2]  54/21 55/25
model [1]  42/2
molecular [6]  13/10 16/12 29/18 29/18 30/21
37/6
molecule [3]  24/11 44/15 51/15
molecules [3]  15/24 16/1 16/2
Molly [4]  47/8 47/9 50/3 50/3
mom's [1]  81/15
moment [1]  9/3
money [33]  59/4 59/5 59/13 59/14 60/9 62/8
62/24 62/25 63/2 63/3 64/17 64/18 64/19
64/25 65/7 65/8 65/8 65/12 65/20 65/22 65/23
66/4 66/7 70/22 72/25 73/2 73/5 73/23 74/4
75/2 75/6 77/2 81/15
monies [1]  81/21
month [6]  5/12 52/24 65/3 65/3 86/1 86/2

months [3]  9/5 55/2 73/6
more [14]  19/12 24/20 27/12 31/21 35/24
39/1 39/4 39/6 47/8 59/9 78/17 79/21 79/22
80/18
morning [8]  3/1 3/10 13/17 13/18 38/18
38/19 64/5 64/6
MORRIS [15]  1/15 2/3 2/5 2/7 3/6 28/19
32/13 34/14 34/16 35/9 54/24 64/11 83/10
84/1 84/6
most [12]  11/12 22/18 27/23 30/11 40/17
45/3 45/25 47/3 52/8 54/5 54/7 66/15
mostly [1]  72/21
mother [1]  63/2
mother's [1]  63/2
motion [8]  5/5 5/7 8/23 23/20 31/2 33/5 33/20
83/17
mouth [1]  63/16
move [6]  11/12 27/12 27/13 29/2 46/23 76/11
moving [11]  25/22 29/13 29/21 42/1 43/24
45/12 48/17 49/5 50/17 59/6 59/20
Mr [125]
Mrs. [1]  11/17
Mrs. Stipes [1]  11/17
Ms [8]  58/12 58/20 59/11 65/7 66/2 71/18
77/1 77/1
Ms. [31]  57/25 58/18 58/23 58/24 59/3 59/12
61/6 63/6 63/9 63/10 63/18 64/14 64/17 65/4
65/22 66/11 66/13 67/14 67/19 68/5 70/22
71/7 71/11 71/16 72/17 72/23 73/10 73/19 74/11
76/8 78/13 86/13
Ms. April [1]  74/11
Ms. Garcia [3]  58/23 58/24 59/3
Ms. Garcia's [1]  76/8
Ms. Lewis [25]  57/25 58/18 59/12 61/6 63/6
63/9 63/10 63/18 64/14 64/17 65/4 65/22
66/11 66/13 67/14 67/19 68/5 70/22 71/15
71/16 72/17 72/23 73/10 73/19 78/13
Ms. Parsons [1]  86/13
much [20]  7/22 8/2 24/20 28/12 35/5 35/13
35/15 54/14 54/19 64/15 64/25 65/3 65/9
65/10 65/15 67/25 80/15 82/18 84/23 87/11
multiple [4]  52/4 59/25 75/13 75/14
must [1]  39/24
my [21]  14/5 16/18 18/11 18/13 32/9 33/5
33/20 33/24 37/2 37/11 37/24 38/1 38/2 64/8
68/4 68/6 68/10 68/12 75/20 77/6 79/17
myself [4]  31/24 37/25 60/14 81/14

**N**

name [25]  5/22 5/25 13/13 13/14 36/10 36/11
54/20 56/15 56/16 60/11 60/17 60/24 65/17
66/9 70/25 71/2 71/3 71/4 75/11 75/17 77/7
80/7 80/20 80/20 81/12
named [1]  60/22
names [1]  57/19
narcotic [2]  4/2 60/6
narcotics [7]  61/22 61/24 62/1 62/4 62/16
62/17 80/25
Nat [1]  60/20
Natalie [2]  60/22 81/23 81/25
National [1]  50/20
nature [4]  9/10 14/36/24 65/3
near [1]  85/22
necessarily [2]  34/22 80/14
necessary [2]  55/17 77/20
necessity [1]  33/23
need [14]  21/8 33/5 33/8 33/12 35/5 35/13
51/16 55/25 79/20 79/23 83/5 83/21 85/19
87/6
needing [1]  59/3
needs [3]  32/22 83/2 85/4

neglected [2]  28/16
nervous [4]  41/16 41/25 46/18 53/24
neuro [1]  41/23
never [3]  31/17 31/19 80/10
new [6]  14/1 15/16 25/4 44/9 51/11 51/21
newer [1]  49/20
news [1]  44/11
next [16]  25/6 25/22 27/12 29/21 41/20 43/24
46/23 47/11 48/12 49/5 49/17 49/18 49/21
50/17 51/2 85/9
NFLIS [2]  50/20 51/8
nice [1]  86/21
nitrogen [4]  24/12 26/21 27/7 29/15
no [45]  1/3 10/25 11/24 12/6 12/16 16/18
17/1 17/14 18/11 19/2 23/14 23/17 30/25 32/7
33/4 33/7 34/20 35/7 37/24 39/14 40/20 42/7
42/9 45/8 45/8 48/14 52/10 52/21 53/1 54/3
54/9 62/23 63/25 66/8 67/12 68/12 72/13 74/2
78/8 79/1 79/25 81/18 81/22 82/15 85/18
noisy [1]  24/16
none [1]  6/9
noon [2]  85/18 87/1
norepinephrine [1]  41/24
north [3]  1/20 52/22 78/15
northern [1]  52/22
Northwest [1]  78/2
not [100]
notation [1]  25/1
note [3]  8/25 9/2 53/11
noted [3]  53/5 58/4 74/22
nothing [5]  41/11 41/12 41/18 49/13 83/1
notice [5]  5/11 6/17 87/2
November [5]  17/22 17/24 17/25 18/6 55/1
November 2015 [1]  55/1
now [34]  12/25 17/5 18/9 18/25 20/19 22/25
25/7 27/12 27/13 27/25 28/6 30/1 44/23 45/7
49/5 49/16 53/19 57/4 64/14 66/11 69/9 69/11
70/22 71/15 72/23 73/19 74/3 76/18 78/9 80/3
80/12 81/2 82/20 85/24
number [3]  3/3 19/20 52/2
numbers [2]  51/6 51/10
numerically [1]  11/1
nylon [1]  16/3

**O**

object [7]  10/9 10/10 18/1 42/8 49/10 52/9
55/5
objected [1]  10/20
objection [28]  7/4 7/5 7/9 9/21 11/19 11/22
11/24 12/6 12/9 14/24 21/14 23/11 23/13
23/17 23/20 38/13 39/13 42/15 44/17 48/1
48/14 50/8 53/5 53/11 53/14 54/23 55/16
55/24
objections [28]  7/3 8/9 8/25 9/2 9/3 9/14 9/14
9/17 9/19 9/22 9/23 9/25 10/3 10/15 10/21
11/1 11/7 12/8 12/20 12/21 12/21 12/22 83/14
84/18 84/20 86/10 86/11 86/11
obtain [3]  5/13 6/13 83/21
obviously [5]  7/3 26/7 31/8 34/12 83/18
occasion [1]  74/4
occupied [1]  24/19
occur [1]  27/5
occurred [2]  31/8 55/1
October [1]  51/9
October 2015 [1]  51/9
off [5]  25/3 51/10 51/24 54/13 77/6
offender [1]  10/11
offense [6]  9/4 9/23 9/24 10/13 12/22 34/23
offenses [2]  78/12 78/20
offered [3]  7/19 17/5 20/15
offhand [1]  68/6

96

## O

office [6]  1/16 1/19 3/12 9/4 38/2 39/5
officer [2]  54/16 55/25
Official [2]  1/22 87/18
often [2]  6/10 19/17
Oh [1]  18/22
Okay [55]  3/1 6/25 9/19 11/14 13/6 15/9
 16/14 16/20 18/8 19/10 20/5 22/3 22/25 23/10
 24/8 26/5 28/19 29/8 29/10 30/25 31/1 32/6
 32/17 35/25 36/2 36/7 48/11 48/16 53/16 54/13 56/7
 56/13 57/20 63/21 65/11 67/5 67/13 72/3 72/3
 72/16 72/22 73/8 74/10 74/14 75/4 77/14
 77/21 77/25 78/18 79/13 80/1 82/1 82/18
 82/18 83/12 84/24
once [7]  8/20 43/3 43/5 44/15 46/14 49/21
 51/10
one [46]  5/24 6/19 8/22 11/20 16/6 19/23
 20/13 23/14 24/16 26/16 27/12 31/8 32/7 34/6
 35/9 37/19 44/5 44/8 44/9 44/15 46/23 49/23
 49/24 50/1 51/25 52/13 52/18 58/3 58/14
 58/14 63/15 75/11 75/15 75/16 75/19 75/20
 75/23 76/4 76/16 76/17 80/10 81/12 81/15
 85/19 86/3 86/18
ones [1]  75/18
only [16]  12/12 24/18 24/19 28/23 30/15 38/8
 49/20 49/23 51/25 53/10 56/5 69/5 69/22 71/7
 79/14 82/22
open [1]  8/15
opening [1]  85/25
opinion [5]  5/21 22/14 22/18 27/18 40/13
 40/16 42/10 44/24 45/25 53/22 71/15 71/16
 80/5 80/21
opinions [4]  5/13 14/7 14/18 40/11
opportunity [11]  4/22 5/12 6/21 8/22 22/10
 28/3 33/14 33/18 69/11 69/16 86/4
opposition [1]  11/7
order [4]  32/15 32/16 34/8 83/17
ordered [2]  4/19 61/24
ordering [3]  74/11 78/21 81/20
organic [2]  15/23 15/23
organizer [2]  10/1 64/8
other [24]  20/7 24/19 25/4 28/17 30/7 32/7
 33/17 34/12 34/22 35/9 37/19 38/4 38/4 38/6
 48/7 48/21 49/13 50/23 55/18 59/8 62/22
 74/21 78/25 81/4
our [2]  7/15 55/11
out [11]  22/23 31/5 35/20 47/13 57/13 65/10
 74/7 78/16 79/16 85/14 87/2
over [22]  8/15 10/18 11/21 19/20 20/12 29/2
 31/18 31/19 32/23 35/3 43/3 44/12 51/2 58/15
 58/16 58/23 63/1 63/23 79/17 86/2 87/3 87/4
overdose [1]  50/16
overdoses [2]  43/22 50/11
overrule [1]  49/3 50/8 86/10
Overruled [1]  42/16
own [2]  35/23 80/20
ownership [2]  63/3 79/3
oxygen [6]  26/11 27/7 28/14 29/17 47/17
 47/18

## P

Pacer [1]  32/15
package [26]  62/14 69/22 74/8 75/10 76/4
 76/6 76/7 76/12 76/15 76/15 76/16 77/2 77/15
 78/6 80/7 80/7 80/9 80/10 81/1 81/12 81/19
 82/6 82/8 82/10 82/11 82/14
packages [26]  57/18 57/18 57/19 59/5 59/10
 59/13 59/14 60/2 60/17 60/23 61/5 61/6 61/13
 75/8 75/9 75/13 75/14 76/19 76/23 76/24 77/4
 78/21 79/3 80/4 80/11 80/19

page [6]  2/3 2/5 2/7 2/8 32/13 53/11
paid [5]  19/8 59/16 60/18 76/7 76/10
PALM [6]  1/2 1/7 1/17 1/23 54/22 55/1
papers [1]  36/1
paragraph [4]  10/5 10/5 10/7 10/12
paragraphs [3]  9/22 9/25 10/3
paranoid [1]  43/19
Parsons [2]  3/11 86/13
part [6]  14/18 24/2 42/21 74/13 74/15 83/18
participant [2]  57/25 64/15
participate [1]  67/20
participated [3]  78/24 79/5 79/11
participation [3]  19/15 59/14 60/6
particular [13]  7/25 22/7 24/4 28/6 29/4
 37/21 39/22 40/14 42/19 47/23 48/22 63/15
 80/24
partly [1]  63/2
partner [4]  59/9 80/13 80/14 80/16
past [3]  32/1 32/1 33/21
patches [2]  16/17 16/18
Pauline [2]  1/22 87/18
pay [7]  19/6 59/3 60/18 60/23 74/4 76/19
 81/12
paying [4]  57/18 59/14 60/11 60/24
payment [1]  60/5
PEACOCK [21]  1/19 2/8 3/8 4/25 7/2 8/20
 11/21 23/4 23/13 23/18 34/7 34/19 35/3 35/15
 83/20 83/25 84/5 84/7 85/3 86/6 86/19
pending [1]  73/10
Pentedrone [1]  44/5
people [11]  38/4 47/3 48/21 49/7 57/6 57/12
 58/7 58/9 58/9 58/15 62/22
perfect [1]  49/7
period [9]  33/22 52/24 53/3 63/19 68/8 76/3
 76/14 77/17 82/13
permanently [1]  51/3
person [7]  52/15 53/2 54/18 60/21 60/21 71/2
 82/7
person's [1]  71/4
personally [1]  60/14
personnel [1]  18/18
pertain [1]  37/12
Ph.D [5]  13/25 15/15 16/4 20/8 37/2
pharmaceuticals [3]  16/22 16/22 16/25
pharmacological [10]  5/16 37/18 40/7 40/19
 44/24 45/5 50/2 50/6 51/16 55/19
pharmacologically [1]  45/3
pharmacologist [3]  6/1 36/18 37/21
pharmacologists [1]  40/15
pharmacology [6]  16/15 37/2 38/12 38/21
 39/16 47/6
phenethylamine [10]  25/16 25/18 25/19 26/7
 26/9 29/9 29/10 29/11 41/14 46/15
phenethylamines [3]  25/20 41/15 46/24
Philadelphia [1]  37/3
phone [6]  57/16 68/24 69/23 70/16 72/4
 72/14
photos [1]  65/18
physical [1]  58/19
physically [1]  21/15
pick [7]  57/18 60/3 60/23 61/6 61/13 81/12
 82/10
picking [2]  57/17 59/12
pickups [1]  81/4
Pierce [2]  1/20 1/23
Pierce/West [1]  1/23
pillow [1]  62/11
pinpoint [1]  71/23
place [2]  25/2 27/5
places [2]  25/2 25/19
Plaintiff [2]  1/5 1/15

plan [3]  81/19 81/20 81/20
planning [2]  78/12 78/20
plastics [1]  16/3
played [1]  72/23
playing [1]  24/7
please [3]  28/20 36/11 56/16
pluck [1]  25/3
plus [1]  50/12
point [6]  8/14 21/24 48/7 49/18 67/23 85/12
pointed [1]  47/13
points [1]  85/10
police [3]  54/16 54/25 55/8
polymer [3]  15/21 15/22 16/4
polymeric [1]  16/10
polymers [2]  16/1 16/17
Pompano [1]  78/4
population [1]  43/17
portion [2]  45/13 47/9
portions [1]  9/17
position [19]  9/10 9/13 11/7 17/19 18/11
 18/13 26/12 26/13 26/18 26/20 27/6 27/7
 29/13 29/14 32/17 37/24 38/2 54/10 54/12
positive [1]  53/3
possess [2]  3/20 3/23
possession [4]  4/9 4/12 4/15 10/9
possibility [1]  32/24
possible [2]  55/12 87/5
possibly [1]  26/6
potency [1]  40/14
potential [1]  6/15
potentially [1]  55/23
PowerPoint [17]  11/19 12/2 12/3 12/10 20/24
 21/5 21/8 21/9 21/20 22/23 36/5 40/22 53/7
 53/12 82/21 82/23 83/6
PowerPoints [2]  12/12 82/25
Pre [6]  4/20 4/23 4/25 9/1 9/3 10/23
Pre-Sentence [5]  4/20 4/23 9/1 9/3 10/23
preceding [1]  12/21
precipitously [1]  51/6
predict [1]  41/18
prejudice [1]  34/21
prejudiced [1]  7/14
prejudicial [1]  55/23
prepare [6]  7/8 20/24 21/5 22/10 43/25 86/16
prepared [12]  6/11 7/16 7/19 7/23 28/6 28/7
 29/4 32/18 34/10 40/23 41/3 86/4
preponderance [2]  10/19 11/6
present [9]  3/9 8/16 13/3 46/9 68/9 84/7 86/4
 86/24 87/9
presentation [4]  20/24 21/8 36/6 40/22
presentations [4]  11/20 15/5 18/14 34/17
presented [13]  7/17 8/10 18/19 55/18 57/2
 57/15 57/22 58/4 58/24 61/21 80/23 84/16
 84/19
presenting [1]  52/21
press [1]  43/4
pressing [1]  43/6
pretend [1]  41/11
pretty [5]  7/22 28/12 54/15
previous [2]  8/6 38/1
previously [2]  73/22 75/10
primarily [4]  7/5 7/9 13/9 85/2
print [1]  46/8
prior [7]  7/4 15/3 31/10 34/7 73/6 76/14
 86/25
private [1]  73/21
probably [5]  25/17 35/21 67/1 67/7 79/23
Probation [3]  3/10 3/12 9/4 9/6
problem [2]  23/16 86/22
procedural [1]  33/4

**P**

proceed [8]  8/7 8/8 8/23 11/1 13/22 20/16 34/5 36/15
proceeding [10]  8/14 20/6 32/21 34/11 35/3 35/17 83/16 83/19 83/24 85/9
proceedings [4]  1/10 6/22 20/13 87/15
process [1]  24/20
produce [3]  48/19 85/13 85/22
produced [1]  24/4
produces [1]  5/6
proffer [2]  8/11 70/2
proffered [1]  39/17
proficient [1]  5/18
profits [3]  62/3 74/25 75/3
program [1]  50/21
progress [1]  12/9
prong [3]  40/2 48/18 50/4
prongs [2]  40/5 40/6
proof [1]  55/13
properties [2]  5/10 41/22
proprietary [1]  81/19
prosecution [3]  47/19 49/19 56/24
prove [1]  10/18
provided [1]  54/25
proviso [1]  84/15
prudence [1]  55/15
psychological [1]  58/6
psychosis [1]  43/20
Public [1]  1/19
publication [1]  16/6
publications [1]  36/23
publish [5]  16/4 18/11 18/13 21/8 21/10
published [5]  18/9 38/3 44/1 44/3 49/22
publishing [1]  15/4
purchased [1]  61/22
purpose [2]  66/15 66/17
purposes [1]  12/12
pursue [1]  48/16
push [1]  55/6
put [13]  8/3 13/1 16/17 31/20 33/20 44/8 60/10 63/15 80/19 81/11 83/9 83/13 86/12
putting [2]  47/12 66/15
PVB [3]  44/9 44/14 51/14
PVP [54]  3/21 3/24 4/6 5/11 8/1 10/4 13/10 20/20 22/2 22/4 22/11 22/14 25/10 26/17 26/22 27/2 30/22 31/10 31/12 32/7 32/10 39/10 39/11 41/11 41/17 41/19 41/23 42/3 42/5 42/11 43/6 43/9 43/15 43/21 43/22 44/6 44/6 44/8 44/13 44/23 44/24 45/5 46/12 48/19 51/14 53/21 53/23 54/5 55/20 59/18 62/15 74/12 75/1
Pyrrolidinovalerophenone [5]  7/21 8/1 30/2 30/19 30/22

**Q**

qualified [4]  14/25 20/6 33/8 39/15
qualifies [2]  10/10 20/14
quantities [1]  10/8
quantity [2]  20/11 48/18
question [3]  10/25 71/14 79/9
questions [9]  19/10 30/25 35/7 38/14 45/20 54/9 63/25 78/10 82/17
quick [1]  81/11
quickly [2]  11/12 35/24
quite [2]  54/24 55/3

**R**

raise [1]  8/19
raised [4]  79/6 79/12 83/14 83/20
range [1]  9/5

RAPHAEL [2]  1/7 3/2
rather [1]  8/1
ratio [4]  7/6 10/4 10/6 12/19
rationale [1]  51/12
Raton [1]  65/21
reached [1]  57/13
read [3]  33/18 50/11 74/9
real [2]  79/17 79/19
realistically [1]  35/15
really [5]  54/3 55/6 55/8 63/19 83/13
reason [2]  5/3 33/7
reasonable [1]  85/13
reasonably [1]  85/22
recall [7]  18/4 32/10 57/1 69/11 72/10 72/21 78/6
recalled [1]  71/2
recap [1]  84/25
receive [6]  4/22 10/2 59/5 60/17 62/1 76/19
received [8]  5/11 62/8 69/22 75/14 80/9 80/10 80/22 82/6
receiving [6]  59/10 60/7 62/16 75/8 81/3 86/8
recent [2]  43/24 48/13
recently [1]  73/3
receptors [1]  41/15
reciprocal [1]  86/24
recollection [2]  32/9 68/17
reconsidering [1]  83/17
record [8]  3/5 13/13 23/22 36/10 53/6 77/23 79/23 87/15
recover [1]  71/6
recruited [1]  62/1
red [1]  50/24
redirect [2]  84/6 84/7
reduction [1]  44/11
refer [1]  56/2
referenced [1]  82/23
referencing [1]  75/15
referred [5]  30/3 65/22 76/9 78/6 81/6
referring [3]  36/23 61/7 67/10
refers [1]  5/25
refresh [1]  68/17
refreshing [1]  77/2
regard [6]  5/9 38/24 78/9 81/9 81/9 81/23
regarding [7]  38/6 38/21 39/7 48/19 56/10 57/5 63/5
regardless [4]  43/8 48/10 49/9 50/6
regards [1]  57/17
REGINA [4]  2/6 3/6 56/14 56/17
registered [1]  60/24
regularly [1]  70/14
rehashing [1]  54/4
relate [5]  10/1 10/3 16/15 34/23 47/6
related [4]  51/17 53/13 59/21 75/12
relates [1]  84/19
relating [1]  54/3
relationship [13]  40/17 41/8 41/10 46/14 49/15 58/18 58/19 58/21 58/22 59/7 59/7 63/12 63/14
relationships [1]  58/11
relay [1]  55/5
release [1]  9/6
relevance [4]  18/1 48/1 48/3 55/4
relied [1]  66/11
relying [1]  56/12
remain [1]  8/15
remember [6]  18/6 18/20 63/19 68/6 71/9 73/4
remuneration [1]  75/5
render [2]  14/18 40/11
rendering [3]  24/4 25/7 25/7
renew [2]  31/2 33/24

renewal [1]  23/20
rent [1]  59/3
repeats [1]  79/15
rephrase [1]  77/11
replace [2]  25/3 51/11
replaced [2]  49/22 51/7
report [16]  4/20 4/23 5/1 5/20 9/1 9/3 10/23 48/12 54/25 68/6 68/10 68/11 68/12 77/24 85/17 85/18
reported [7]  43/14 43/18 43/21 44/4 44/11 47/20 64/19
Reporter [4]  1/22 11/17 87/18 87/19
reporting [1]  37/11
reports [13]  43/12 43/12 43/17 43/17 43/22 43/24 44/1 44/11 46/21 49/22 53/25 67/11 86/23
representation [2]  24/2 24/14
represented [2]  52/6 72/13
represents [2]  25/2 52/2
request [4]  31/24 32/15 33/24 86/14
requirement [1]  39/20
research [3]  16/18 38/4 85/19
researching [1]  37/11
residence [2]  60/18 61/16
resolve [1]  36/1
respect [7]  22/4 32/4 52/18 57/4 62/6 62/2 63/8
respond [2]  43/2 43/8
responds [1]  80/25
response [3]  7/1 31/6 48/4
responsibility [1]  14/5
responsible [2]  10/7 28/22
rest [1]  56/11
Restitution [1]  9/7
retain [3]  35/4 51/15 83/22
retaining [1]  34/9
retention [1]  35/16
retread [1]  85/1
return [1]  77/3
reverse [1]  33/9
review [5]  4/23 5/13 37/15 57/7 58/3
reviewed [4]  4/25 5/6 10/22 72/4
reviewing [3]  9/19 38/3 61/4
right [29]  3/13 12/11 13/11 17/25 24/10 24/14 25/1 34/3 34/4 39/12 48/23 50/11 58/1 64/21 65/5 68/7 69/7 69/23 71/12 72/8 72/12 72/15 72/17 73/23 74/3 76/20 77/16 84/17 86/17
ring [2]  26/23 26/23 29/12
rise [1]  25/20
ROBIN [2]  1/11 1/24
role [6]  56/10 57/5 57/12 57/21 69/16 72/24
romantic [2]  58/18 58/22
room [3]  61/1 62/20 62/22
ROSENBERG [3]  1/3 1/11 1/24
row [5]  26/7 26/10 26/13 26/21 29/10
rubber [1]  16/3
rule [3]  28/17 28/21 86/20
ruling [2]  8/6 85/11
run [1]  50/21

**S**

safe [6]  16/21 16/23 55/14 62/13 65/21 71/12
said [10]  61/4 62/10 63/2 63/15 68/1 69/5 73/4 81/12 81/14 81/14
salary [2]  19/6 19/8
sale [4]  62/3 75/1 79/6 79/12
salt [1]  44/5
salts [1]  44/6
same [32]  17/19 24/9 26/19 27/5 27/10 28/12 28/15 29/16 32/4 42/15 43/8 44/16 45/20

**S**

same... [19]  46/11 47/16 48/8 48/11 49/9 50/5
  50/7 50/15 54/10 54/12 62/18 63/13 72/24
  76/13 76/15 77/4 78/10 81/8 81/23
SAR [2]  40/18 41/10
save [2]  69/14 85/9
saw [2]  51/10 62/7
say [21]  7/7 7/20 7/24 8/12 22/20 23/7 32/9
  33/10 39/7 48/2 52/18 53/2 65/8 65/12 66/19
  71/12 72/19 75/9 77/4 79/15 79/16
saying [7]  16/21 16/23 32/6 34/21 63/22
  65/14 84/3
says [3]  44/13 53/12 82/8
schedule [20]  4/2 4/6 22/16 22/16 27/20 30/5
  30/7 30/11 30/14 30/17 30/19 30/20 42/12
  42/14 45/2 45/6 45/7 45/24 87/2 87/9
scheduled [2]  37/13 45/21
schedules [1]  30/9
School [1]  37/2
Science [2]  37/4 37/8
scope [1]  34/25
screen [5]  21/17 21/21 46/7 46/8 52/18
search [1]  57/16
second [5]  3/17 26/10 67/8 67/10 78/6
Section [2]  3/22 3/25
Sections [1]  4/3
secure [1]  85/21
see [16]  23/2 24/9 25/14 25/25 26/16 31/24
  32/25 33/23 41/9 44/4 46/13 47/8 47/16 49/17
  57/8 68/10
seeing [2]  65/18 68/21
seeking [2]  12/14 53/8
seemed [2]  60/5 80/17
seems [1]  83/9
seen [2]  6/8 58/17
seized [9]  44/21 75/10 75/19 75/21 75/23
  76/4 76/6 76/9 76/24
seizure [1]  76/14
seizures [5]  44/19 50/22 51/2 51/8 75/16
selling [1]  72/2
send [2]  61/5 61/13
sending [1]  81/15
sent [2]  59/11 60/17
sentence [9]  4/20 4/20 4/23 5/1 5/4 9/1 9/3
  10/23 33/21
sentencing [13]  1/10 3/3 3/13 8/7 14/10 14/14
  20/3 22/8 31/15 39/21 39/24 87/5 87/10
Sequestration [1]  28/17
serious [1]  53/25
Services [1]  42/13
sessions [1]  43/4
set [1]  4/20
setting [1]  38/2
several [6]  57/16 57/17 59/2 60/10 63/10
  66/11
severe [3]  43/22 46/22 47/14
sham [1]  62/14
shared [1]  29/24
she [113]
Sheila [1]  3/11
short [3]  6/17 59/3 74/5
shot [6]  51/1 52/4 52/4 52/5 52/13 52/15
should [9]  8/15 10/7 25/17 25/22 35/17 55/16
  83/23 83/25 85/21
shouldn't [1]  7/14
show [17]  11/6 24/23 27/4 29/18 29/23 44/3
  48/12 49/1 49/22 50/4 51/12 53/25 68/1 68/1
  68/13 69/14 72/11
showed [1]  52/1
showing [4]  21/16 22/25 27/3 52/23

shown [6]  21/11 41/24 43/14 44/10 46/20
  53/12
side [13]  25/9 25/9 25/25 25/25 28/8 28/8
  29/6 29/6 29/23 29/23 48/23 55/14 55/15
side-by-side [5]  25/9 25/25 28/8 29/6 29/23
sides [1]  8/5
sight [1]  78/16
Signature [1]  87/19
significant [1]  52/2
similar [22]  20/13 22/15 22/18 27/19 27/23
  30/23 36/5 41/23 44/24 45/4 45/5 45/25 46/14
  47/14 47/20 48/19 50/2 51/15 54/4 54/5 54/7
  81/24
similarities [10]  17/6 25/15 26/1 26/2 27/4
  28/11 28/12 29/6 29/18 29/24
similarity [3]  14/8 25/14 29/22
similarly [1]  50/1
simple [1]  5/15
simply [2]  52/23 53/11
since [7]  6/14 19/8 45/7 68/21 69/19 70/19
  86/8
single [2]  48/10 49/25
sir [33]  15/14 20/4 38/23 64/16 68/23 69/1
  69/8 69/15 69/18 69/21 69/24 70/4 70/9 70/18
  70/24 71/5 72/18 73/12 73/24 74/2 74/6 74/9
  76/21 77/13 77/22 78/3 78/5 78/8 79/1 81/7
  81/18 81/22 81/24
situation [6]  31/17 31/19 33/13 64/17 66/22
  73/7
six [3]  39/9 52/24 73/6
six-month [1]  52/24
skeletal [1]  24/2
skin [1]  16/17
skirt [1]  51/15
sleep [1]  62/12
slide [31]  21/14 25/6 25/14 25/17 25/22 25/24
  27/12 27/12 28/6 28/7 28/11 29/4 29/21 29/21
  29/22 41/3 42/22 43/24 43/25 44/4 46/13 47/1
  49/5 49/11 49/17 49/18 49/21 50/10 50/19
  51/13 51/22
slides [2]  12/1 29/2
slips [1]  65/19
Slow [1]  58/14
small [3]  16/1 44/1 51/20
smear [1]  52/16
so [65]  6/11 7/23 8/2 9/17 9/23 10/2 11/24
  12/5 12/6 13/19 17/13 17/17 17/22 19/3 24/7
  24/8 24/22 25/12 25/25 27/8 27/10 29/9 29/10
  32/6 32/17 32/21 35/23 36/3 36/4 38/2 38/8
  39/24 40/7 41/10 42/25 45/24 48/20 53/5 53/7
  53/10 55/13 55/19 55/24 57/20 58/20 58/21
  59/16 63/22 65/7 67/17 67/24 71/12 73/23
  75/5 77/6 82/18 82/20 83/5 83/12 83/16 83/24
  85/2 85/14 86/3 86/7
socialize [1]  69/2
sole [1]  19/3
some [23]  16/3 16/16 16/16 22/22 24/6 25/1
  32/14 34/5 39/21 47/25 49/12 49/13 50/12
  50/12 52/14 55/5 60/6 67/23 76/8 81/1 81/4
  85/24 86/11
somebody [2]  61/12 61/18
someone [1]  68/24
something [7]  23/5 27/11 31/25 40/19 51/11
  51/14 54/2
Sometime [1]  73/9
somewhat [1]  58/18
son [1]  79/20
sophisticated [1]  47/11
sorry [5]  18/12 36/21 68/10 71/7 71/18
sort [4]  7/21 32/25 57/10 60/6
sought [1]  83/2

sound [2]  68/7 87/7
sounds [3]  12/25 68/8 77/17
South [1]  44/12
SOUTHERN [1]  1/1
speak [4]  67/25 69/11 84/21 86/12
speaking [3]  60/14 63/10 71/25
special [1]  9/8
specialist [1]  6/4
specific [2]  43/1 43/2
specifically [6]  16/19 31/9 40/6 42/2 45/2
  78/19
spell [2]  36/11 56/15
spelling [1]  13/14
spellings [1]  22/22
spend [1]  64/25
spoke [7]  58/8 70/2 70/7 70/11 70/16 71/22
  78/13
spoken [4]  69/19 70/14 70/19 73/4
spring [1]  51/3
stage [1]  38/11
stand [1]  84/14
standpoint [1]  30/21
start [5]  21/7 21/9 22/2 46/21 57/4
started [3]  36/21 57/11 72/25
starting [1]  21/23
state [7]  3/4 6/19 13/13 19/24 36/10 50/23
  56/15
stated [3]  27/15 59/3 86/9
statement [1]  52/9
statements [1]  66/11
STATES [22]  1/1 1/4 1/11 1/16 3/2 3/11 3/22
  3/24 4/2 4/3 4/6 4/16 6/1 6/4 12/17 14/10
  14/14 22/8 35/10 39/24 44/21 50/22
statutes [1]  17/17
stay [3]  76/6 78/16 78/16
stayed [1]  77/10
step [4]  34/15 35/8 54/14 82/19
still [2]  48/11 51/4
stimulant [5]  41/25 46/8 46/18 52/6 53/24
stimulants [2]  41/16 53/23
stimulate [1]  46/20
stimulative [1]  54/3
Stipes [3]  1/22 11/17 87/18
stipulate [3]  7/19 7/23 57/24
stood [1]  84/25
streamline [1]  81/8
streamlined [1]  24/20
Street [1]  1/20
stretch [1]  7/8
strike [1]  52/12
structural [2]  25/22 25/24
structurally [1]  30/23
structure [25]  13/10 16/24 17/6 22/5 22/11
  22/15 24/10 24/10 24/15 25/1 25/16 27/19
  28/14 40/17 40/18 41/8 41/9 41/13 41/14
  46/13 46/15 46/15 47/4 47/17 55/19
structures [14]  14/5 17/16 20/10 23/8 23/24
  24/9 24/9 24/24 25/6 28/9 29/3 29/25 45/11
  45/12
studied [1]  45/18
studies [3]  38/3 41/20 41/21
study [7]  15/23 16/12 17/16 20/10 33/15
  42/25 49/13
stuff [2]  71/7 73/6
subject [2]  42/9 54/19
substance [34]  4/3 4/7 4/10 4/13 5/10 20/22
  21/3 22/15 22/16 22/18 27/1 27/20 27/21
  27/23 30/1 30/5 30/7 37/13 39/22 41/22 42/19
  43/1 44/9 44/14 45/6 45/15 45/16 45/21 45/25
  49/13 51/22 76/23 79/7 79/12
substances [44]  14/6 14/8 14/16 14/22 14/23

**S**

substances... [39]  15/1 17/16 17/18 18/10
18/15 19/19 24/3 25/21 29/11 29/12 30/8 30/9
30/11 37/12 37/15 37/16 37/19 38/7 38/21
40/8 40/8 41/10 42/7 42/12 42/14 44/11 45/24
46/17 46/21 46/22 47/9 47/21 47/23 48/6 48/8
49/25 54/1 60/4 71/21
substantial [2]  29/2 29/21
substantially [2]  27/19 47/20
substituted [2]  42/3 48/7
substitution [7]  26/10 26/14 26/18 26/19
26/21 28/13 29/14
substitutions [5]  25/2 25/3 25/19 26/3 27/5
such [2]  6/17 20/3
sufficient [1]  5/12
suggesting [1]  44/12
Suite [1]  1/17
summaries [1]  5/24
summary [3]  6/2 10/21 86/20
superseding [1]  3/17
Supervised [1]  9/6
supports [2]  9/24 11/7
sure [17]  19/20 21/15 54/24 55/3 63/12 72/10
86/12
surprise [1]  34/20
suspected [1]  80/12
sustain [2]  55/24 86/11
sustained [4]  9/14 53/11 53/14 55/16
Swear [1]  13/11
switching [1]  44/14
sworn [5]  13/12 31/5 36/8 36/9 56/14
sync [1]  27/8
synopsis [2]  5/20 27/1
synthetic [2]  39/3 39/4
system [8]  41/16 41/25 46/18 50/21 52/3
52/25 53/24 55/22
systems [1]  16/10

**T**

T-R-E-C-K-I [1]  36/13
table [2]  52/19 53/13
tables [12]  14/13 14/16 14/19 20/11 22/8
22/12 22/16 27/21 28/1 40/8 40/9 44/25
taint [1]  49/12
take [13]  25/2 32/13 35/19 35/20 50/7 51/21
58/14 67/18 69/5 74/11 79/23 85/20 85/21
taken [2]  12/1 12/2
takes [1]  43/3
taking [3]  49/7 49/8 54/18
talk [4]  33/5 46/7 57/20 58/15
talked [6]  42/21 45/11 64/14 67/8 81/14
81/16
talking [6]  25/12 29/9 42/22 45/2 48/20 58/9
Tallahassee [1]  78/15
task [1]  5/19
techniques [3]  37/24 37/25 58/6
technology [1]  21/19
tell [15]  6/6 9/21 13/24 18/5 19/20 30/6 33/9
37/10 47/25 59/17 67/1 68/24 71/8 71/12
81/16
telling [1]  66/19
Temple [1]  37/2
temporarily [1]  50/25
ten [5]  18/24 19/20 39/1 79/23 86/3
tender [2]  14/21 38/11
term [1]  26/5
terms [11]  16/16 32/1 35/16 45/3 45/24 48/21
57/12 59/7 62/7 63/8 80/15
test [4]  40/2 41/20 55/10 63/16
testified [16]  6/10 19/17 19/25 31/4 31/9

31/13 31/14 32/12 38/5 38/8 38/9 38/20 38/24
39/4 39/7 76/18
testify [5]  8/22 20/6 20/14 39/16 55/25
testifying [2]  32/10 49/16 56/10
testimony [27]  5/24 6/2 6/8 8/10 8/20 15/3
20/13 21/20 31/3 32/7 32/7 32/11 32/22 33/7
34/8 34/20 37/14 52/17 56/12 59/8 66/12 75/5
81/8 81/23 82/5 84/10 86/25
tests [1]  40/13
text [42]  57/22 58/8 58/17 58/24 59/2 59/4
59/8 59/11 59/17 60/1 60/15 60/21 60/22
60/25 61/4 61/12 61/16 65/2 65/18 68/25 71/7
72/4 72/7 72/11 72/13 72/17 74/9 74/21 75/12
75/16 75/18 75/22 76/3 76/9 76/13 76/25 80/8
80/16 80/23 80/24 81/13 82/7
than [11]  8/1 26/24 31/21 35/22 39/1 39/1
50/23 74/21 78/25 79/25 85/18
thank [14]  15/14 16/24 20/4 20/17 28/24
28/25 35/8 36/14 39/18 54/14 56/8 56/18
82/18 87/11
that [351]
their [7]  3/4 8/10 52/25 57/19 58/25 63/14
69/6
them [23]  7/15 11/21 11/23 12/14 13/2 14/6
26/8 31/22 31/23 34/19 48/21 49/23 58/14
59/22 60/3 60/11 60/17 60/18 72/17 77/5 83/8
84/4 84/5
themselves [1]  58/10
then [14]  10/2 10/5 10/6 31/12 34/4 35/2
42/21 62/24 67/17 69/11 70/2 84/5 84/6 84/8
there [97]
there's [2]  42/9 53/1
Thereupon [1]  87/12
these [39]  5/16 5/18 6/10 7/12 12/19 22/22
25/21 29/11 29/12 32/23 37/25 41/10 41/20
43/16 45/12 46/9 46/17 47/2 47/21 47/22 48/6
48/8 48/10 48/20 49/18 50/1 51/20 52/1 52/3
52/11 52/23 57/18 58/10 58/11 76/2 76/3
78/12 78/20 79/3
thesis [3]  16/7 17/2 38/1
they [68]  6/16 6/17 7/16 7/20 9/19 9/20 11/1
12/11 12/20 19/16 19/8 24/9 24/12 25/15 26/24
27/8 27/10 27/10 28/12 28/14 28/18 28/22
28/23 29/16 30/12 30/14 30/24 34/21 34/21
35/21 41/15 41/16 41/24 42/5 42/5 42/13
42/14 43/1 43/4 43/5 43/5 43/7 43/8 44/15
44/17 44/20 46/15 47/16 48/6 48/9 48/9 49/8
49/8 51/21 53/23 54/17 58/18 59/21 59/21
59/21 61/4 67/23 67/24 72/21 73/3 77/7 77/8
86/3
they're [1]  46/14
thing [6]  36/5 37/23 50/15 65/1 66/22 69/5
things [5]  20/7 36/23 37/22 58/3 82/20
think [26]  6/7 6/10 7/13 7/23 8/2 9/17 11/13
19/23 33/11 35/22 35/23 39/11 45/3 48/25
55/16 55/17 55/22 57/11 67/17 67/17 67/24
71/20 73/6 74/13 84/23 86/2
thinking [2]  35/12 66/19
thinks [1]  31/25
third [3]  26/13 44/8 48/17
this [134]
THOMAS [4]  2/2 6/3 13/12 13/15
those [27]  6/5 9/17 12/1 12/2 12/21 12/24
14/23 16/18 25/19 34/16 39/1 39/6 40/11 59/4
64/9 72/1 72/7 72/7 72/15 72/17 72/19 75/3
76/23 77/4 84/4 84/8 85/7
though [1]  52/2
thought [2]  18/5 55/12
threaten [1]  63/23
three [9]  9/6 26/17 36/22 40/2 40/6 50/4
50/12 82/24 83/8

three-prong [1]  40/2
through [14]  3/16 4/19 9/22 11/12 12/1 12/3
12/23 13/4 30/10 46/11 46/11 49/12 55/18
60/22
throughout [5]  38/1 39/5 44/6 63/12 72/24
thrust [1]  33/5
tie [1]  60/16
time [40]  5/12 5/20 6/23 7/11 8/15 14/21
18/19 18/20 19/25 31/3 32/14 32/20 33/3
33/24 35/13 35/15 38/9 52/24 53/3 59/1 62/15
63/15 63/17 63/24 65/15 67/8 67/10 68/8
68/21 69/14 70/5 70/7 71/22 76/3 76/14 77/17
79/17 79/19 82/13 85/13
times [15]  19/20 20/12 31/5 38/5 38/20 38/24
39/7 59/2 59/25 63/10 63/11 66/13 72/7 72/11
85/24
Title [3]  4/3 4/7 4/16
today [13]  5/4 8/24 24/3 25/13 34/13 35/6
36/2 37/25 49/14 55/4 66/12 85/2 85/5
today's [2]  4/21 6/17
together [3]  16/2 27/8 63/14
told [8]  58/20 66/22 69/6 69/19 70/7 70/19
70/22 73/20
too [2]  30/12 64/19
took [3]  55/11 55/12 62/3
top [4]  23/8 28/14 44/4 77/6
topic [3]  6/11 16/9 33/17
total [1]  9/4
totally [1]  52/11
touch [1]  24/17
tox [2]  43/17 43/22
toxicity [1]  43/19
toxicological [3]  51/18 53/3 53/13
toxicology [1]  51/25
track [3]  35/21 73/5 85/14
trade [1]  73/20
trained [2]  43/2 43/4
training [1]  43/3
transcript [4]  1/10 31/18 31/19 87/14
transcripts [1]  31/24
transfer [1]  16/10
transmitters [2]  41/15 41/24
transporting [1]  64/18
TRECKI [18]  2/4 5/21 5/21 5/25 32/5 35/11
35/22 36/3 36/5 36/7 36/9 36/12 38/11 38/18
39/15 39/20 53/7 82/21
Trecki's [1]  35/24
trial [12]  3/16 56/12 57/1 57/15 57/23 58/24
62/10 72/10 72/13 76/3 80/23 85/24
tried [1]  57/13
trouble [1]  67/2
true [9]  61/3 61/9 69/9 69/25 70/10 70/13
70/20 72/23 80/12
trusted [1]  63/16
truth [2]  18/6 19/21
try [3]  36/4 51/15 81/8
trying [7]  24/23 46/25 48/25 48/25 50/4
50/18 84/24
tube [1]  41/20
tumultuous [1]  58/19
turn [3]  10/18 87/3 87/4
turned [3]  11/20 31/18 31/19
turning [2]  11/5 32/23
two [32]  5/23 6/15 11/9 24/9 24/17 24/19
24/19 26/1 26/11 27/4 29/2 40/6 41/3 41/10
49/23 50/11 50/14 51/2 58/13 64/9 75/16
75/18 75/22 76/24 77/4 80/10 82/24 83/5
83/25 84/1 84/4 87/6
type [5]  15/20 26/14 26/18 29/16 65/1
types [1]  26/3

## U

ultimately [3]  54/4 65/8 65/12
unclear [2]  76/13 76/14
uncovered [1]  74/1
under [6]  10/11 14/6 17/17 30/11 30/15 37/15
Undergraduate [1]  37/7
underlying [2]  10/13 12/22
underneath [1]  62/11
understand [3]  34/5 55/20 86/15
Understanding [1]  34/4
understands [1]  24/22
unethical [1]  43/15
unfair [1]  34/20
unfortunately [1]  49/23
UNITED [22]  1/1 1/4 1/11 1/16 3/1 3/11 3/22 3/24 4/2 4/3 4/6 4/16 6/1 6/4 12/17 14/10 14/14 22/8 35/10 39/24 44/21 50/22
University [7]  6/19 6/21 14/1 15/15 37/2 37/5 37/9
unknown [3]  61/3 61/8 61/11
unless [2]  47/10 52/14
unnecessary [1]  55/22
unrelated [1]  52/11
until [2]  43/1 51/5
up [22]  13/2 13/21 21/16 21/21 24/11 27/21 52/3 53/17 55/7 57/17 57/18 59/12 60/3 60/23 61/6 61/13 67/23 67/24 68/1 68/1 81/12 82/10
upon [2]  4/18 87/2
us [8]  13/24 22/23 27/1 37/10 63/6 73/20 78/14 86/12
use [13]  6/20 11/22 12/9 21/19 21/23 40/13 40/16 43/12 43/17 48/10 60/8 61/19 63/8
used [12]  10/12 40/21 40/22 58/5 59/22 59/25 63/6 63/22 63/23 65/17 68/24 80/18
uses [3]  24/15 42/7 45/8
using [5]  16/12 42/2 42/18 48/22 61/5
usually [1]  43/3
utilize [2]  21/19 23/18
utilized [1]  80/17

## V

value [1]  39/21
variance [2]  86/7 86/15
variety [1]  44/6
vehicle [1]  60/24
vehicles [1]  60/10
verdict [1]  4/18
versed [1]  83/21
versus [2]  3/2 27/13
very [11]  5/14 11/4 16/2 18/20 25/15 54/14 54/16 81/24 84/23 87/8 87/11
VI [1]  9/5
video [6]  54/19 54/25 56/1 56/2 82/24 83/6
view [2]  24/21 56/2
viewing [1]  58/8
violation [3]  3/21 4/7 4/16
Virginia [1]  36/19
vis [2]  57/21 57/21
vis-a-vis [1]  57/21
visual [2]  25/12 28/8
vitro [5]  41/20 42/1 42/18 46/12 46/17
vivo [2]  42/1 46/19
voir [4]  15/6 15/8 15/10 38/16

## W

wait [2]  19/11 43/1
want [15]  10/17 10/21 11/1 11/10 12/24 15/6 21/24 23/15 33/3 34/3 48/16 55/14 67/2 75/13 84/1

wanted [6]  19/12 3/22 31/24 46/9 51/12 67/6
wants [1]  83/23
warrants [1]  57/16
was [164]
Washington [2]  7/15 37/5
wasn't [5]  16/21 65/25 67/19 69/9 70/10
way [15]  3/15 13/3 13/5 16/15 17/22 24/23 27/3 39/4 43/2 43/8 58/6 73/10 80/16 80/18 83/24
we [150]
we'll [5]  12/20 21/19 54/13 83/6 84/5
weapon [1]  10/10
week [1]  20/1
well [33]  9/16 11/4 11/15 13/10 18/3 21/5 27/16 29/18 30/9 32/5 32/13 32/14 33/9 34/2 34/9 59/18 60/7 60/15 61/1 62/16 66/7 67/18 69/5 69/17 70/25 71/10 72/15 81/1 82/23 84/21 85/16 86/16 87/8
went [7]  17/13 46/11 57/11 62/19 65/10 71/8 71/13
were [47]  6/5 7/18 8/25 12/1 12/1 17/13 17/19 17/19 39/1 39/5 41/5 42/3 42/4 42/5 42/18 42/22 50/11 56/23 57/12 58/18 59/2 59/11 59/21 59/21 60/4 60/10 61/4 67/23 68/9 68/19 71/6 72/13 72/17 72/21 73/25 74/18 75/18 75/22 76/2 76/24 76/25 77/4 77/7 77/8 79/11 80/23 83/8
weren't [1]  27/10
WEST [4]  1/2 1/7 1/17 1/23
what [118]
whatever [2]  34/16 60/6
when [40]  13/21 16/1 17/13 17/19 18/19 19/25 21/21 28/10 28/23 42/4 43/21 47/4 47/22 50/4 51/22 57/10 60/1 62/19 66/19 66/20 66/21 67/14 70/19 71/5 71/18 71/20 72/24 73/2 73/3 73/3 73/6 74/5 76/12 77/20 78/13 80/6 81/16 82/11 83/24 85/24
where [39]  13/24 17/8 21/11 21/16 24/16 25/2 25/3 29/6 31/18 31/19 33/16 36/17 37/1 40/18 41/9 41/21 47/6 51/13 51/21 55/3 59/2 59/12 60/2 61/1 62/7 62/11 65/20 66/2 66/4 66/7 74/22 75/24 77/9 78/6 82/20 84/13 84/25 86/12
whether [18]  8/13 8/14 10/1 10/12 21/13 22/14 27/18 27/25 37/12 43/8 44/24 45/21 48/9 63/12 63/16 67/21 76/14 86/6
which [43]  6/8 6/8 7/5 7/6 9/17 10/18 10/19 10/20 10/22 10/22 11/6 12/3 13/6 13/9 22/18 24/12 27/23 34/6 34/25 40/5 41/11 44/9 45/2 46/7 48/10 48/12 48/18 49/13 50/7 53/6 55/21 56/1 64/10 67/10 75/2 78/11 78/16 80/24 84/10 84/22 85/7 86/23 87/3
while [5]  34/10 35/20 44/11 62/17 78/16
who [22]  3/9 5/18 6/3 6/3 6/19 14/22 14/25 34/21 44/17 44/21 54/17 54/18 55/9 57/8 57/12 61/7 61/11 61/21 61/22 61/24 62/1 62/3
whole [2]  25/20 73/11
whom [1]  18/17
why [14]  21/18 24/4 24/8 25/11 28/7 42/14 43/24 46/8 48/22 52/15 66/25 67/3 85/17 87/1
will [65]  6/6 8/7 8/9 8/13 8/19 8/22 8/23 8/25 9/2 11/12 11/25 12/5 12/17 13/3 13/21 15/8 17/22 21/9 21/17 22/2 22/23 23/14 23/18 32/3 34/15 34/18 35/13 35/19 35/20 35/20 35/21 35/22 36/4 37/25 38/8 48/12 49/3 49/21 51/11 51/14 53/11 54/16 55/9 55/15 55/24 56/9 56/10 57/24 65/9 68/13 77/19 78/9 79/23 81/1 82/22 84/6 84/7 84/9 85/2 85/9 85/10 86/12 86/24 87/3 87/4
Wisconsin [1]  6/21

withdrawals [1]  64/20
within [1]  57/5
without [2]  28/14 86/10
witness [26]  8/8 8/21 11/20 13/6 13/8 13/11 13/12 13/19 18/3 21/13 21/19 32/23 34/8 34/15 34/15 35/7 36/9 52/10 52/14 53/15 53/18 54/11 54/16 55/12 55/17 56/14
witness' [2]  52/17 54/20
witnesses [12]  6/14 8/9 8/10 8/18 13/1 28/18 28/22 34/16 55/18 83/10 84/1 84/4
won't [1]  12/11
words [1]  34/13
work [3]  18/25 19/1 37/21
worked [3]  38/1 73/21 87/2
working [5]  19/3 37/22 74/2
would [92]
wound [3]  52/3 52/4 52/13
write [1]  24/24
written [2]  16/7 16/8

## Y

yeah [1]  18/22
year [1]  17/23
years [13]  9/7 14/3 17/9 17/22 18/21 18/24 20/9 36/22 51/2 56/22 63/13 72/1 72/1
Yep [1]  70/12
yes [126]
York [2]  14/1 15/16
you [375]
you've [1]  18/25
your [79]  5/14 6/22 7/2 8/21 9/12 9/16 9/19 10/25 11/7 11/9 11/18 12/8 13/13 13/14 13/17 13/24 14/4 14/7 14/18 15/15 16/4 16/7 17/22 18/1 19/3 19/11 20/17 22/18 28/16 31/2 32/17 33/19 36/10 36/11 36/23 37/10 39/18 40/25 43/13 44/23 45/25 47/1 47/12 48/15 49/6 50/20 51/20 52/21 53/22 54/12 54/22 56/15 56/15 57/24 58/3 61/10 61/21 64/7 66/11 67/11 68/14 68/17 71/15 71/16 72/23 74/1 74/17 75/5 76/7 80/4 81/8 81/23 82/5 82/6 83/13 85/10 85/14 87/4 87/5