```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                     WEST PALM BEACH DIVISION

 3                 CASE NO. 15-CR-80068-ROSENBERG

 4
     UNITED STATES OF AMERICA,      .
 5                                  .
         Plaintiff,                 .
 6                                  .
              vs.                   .
 7                                  .
     KEVIN RAPHAEL BULLY,           .  West Palm Beach, FL
 8                                  .  May 20, 2016
 9       Defendant.                 .

10
              TRANSCRIPT OF SENTENCING PROCEEDINGS
11         BEFORE THE HONORABLE ROBIN L. ROSENBERG
                UNITED STATES DISTRICT JUDGE
12

13

14       APPEARANCES:

15
         FOR THE PLAINTIFF:        LOTHROP MORRIS
16                                 United States Attorney's Office
                                   500 S. Australian Avenue
17                                 Suite 400
                                   West Palm Beach, FL 33401
18                                 561-820-8711

19       FOR THE DEFENDANTS:       FLETCHER PEACOCK, ESQ.
                                   Federal Public Defender's Office
20                                 109 North 2nd Street
                                   Fort Pierce, FL 34950
21                                 772-489-2123

22
         Official Court Reporter:  Pauline A. Stipes
23                                 Fort Pierce/West Palm Beach
                                   772-467-2337
24                                 HON. ROBIN L. ROSENBERG

25
```

```
 1                               INDEX
 2          THOMAS DiBERARDINO
 3          Cross Examination by Mr. Peacock          Page 4
 4          Redirect Examination by Mr. Morris        Page 9
 5          JORDAN TRECKI
 6          Direct Examination by Mr. Morris          Page 13
 7          Cross Examination by Mr. Peacock          Page 16
 8          Redirect Examination by Mr. Morris        Page 35
 9          GREGORY DUDLEY
10          Direct Examination by Mr. Peacock         Page 42
11          Cross Examination by Mr. Morris           Page 62
12          Redirect Examination by Mr. Peacock       Page 72
13          ANTHONY DeCAPRIO
14          Direct Examination by Mr. Peacock         Page 74
15          Cross Examination by Mr. Morris           Page 107
16          Redirect Examination by Mr. Peacock       Page 120
17
18                              EXHIBITS
19                                        I.D.        Received
20            Government Exhibit 26                    Page 13
21            Government Exhibit 28       Page 112
22            Government Exhibit 27       Page 123
23            Government Exhibit 20       Page 123
24            Defense Exhibit 1                        Page 124
25            Defense Exhibit 2                        Page 124
```

 1          *THE COURT:*  Good morning, everyone.  We are here in
 2    the matter of United States versus Kevin Raphael Bully, a
 3    continuation of the sentencing in case number 15-80068.
 4          The original sentencing occurred beginning on
 5    April 19, 2016.
 6          We have a schedule that both sides have jointly
 7    submitted, which I appreciate, and it is tight, given that we
 8    need to conclude by a certain time.
 9          We were to begin at 8:30, we are a couple of minutes
10    off, and we have Mr. DiBerardino, cross and redirect.  One of
11    the witnesses who had testified in the original hearing on
12    April 19th, the Government had presented for direct
13    examination, DiBerardino, and Mr. Peacock had reserved, with
14    the Court's permission, cross-examination.
15          Are you ready to do that cross-examination now, Mr.
16    Peacock?
17          *MR. PEACOCK:*  I am.  It will be brief.
18          *THE COURT:*  Is Mr. DiBerardino appearing by phone?
19          *MR. MORRIS:*  Yes.  I have a request.  We failed to
20    a --
21          *THE COURT:*  Let's -- first, do we have him on the
22    phone?
23          It is a tight schedule.  Does this issue come up with
24    DiBerardino?
25          *MR. MORRIS:*  No, it is with Dr. Trecki.

```
 1              What I want to do is reopen the direct to put in the

 2    article, and have him explain it briefly, subject to cross.

 3              THE COURT:  Any objection?

 4              MR. PEACOCK:  No.

 5              THE COURT:  Not a problem.

 6              MR. PEACOCK:  I think it will go a little shorter.

 7              MR. MORRIS:  We built in about 30 minutes.

 8              THE COURT:  Can we swear Mr. DiBerardino -- Dr.

 9    DiBerardino.

10              THOMAS DiBERARDINO, GOVERNMENT'S WITNESS, SWORN

11              THE COURTROOM DEPUTY:  State your name and spell your

12    last name, please.

13              THE WITNESS:  Thomas DiBerardino,

14    D-I-B-E-R-A-R-D-I-N-O.

15              THE COURTROOM DEPUTY:  Mr. DiBerardino, could you

16    speak up?

17              THE WITNESS:  Should Dr. Trecki leave?

18              MR. PEACOCK:  No.

19              THE COURT:  You have allowed 15 for cross.  How much

20    are you taking?

21              MR. PEACOCK:  Ten minutes.

22              THE COURT:  You may proceed with cross-examination.

23                         CROSS-EXAMINATION

24    BY MR. PEACOCK:

25    Q.  Good morning, this is Fletcher Peacock talking.  You may
```

Pauline A. Stipes, Official Federal Reporter

1    remember I sat at Defense table before when we were here.

2    A.  Yes.

3    Q.  Let me sort of cut to the chase.

4        When you testified earlier, you testified in regard to two

5    substances, one being ethylone and one being alpha-PVP?

6    A.  Correct.

7    Q.  You gave your opinion that alpha-PVP is most similar to

8    methcathinone, correct?

9    A.  Correct.

10   Q.  Okay.

11       Now, would you go over the differences again between

12   alpha-PVP and methcathinone in as brief as you can, still

13   including those things that are important?

14   A.  Okay.  Both alpha-PVP and methcathinone are regarded as

15   phenethylamine, a basic class of chemical structures.

16           THE COURT:  Say that again.

17           THE WITNESS:  P-H -- P-H-E-N -- sorry,

18   P-H-E-N-E-T-H-Y-L-A-M-I-N-E.

19   BY MR. PEACOCK:

20   Q.  I would like you to focus on the differences, if you could,

21   other than the likenesses.

22   A.  Okay.  Phenethylamine consists of certain aspects, they are

23   all the same, it is the substitution on the phenethylamine core

24   that derives the differences between methcathinone and

25   alpha-PVP.  On the core, there is a -- what is called a methyl

```
 1    group on the methcathinone, and alpha-PVP, there are two more
 2    carbons attached to the methyl group.
 3        That is one difference.
 4        The second difference is on the nitrogen methcathinone
 5    there is a methyl group, and on alpha-PVP there is a rate of
 6    carbons that reattach to the nitrogen pyrrolidine, the ring of
 7    carbon that attach onto the nitrogen.
 8            MR. PEACOCK:  P-Y-R-R-O-L-I-D-I-N-E, ring, R-I-N-G,
 9    for spelling purposes.
10    BY MR. PEACOCK:
11    Q.  Let me stop you there, Dr. DiBerardino.
12        Going back to what you mentioned first were the alkyl
13    groups?
14    A.  Correct.
15    Q.  Alpha has a different alkyl group?
16    A.  Yes.
17    Q.  That is called a propyl group?
18    A.  Yes.
19    Q.  And methadone has a methyl group, correct?
20    A.  Correct.
21    Q.  Is it your testimony those differences are not significant?
22    A.  Not in this comparison, no.
23    Q.  And how do you arrive at that conclusion?
24    A.  I arrive to that conclusion based on the fact that we are
25    looking at same class of compounds, same position of
```

1    substitutions, and same type of substitutions, mainly alkyl
2    groups, and the difference of the two more carbons between one
3    and the other in this instance is not so much that it changes
4    the comparing compound into something different.
5    Q.  Would your testimony be the same in regard to the cyclic
6    alkyl group, the second point that you discussed?
7    A.  Yes.  And I would also like to clarify that doing this
8    within the contents of Sentencing Guidelines, so that it -- in
9    my opinion, in my analysis, the cathinones and alpha-PVP are
10   the closest in chemical structure to one another that can be
11   gotten based on what is available in the Sentencing Guidelines.
12   Q.  Would you agree the term "substantially similar" is not a
13   scientific term?
14   A.  In this context it is a legal term, so, yes, I would agree
15   with you.
16   Q.  Does that term lend itself to scientific -- does that term
17   lend itself to scientific validity?
18   A.  Of course there is some validity to using the term in
19   applying this situation under -- we need to look at the
20   chemical, the actual chemicals themselves, which is considered
21   the science, so there is some scientific merit to the analysis.
22   Q.  Is there a -- let me ask you this:  In your testimony
23   earlier in this case you testified that "from a molecular
24   standpoint" -- I am sorry, you were asked, I quote:  From a
25   molecular standpoint, you would concede that -- bear with me --

Pauline A. Stipes, Official Federal Reporter

 1   Pyrrolidinovalerophenone, that is

 2   P-Y-R-R-O-L-I-D-I-N-O-V-A-L-E-R-P-H-E-N-O-N-E, I repeat, from a

 3   molecular standpoint, you would concede that

 4   Pyrrolidinovalerophenone and alpha-PVP are structurally

 5   similar?  And your answer was, yes, they are?

 6   A.  Yes, I stick with that.

 7   Q.  That long drug, is that also known as pyrovalerone?

 8   A.  Yes.

 9   Q.  Would you say that is more similar in chemical structure to

10   alpha-PVP than methcathinone?

11           MR. MORRIS:  Objection, relevance.

12           THE COURT:  Overruled.

13   BY MR. PEACOCK:

14   Q.  Would you say it is more similar than methcathinone is?

15   A.  Yes.

16   Q.  And pyrovalerone is a Schedule V controlled substance?

17   A.  Correct.

18   Q.  Schedule V controlled substances are listed as a whole

19   schedule in Chapter 2D1.1, correct?

20   A.  That is something you have to decide -- the Court has to

21   decide.

22   Q.  Okay, but there is a classification for Schedule V

23   substances, there is a ratio for Schedule V substances?

24   A.  I am sure there is.

25   Q.  You said you had some expertise in applying the guidelines

1    to controlled substances, correct?

2    A.   Not for schedule V's.

3        I looked at what was Schedule I and II.

4    Q.   Okay, fair enough.

5            MR. PEACOCK:  No further questions, thank you, sir.

6            THE COURT:  Okay.  Redirect.

7            MR. MORRIS:  Your Honor, I am going to use the ELMO.

8            THE COURT:  You have five minutes.

9                     **REDIRECT EXAMINATION**

10   BY MR. MORRIS:

11   Q.   I am putting on the ELMO slide 10.

12       Can you can read that, Dr. DiBerardino?  The PowerPoint,

13   Dr. DiBerardino --

14           THE COURT:  This is Government Exhibit 10?

15           MR. MORRIS:  Yes.  Page ten.

16           I have an extra copy if you like.

17           THE COURT:  Yes, proceed.

18   BY MR. MORRIS:

19   Q.   Dr. DiBerardino, if you'd look at that slide, all the way

20   to the right where it discusses the ring feature, right?

21   A.   Okay, I am not exactly sure which slide.

22   Q.   Slide 10, the one that breaks into a -- different positions

23   of the phenethylamine or amine, and it says ring substituted

24   methylenedioxyphenethylamines.

25       This is the slide we discussed yesterday.

 1    *A.*   Okay, it is titled phenethylamine?

 2    *Q.*   Yes.

 3    *A.*   This journal publication?

 4    *Q.*   Yes.  All the way to the right you said there is a section

 5    regarding ring substituted --

 6    *A.*   Methylenedioxyphenethylamines, correct.

 7    *Q.*   So, go ahead and discuss the slide, MDMA, MDEA, and then a

 8    number of other substances, and on the left you have beta keto.

 9    Would you discuss what the difference is there?

10    *A.*   Okay, this stems from the scientific peer review literature

11    relating to these two substances.  On the right, both MDEA and

12    methylone are grouped together as ring substituted

13    methylenedioxyphenethylamines.

14        Methylenedioxy is a feature that is common to both and is

15    an important feature to the extent that they are grouped

16    together by the scientific literature as -- under that same

17    subheading, whereas what is called beta ketone -- I'm sorry,

18    beta ketonated amphetamines are grouped separately, which

19    includes methcathinone.

20    *Q.*   Okay.

21    *A.*   So, the argument that I have seen that the carbon ethyl and

22    ketone group are the overwhelming most important thing is not

23    true based on the scientific literature.

24        Again, the scientific literature separates the substances

25    into the methylenedioxy rings as opposed to the ketone group.

1  *Q.*  Now, on the left-hand side of that slide you have ring

2  substituted amphetamines, correct?

3  *A.*  Yes.

4  *Q.*  And now -- then you also have beta ketonated amphetamines

5  include cathinone?

6  *A.*  Correct.

7  *Q.*  Would you explain the significance of that to the Court?

8  *A.*  The ring substituted amphetamines do not contain the beta

9  ketone or the carbinol group, and they have additional

10  substitution on the ring, the phenyl ring, whereas the beta

11  ketonated amphetamines have carbinol group.

12        *MR. MORRIS:*  No further questions.

13        *THE COURT:*  All right.  So, Doctor, in a sentence or

14  two, in lay person's terms, can you summarize for me your

15  conclusion as relates to the issues that are relevant in this

16  case in terms that don't use these long words?

17        *THE WITNESS:*  Okay, the conclusion is simple, ethylone

18  and --

19        *THE COURT:*  Speak slowly for a moment.  Ethylone and?

20        *THE WITNESS:*  MDEA.

21        *THE COURT:*  Yes.

22        *THE WITNESS:*  Are the closest in chemical structure to

23  one another.

24        *THE COURT:*  Okay.  Yes.

25        *THE WITNESS:*  Because the only difference is the

 1    single oxygen atom.  Everything else is the same.

 2           In laymen's terms, it's a no brainer.

 3           *THE COURT:*  Thanks so much.

 4           *THE WITNESS:*  Thank you.  Am I released or should I

 5    stay?

 6           *MR. MORRIS:*  I'd prefer if you stay.

 7           *THE WITNESS:*  Okay.

 8           *THE COURT:*  Now you have doctor -- or Mr. Trecki?

 9           *MR. MORRIS:*  Dr. Trecki.  If I could have five

10    minutes, you can take it out of my time for cross, to present

11    that one article.

12           *THE COURT:*  Well, we've had -- Dr. Trecki gave -- he

13    gave his direct already.

14           *MR. MORRIS:*  Correct.  I want to reopen it to discuss

15    one article I filed with the Court and I will -- I don't -- do

16    I have open 11, Government's 11?

17           *THE COURT:*  I need an exhibit list and all the

18    exhibits.

19           *MR. MORRIS:*  I have an exhibit list.

20           *THE COURT:*  How much time do you want to reopen your

21    direct?

22           *MR. MORRIS:*  Five minutes.

23           *THE COURT:*  You may have that right now.

24           *MR. MORRIS:*  I am going to mark this as Government's

25    26.

```
 1              THE COURT:  Is there any objection?

 2              MR. PEACOCK:  No, ma'am.

 3              MR. MORRIS:  All right.

 4              THE COURT:  Government's 26?

 5              MR. MORRIS:  Yes.

 6          I filed it with the Court.

 7              THE COURT:  Government's Exhibit 26 is what?  You

 8      don't have anything written here.

 9              MR. MORRIS:  We call it the Smith report.

10              THE COURT:  All right.  It is admitted without

11      objection.

12          (Whereupon Government Exhibit 26 was marked for evidence.)

13              MR. MORRIS:  And Defense has a copy.

14              THE COURT:  Okay.

15              MR. MORRIS:  The Court should have a copy.

16              THE COURT:  I saw it on line, I read it.  I don't have

17      a hard copy right now.

18              JORDAN TRECKI, GOVERNMENT'S WITNESS

19                 DIRECT EXAMINATION (Continued)

20      BY MR. MORRIS:

21      Q.  Dr. Trecki, can you hear me?

22      A.  Yes, I can.

23      Q.  You are familiar with the report?

24      A.  Yes.

25      Q.  Can you summarize it for the Court?
```

14

```
 1    A.   This is a drug discrimination study.

 2    Q.   Okay.

 3    A.   In nonhuman -- in monkeys.

 4         They looked at various drugs comparing pyrovalerone,

 5    methcathinone, alpha-PVP, Haldrone.

 6              THE COURT:  Can you spell the first drug --

 7              THE WITNESS:  P-Y-R-O-V-A-L-E-R-O-N-E.

 8              THE COURT:  Okay.

 9              THE WITNESS:  Including that word, and the next one

10    was methcathinone.

11              THE COURT:  M-E-T-H --

12              THE WITNESS:  C-A-T-H-I-N-O-N-E.

13              THE COURT:  Okay.

14              THE WITNESS:  We know some of the terms because in

15    this case we are comparing alpha-PVP to methcathinone.

16              Defense brought up recently with Dr. DiBerardino the

17    pyrovalerone argument.

18              THE COURT:  Okay.

19              THE WITNESS:  This study arises, when you look at the

20    results of the drug discrimination study, it looks at the

21    effect of the drug and relates to potency.  Alpha-PVP and

22    pyrovalerone are equally potent, and both of those drugs are

23    multiple times more potent than methcathinone.

24    BY MR. MORRIS:

25    Q.   Methcathinone has a ratio of 1 to 380 --
```

```
 1                THE COURT:  More potent than the meth?
 2                THE WITNESS:  Yes.
 3    BY MR. MORRIS:
 4    Q.  What you are saying, the comparator with a ratio of 1 to
 5    380 is a drug in this test --
 6                MR. PEACOCK:  I object to the leading.
 7                THE COURT:  Restate.
 8    BY MR. MORRIS
 9    Q.  Again, just to restate what you just said, you have two
10    substances that are at issue here, alpha-PVP, correct?
11    A.  Yes.
12    Q.  And you have the methcathinone, correct?
13    A.  Yes.
14    Q.  All you said is that alpha-PVP is more potent based on the
15    study?
16    A.  Yes, I did.
17    Q.  And you also said, I believe, you have a third substance,
18    pyrovalerone?
19    A.  Pyrovalerone.
20    Q.  That is a Schedule V substance?
21    A.  Yes.
22    Q.  You are saying that it is equally as potent as that?
23    A.  In this paper it shows that alpha-PVP and pyrovalerone are
24    equally potent.
25    Q.  The conclusion would be pyrovalerone would be as potent as
```

1   methcathinone?

2   *A.*  No.  Pyrovalerone is more potent then methcathinone.

3   *Q.*  More potent?

4   *A.*  Yes.

5   *Q.*  More potent than a Schedule II substance?

6   *A.*  Yes.

7          *THE COURT:*  Meth is a Schedule II?

8          *MR. MORRIS:*  Yes, methcathinone.

9          *THE COURT:*  Yes, that is what I meant.

10         *THE WITNESS:*  I believe methcathinone is a Schedule I

11   substance.

12         *MR. PEACOCK:*  Methamphetamine is a Schedule II.

13         *THE COURT:*  Yes, I meant to say methcathinone.  How

14   much do you want for cross-examination?

15         *MR. PEACOCK:*  Whatever we have.

16         *THE COURT:*  There has to be some time for redirect.

17         *MR. MORRIS:*  We are moving quickly.

18         *THE COURT:*  All right.  50 and ten?

19         *MR. PEACOCK:*  45.

20         *THE COURT:*  All right.  45, okay, you are up.

21                           **CROSS-EXAMINATION**

22   *BY MR. PEACOCK*:

23   *Q.*  Doctor, can you hear me?

24   *A.*  Yes.

25   *Q.*  This is Fletcher Peacock, I was at the hearing before

Pauline A. Stipes, Official Federal Reporter

1    sitting at Defense counsel table.  Do you recall?

2    A.  Yes.

3    Q.  You recall?

4    A.  Yes.

5    Q.  Good morning.

6        What you told the Court isn't exactly true, is it?

7            MR. MORRIS:  Objection, argumentative.

8            THE COURT:  Overruled.  You might want to be more

9    specific.

10   BY MR. PEACOCK:

11   Q.  Let's talk about that study, that paper that Mr. Morris

12   just introduced and is relying on.

13       That did not compare alpha-PVP to pyrovalerone, did it?

14   A.  It looked at various drugs --

15   Q.  Let me have a yes or no first.

16   A.  Yes.  In the study the authors were comparing various

17   drugs.  Yes, they did compare alpha to pyro.

18   Q.  Really?  Isn't it true they were comparing the drug to

19   cocaine?

20   A.  No, they were testing them against cocaine.

21   Q.  What is the difference?

22   A.  Cocaine was the experimental drug, and they wanted to see

23   if the drugs would substitute for cocaine.

24   Q.  And they did, correct?

25   A.  Yes, they did.

1    *Q.*  They did not test to see whether the drugs substituted for

2    each other, did they?

3    *A.*  No, they did not.

4    *Q.*  So, they were not comparing them one-on-one, were they?

5    *A.*  No, I would disagree.  They were comparing various drugs to

6    see how they would all substitute for another stimulant, which

7    they were using cocaine, similar to when we do cannabinoid, we

8    compare them to THC, not each other.

9        Yes, they were comparing alpha to pyrovalerone to see if

10   they would substitute for cocaine.

11   *Q.*  Were they the only drugs they were comparing to cocaine?

12   *A.*  There were six drugs they used.

13   *Q.*  Okay.

14       These are just two of the six drugs, correct?

15   *A.*  Yes.

16   *Q.*  So, let's -- so we can picture this, let's call cocaine

17   drug A, alpha drug B, and pyro drug C.

18       They were comparing B to A and C to A to find out if they

19   substituted, correct?

20   *A.*  Yes, they were.

21   *Q.*  They did not compare --

22           *THE COURT:*  What was your question, they were

23   comparing what?

24           *MR. PEACOCK:*  B to A and C to A to determine whether

25   they substituted for A.

```
 1              THE WITNESS:  You are mixing up the words.
 2              The control drug for all of these studies was cocaine,
 3      that is clear, but they were comparing the effect of each one
 4      to each other to see if they all substituted.  They used six
 5      different drives, alpha, pyro and methcathinone.
 6      BY MR. PEACOCK:
 7      Q.  Now, you would agree with me that this discrimination study
 8      is suggestive only, correct?
 9      A.  Um-m-m, drug discrimination studies are suggestive of the
10      effects of drugs, specifically in instances where you can't
11      test them in humans.  So, suggest would be a good word, but I
12      think it has been shown repeatedly that the effect of drug
13      discrimination studies translate very well to the effect to
14      humans.
15      Q.  Sometimes, not always?
16      A.  Sometimes.
17      Q.  And sometimes they don't bear out at all in humans, do
18      they?
19      A.  Yes, that is correct.
20      Q.  In fact, to have a more conclusive determination, you would
21      want to have more definitive tests, wouldn't you?
22      A.  Depending upon the purpose of what drug you are looking at.
23          Drugs like these, Schedule I substances, where the FDA has
24      deemed no medical use, it is inappropriate to use in humans and
25      the FDA published that specifically in papers.  When a drug's
```

 1    toxicological profile is not where it is dangerous to test in

 2    humans, a drug discrimination assay is appropriate to use for

 3    the effect in humans.

 4    Q.  A lot of these Schedule I and II drugs have been tested in

 5    humans?

 6    A.  Some have, specifically MDMA.  MDMA was legal for a long

 7    time, it was used in psychiatry, I believe, for opening the

 8    mind until it was reclassified in the '80's as a Schedule I.

 9    Q.  How about cocaine, that has been tested on human beings?

10    A.  That is a Schedule II substance, and for a hundred years it

11    was used in ophthalmic surgeries, and even put in Coca-Cola.

12         Each drug that may have research in humans, we have to go

13    through each one of them and say why do we have research in

14    humans.

15    Q.  Are you aware of the number of animals used in this

16    particular study at Virginia Commonwealth?

17    A.  Are you referring to the Smith study?

18    Q.  Yes.

19    A.  Four monkeys per drug.

20    Q.  Do you determine that to be a sufficient number for a

21    definitive analysis?

22    A.  The numbers of animals, NIDA, National Institute on Drugs

23    and Abuse, they have in the past used three to six animals for

24    some of the studies.  This study is peer reviewed, and if four

25    animals passed the peer review, I would not say that four

 1   primates was not a good number.

 2   Q.  Would you say the study should be based on more number of

 3   primates?

 4   A.  Four is appropriate to look at results.  Ideally, you want

 5   a thousand animals to do it.

 6        In this study, four is appropriate to look at the result.

 7   They use -- to look at they use conference interval, the

 8   methods were correct, so I believe the study was done

 9   correctly.

10   Q.  The data has not been reproduced?

11   A.  This is the first study I have seen in animals, so it is

12   reproducible.  This is the first one I have seen in primates,

13   it would be the only study.

14   Q.  Do you know if any of the animals had been used in other

15   studies as well?

16   A.  I don't, but I agree with you, most likely they were.

17   Q.  In your opinion, is that appropriate?

18   A.  Yes.  Yes, it is.

19   Q.  Do you know what studies they were used in?

20   A.  I do not.

21   Q.  Would that have a bearing on your opinion whether or not it

22   would be appropriate to use them in this study?

23   A.  No, it would not.

24   Q.  Now, in your opinion as an expert, would the means of

25   administration have an effect on the potency of a particular

1    drug?

2    A.   The means of administration --

3    Q.   In other words, how it is used?

4    A.   Correct.  I guess I would have to evaluate that on a

5    case-by-case basis to see exactly how, I need to know how it

6    was administered.

7         Is there something -- is there a question you have

8    regarding the administration method?

9    Q.   No.  I am asking you, in your opinion as a scientist, does

10   the means of administration of a particular substance have a

11   large bearing on potency?

12   A.   When you talk about potency, you are talking about the

13   amount of the drug?

14   Q.   That is correct.

15   A.   As long as the amount of the drug is administered, in this

16   study it was intramuscular, a slow releaser versus direct

17   injection, say, into the bloodstream, you know how they handle

18   models, they put it in the gut.

19        If the medicine is given -- then it is appropriate.  I

20   don't see an issue with the way they administered the drug.

21   Q.   What about if the drug or substance is commonly smoked;

22   does that play a part in determining potency?

23   A.   If you smoke a drug given intramuscularly, it would reach

24   further.

25        If the cocaine in the administration -- I don't know, I

```
 1   don't think monkeys have been trained to smoke crack yet, so,

 2   therefore, you can't administer it in that exact way.

 3   Q.  Okay.

 4       Which begs my next question which is, we can't tell in

 5   those administrations -- I think you said intramuscular

 6   translates over into use by humans in consuming through their

 7   lungs.  Can we --

 8   A.  No.  I disagree, you are talking about the amount of the

 9   drug.  If you look at a cocaine user or crack user and have

10   them smoke a drug, there have been studies before looking at

11   the pharmacokinetics, the amount of drug that gets into the

12   blood stream, you can compare how much gets in the blood from

13   smoking and intramuscular, and adjust the dose appropriately so

14   they are equal.

15       In animal studies, animals are not trained to smoke crack

16   cocaine, you have to give it intramuscularly.

17   Q.  Okay.

18       Was there a measure of reliability included in this study?

19   A.  Can you repeat that?

20   Q.  Was there a false positive rate discussed?

21   A.  I don't recall.

22   Q.  Would that be an important factor in your consideration?

23   A.  I'm not quite clear what a measure of reliability is.

24   Q.  A measure of reliability, we get reliable -- as a margin of

25   error of 3 percent, I am using this as an example.
```

1      Do you know if there is a measurement with this study
2  similar to that?
3  A.  Once again, I don't recall if there was or was not.
4  Q.  Would that be important to you if there was?
5  A.  I have to review it and take into account if there was an
6  issue with reliable measure.
7  Q.  I am assuming you have read the whole study, the whole
8  paper?
9  A.  I have.
10  Q.  Okay.
11  A.  What I am trying to say is that after reading it, nothing
12  jumped out to me that says the results are not reliable.
13  Q.  Well, in any study you have the risk of false positives,
14  correct?
15  A.  I would take that as a possibility.  You have a false
16  positive possibility, yes.
17  Q.  That is not uncommon, right?
18  A.  Uncommon to have it or --
19  Q.  Well, other factors could interfere with the study,
20  correct?
21  A.  I guess we have to design other factors.
22  Q.  Say one of the animals was used in another experiment with
23  some other psychoactive substance.  That could be a factor that
24  might cause a glitch in the study, correct?
25  A.  Depending on the washout period, what drug it was and how

```
 1  long ago it was.
 2  Q.  Okay.
 3  A.  It should be taken into account, but these animals -- they
 4  do not reuse monkeys routinely and have not been criticized for
 5  reusing monkeys in the method.
 6      I don't see an issue of reusing the animal, if that is your
 7  question.
 8  Q.  Now, let me go back to your testimony from April 19th.
 9      Do you have a copy of that with you?
10  A.  I do.  It is only my testimony.
11  Q.  That is fine.  Hopefully our page numbers are the same.  I
12  am at page 50, line four.  Can you find that?
13  A.  Starting with the word methylone?
14  Q.  Yes.
15  A.  Yes.
16  Q.  Can you see where you said "I am trying to show for prong
17  three?"
18      In saying prong three, did you mean potency?
19  A.  I did.  Maybe they are A, B, C versus 1, 2, 3.
20  Q.  Did you mean potency as the third factor?
21  A.  Yes, I was looking at potency.
22  Q.  And you say when you look at the lesser or greater amount
23  that produces the same pharmacological effect, ethylone,
24  methcathinone, MDMA, regardless of what drug you take, you are
25  getting the same effect.
```

```
 1        Do you see that?
 2   A.   I do.
 3   Q.   Do you stand by all of those are equal in potency?
 4   A.   No.  That is not what I was saying.
 5        I was saying while they may have different potencies, the
 6   results from what we are seeing from commissions or reports,
 7   severe overdoses, severe adverse effects, and even death are
 8   occurring from all of the drugs that have a similar potency in
 9   my opinion.
10   Q.   So, now you are saying it is not the same effect, it is a
11   similar effect; is that right?
12   A.   Um-m-m, I'm saying that all three of these drugs -- I guess
13   I have to rephrase and say similar, the adverse effects you are
14   getting from all three of these are similar.
15   Q.   Okay.
16        You would agree with me that was a misstatement back on
17   April 19th, correct?
18   A.   I don't know if I want to say it was a misstatement.
19        I see I said you are getting the same effect, overdoses
20   from ethylone, methylone and MDMA, serious side effects from
21   all three, deaths have been reported from all three.
22        Those are the same three side effects or adverse effects.
23        So, there are similarities between the three, but those
24   happen to be three that are the same.
25   Q.   Well, when you say deaths have been reported from all
```

1    three, are you aware of the toxicological examination that went

2    on in that death?

3    *A.*   So, DEA in some instances gets the autopsies or tox report

4    from various drugs, and I have seen autopsies for methylone and

5    MDMA specifically.

6    *Q.*   And just that drug -- and that drug was listed by the

7    coroner as the cause of death?

8    *A.*   Yes.

9    *Q.*   Okay.

10         You don't have anything regarding ethylone or alpha-PVP in

11   that regard?

12   *A.*   Alpha-PVP, I do believe we have autopsies from alpha, I am

13   not sure that was the only drug listed by the coroner, and for

14   ethylone, I do not have any autopsies offhand for just

15   ethylone.

16   *Q.*   Let's talk briefly about your comparisons here.

17         You compared alpha-PVP to methcathinone, correct?

18   *A.*   Yes.

19   *Q.*   You said it had a similar stimulative effect, right?

20   *A.*   Yes.

21   *Q.*   How does alpha-PVP work in the body?

22   *A.*   As a stimulant.  It inhibits the neuro transmitter systems

23   of the brain.

24   *Q.*   What does it inhibit?

25   *A.*   Dopamine, norepinephrine.

1   Q.   How does methcathinone work?

2   A.   In the same manner.

3   Q.   It is also an inhibitor?

4   A.   Yes.

5   Q.   Okay.

6        Now, you testified that ethylone is most similar to MDEA,

7   correct?

8   A.   Yes.

9   Q.   And how does ethylone work?

10  A.   Ethylone exhibits the transporters for dopamine, serotonin

11  and norepinephrine.

12  Q.   An inhibitor as well?

13  A.   Yes.

14  Q.   MDEA?

15  A.   Similar to methylone and works as an inhibitor of dopamine

16  neuro --

17  Q.   What about pyrovalerone?

18  A.   Also similar to these drugs as an inhibitor.

19  Q.   How about cocaine?

20  A.   Cocaine inhibits the reuptake of dopamine more so than the

21  other drugs.

22  Q.   So, would you also call it an inhibitor?

23  A.   Cocaine is more an inhibitor of dopamine, same effects as

24  epinephrine.

25  Q.   Now, in your opinion, is ethylone similar to the substance

1    methylone?

2    *A.*  Ethylone does have similarities to methylone, yes.

3    *Q.*  You are speaking pharmacologically?

4    *A.*  Yes.

5    *Q.*  In fact, it is very close, is it not?

6    *A.*  I would say it is close, yes.

7    *Q.*  There is a lot of research done on methylone, correct?

8    *A.*  A lot, no.  There is more research found in ethylone, it is

9    older and around longer.

10   *Q.*  Compared to methylone, there is more?

11   *A.*  Yes, compared to methylone there is more.

12   *Q.*  Was methylone tested in the Virginia Commonwealth study?

13   *A.*  I don't believe so.

14   *Q.*  That is okay.  If you find it, you can let us know.

15        In researching the effect of methylone, it has been

16   compared to MDMA, correct?

17   *A.*  Yes.

18   *Q.*  But there has also been a study of methylone determining

19   that its potency is somewhat less than MDMA, correct?

20   *A.*  There was a paper by Dal Cason in 1997, that stated that

21   methylone is approximately half as potent as MDMA.

22   *Q.*  Are you familiar with a paper by Nagai, N-A-G-A-I, in 2007?

23   *A.*  I am familiar with the paper, I don't have it in front of

24   me.  If you have a specific question about it --

25   *Q.*  Well, let me ask you, are you aware that Nagai found MDMA

Pauline A. Stipes, Official Federal Reporter

```
 1   is two to three times the potency of methylone?
 2   A.  Can I ask, I don't have it in front of me, was it in vitro
 3   or animals?
 4   Q.  That was into mice or rats.
 5   A.  It was in rats?
 6   Q.  Yes.
 7   A.  Rephrase again what you said Nagai says.
 8   Q.  Nagai determined that MDMA was two to three times more
 9   potent than methylone.
10   A.  Okay, I have to take your word for it, I don't have the
11   paper in front of me.
12   Q.  Okay.
13       Are you aware of the Cozzi, C-O-Z-Z-I, paper in 1999,
14   regarding the --
15   A.  Yes.
16   Q.  Cozzi found MDMA was 13 times more potent than methylone?
17   A.  The Cozzi paper states the methylone was similar to MDMA.
18       I believe we are going from what Dr. DeCaprio called his
19   expert opinion or report.
20   Q.  We sure are, yes.
21   A.  Dr. DeCaprio has data from various parts of the paper, but
22   Dr. Cozzi and his other research states in the abstract that
23   methcathinone and methadone were similar in potency to
24   methamphetamine and MDMA.
25       You can't cherry pick what you think are reliable.  He goes
```

```
 1    on to make in vitro opinions.
 2         In vitro studies are important in developing animal
 3    studies.  You cannot determine potency in a test tube study.
 4    Q.  All right.  We will let Dr. DeCaprio defend himself in a
 5    little bit.
 6         I am asking you if you are familiar with the studies, and
 7    your opinion of them.
 8    A.  I disagree with your statement --
 9    Q.  Okay.
10    A.  That is what I am coming to.
11    Q.  All right.  All right.  Are you familiar with the Baumann
12    study in 2012?
13    A.  Once again, I am familiar with them, but I do not have that
14    one in front of me.
15    Q.  Okay.
16         So, you would not be familiar that the Baumann study found
17    MDMA to be three to five times more potent than methylone?
18    A.  Once again, was that in animals or in vitro?
19    Q.  That was in rats.
20    A.  And you are saying MDMA is compared to methylone?
21    Q.  Yes, I am.
22    A.  Wasn't that locomotor studies?
23         If is that was a locomotor study, no studies are used as
24    dose rate finding studies in preparation for drug -- you don't
25    relate the drugs in locomotor activity for the similarity of
```

```
 1    the drug.
 2         While it may be true that MDMA had different potencies than
 3    met -- it is misleading that just because there was a result
 4    listed in the Baumann paper, that that means hands down that
 5    one drug is more potent than another.
 6    Q.   Let me ask you, because we are all layman, when you say
 7    locomotor, could you explain what exactly that term means?
 8    A.   Sure.  This is one of the studies that I have extensive --
 9    Q.   No, just what the term means.
10    A.   Ambulation, the rat moving around a box, how much the rat
11    activity increases or decreases depending on the drug that they
12    are administered.
13    Q.   Fair enough.  So we all know what that meant.
14         Now, how about the Eshleman study in 2013, E-S-H-L-E-M-A-N;
15    are you familiar with that?
16    A.   Familiar.  Again, I don't have it in front of me.  Those
17    were in vitro studies, were they not?
18    Q.   They were in vitro experiments that -- those were in vitro
19    studies that found that methylone had a four to eight fold
20    lower affinity for the three primary human serotonin receptors.
21    A.   If I am looking at in vitro studies, you cannot relate the
22    potency from in vitro studies and the effects in humans.
23    Q.   All right.  I understand.
24         How about the Simmler study in 2000?
25    A.   I am familiar with that.
```

Pauline A. Stipes, Official Federal Reporter

1    *Q.*  What was that?

2    *A.*  It was an in vitro assay and looked at comparing methylone

3    and MDMA.

4        I don't have the paper in front of me, so I am not a

5    hundred percent sure of the results, but I can get that.  Based

6    upon your question, it is probably going to be similar to your

7    point.

8    *Q.*  Yes, you can.  All right.  Very well.  We will move on.

9        Well, before we move on, when it -- you may have said this,

10   so, forgive me.

11       When it comes to the pharmacological effect, are ethylone

12   and methylone very similar in your opinion?

13   *A.*  I only have the in vitro data for ethylone.

14       I was contracted out.

15       In vitro it looks like ethylone and methylone are similar

16   to each other.

17       I don't have in vitro results yet, they were contracted

18   out.  The DEA has not received a report as far as I am aware,

19   so I can't compare the drug administration results, but they

20   look to be similar as in vitro assays.

21   *Q.*  Can you voice an opinion at this time as to a comparison in

22   potency?

23   *A.*  No, I can't without the drug administration study.

24           *MR. PEACOCK:*  Your Honor, may I inquire where I am in

25   time?

Pauline A. Stipes, Official Federal Reporter

1          *THE COURT:*  Yes.  You are at 31 minutes.

2          *MR. PEACOCK:*  Thank you.

3          If I may have a minute?

4          *THE COURT:*  Yes.

5          *MR. PEACOCK:*  Thank you, Your Honor, no further

6    questions.

7          *THE COURT:*  Any redirect?

8          *MR. MORRIS:*  Your Honor, what I would like to do is

9    have Dr. Trecki listen to the testimony of both Doctors Dudley

10   and DeCaprio, and then what I would like to do is be able to

11   call him to rebut or offer an opinion as to what they are

12   saying.

13          I can do it before they get up, because we know some

14   of what they are saying, but it would be more effective and

15   efficient if we allow him to listen to what they say rather

16   than go from their reports.

17          I see there is a computer for Dr. Dudley, I was given

18   a report for Dr. Dudley as to ethylone.  I have never been

19   given a report as to alpha-PVP, and I don't know if there is a

20   PowerPoint presentation.  If there is, I have never been given

21   copies of that.  As a matter of practice, I always give it to

22   the Defense.

23          *THE COURT:*  Any objection to Dr. Dudley being called

24   now and then Dr. Trecki?

25          *MR. PEACOCK:*  Yes.  This is not a factual scenario.

```
 1    These are experts.
 2          I object to being sandwiched by the Government's
 3    experts so they can have the first and last word.
 4          THE COURT:  All right.  Finish up with Dr. Trecki.
 5          MR. MORRIS:  I do want to say, the Government has the
 6    burden on this.
 7                      REDIRECT EXAMINATION
 8    BY MR. MORRIS:
 9    Q.  Now, with respect to --
10          THE COURT:  How much time are you going to take?
11          MR. MORRIS:  I guess I have ten minutes.
12          THE COURT:  All right.  I will let you know.
13    BY MR. MORRIS:
14    Q.  With respect to Dr. DeCaprio's report -- do you have a copy
15    of it?
16    A.  Yes.
17    Q.  Turn to his notes in the back, beginning at 32.  It begins
18    with that article that you discussed, Cozzi.
19          THE COURT:  Whose report?
20          MR. MORRIS:  This is -- I have a copy.  This is Dr.
21    DeCaprio's report.
22          THE COURT:  If you have a hard copy, I do have it on
23    line.  I can only open up so many screens on the computer.
24          Thank you.  Is this going to be an exhibit or marked
25    for identification or anything, or are we going to wait until
```

```
 1    the expert comes in?
 2              MR. MORRIS:  I am not going to offer it.
 3              MR. PEACOCK:  I have filed it under its own --
 4              THE COURT:  Okay, it is filed, called a report,
 5    DeCaprio.
 6              MR. PEACOCK:  Yes, ma'am.
 7              THE COURT:  Okay.
 8    BY MR. MORRIS:
 9    Q.  Let's go down to the ones Mr. Peacock mentioned.
10        36 he mentioned?
11              THE COURT:  What paragraph?
12              MR. MORRIS:  Paragraph 36.
13              THE COURT:  Okay.
14    BY MR. MORRIS:
15    Q.  Can you try to put in a nutshell as you read that report --
16    again, this is an in vitro experiment -- how would you -- in
17    terms of interpreting this report, how would you use this
18    report in terms of determining the potency of methylone versus
19    MDMA?
20    A.  Well, using this report for methylone and MDMA, paragraphs
21    32 through 38, every single paragraph looks at in vitro
22    studies, and so, in vitro studies are certainly important.
23    They tell you where a substance binds, on a molecular level how
24    it works.
25        It tells you nothing about the potency relevant to humans.
```

1   Sometimes in vitro studies will use the word potency, but that

2   is not to humans.  You need the animal studies to look at

3   potency.  When Mr. Peacock asked me to opine on ethylone, I

4   declined because I do not have animal studies on ethylone.

5       Paragraph 39, that was in vivo, that means in animals, in

6   vivo.  In that one experiment ethylone was half as potent as

7   MDMA.  In number 40, it was a locomotor study, researchers used

8   the locomotor study to help predict correct dosages to be used

9   in the study, not to relate that to potency.

10      He only gives two studies, which are the ones available on

11  methylone, one that we can look at potency, and one we cannot.

12      Now, in my opinion, when you look at prongs B and C, prong

13  B, the pharmacological effect, and C, the potency, while in

14  that one assay, the potency of MDMA compared to methylone,

15  methylone is not as potent, the overall effect in my opinion is

16  the same as MDMA based on the finding, other in vitro data, the

17  animal studies along with the toxicology showing that

18  regardless of which drug you took with similar amounts, you got

19  the similar adverse effects, the hallucinations, stimulation,

20  and adverse effects, including death, with methylone and MDMA.

21      Does that answer the question?

22  Q.  Yes, it does.

23      You reviewed Dr. DeCaprio's report, and he uses numbers, I

24  guess, he uses to support his conclusion that the actual ratio

25  in this case should be 100 to one versus 500 to one for

1    methylone, and 380 to one for alpha-PVP.

2        He uses these numbers that he gets from these reports, and

3    I don't understand this the way you do, but can you try to

4    explain to the Court how he is using those numbers in his

5    expert report?

6    A.  Well, I think to make it simple, I would say he is using

7    them, number one, incorrectly; and number two, if you go back

8    in Dr. DeCaprio's report, he states in paragraphs 14 and 15 --

9    in 14 he says it is impossible to predict pharmacological

10   effects and relative potencies of drugs in humans with a high

11   degree of confidence based on animals and in vitro data alone.

12       In paragraph 15, he says, since it is impossible to predict

13   how in vitro data will translate into pharmacological effects

14   in living systems, the objective and accurate prediction of CNS

15   activity of drugs in humans based on in vitro data alone is

16   unreliable.

17       After saying it is unreliable and impossible to predict, he

18   then gives a prediction.  He comes up with the less than 100 to

19   one number, which is both incorrect -- I agree you should not

20   use in vitro data to look at potency.  To predict

21   pharmacological effects, I agree you can.  You can't look at

22   potency, and he does it after saying you can't use it.

23   Q.  He is extrapolating this data, this conclusion from

24   numbers; is that correct?

25   A.  Yes, he is.

1   *Q.*  That is not peer review.  Are you aware of any peer review

2   article that does that?

3   *A.*  There are reviews out there that are data in mind and come

4   up with conclusions.  Yes, there are papers out there that

5   would take six, eight, ten, any number of studies, and come up

6   with a conclusion their own.

7        His conclusion, I do not believe has been peer review

8   published, and this number may even be correct looking at in

9   vitro alone, but you can't make a prediction on potency

10  according to the Sentencing Guidelines based on in vitro data

11  alone.

12  *Q.*  When you reviewed his numbers, he found that those numbers

13  were scientifically different, there were big differences

14  between the numbers he found in his report.

15       Do you agree with that?

16  *A.*  There are differences.  From what I could see, he just took

17  the lowest one, the one that supported his opinion, and went

18  with that one.

19       Sometimes the numbers are half as potent or three times, so

20  his number could have been 250 to one, or 200 to one, but he

21  took the lowest number, and that is where he came up with 100

22  to one.

23  *Q.*  In terms of this conclusion of 100 to one, if you take his

24  report, let's go to -- by the way, what is all this, DAT, SERT

25  and NET?  He talks about those numbers quite a bit.

1    *A.*  Right, that is what Mr. Peacock asked me before.

2         DAT is dopamine transporter, NET is norepinephrine, and

3    SERT is serotonin transporter.  These drugs, methylone,

4    ethylone, MDMA, are all inhibitors.  DAT, NET and SERT are the

5    acronyms for those transporters.

6    *Q.*  So, how does he reach the conclusion 100 to one for

7    purposes of methylone?

8    *A.*  I guess he takes some of the numbers and extrapolates and

9    does some sort of calculation not in the report to average

10   those numbers, but the average would be a lot higher than 100

11   to one.

12        Somehow he comes up with one hundred to one, I don't know.

13   *Q.*  The same thing for alpha-PVP, listed at paragraph 50?

14   *A.*  Alpha-PVP, he goes through all the studies comparing

15   methylphenidate which is not structurally related to alpha-PVP,

16   while methylphenidate is a stimulant.  He uses some in vitro

17   numbers for DAT and SERT and once again supports an opinion

18   that alpha-PVP should not be compared to methcathinone.

19        100 to one is methylphenidate's ratio, and he says it

20   should be less than 100 to one.

21        He says there are no studies directly compared, and number

22   48 only in direct comparison.

23             *THE COURT:*  That is ten minutes.

24             *MR. PEACOCK:*  I object to Dr. Trecki's opinion on the

25   chemical structure he voiced and move to strike.

```
 1              THE COURT:  On what basis?

 2              MR. PEACOCK:  He is not an expert on structure, he is

 3     an expert on pharmacology.

 4              THE COURT:  Any response?

 5              MR. MORRIS:  No, I agree.

 6              THE COURT:  Motion granted.

 7              MR. MORRIS:  No further questions.

 8              THE COURT:  Okay.  So, the next -- is the next witness

 9     Dr. Dudley?

10              MR. PEACOCK:  It is, Your Honor, I believe we have

11     him.  And Your Honor wanted to have a break.

12              THE COURT:  Yes.  And then Dr. DeCaprio?

13              MR. PEACOCK:  Yes.

14              THE COURT:  There was a motion to exclude, and I

15     understand it was resolved.

16              MR. PEACOCK:  That is related to Dr. Dudley, the

17     Government had an objection to him acting as a pharmacologist.

18              THE COURT:  How did you resolve it?

19              MR. PEACOCK:  We don't concede that he is not an

20     expert on pharmacology, but we withdraw the testimony on

21     pharmacology.

22              THE COURT:  Dr. Dudley will testify about --

23              MR. PEACOCK:  Chemical structure.

24              THE COURT:  Okay.  Chemical structure.

25              MR. PEACOCK:  You want us to proceed?
```

```
 1              THE COURT:  Yes.  So we have an hour between direct,

 2     cross and redirect.  How much direct, and cross and redirect?

 3              MR. PEACOCK:  I think he will be half of that, it will

 4     be much less than an hour.

 5              I would say his direct is 20 to 25 minutes.

 6              THE COURT:  Okay.  Do you have a report of his?

 7              MR. PEACOCK:  No.  I provided a summary of his

 8     chemical structure testimony to the Government.

 9              THE COURT:  Okay, 25 minutes.  Dr. Dudley can come

10     forward and be sworn in.

11              GREGORY DUDLEY, DEFENDANT'S WITNESS, SWORN

12              THE WITNESS:  My name is Gregory Dudley, last name is

13     D-U-D-L-E-Y.

14                            DIRECT EXAMINATION

15              MR. PEACOCK:  Your Honor, with the Court's permission,

16     the parties agree Dr. Dudley is qualified as an expert on

17     chemical structure.

18              THE COURT:  Okay.

19              MR. PEACOCK:  I won't belabor that.

20     BY MR. PEACOCK:

21     Q.  Very briefly, where are you employed?

22     A.  Florida State University, Tallahassee.

23     Q.  What is your position there?

24     A.  Professor in the department of chemistry, biochemistry, and

25     one of the associate chairs of the department.
```

1   Q.  Of the chemistry department?

2   A.  Yes, yes, chemistry and biochemistry.

3   Q.  You have a Ph.D.?

4   A.  I do.

5   Q.  Where did you obtain that?

6   A.  MIT.

7   Q.  Is that the Massachusetts Institute of Technology?

8   A.  Yes.

9   Q.  When did you obtain that?

10  A.  That was 2000.

11  Q.  Since that time, have you continually worked in the area of

12  chemistry?

13  A.  And biochemistry.

14  Q.  Is that organic?

15  A.  Yes, most specifically.

16  Q.  Dealing with large molecules?

17  A.  Dealing with what I classify as small drug-like molecules.

18  Q.  Okay.

19      Is there any particular area that you applied your

20  knowledge and teaching in biochemistry?

21  A.  My research in particular is aimed at developing new

22  organic reactions that would be of use for making drug-like

23  molecules, application of those and other reactions in

24  chemistry and chemical synthesis to the synthesis of drug-like

25  molecules and other bio active -- biologically active small

```
 1    molecules.
 2    Q.  Okay.
 3         Do you often work in conjunction with pharmacologists?
 4    A.  Yes.
 5    Q.  Now, are you familiar with the issue of the comparison of
 6    what we call analog drugs with the list of substances in the
 7    guidelines?
 8    A.  Yes, making comparisons of chemical structures of
 9    substances, yes.
10    Q.  We don't have to go into detail, but have you been
11    qualified as an expert in chemical structure before?
12    A.  Yes.
13    Q.  Okay.
14         Are you familiar with the substances ethylone and
15    alpha-PVP?
16    A.  Yes.
17    Q.  Are you familiar with their chemical structure?
18    A.  Yes.
19    Q.  Now, just staying on chemical structure, without extending
20    your knowledge into pharmacology, if you would, try to -- this
21    stuff gets very complicated for us, it is simple for you.
22         If you would, bring it down to where the layman can
23    understand these different concepts.
24         Did you prepare a PowerPoint presentation?
25    A.  I did.
```

```
 1   Q.   Okay.  All right.

 2        So, we are going to limit your slide presentation to those

 3   drugs that we've discussed, so that would be ethylone

 4   methylone, pyrovalerone, MDMA and methcathinone.

 5            MR. PEACOCK:  Your Honor, may the witness come down

 6   and speak from the table?

 7            THE COURT:  Yes.

 8   BY MR. PEACOCK:

 9   Q.   Now, you have your presentation set up.  If you'd go ahead.

10        If you could briefly explain to the Court what we are

11   talking about when we talk about chemical structure.  How does

12   that work?

13   A.   The chemical structure of these substances would comprise

14   the atoms that constitute the molecular formula of the

15   structure and how those atoms are connected to each other in

16   terms of their arrangement in space and the nature of the

17   chemical bonds that hold them together.

18        The chemical structures, at the simplest level of the

19   atomic partner, there are carbons and elemental nuclei that are

20   glued together by electrons.  We may recall atoms are made up

21   of protons, electrons and electrons in the vicinity surrounding

22   the nucleus.

23        Molecular structures can be described as the nuclei of the

24   various atoms locked into a particular arrangement by their

25   sharing of their electrons that glue where those -- where the
```

1    nuclei are going to be held in place.

2        So, the study of organic substances, their properties --

3    reactivity is largely based on understanding where the nuclei

4    are.  How the electrons glue them together and how those

5    electrons interact with other structures define the reactivity.

6        I hope what is clear from the slides I put together is what

7    these structures represent and what is needed to understand

8    about the structures in order to make an informed comparison

9    between the two chemical structures.

10        In order to compare it to chemical structures one needs to

11    understand the structures -- one needs to understand what the

12    structures represent.

13            *THE COURT:*  You will only be comparing these two?

14            *THE WITNESS:*  I will use a tutorial slide on structure

15    of some other substances for an example to provide a context

16    and understanding of what the structures mean of familiar

17    substances.

18            *THE COURT:*  But ultimately, the comparison are the two

19    on the screen?

20            *THE WITNESS:*  Ultimately, the comparison is focused on

21    ethylone and substances referenced in the guidelines and

22    alpha-PVP referenced in the guidelines.

23            *THE COURT:*  Okay.

24            *MR. PEACOCK:*  We will be including methcathinone, MDMA

25    pyrovalerone.

47

1           *THE WITNESS:*  MDEA.

2           *MR. PEACOCK:*  And methylone.

3  *BY MR. PEACOCK:*

4  *Q.*  What do we see there now?

5  *A.*  This slide provides the line drawings of the chemical

6  structures of important substances to the issue at hand.

7       On the upper left is the line drawing representation of the

8  structure of methylenedioxymethcathinone or ethylone.  The

9  upper right is the line drawing representation of the chemical

10 structure of alpha pyrrolidinovalerophenone, alpha-PVP, and in

11 the lower middle in the box is the line drawing representation

12 of the chemical structure of phenethylamine.

13 *Q.*  Why is that important?

14 *A.*  Phenethylamine is a discrete molecular substance, is also

15 used as a reference scaffold to define a broad class of

16 structures that are referred to as the phenethylamine.

17      A phenethylamine derivative or substance that would fall

18 under the phenethylamine class would have within its

19 structure -- one could identify the phenethylamine

20 connectivity, the six membered ring of six carbons, this six

21 membered ring of carbon atoms connected by two carbon atoms to

22 an amine group, a nitrogen group.

23      Phenethylamine comes from phenyl, referencing the six

24 carbons in the ring, ethyl representing two carbons in the

25 chain, and lamine, an ethyl linker connecting the

1  phenethylamine.  That is where we get the phenethylamine from.

2      This is a shorthand used in organic chemistry to simplify

3  the structures to make it easier for us to write and interpret.

4  With the proper understanding you will see what these shorthand

5  notations represent.

6  Q.  What do you have there?

7  A.  This slide is copied and pasted from the Sentencing

8  Guidelines Manuel with text highlighted that I considered

9  important to my assessments of the similarities.

10 Q.  Let's talk about the term "substantially similar."

11     Does that have any meaning to you as a scientist?

12 A.  The term "substantially similar" is not defined or

13 quantified in science.  Similarity assessments are common in

14 the scientific process of -- used to formulate a hypothesis as

15 to anticipated effects, but "substantially similar" is not a

16 phrase that I am familiar from the scientific literature.

17     It is a term I first came to be familiar with from the

18 analog considerations, and guidelines manual.

19 Q.  Okay, go ahead.

20 A.  So, the important question to understanding -- to a

21 substantially similar comparison is to understand what is

22 substantially similar.  There is no standard, scientific

23 standard, and it is difficult to interpret consistently, and

24 because it is subjective, reasonable people may disagree.

25     Similarity assessments in medicinal chemistry is common and

1  important and they wrestle with it.

2      There is a respected article in the Journal of Medical

3  Chemistry I will refer to as the Mangiori article.  I have

4  pulled quotes from this article.  These are separate -- where

5  you see the ellipsis, these are separate quotes from the

6  article and the order in which they appear.  There are texts

7  that I left out in the interest of truncation.

8      Bottom line, the conclusion of the report is similarity is

9  subjective, no one can say with certainty if two compounds are

10 similar, and perhaps most important, perception of molecular

11 structures is strongly context dependent.

12     So, if we hope to have a consistent interpretation, we

13 would need to be very clear about the context.

14     In my reading of the materials for these types of

15 comparisons, the context is medicinal chemistry and regulatory

16 controls where if two substances are determined to be

17 substantially similar, then they can be treated as

18 approximately the same, and if that is the case, then

19 substantially similar must mean similar enough to be treated

20 approximately the same.

21     And in the context of regulatory controls and medicinal

22 chemistry, that is the interpretation I use for substantially

23 similar when I issue my opinions on the chemical structures.

24 Q.  Okay.  All right.

25     What are we looking at?

1    *A.*  These are the two dimensional line drawing representations

2    of chemical structures of several substances that are listed in

3    the guidelines.

4         The three on the top row are MDA, MDMA, and MDEA.

5         These are three Schedule I substances that have the same

6    marijuana equivalency ratios.  They are treated essentially the

7    same in the Sentencing Guidelines.

8         I will cut to the chase.

9         In my opinion, these structures are substantially similar.

10   In my opinion, MDA, MDMA and MDEA, the four structures

11   represented on the bottom are not treated the same in the

12   Sentencing Guidelines.  They are, left to right, MDMA, which

13   has a marijuana equivalency of 500 to one, methamphetamine,

14   methcathinone and dimethylamine.

15        These are structures that I do not consider to be

16   substantially similar in their chemical structure.

17        I reach this opinion by virtue of what I consider to be

18   important changes in the chemical structures and that opinion

19   is consistent with the fact that these substances are treated

20   differently in the guidelines with marijuana equivalency ratios

21   ranging from 20,000 to one for methamphetamine, down to 40 to

22   one for di-methamphetamine.

23   *Q.*  Let me interrupt you.

24        You see the drawings of methamphetamine and methcathinone?

25   *A.*  Yes.

```
1    Q.  You testified you do not believe these to be similar in

2    structure.

3        As a layman, I look at methamphetamine and methcathinone

4    and say, wow, those drawings are pretty close.  Actually, those

5    doodlings are pretty close.

6        Explain to the Court why you consider those so different,

7    and why you think they are treated so differently under the

8    guidelines.

9    A.  They certainly do appear --

10            MR. MORRIS:  Objection if this is going to go beyond

11   the structure.

12   BY MR. PEACOCK:

13   Q.  Restrict it to structure.

14   A.  The line drawing representations do appear very similar.

15       I do not consider them to be substantially similar in

16   chemical structure because of the introduction of a new

17   functional group in methcathinone that is the ketone.

18   Q.  Could you point to it, please?

19   A.  This --

20   Q.  That is the oxygen group?

21   A.  This is carbon with two bonds to oxygen.  Carbon with two

22   bonds to oxygen is a carbonyl, CO, and this carbonyl with

23   flanking carbon groups define the functional group of a ketone

24   and the ketone is one of the groups in the chemistry --

25   sophomore chemistry classes we teach, there are multiple
```

1    chapters on ketone chemistry.

2        In contrast, for methamphetamine what we see is the

3    carbonyl only identified by the Virginia text, connection of

4    the two lines.  Inferred there is a bond from hydrogen

5    projecting out from the screen and a second bond to another

6    hydrogen.  There is a three dimensionality, the shape is

7    tetrahedron, the shape is flat.

8        In this case, the system I am circling in the ketone is

9    flat in the screen and in the case of methamphetamine they are

10   not.  I have three dimensional representations later that will

11   make that clear.

12   Q.  Let me ask you, in your role as a chemical structure

13   scientist, is that within your purview, to develop a hypothesis

14   how these different structures will affect the working of the

15   molecule?

16   A.  Yes.

17   Q.  Now, restricting it just to those hypotheses that you can

18   develop from structural differences, can you further elaborate

19   to the Court as to why you hypothesize that methcathinone and

20   methamphetamine would have different effect --

21        MR. MORRIS:  Objection, that gets into pharmacological

22   effect, which he is not an expert in.

23        THE COURT:  Sustained.

24        MR. PEACOCK:  If I may, Judge, one of the things that

25   you can do from structure, and I think Dr. DiBerardino said

1  this, you can hypothesize about the effect that a difference in

2  the molecule will have.

3       You cannot talk about studies or how it might work

4  biologically, but one of the chemical structure analyst's job

5  is to develop the hypotheses which are tested by the

6  pharmacologist.

7       THE COURT:  Do you have a pharmacologist expert?

8       MR. PEACOCK:  I do.

9       THE COURT:  Can we leave it for the pharmacologist

10  expert?

11       MR. PEACOCK:  I want him to tell the Court why there

12  is an important difference with the extra beta ketone group,

13  why that might have an effect.

14       THE COURT:  Can you speak about that in the area of

15  your expertise in chemical compound structure?

16       THE WITNESS:  I can speak how the ketone functional

17  group alters electronic properties and chemical properties of

18  the overall molecule, most specifically the region surrounding

19  the carbonyl.

20       THE COURT:  Okay, you may proceed.

21       THE WITNESS:  As I mentioned, this carbon and

22  methamphetamine, the beta to the amino group, if you will, has

23  a tetrahedral shape, and that puts the neighboring groups

24  projecting at a angle to each other.  In the ketone -- the

25  ketone flattens this portion of the molecule and puts the

1    neighboring regions in the same plane.

2          The electrons that connect the carbon to the oxygen

3    are also distributed smoothly.  At least two of those electrons

4    are shared with the rest of the phenyl system so the presence

5    of the ketone alters the electronic properties of the phenyl

6    ring.

7          They are conjugated to each other as opposed to the

8    CH2 of methamphetamine would be thought as an insulator between

9    the phenyl ring and the rest of the group.

10         The ketone makes the hydrogen at the alpha carbon more

11   acidic, and the ketone is capable of accepting the hydrogen

12   bonding of interactions such as water and water solvents.

13         Ketone introduces other methods of action that are not

14   present in methamphetamine.  It alters the function of the

15   molecule.

16   Q.  Thank you.  Go ahead with the next one.

17   A.  So, what I have done on this slide is put together very

18   briefly an explanation of what these line drawing

19   representations mean in terms of the actual three dimensional

20   chemical structure.

21      I started with a simple and familiar substance, ethanol.  I

22   have drawn the line drawing representation of ethanol, which

23   has two carbons, ethyl group attached to it, and all functional

24   group.

25         This is a full representation of all of the atoms and pairs

1    of electrons that are not shared explicitly drawn in with wedge

2    bonds to indicate where the hydrogen is projecting out of the

3    screen, and dash bonds where the hydrogen is back into the

4    screen.

5         Here is a photograph of a plastic model of ethanol.

6         This is easier to see and process right away.  With

7    sufficient practice in organic chemistry, one can infer the

8    presence of the hydrogen atoms, and not expressly drawn in.

9              MR. PEACOCK:  I want to inquire, if the Court has a

10   background in chemistry, if this is simpler than the Court

11   needs, we can move along.

12             THE COURT:  You put me on the spot there.

13             MR. PEACOCK:  Time is of the essence.

14             THE COURT:  I am following you.  I don't know if you

15   are with me.  I have a screen here, I am looking at what you

16   are looking at, except when you point, I look back up there.

17             Why don't you get to what you need to, it is 23

18   minutes.

19             THE WITNESS:  Very briefly, this is ibuprofen, I have

20   identified the framework, what defines the size and shape, and

21   the functional group that helps define reactivity of structures

22   like ibuprofen and THC on the slide, and here is a computer

23   generated representation of the full structure, which is hard

24   to interpret, so it is easier to look at it.

25             So on this slide, the importance of functional groups

```
 1    is highlighted by a comparison of alcohol and dimethyl ether,

 2    which are isomers, they have the same atoms, which are

 3    connected differently.  In the case of alcohol or ethanol, the

 4    alcohol is on the side of the two carbons, and so it has a

 5    proton, a hydrogen attached to it so that it can participate in

 6    hydrogen bonding, dimethyl ether, oxygen and carbon transposed.

 7          Dimethyl ether can accept hydrogen bonding, but not

 8    donate hydrogen bonding.  As a consequence, dimethyl and

 9    dimethyl ether have different properties.  This is taken from

10    the organic chemistry textbook from which I teach.

11          Also on this is the phenethylamine core,

12    phenethylamine can donate and receive hydrogen bonds.

13          THE COURT:  Okay.  How much time are you asking for so

14    we keep on track?

15          THE WITNESS:  I can do this slide quickly.

16          THE COURT:  How many more slides are there?

17          THE WITNESS:  I am halfway through.  15 minutes is

18    plenty.

19          MR. PEACOCK:  We originally allowed an hour.

20          THE COURT:  That is cross and redirect.

21          MR. PEACOCK:  I will sacrifice my redirect.

22          MR. MORRIS:  There may not be that much cross.

23          THE COURT:  All right.  I will let you know at 35

24    minutes.  So you have ten minutes.

25          THE WITNESS:  Okay.
```

1          This slide, for example, is to provide a better

2     context of the medicinal chemistry and regulatory controls or

3     structures, line drawing representations of structures of

4     substances that might seem similar at first glance when not

5     thinking in terms of the functional groups and importance of

6     functional groups.

7          So, on the left-hand side are Schedule II substances,

8     LSD, heroin, cocaine and amphetamine.  On the right-hand side

9     are drugs deemed by the World Health Organization are essential

10    medicines any pharmacist must have on hand.  Ergometrine, given

11    to pregnant mothers during labor and delivery, is similar in

12    structure to LSD, both derived from the same natural extract

13    which produces the four ring structure on the right.

14          That extract is converted chemically into the diethyl

15    to produce LSD or a secondary atom to produce Ergometrine.  The

16    difference between LSD and Ergometrine focused on the amid

17    where LSD is a tertiary amid attached to three different

18    things, Ergometrine a secondary amid and there is an alcohol

19    group.

20          There are significant differences in terms of the

21    structures.

22          The structural difference between heroin, codeine,

23    atropine speak for themselves, and point out phenylalanine is a

24    central nutrient by replacing two nitrogen atoms with two

25    oxygen atoms.

1              In terms of my opinions on substantially similar,

2      because I think functional groups are so important to any

3      structural comparisons, I do not consider LSD and Ergometrine

4      to be substantially similar in chemical structure because of

5      the different functional groups at the amid position.

6              I do consider MDA, MDMA and MDEA to be substantially

7      similar in chemical structure, as I said previously.  I do not

8      hold that opinion for MDA, methcathinone -- none of those I

9      consider to be similar to any of the others.

10             On this slide I have three -- more three dimensional

11     representations of the structures of amphetamine and

12     methcathinone, and here you can see more easily how the phenyl

13     ring and the ketone, the carbonyl that is defined by this

14     group, occupy the same plane and the electrons that are holding

15     the atoms together are distributed across the entire portion of

16     the molecule, whereas the amphetamine, two atoms are twisted.

17             Phenethylamine, going from amphetamine to cathinone,

18     the two hydrogens circled in red are replaced by one oxygen.

19     Instead, if one were to replace with two oxygen atoms, you get

20     phenylamine, which is a nutrient found in breast milk.  I don't

21     consider any of these to be substantially similar by function

22     of the groups going into one direction or the other.

23             Methylone, ethylone, and butanone, in my opinion, are

24     all substantially similar in chemical structure.  Ethylone has

25     one additional methyl group relative to methylone circled in

1    red, and but alone also has one additional methyl group

2    relative to methylone and that methyl group is circled in red,

3    ethylone and butanone relative to each other, the position of

4    that group has been moved from one terminus of the core to a

5    different terminus of the core.

6          The ethylone structure shown on this slide in the top

7    middle, this is the structure, line drawing representation of

8    the structure in question.

9          I've put a dashed circle or off all around the

10   methylenedioxy portion which I think is an important structural

11   feature of the molecule, and I put a box around the ketone

12   which I think is an important structure feature of the

13   molecule.

14         Methcathinone differs from methcathinone in not having

15   that dioxy ring structure.  The methylenedioxy ring structure,

16   differs by $CO_2$, there is one extra carbon and two extra oxygens

17   in ethylone compared to methcathinone, but they are positioned

18   in a way that they extend the structure, overall size and shape

19   of the structure, and oxygen, carbon oxygen is a functional

20   group known as an acetol, not one of the more functional

21   groups, but it is a functional group.

22         With MDA, the ketone is missing, and in its place

23   there is a methylone unit.

24         Both of the structural changes are important and none

25   of the three substances are substantially similar in the

1    structure because ketone and dioxy are important.

2         Which brings me to alpha-PVP.  Alpha-PVP, the line

3    drawing structure on the left, I color coded regions of

4    structural features I want to draw attention to.  In the gray

5    rectangle is the alkali side chain, three carbons in length, a

6    propyl side chain.  In the green box is the ketone phenyl

7    circled in purple, and the propyl is green.  The five member

8    ring that includes the nitrogen and the nitrogen has three

9    different groups attached to it circled in red.

10        On the right-hand side of the screen are comparison

11   substances that are referenced in the guidelines with the

12   exception of propytane (phon) which is not referenced in the

13   guidelines, it is not a controlled substance.

14        These comparison structures that I identified as being

15   things -- structures that would be relevant to think about in

16   the context of alpha-PVP comparisons are themselves all

17   distinct structural -- all distinct chemical structures.  None

18   of these structures are substantially similar to each other.

19        Methamphetamine, in the middle I have identified the

20   secondary amine, that is the nitrogen with two groups attached

21   to it.  Di-methylamphetamine in the lower left in contrast is a

22   tertiary amine with two methyl groups attached to the nitrogen

23   incorporated in the phentolamine chain.

24        The difference in going from the secondary amine to

25   the tertiary amine is that chain blocks the ability of

1    diethylamine to donate hydrogen bonding the way ethanol can.

2    So, methamphetamine would be more analogous to ethanol on the

3    previous slide, and diethylamine would be -- methcathinone

4    compared to methamphetamine introduces the ketone functional

5    group, very important, and pyrovalerone in the upper left

6    relative to methamphetamine introduced the ketone functional

7    group, but the tertiary amine is not just tertiary, but the

8    substituents are tied up in the amine ring.

9            MR. MORRIS:  I need a little time.

10           THE COURT:  Is that the last screen?

11           MR. PEACOCK:  Yes.

12           THE COURT:  This is the last screen?

13           THE WITNESS:  This last slide is the same as the

14    previous slide except it states my opinion that alpha-PVP,

15    first of all, cannot be substantially similar to multiple

16    different substances.

17           And that in fact -- in my opinion, it is substantially

18    similar to pyrovalerone and not to the other substances in this

19    comparison.

20           THE COURT:  Thank you very much.

21           MR. PEACOCK:  May I have a minute to wrap up?

22    BY MR. PEACOCK:

23    Q.  So, in your opinion, the chemical structure of a-PVP is

24    closest to what?

25    A.  Pyrovalerone.

```
 1   Q.   Okay.

          And ethylone is closest to?

 2

 3   A.   Ethylone is closest to methcathinone in my opinion.

 4   Q.   But --

 5   A.   But not substantially similar.

 6   Q.   Going back to your analysis of what substantially similar

 7   might mean under scientific terms, do you feel methcathinone

 8   would qualify substantially similar to ethylone?

 9   A.   No.

10            MR. PEACOCK:  Thank you.

11            THE COURT:  Okay, cross-examination.

12            MR. MORRIS:  I will ask if he doesn't mind taking the

13   stand.

14            THE WITNESS:  Sure.

15            THE COURT:  No redirect, and you have 23 minutes.

16                        CROSS-EXAMINATION

17   BY MR. MORRIS:

18   Q.   Since we are on an expedited schedule here, I will get

19   right to it.

20            THE COURT:  I didn't call it expedited.  We are

21   allotting a lot of time, we have a tight schedule.  I hope

22   everyone feels the Court is allotting the time you need between

23   the last hearing, and this hearing, and we are not going to

24   finish this hearing, we are going to go into a third hearing.

25            MR. MORRIS:  We may be going too long on the chemistry
```

1    here.

2         *THE COURT:*  Do what you need to do.  I want to be

3    clear on that.

4    *BY MR. MORRIS:*

5    *Q.*  Let me start with the prior testimony you gave in a case,

6    United States versus Gerald Robert Chauka (phon).  It was in

7    Tampa.

8    *A.*  Okay.

9    *Q.*  May 2015, about a year ago.

10   *A.*  Okay.

11   *Q.*  Do you recall testifying at that --

12   *A.*  I have testified in Tampa.  What were the substances

13   involved?

14   *Q.*  The substances involved were met -- methylone.

15   *A.*  Methylone.  Okay.

16   *Q.*  But for purposes of this question, I think you can answer

17   it with respect to just chemistry in general, because this is

18   what you are talking about.

19       You said there is a basic -- you said you would expect the

20   basic reason is that similar structures should have similar

21   properties and that that sounds -- you said it sounds like a

22   simple idea to express, but you said it isn't possible for one

23   to define because we don't have a good handle on -- you said

24   what we perceive to be similar chemical structures may not

25   necessarily affect the eventual outcomes in living systems.

1       Do you remember saying that?

2           MR. PEACOCK:  Could you show it to the witness?

3   BY MR. MORRIS:

4   Q.  I can show it to you.  It starts here.  Right there.

5   A.  Okay.

6   Q.  Okay?

7   A.  Sure.

8   Q.  So, basically -- and in another case which you testified

9   in, and this is --

10          MR. PEACOCK:  Is there a question in regard to that?

11          MR. MORRIS:  Yes.

12  BY MR. MORRIS:

13  Q.  So, from what I can understand what you are saying, even

14  structures -- similar to what you just said, even similar

15  structure does not mean they have the same effect?

16  A.  Correct, you look to the different structures.  If you

17  identify them as similar, one might formulate the hypothesis

18  based on structure activity relationship that the effects might

19  be similar, but it is a hypothesis.  That hypothesis would be

20  tested in an experiment.

21  Q.  Do you recall testifying in a trial, and this is in

22  Minnesota, where you basically came to a similar conclusion?

23      What you said is that with respect to binding, that some

24  structures that appear to bind closely have a different effect

25  and other structures that don't bind closely have a similar

```
 1   effect, so the actual structure itself is not always
 2   determinative of an effect?
 3   A.  You would look to the structure to formulate a hypothesis,
 4   but the pharmacology experiment that one might do to test that
 5   hypothesis is done in chemical structures without bias to the
 6   chemical structures.
 7        So, there are many examples of experiments in which
 8   substances that the scientists perceive to be similar produce
 9   similar effects, and there are also examples of experiments
10   where the scientists perceive to be similar structures and
11   produce different effects.
12        That is why it is important to form a hypothesis before you
13   draw conclusions.
14   Q.  You put it concisely when you said you can't predict
15   pharmacology based on structure?
16            THE COURT:  Can or cannot?
17            MR. MORRIS:  Cannot.
18            THE WITNESS:  That is scientifically correct.  The
19   term "prediction" is often used not quite rigorously as a
20   surrogate for hypothesis.  You can generate a hypothesis
21   regarding the structures, but you cannot know the effects based
22   simply on looking at the chemical structure.
23            The -- rigorously the term "prediction" doesn't apply
24   here because prediction refers to a future event whereas there
25   are effects of a particular substance, we just haven't
```

 1    ascertained what those are yet.

 2            So, we generate a hypothesis to the effect, we cannot

 3    know the effect from looking at chemical structure.

 4    Q.   Right?

 5    A.   Yes.

 6    Q.   Okay.

 7         So, having said that, you also in your report, you conclude

 8    that with respect to -- I don't have a report for alpha-PVP.  I

 9    am going by the report I have on the ethylone.

10         You say within the guideline -- within the confines of the

11    guidelines that the most closely -- the comparator to ethylone

12    is MDEA?

13    A.   That was in a different case, yes, where I was asked to

14    come to an opinion by considering -- first considering -- or

15    drawing on my expertise in chemistry and in pharmacology, and

16    identifying a single substance that was most closely related.

17         Not necessarily finding one that is substantially similar

18    in chemical structure or one that is substantially similar in

19    pharmacological effects, but considering the totality of the

20    potential input, potential information, and identifying the

21    most closely related substance.

22    Q.   It was MDEA?

23    A.   Considering the chemistry structure and pharmacology --

24    Q.   Let's not go there.

25            MR. PEACOCK:  If the Court is going to open the door

```
 1    about another case --
 2              MR. MORRIS:  I don't think I did.
 3              THE COURT:  Ask your question.
 4    BY MR. MORRIS:
 5    Q.  Let's talk about chemical structure, forgetting
 6    pharmacology, if you have to choose a chemical structure based
 7    on chemical structure within the guidelines, the closest thing
 8    to ethylone within the guidelines is MDEA?
 9    A.  Methcathinone.
10    Q.  You don't agree with MDEA?
11    A.  Identifying the closest structure isn't what the guidelines
12    call for.  That was your question.
13    Q.  In the first prong?
14    A.  The first prong asks for, if there is a list of substances
15    substantially similar.
16    Q.  Correct.
17    A.  I don't think there is a listed substance substantially
18    similar to the structure in ethylone.
19    Q.  There is nothing the Court can use to compare that to based
20    on structure?
21    A.  Just based on paragraph A or part A, the direction to
22    identify, or if possible, identify a structure that is
23    substantially similar in chemical structure to the substance at
24    hand.  In my opinion, there is not a structure among the
25    chemicals listed in the guidelines similar to ethylone, as I
```

Pauline A. Stipes, Official Federal Reporter

1    indicated on direct.

2    *Q.*  Let's move on to alpha-PVP, this is going to be obvious, I

3    don't know what the answer is.

4        What is -- just talking about structure, if you are

5    confined to the guidelines, to the listed substances, what is

6    your expert opinion as to the closest guideline substance in

7    Schedule I or II to alpha-PVP?

8    *A.*  You are restricting my considerations to substances listed

9    in Schedule I or Schedule II?

10   *Q.*  Yes.  That is what the Defendant was convicted of, a

11   Schedule I offense.

12   *A.*  Okay.  Of the substances that are listed in the guidelines

13   and that are Schedule I or Schedule II substances, considering

14   only the chemical structure?

15   *Q.*  Yes.

16   *A.*  Cathinone -- alpha-PVP would be identified with either the

17   cathinone, methcathinone, or the tertiary phenethylamine,

18   di-methylamphetamine.  So it comes down to a question which

19   function do you subjectively weigh more heavily, the ketone

20   function or the ability of the amine to participate in hydrogen

21   bonding the same way as the reference substance.

22           *THE COURT:*  You said PVP is most similar to

23   methcathinone or what?

24           *THE WITNESS:*  Di-methylamphetamine.  And then you have

25   to weigh whether I -- subjectively, am I more prone to weigh

1    the significance of the ketone that would tie it to

2    methcathinone versus the hydrogen bonding abilities associated

3    with the amine of alpha-PVP, and so if it is the amine you lean

4    towards, di-methylamphetamine would be the one you lean toward.

5    *BY MR. MORRIS*:

6    *Q.*  Now I am confused.  When you did the analysis with respect

7    to ethylone, my understanding is you sort of automatically

8    ignored the amphetamine section in favor of cathinones?

9    *A.*  In the --

10   *Q.*  In terms of structure.

11   *A.*  In terms of structure of ethylone versus methcathinone or

12   MDEA?

13   *Q.*  Correct.

14   *A.*  In that case, you are weighing two structural features, the

15   ketone and/or the acetol.  So what differentiates methylone

16   from methcathinone primarily is the methyl dioxy ring

17   structure, the acetol function group.

18       What differentiates it from MDEA is the ketone functional

19   group, and to me, this is again a subjective opinion, but that

20   is what is called for in the similarity assessments, the ketone

21   group is more important, more significant, more impact than the

22   acetol functional group.

23       The structural comparison would be methcathinone and

24   cathinone than MDEA, that is missing the ketone and the ketone

25   is more important.

1    *Q.*  It seems to me you are doing the opposite for ethylone as

2    you are for alpha-PVP?

3    *A.*  With alpha-PVP --

4    *Q.*  You are using the analysis two ways?

5    *A.*  There are two functional group differences we are weighing.

6    In the case of ethylone, there are two functional groups, in

7    ethylone the two groups are acetol and ketone.  The ketones are

8    more impactful in my opinion, and we often convert ketones into

9    acetals as a means of attenuating reactivity.

10       In the case of alpha-PVP, we are weighing two functional

11   groups, ketone and the amine, and that is a different

12   comparison, and I hadn't gotten to what I was going to give an

13   opinion as to which one I think was more important, but they

14   are both important, and indeed methylone dioxy acetol is also

15   important.

16   *Q.*  And that is with the ethylone?

17   *A.*  Yes.

18   *Q.*  Now, would you also agree, I guess -- maybe you wouldn't --

19   that when you did your analysis, I am looking at your -- this

20   is the report you gave, it was on another case.  I am looking

21   at page eight, I can show it to you if you need it.

22       You say in your opinion, carbon framework and functional

23   groups are essential to any assessment of molecular similarity,

24   you talk about the positional isomer?

25   *A.*  Yes.

1   *Q.*  You have gone away from that point and are looking at other

2   structures to come to that conclusion?

3   *A.*  The positional isomer structure is important to a case,

4   ethylone is not listed by name as a controlled substance.

5   *Q.*  You left the guidelines to make that statement?

6   *A.*  Repeat the statement.

7   *Q.*  That statement is talking about something that is not in

8   the guidelines?

9   *A.*  What was the statement?

10  *Q.*  The statement is that the carbon framework -- when you

11  start going into the functionality of the groups, you talk

12  about essential to any assessment of molecular similarity, you

13  have now left the guidelines in terms of trying to find the

14  similar substance, correct?

15  *A.*  No, because the guidelines call for comparisons using the

16  standard of substantially similar, and calls for comparisons of

17  the chemical structure in order to make comparisons of chemical

18  structure.  You have to understand the chemical structure in

19  terms of its core framework and functional groups.

20  *Q.*  Okay.  Let's get back to -- you talked a little bit about

21  this medicinal chemistry, and you mentioned -- you were talking

22  about different, you know, I guess substances that look

23  structurally similar, but some have medicinal qualities and

24  others don't?

25  *A.*  Correct.

```
 1   Q.  You agree none of the substances we are discussing have

 2   medicinal qualities, you were trying to make a structural

 3   comparison there?

 4         MR. PEACOCK:  That goes into pharmacology.  I suggest

 5   we don't want to go there.

 6         THE COURT:  Sustained.

 7         MR. MORRIS:  No further questions.

 8         MR. PEACOCK:  May I have a question?

 9         THE COURT:  Yes.

10                    REDIRECT EXAMINATION

11   BY MR. PEACOCK:

12   Q.  Would you explain why you believe alpha-PVP is closest in

13   structure to pyrovalerone, a Schedule V substance that is

14   listed in 2B1.1?

15   A.  Right.  The differences in structure between alpha-PVP and

16   pyrovalerone consists of an extra --

17         THE COURT:  You said why alpha-PVP is closest?

18         MR. PEACOCK:  Yes.

19         THE COURT:  Why is it closest?

20         THE WITNESS:  Why it is closest to pyrovalerone is

21   because the difference is the least significant, and in my

22   opinion the difference is not significant such that alpha-PVP

23   and pyrovalerone are substantially similar structures.

24         The difference, which I don't consider to be a

25   significant difference in terms of chemical structure, is an
```

1   extra carbon methyl group that is attached on the phenyl ring

2   extending from the periphery of the core structure in much the

3   same way that ethylone differs from methylone in an extra

4   carbon that extends from the periphery of the structure in much

5   the same way as MDEA relates to MDMA.

6          So, my opinion that MDEA and MDMA are substantially

7   similar is consistent with my opinion that alpha-PVP and

8   pyrovalerone are substantially similar in the chemical

9   structures.

10         MR. PEACOCK:  Thank you.

11         THE COURT:  Okay.  According to the schedule -- we are

12   finished with Dr. Dudley.

13         Yes, we are a little ahead.  I know Pauline really

14   doesn't want to take a break, but we will take a break anyway.

15         It is 12 minutes to 11:00.  We'll come back at three

16   minutes after 11:00.  We will be in recess.

17      (Thereupon, a short recess was taken.)

18         THE COURT:  All right.  Next on the schedule is Dr.

19   DeCaprio?

20         MR. PEACOCK:  Yes.  He is in the restroom.

21         THE COURT:  Okay.

22         MR. PEACOCK:  That is the last witness for Defense.

23         THE COURT:  Okay.  You have from 11 to 12:45.  How

24   much do you want on direct?

25         MR. PEACOCK:  I got caught last time.

```
 1              I would say an hour and 15 minutes.  Would that give
 2    you enough --
 3              THE COURT:  You would have a half hour on cross.
 4              MR. MORRIS:  I don't think I will need a half hour.
 5              ANTHONY DECAPRIO, DEFENDANT'S WITNESS, SWORN
 6              THE WITNESS:  My name is Anthony DeCaprio,
 7    D-E-C-A-P-R-I-O.
 8                          DIRECT EXAMINATION
 9    BY MR. PEACOCK:
10    Q.  Good morning, Dr. DeCaprio.
11    A.  Good morning.
12              MR. PEACOCK:  Your Honor, with regard to Dr. DeCaprio,
13    the parties agree that he qualifies in the area of
14    pharmacology.
15              THE COURT:  Okay.
16    BY MR. PEACOCK:
17    Q.  Briefly, what is your present employment?
18    A.  Associate professor in the department of chemistry and
19    director of the International Forensic Research Institute at
20    Florida International University in Miami.
21    Q.  Do your duties as the -- in that position extend to
22    teaching?
23    A.  Yes.
24    Q.  Research?
25    A.  Yes.
```

1    Q.  All right.  And do you have your Ph.D. in pharmacology?

2    A.  My Ph.D. is actually in toxicology from Albany Medical

3    College.

4    Q.  Is that a form of toxicology?

5    A.  Toxicology focuses on the adverse effects of drugs and

6    pharmacology on the benefits of drugs.

7    Q.  Are you familiar with the comparison of the analog drugs

8    and drugs in 2D1.1 of the United States Sentencing Guidelines?

9    A.  I am.

10   Q.  Have you testified in that field before?

11   A.  Yes.

12   Q.  Roughly how many times?

13   A.  In terms of sentencing hearings?

14   Q.  Yes.

15   A.  I believe five.

16   Q.  Any others, Daubert or those issues?

17   A.  I think another five Daubert and one trial.

18   Q.  You were qualified as an expert in each of those cases?

19   A.  Yes.

20   Q.  All right.  Now, I want to go through some of the terms

21   that we are going to be using today and ask you about them.

22       The first is the phrase "substantially similar".

23       You were able to hear the other experts testify in that

24   regard.

25       In your opinion, is that a useful scientific term?

```
 1   A.  It's not an accepted scientific term because it is
 2   undefined, particularly in the field of pharmacology where
 3   there are so many different end points that one could measure
 4   to reflect the pharmacological effect, it is difficult to
 5   objectively put together a protocol for judging whether one
 6   drug is pharmacologically similar to another.  It is a
 7   difficult task.
 8       At the forefront of pharmacology research is to decide what
 9   data to use to test, quote, similarity.
10   Q.  Outside of the -- outside of your work with the guidelines,
11   would you ever use the phrase "substantially similar" in your
12   work?
13   A.  As a bench scientist, no.
14   Q.  Now, we have heard the terms in vitro and in vivo.
15       Could you explain what in vitro refers to?
16   A.  Yes, in vitro means testing outside of an intact whole
17   animal or human.
18       You might call these test tube assays, they aren't always
19   in a test tube, but they don't employ whole living animals.
20   They may employ cells from animals or even humans, but not the
21   entire organism, as opposed to in vivo, which means in life,
22   you have a living animal or person.
23   Q.  So, Doctor, do you remember Dr. Dudley testifying about the
24   SAR method?
25   A.  Yes.
```

1    Q.   Coming up with a hypothesis due to a chemical structure?

2    A.   Yes.

3    Q.   Would it be fair to say in laymen's terms the next step is

4    an in vitro analysis of the problem?

5    A.   That is certainly a possibility.

6         If your goal is to develop a new drug or test a drug, at

7    the very beginning when you are designing that drug you might

8    want to look at structural activity, or SAR relationships,

9    really to form a hypothesis that you test in later types of

10   assays, particularly in vitro, they are easier, fastest and

11   cheapest.

12        You run a whole series of compounds in in vitro testing,

13   decide which ones you want to proceed with or not and move on

14   to in vivo testing.

15   Q.   In vivo is more complicated and expensive?

16   A.   Generally, yes.

17   Q.   What is the ultimate test as far as its effect on humans?

18   A.   The ultimate and required step is testing in humans.

19   Q.   Dr. Trecki had testified that it would be both unethical

20   and inappropriate to test substances like alpha-PVP and

21   ethylone on human beings.

22        Is that accurate in your opinion?

23   A.   It isn't.  It is obviously unethical to test something

24   without permission to do so, but that permission is routinely

25   gotten for testing chemical substances in people, and it is

```
 1    called an IRBA approval, Institutional Review Board.
 2         This is routinely done by bench scientists,
 3    epidemiologists, those working to study the effect of drugs in
 4    humans.
 5         Bottom line, no, I don't think that statement is entirely
 6    accurate.
 7    Q.  Okay.
 8         Just to be clear, in regard to the substances we are
 9    talking about here today, ethylone and alpha-PVP, to your
10    knowledge, has there been a human testing?
11    A.  I don't believe so.  There may be people seeking permission
12    to do so, but I don't know that for a fact.
13         I do know there are people seeking to test methylone in
14    limited human trials.
15    Q.  Now, there was some talk before about your statements as to
16    the reliability of in vitro and in vivo studies.
17         Would you explain and defend your own position as you put
18    in your report?  In regard to the reliability of in vitro
19    studies, just tell the Court, if you would, how you see the
20    reliability of those and their effectiveness.
21    A.  So, I think the statement that was made about what I said
22    in my report is taken a little bit out of context.
23         My opinion is that one can really not definitively or
24    quantitatively predict, for lack of a better term, the effects
25    of drugs in humans based only on in vitro or in vivo animal
```

```
 1    data.  That is why drugs are tested in clinical trials.
 2         Having said that, there certainly is a use for such data,
 3    in vitro in particular, in defining the hypothesis you are
 4    going to test, proposing mechanisms of action, and studying
 5    mechanisms of action.
 6         When I say they are not definitive, what I mean is they are
 7    not definitive for quantitatively and reliably predicting the
 8    effects of two drugs in humans, the relative effect of two
 9    drugs in humans, which is what we are trying to do here in this
10    exercise.
11         This is a sentencing hearing, it is not a Daubert
12    proceeding, we are not here to challenge the scientific basis,
13    that is my understanding.  With the Sentencing Guidelines, we
14    have no choice in order to fulfill the requirements of
15    sentencing in parts A, B, C in using whatever data we have.
16    Q.  All right.  Now, let's move, if we could, to how drugs work
17    in the human system.  Okay.
18         Now, one of the terms that you used is CNS.
19         Could you explain what CNS represents and what it means?
20    A.  Sure.  The CNS is the central nervous system, generally
21    considered to be the brain and spinal cord as opposed to the
22    peripheral, which are the nerves emanating from the brain and
23    spinal cord.
24         For us to narrow that more, when we talk about CNS effects
25    in this case we are referring to the effects mediated by brain
```

1  cells, brain neurons.

2  Q.  Okay.

3     What is a neuro transmitter?

4  A.  A neuro transmitter is chemicals -- molecules that the

5  brain synthesizes which allow nerve cells to communicate with

6  each other.  So, one nerve cell will release a type of neuro

7  transmitter which will bind to a second nerve cell and either

8  activate it or deactivate it.

9     They are basically transmitters of the neuro impulse.

10 Q.  Would it be fair to say that the substances that we are

11 discussing affect the neuro transmitters in the central nervous

12 system?

13 A.  Among other things, yes, but I agree that is their primary

14 action.

15 Q.  Okay.

16    Now, we are going to talk about a term D-A-T, DAT.  Could

17 you explain what DAT is?

18 A.  Yes.  I will try and do so concisely.

19    So, in the central nervous system, as you mentioned, there

20 are a number of neuro transmitters.  For the drugs that we are

21 interested in, we are primarily concerned with dopamine,

22 norepinephrine and serotonin.  They mediate different

23 behavioral and pharmacological effects.

24    Those are the three neuro transmitters, each one has its

25 own transporter located in the nerve cell membrane which, once

1      the neuro transmitter is released, it has to be taken back up

2      into the cell or the signal will go on indefinitely.  These

3      transporter molecules pull the neuro transmitter back to the

4      cells again.

5           When we say DAT, that is the dopamine transporter, and NET

6      is norepinephrine, and SERT is serotonin.

7      Q.  What effect does the dopamine have on the brain?

8      A.  There is an overlap as far as the transmitters, dopamine is

9      the pleasure neuro transmitter, mediates responses of pleasure

10     in the CNS.

11     Q.  How about norepinephrine?

12     A.  Norepinephrine mediates primarily energy levels, mental

13     energy levels.  Norepinephrine increases blood pressure and

14     heart rate, a mixed central nervous system and not central

15     nervous system, let's call it energy levels.

16     Q.  That is NET?

17     A.  Yes.

18     Q.  And the SERT, serotonin, what effect does that have?

19     A.  Serotonin, primarily mood, memory, and in higher doses it

20     can precipitate hallucinatory activity.

21          As opposed to pleasure and euphoria, which is dopamine,

22     serotonin is general mood, contentment, interaction with other

23     people, more of a complex response.

24     Q.  So, all three of these factors produce different

25     psychotropic effects to different degrees, correct?

1    *A.*   Correct.

2    *Q.*   All right.  When you are comparing the pharmacological

3    effect, are we again looking at the DAT, NET and the SERT,

4    S-E-R-T?

5    *A.*   That is one of the things one needs to look at, correct.

6    *Q.*   Is that very important in your analysis today?

7    *A.*   Yes, I think it is.

8    *Q.*   When we talk about these in vivo and in vitro experiments

9    or studies, do those also analyze DAT, NET and SERT?

10   *A.*   So, in some cases -- well, let me back up.

11       Certainly indirectly at least in many of these in vivo

12   assays we are looking at relative activity with those three

13   neuro transmitters.

14       We are probably not measuring it directly as we are with in

15   vitro studies, what reflects activation or inhibition of those

16   neuro transmitter actions.

17   *Q.*   And the same applies to if human studies took place?

18   *A.*   Yes.

19   *Q.*   Do you have accurate ways of measuring those factors in

20   vivo and in human studies?

21   *A.*   Yes, you do.  If I could elaborate briefly?

22   *Q.*   Sure.

23   *A.*   Many of the in vitro studies use human cells, human

24   receptors in other types of animal cells.  So, in a sense --

25   that is a -- certainly an added value to these tests, you are

1    looking at actual human receptors in many of these cases.

2    Q.  Okay.  Let's move to these particular drugs that we are

3    talking about.

4        So, we have ethylone and alpha-PVP.  Let's stay with

5    ethylone.

6        When you are retained to come up with an opinion in

7    reference to Section 2D1.1, how do you go about arriving at

8    that?  How do you start out, and what do you define as

9    important, and where do you go from there, and how do you

10   organize your investigation?

11   A.  I focus on peer review published papers.

12       I collect whatever published information is available.  I

13   collate it in a way that I can judge the relative, in this

14   case, potencies or effect of those two different drugs, and it

15   is just a process of collecting the literature and coming up

16   with a reasonable conclusion based on those data.

17   Q.  And you have been working in this area for some time,

18   correct?

19   A.  Correct.

20   Q.  So, part of your duties are to stay current in that area;

21   would that be fair to say?

22   A.  Yes.

23   Q.  So, once you gather your peer review data, what do you do

24   with it then?

25   A.  As I said, I will read every one of these papers, look at

1   the author's conclusions based on those data, compile the data.

2   For example, in this case, the exercise I did was to collect

3   available in vitro and in vivo data for methylone, and ethylone

4   to a much lesser extent, and compare those end points, the

5   specific data to MDMA and MDEA, and then --

6   Q.  Now, in reviewing and relying on the peer review data, do

7   you feel that you cherry picked information from that, from

8   those reports, in order to arrive at some foregone conclusion?

9           MR. MORRIS:  Objection to the form of the question.

10          MR. PEACOCK:  That was the word used by the

11  Government's expert, Dr. DeCaprio cherry picked the data for

12  his opinion.

13          THE COURT:  So, restate the question.

14  BY MR. PEACOCK:

15  Q.  In relying on and using the peer review data that you

16  assembled to come to your conclusion, do you feel that you

17  cherry picked information from that data to arrive at a

18  foregone conclusion?

19  A.  Well, if by cherry picking we mean selecting one particular

20  value out of a set of many and deciding that that is the most

21  important one to base your conclusions on, no.

22      I looked at all of the data, and actually did not assign a

23  weight to any of these end points.  I looked at the entire

24  data.  If you ask a pharmacologist which measurement is

25  important, everybody is going to have a different opinion on

1   that.

2   Q.  By the way, did you include data that might be arguable

3   against your point?

4   A.  I did.

5   Q.  Why did you include that?

6   A.  Again, if it was available in a peer review published

7   article, then we would assume on that basis that it is a

8   reliable number, and it should be factored into the evaluation.

9   Q.  Now, are you confident in your assessment that you provided

10  for the Court?

11  A.  I am confident --

12          MR. MORRIS:  Objection, that has no relevance.

13          THE COURT:  I sustain that objection.

14  BY MR. PEACOCK:

15  Q.  Are you confident that you have done an adequate survey of

16  the peer review data in regard to ethylone?

17  A.  Yes, I am.

18  Q.  Okay.

19      Are you confident that you have done an adequate survey of

20  the peer review data regarding alpha-PVP?

21  A.  Yes.

22  Q.  How about with regard to methylone?

23  A.  Yes.

24  Q.  Did you intentionally leave any data out that might have

25  been unfavorable?

1    A.   No, I did not.

2    Q.   Now, in talking about ethylone, is there a large body of

3    study on ethylone?

4    A.   No, there is not.

5    Q.   Tell the Court, describe it briefly as to what exists out

6    there regarding peer review studies of ethylone.

7    A.   To my knowledge, there is one paper, a similar article

8    where ethylone was included.

9    Q.   So, in your report, you have discussed this -- the

10   substance methylone?

11   A.   Yes.

12   Q.   Now, you heard that Dr. Dudley and Dr. Trecki consider

13   methylone to be closely related to ethylone?

14   A.   Yes.

15   Q.   And forgive me, I don't remember the exact difference, but

16   basically the placement of an atom on the diagram was the

17   difference, not a functional group.

18        Would you agree with that?

19   A.   Yes.

20   Q.   Okay.

21        So, would that lead you in your professional experience to

22   determine that methylone studies would be beneficial in

23   understanding ethylone in light of the lack of information on

24   ethylone specifically?

25   A.   That is correct, yes.

Q.   Is that why you researched that methylone as well?

A.   Yes.  In my opinion, again, using the word similar, I would expect that those two -- and the data, the limited available data do indicate they have similar mechanisms of action at the cellular level, so -- given the fact that methylone has a larger data set, I thought it was important to include that compound in my investigation.

Q.   Now, there is a large body of information on methylone?

A.   Yes.  It is not huge, it is not as big as MDMA -- it is not as big as MDMA.  MDEA has a lesser database.

Q.   Now, let's talk about MDMA for awhile.  That has been around for a long time?

A.   Yes.

Q.   Early 1900's?

A.   Yes.

Q.   Compared to methylone which is seen in 2011?

A.   Yes.

Q.   How about MDEA?

A.   Around the 1960's, I believe.

Q.   Alpha-PVP?

A.   Also the '60's, and anecdotally in the early 2000's, I believe, pharmacologically.

Q.   Would it be fair to say alpha-PVP was put on the shelf from the '60's to the present decade?

A.   I would agree with that, yes.

1   *Q.*  Now, when you gave your opinion that methylone and ethylone

2   are similar, is there a peer review study that backs that up?

3   *A.*  The Simmler, S-I-M-M-L-E-R, report backs that up, 2014, I

4   believe.

5   *Q.*  Okay.

6        Now, let's talk about the second part of the test with

7   regard to ethylone, and because we've extrapolated with the

8   research on methylone, can you give the Court an opinion about

9   what substance you think has -- is closest in pharmacological

10   effect to ethylone and methylone that is listed in 2B1.1?

11   *A.*  I would say MDMA or MDEA.  They both have the same ratio.

12   *Q.*  Okay.

13        Now, we talked about MDMA.  Is there a lot of research on

14   MDMA?

15   *A.*  Yes.

16   *Q.*  Is there comparative research between MDMA and methylone?

17   *A.*  There is, and I summarize that in my report.

18   *Q.*  Would you go ahead and take the Court through that, since

19   you have stated it is your conclusion -- well, let me withdraw

20   that.

21        Why do you say that ethylone and methylone are closest in

22   pharmacological terms to MDMA or MDEA?

23   *A.*  So, if we get back somewhat to the discussion of mechanism

24   of action here, we talked about the transporter molecules.  We

25   can also -- so that one mechanism by which these drugs can

1   increase the amount of neuro transmitters present and therefore

2   cause stimulation is by blocking that transporter molecule.

3       So, when you do that, the native neuro transmitter molecule

4   cannot be taken back to the cell.  It just sits there to do its

5   stimulatory thing, so you block the transporter.

6       There are two other mechanisms.  The one we are most

7   interested in here are drugs that don't block the transporter,

8   but they are actually substrates, they bind to the transporter

9   and get transferred into the cell.  By doing so, they cause an

10  increase in the level of the neuro transmitter, two different

11  mechanisms of reaction.

12      In my opinion, we tried to evaluate every one of the

13  compounds on their ability to be an inhibitor or blocker or

14  releaser.

15      These are very different mechanisms.  That is one

16  evaluation.

17      The second evaluation is pharmacological reaction.  We look

18  at dopamine, neuro -- serotonin, this is a reactor that affects

19  the transmitters more than another one.

20      We need to look at the mechanism in terms of blocking or

21  releasing and the relative action of the relative transmitters.

22  Q.  Now, Dr. Trecki had testified that alpha-PVP is an

23  inhibitor?

24  A.  Correct.

25  Q.  Would you agree with that?

1   A.   Yes.

2   Q.   He testified --

3   A.   For the dopamine transporter.

4   Q.   He also testified that ethylone is an inhibitor.

5        Would you agree with that?

6   A.   Yes, I would.

7   Q.   He testified that methcathinone is an inhibitor.

8        Would you agree with that?

9   A.   No, I would not.

10  Q.   Why would you not agree with that?

11  A.   The literature supports the conclusion that methcathinone

12  is actually a releaser, not a transport blocker.  In fact, that

13  conclusion is stated explicitly in the Smith article which we

14  obtained yesterday and which talks about the drug

15  discrimination experiments.

16       One of the purposes of that study stated explicitly in the

17  paper is that they wanted to compare alpha-PVP with

18  methcathinone with two stimulants with different mechanisms of

19  action, and tried to understand what structural differences

20  might contribute to those differences in mechanism of action.

21  Q.   So, methcathinone is very different in how it works than

22  alpha-PVP, correct?

23  A.   That is correct.

24  Q.   Totally different?

25  A.   Well, as I said in my report and elsewhere, there is always

```
 1    some overlap between these, but that is a fairly fundamental

 2    difference.

 3    Q.  One is an inhibitor and one is a substrate --

 4            MR. MORRIS:  Objection, leading.

 5            THE COURT:  Sustained.

 6    BY MR. PEACOCK:

 7    Q.  Is one an inhibitor?

 8    A.  Yes.

 9    Q.  Which one?

10    A.  Alpha-PVP.

11    Q.  Is one a substrate?

12    A.  Yes.

13    Q.  Is a substrate, as you described, letting it go through --

14            MR. MORRIS:  Objection, leading.

15            THE COURT:  Overruled.

16            THE WITNESS:  It doesn't block the transporter, it is

17    a substrate for the transporter and gets transported back to

18    the center of a cell in place of the transmitter.

19    BY MR. PEACOCK:

20    Q.  Would that be a major disagreement you have with Dr.

21    Trecki?

22    A.  Certainly an inaccuracy.

23        To me, it is important for discussing whether these two

24    drugs are similar or not.

25            THE COURT:  Are you saying the word substrate?
```

1          *MR. PEACOCK:*  Yes, S-U-B-S-T-R-A-T-E.

2          *THE COURT:*  Is that what you mean as a releaser?

3          *THE WITNESS:*  Yes.

4    *BY MR. PEACOCK:*

5    *Q.*  The pharmacological effect, does that equate with potency?

6    *A.*  Not necessarily, they are separate determinations.

7    *Q.*  Is it related?

8    *A.*  Yes.  There are differences of potency for a particular

9    effect.

10   *Q.*  Give a brief definition of what you consider to be the

11   meaning of potency.

12   *A.*  Potency simply stated is how much of a drug is required to

13   produce a particular level of a particular pharmacological

14   effect.  So, highly potent drugs -- highly potent drugs require

15   less of a dose to produce the action as opposed to low potency

16   drugs.

17   *Q.*  Are you able to -- were you able to arrive at an opinion

18   for a potency comparison between methylone and MDEA or MDMA?

19   *A.*  Yes.

20   *Q.*  And how did you arrive at that opinion?

21   *A.*  I compiled all available in vitro and in vivo data for

22   those two compounds, calculated the relative potency ratio for

23   each of the end points that were measured in the studies, and

24   averaged those values.

25   *Q.*  Could you explain to the Court some of the studies -- well,

```
 1    all of the studies that you relied on in making those
 2    comparisons?
 3    A.  We can do that.  Let me summarize first.
 4    Q.  Sure.
 5    A.  I assessed, I believe it was seven in vitro studies and
 6    four in vivo studies, and if memory serves, there were over 30
 7    individual measurements or end points assessed in the in vitro
 8    studies and 13 end points in the in vivo studies.
 9        That is a total of 48 or so individual data points that we
10    could average.
11        As I stated earlier, I did not give specific weight to any
12    of those end points.
13    Q.  Okay.
14        Now, these people doing in vivo and in vivo studies on
15    methylone, did they reveal varying potency measurements?
16    A.  Absolutely.
17    Q.  Did you include all those variations in determining your
18    opinion?
19    A.  Yes, I did.  It was quite a range.  In some cases at the
20    lower limit, I believe for one end point in one study it showed
21    methylone was actually twice as potent as MDMA.  At the other
22    end of the scale, there was one study which one end point
23    showed that MDMA was 18 times as potent as methylone.
24    Q.  Have you listed that data?
25    A.  I have.
```

1    *Q.*  And do you have it here today?

2    *A.*  I do.

3    *Q.*  May I see it?

4         MR. MORRIS:  Your Honor, I object.  We just received

5    this today, we have no way of showing it to our expert.

6         He has had months -- at least a month to give us this,

7    and I don't know what it means.  I can't effectively cross him

8    on something I have just been given.

9         THE COURT:  What is it?

10        MR. PEACOCK:  After the allegation of cherry picking,

11   I discussed with Dr. DeCaprio if he assessed all of the data.

12   He said yes, and by the way, I have a chart that I put together

13   of it if that would be of assistance.

14        These are the charts Dr. DeCaprio has showing the

15   potency data from each study he cited in his report.  If it

16   assists the Court, that is fine.

17        THE COURT:  Is it used for demonstrative purposes to

18   elicit the testimony from the witness?

19        MR. PEACOCK:  Yes.

20        THE COURT:  I will receive it for that purpose.

21        MR. PEACOCK:  I will put it on the overhead.

22   BY MR. PEACOCK:

23   *Q.*  Now, Dr. DeCaprio, can you see it on your screen, sir?

24   *A.*  Yes.  If we could see the top headings, that would help.

25   *Q.*  I'm trying.  Okay, that is about as big as I can make it

1  and have it all be on there.

2      Could you explain to the Court what this is?

3  A.  Sure.  This table summarizes available published in vitro

4  data comparing MDMA and methylone in terms of relative potency

5  using a par variety of pharmacological end points which we

6  talked about, transporter inhibition or release of neuro

7  transmitters.

8      So, for example, the Cozzi 1999 study reported four

9  different end points with a comparison between MDMA and

10 methylone.

11     So you will see a column -- two columns labeled potency,

12 potency 1, potency 2.

13     What I did here was to arithmetically compare the data

14 result for MDMA, the ratio of the reported value for MDMA to

15 that of methylone.

16     For example, the first value there of 2 for DAT inhibition

17 means in that study MDMA was found to be twice as potent as

18 methylone.

19     And so, that is carried down through a variety of available

20 studies with a variety of different end points measured in the

21 right-hand column.

22 Q.  All right.

23 A.  Column 2, potency number 2 is different and one of the

24 problems the way -- if you go to the Eshleman 2013 study, you

25 see in this column 2 a couple of the end points have a greater

 1   than sign.  What that means was the doses that they used in

 2   those studies never reached the criterion by which we could do

 3   a direct comparison.

 4       I don't know how much you want me to go into here.  There

 5   is a term -- maybe we should look at the very bottom of the

 6   table, that would probably help.

 7       So, most of these -- the majority of these data are

 8   reporting what is known as an IC 50 value, concentration of the

 9   drug sufficient to cause 50 percent inhibition or release,

10   which would be ED 50.

11       So, these are the values that I used in order to construct

12   these ratios, but in some cases where we see the greater than

13   sign, the true ED 50 or IC 50 was never reached, which means it

14   actually lies above the highest dose that was tested.  Okay.

15       So, for column 2 I made the assumption, conservative

16   assumption that the true IC 50 or ED 50 was twice the highest

17   dose that was used.

18       For a small number of cases where we have the greater than

19   sign, I plugged in the value of twice the ratio.

20       In any case, the bottom line is, at the bottom, mean

21   values, in column 1, the potency was one greater than 4.1.

22   What this means is that if we average all these data together,

23   they indicate on average MDMA was 4.1 times as potent as

24   methylone.

25       And if we do this assumption of -- for missing doses, the

```
 1   doses that weren't high enough to achieve ED or IC 50, we
 2   conclude -- or arithmetically we come up with 4.8 as the
 3   difference between MDMA and methylone in potency.
 4   Q.  Now, sir, I asked you before whether you included
 5   unfavorable data which might arguably go against your opinion?
 6   A.  Yes.
 7   Q.  Could you point out some of those that are included in this
 8   chart?
 9   A.  I can.
10        So, under Simmler, 2013, the value of .3, that is
11   interpreted as meaning that MDMA only has 30 percent of the
12   potency of methylone, so that is certainly the opposite of, you
13   know, what the Defense would be looking for.  On the other
14   hand --
15   Q.  Let me ask you about that.  That is for the DAT inhibitor?
16   A.  Yes, for transport inhibition, correct.
17   Q.  For the SERT inhibition, it would be an 11 factor the other
18   way?
19   A.  Exactly.
20   Q.  MDMA would be 11 times more effective in blocking the SERT
21   inhibition than methylone?
22   A.  Correct.  That begs the question which one of the end
23   points is more important than the other, and I won't opine on
24   that.  I don't think any pharmacologist would.  That would be
25   cherry picking the data.
```

1    *Q.*  All right.  Were you done with that?

2    *A.*  Yes.

3           *THE COURT:*  You are at the 45 minute mark.

4           *MR. PEACOCK:*  Yes, ma'am.

5    *BY MR. PEACOCK:*

6    *Q.*  Now, this shows the in vivo data.  Could you explain it?

7    We obviously -- we understand how your columns are set up and

8    everything.  If you could explain it?

9    *A.*  Basically, I did the same here, four studies reporting in

10   vivo data with the specific end point measured, shown in the

11   right-hand column.

12          There are a lot of different things that can be measured

13   and were measured as pharmacological effect.  The top study,

14   the Dal Cason study mentioned already from 1997, is a drug

15   discrimination study.  The others were other pharmacological

16   effects that people measured.

17          The same analysis here, potency 1, averaging the raw data,

18   even though there is a lot more of the greater than signs, that

19   means in a lot of the studies they never reached a dose that

20   would allow you to calculate IC 50 or ED 50.  That is

21   problematic.

22          If we do the methylone, with the assumption I made, we come

23   up with 4.5 potency.

24   *Q.*  Very quickly, one of the categories is locomotor activity?

25   *A.*  Yes.

```
 1    Q.  There was some discussion earlier about that locomotor

 2    activity might be minimized as being meaningful.

 3        Do you agree with that?

 4    A.  No, I don't.

 5    Q.  What is locomotor activity?

 6    A.  A measure of activity of the drug.  Each one of those

 7    inhibitors will increase locomotor activity, in particular

 8    norepinephrine would stimulate that sort of behavior.

 9        To me, as a pharmacologist, toxicologist, that end point is

10    as important as the others being measured here.

11    Q.  Are you aware whether the DEA itself opined on the strength

12    of methadone versus MDMA?

13    A.  I believe they have.

14           MR. MORRIS:  Objection, method of strength.

15    BY MR. PEACOCK:

16    Q.  Potency.  I am sorry.

17    A.  Yes.

18    Q.  Do you know what that was?

19    A.  It is in a DEA, Drug Enforcement Administration, document

20    based on the Dal Cason study we just mentioned where Dal Cason

21    states in there that in the assay they demonstrated MDMA was

22    twice as potent as methylone.

23    Q.  And that comes from the DEA's own position, correct?

24    A.  Yes.

25    Q.  So, do you have a final opinion as to the potency of
```

1    methylone versus MDMA?

2    A.  I do.

3    Q.  And what would your opinion be?

4    A.  So, based on the analysis I just showed here, my opinion is

5    that, on average, methylone would be approximately one fifth as

6    potent as MDMA.

7    Q.  Now, let's talk about methylone and ethylone.  What is your

8    opinion as to the pharmacological effect of those two?

9    A.  Well, I think their effects would be very related based on

10   the -- their relative action on those three neuro transmitters

11   that we discussed.

12       So, I think -- yes, for this analysis, I would say my

13   opinion is their effects would be similar.

14           THE COURT:  You said methylone and which is the second

15   one?

16           THE WITNESS:  Ethylone.

17   BY MR. PEACOCK:

18   Q.  Let's go to potency.  Do you have an opinion whether

19   ethylone or methylone is more potent, and can you explain the

20   basis of the opinion if you have one?

21   A.  Not a firm one to be honest.  Based on the available data,

22   I would say ethylone is equal to or possibly less potent than

23   methylone.

24       That is based on the Simmler article where some of the end

25   points show slightly higher potency, others slightly lower.

1    Simmler estimated that the effective recreational dose for

2    ethylone was 175 milligrams, and their estimate for methylone

3    was 150 milligrams.  That would connote a lower potency for

4    ethylone.

5         But that is -- you know, as we have seen, that data set is

6    quite small.

7    Q.  Let's move on to alpha-PVP.

8         Is there a large body of in vivo or in vitro studies on

9    alpha-PVP?

10   A.  No.

11   Q.  Are there some?

12   A.  There are some.

13   Q.  Could you explain what that is?

14   A.  There is in vitro data related to the neuro transmitter

15   inhibition or release for all three of those, some in vivo data

16   is also available.

17   Q.  Can you summarize the data, whether it is drawing a

18   conclusion of what is most similar in pharmacological effect

19   that is listed in 2B1.1?

20   A.  My opinion methylphenidate is the most comparative drug for

21   alpha-PVP.

22   Q.  Why is that?

23   A.  Based on their relative activity at, again, the three

24   transporters which from the available data indicate that those

25   two compounds are very similar both in their relative potency

 1    at each of the transporters and mechanism of action, which in

 2    this case is primarily inhibition of the transporter.

 3         In fact, one review article actually states or includes

 4    alpha-PVP as a methylphenidate like drug, in that category.

 5    Q.  Let's talk about methcathinone.

 6         Do you agree with the Government's conclusion that

 7    methcathinone is the most closely related in pharmacological

 8    effect?

 9    A.  No, I do not.

10    Q.  Why not?

11    A.  Two reasons; one, the basic mechanism is different with

12    methcathinone being primarily a releasor as opposed to

13    alpha-PVP and methylphenidate being inhibitors of those

14    transporters.

15         In addition, if you look at the pattern of activation for

16    each of those neuro transmitters, both methylphenidate and

17    alpha-PVP are primarily dopamine.  Dopamine increases as

18    opposed to methcathinone, which is less selective.  It has a

19    considerably higher serotonin releasing capability than those

20    other two drugs.

21         The way you look at that is by the DAT/SERT ratio.  For

22    alpha-PVP and methylphenidate it is quite high, approaching a

23    thousand or even higher, compared to methcathinone which is

24    much lower, in the ten to one hundred range.

25         That is reflecting a difference in pharmacological effect.

1   *Q.*  Last, let's talk about this Virginia Commonwealth report

2   that we discussed earlier with Dr. Trecki.

3       Have you read the report?

4   *A.*  I have.

5   *Q.*  And for the record, that is a report entitled

6   Cocaine-like discriminative, stimulus effects of

7   alpha-pyrrolidinovalerophenone, methcathinone and their 3,

8   4-methylenedioxy or 4-methyl analogs in rhesus monkeys,

9   correct?

10  *A.*  Correct.

11  *Q.*  Dr. Trecki had opined that this report supports a

12  conclusion that alpha-PVP is four times more powerful than

13  MDMA, correct -- I shouldn't say correct.

14      Do you recall that?

15  *A.*  Yes, I recall potency determinations, I think they are in

16  table 1.  Yes.

17      But to be clear on this, what they are comparing in this

18  study, they are not comparing the potency of the drugs against

19  each other.

20  *Q.*  That is what I am asking you.  What are they comparing in

21  the study?

22  *A.*  Animals are trained to recognize cocaine with a certain

23  potency which is reflected by the ED 50 value, and in the

24  study, what they are doing is testing the ability of those

25  series of cathinone and pyrovalerones to substitute for

1    cocaine.

2        The potency is in relation to cocaine.  They are not

3    directly comparing those.

4        For example, in our case, alpha-PVP versus methcathinone,

5    they are not training the animals with one drug and comparing

6    it and vice versa.  It is a third indirect comparison.

7    Q.  Now, let me ask you about pyrovalerone.  This article

8    refers to pyrovalerone as well?

9    A.  Yes.

10   Q.  What conclusion do you draw reading this about pyrovalerone

11   and comparing it to PVP?

12   A.  Based on this article, and several other articles, I would

13   also consider pyrovalerone to be pharmacologically similar.

14       It is not a listed substance specifically, which is why I

15   did not treat it specifically in my report.

16   Q.  It is in Schedule V, though, correct?

17   A.  Correct.

18   Q.  Are you aware Schedule V substances are listed in that

19   capacity --

20           MR. MORRIS:  Objection, it is not in his report, and

21   not turned over to the Government.

22           MR. PEACOCK:  It is in the guidelines.

23           THE COURT:  Overruled.

24   BY MR. PEACOCK:

25   Q.  Are you aware Schedule V substances are listed in 2D1.1?

Pauline A. Stipes, Official Federal Reporter

1  A.  I am, yes.

2  Q.  Now, in -- we talked about the study, and we've talked

3  about in vitro and in vivo studies.

4      Dos those studies always -- are there always consistent

5  results between in vitro, in vivo and human studies?

6  A.  No, not at all.

7  Q.  Are there times in vitro gives us results that the human

8  studies refute?

9  A.  Yes.

10  Q.  Are there times in vivo gives us results which the human

11  studies refute?

12  A.  Yes.

13  Q.  Would you tell us why?

14  A.  Studies are testing to design to ferret out false negatives

15  and false positives because that would have a major impact on

16  what drugs they are going to develop.

17      Again, common is sort of an undefined term, it is common

18  enough so that it has to be recognized.

19  Q.  Could you explain to the Court what your opinion is on how

20  the root of exposure or means of using a drug effects a

21  question such as potency?

22  A.  I think it is extremely important.

23  Q.  Why is that?

24  A.  In the field of pharmacology it is well-known that -- by

25  root of exposure I mean whether somebody is ingesting a pill or

1    inhaling a smoke or being injected with something, the root of

2    exposure.

3        It is extremely well-known in pharmacology and toxicology

4    the effects of potency and drugs and chemical substances is

5    often related to the root of exposure.

6    Q.  Now, in this study from Virginia Commonwealth, was there

7    one particular root of exposure?

8    A.  Yes.

9    Q.  Was it intramuscular?

10   A.  Correct.

11   Q.  In your experience, are there many other ways to ingest

12   ethylone or alpha-PVP?

13   A.  Yes.

14   Q.  We talked about the number of animals used in the study,

15   and I believe it was indicated that there were six?

16   A.  Four for this particular study.

17   Q.  Four.  In your opinion, is that a satisfactory number to

18   rely on?

19   A.  I think that for what the investigators were trying to

20   achieve, which was to provide some data on possible differences

21   of the mechanism of action between these two drugs, and use

22   that to formulate additional hypothesis which would be tested

23   in later studies, I think that is probably adequate.

24            THE COURT:  You have a minute and a half left to an

25   hour.  Do you want to sum up?

```
 1              MR. PEACOCK:  I am about done.

 2              THE COURT:  Okay.

 3              MR. PEACOCK:  This is the last area.

 4   BY MR. PEACOCK:

 5   Q.  In the context, though, of -- let's say in the context of

 6   approving a new drug, would that be satisfactory?

 7   A.  No.

 8   Q.  So, in the context here of deciding whether something is

 9   substantially similar, would that be satisfactory in and of

10   itself?

11   A.  Not in my opinion, no.

12   Q.  Okay.

13       And you, as an expert having put together the various peer

14   data on the topic, would you include this in your study?

15   A.  I would.  I would include it as one of the in vivo studies.

16   Q.  Would it change your opinion here today that you have

17   given?

18   A.  No.

19              MR. PEACOCK:  Thank you.

20              THE COURT:  Okay.  Cross-examination.

21                         CROSS-EXAMINATION

22   BY MR. MORRIS:

23   Q.  Good morning --

24              THE COURT:  No.  We left that eight minutes ago.

25
```

1    *BY MR. MORRIS*:

2    *Q.*   Good afternoon.

3          Do you have your report in front of you?

4    *A.*   I do.

5    *Q.*   Turn to paragraph 14, where you say that under the

6    guidelines -- "pharmacological comparisons done under the

7    Sentencing Guidelines determinations is that it is impossible

8    to predict pharmacological effects and relative potencies of

9    drugs in humans with a high degree of confidence based on in

10   vitro or animal data alone."

11   *A.*   Yes.

12   *Q.*   You can't do it?

13   *A.*   The operative phrase here is "high degree of confidence".

14   *Q.*   I think you were asked the question whether you have -- you

15   have a degree of confidence in what you have done in your

16   report, correct, in telling the Court potency and effect for

17   substances, correct?

18   *A.*   I think I answer that question by saying I am confident I

19   reviewed all the available data and came up with an average

20   number.

21   *Q.*   But you are not confident in the conclusion?

22   *A.*   Not without actual human testing, no.  No one could be.

23   *Q.*   Okay.

24         So we don't know.  We don't know?

25   *A.*   Well, we don't.  The Sentencing Guidelines require us to do

1    this evaluation.

2    Q.  Right.  So the Sentencing Guidelines require you to look at

3    the most similar, right, most similar substance listed in the

4    guidelines, and make a determination which one is the most

5    similar to a particular substance in question, alpha-PVP,

6    correct?

7    A.  Correct.

8    Q.  And your answer to that is?

9    A.  Methylphenidate.

10   Q.  What is that?

11   A.  Ritalin.

12   Q.  Is Ritalin -- Ritalin, what is the purpose for Ritalin?

13   A.  It's generally used to treat attention deficit

14   hyperactivity disorder.

15   Q.  Was it FDA approved?

16   A.  Yes.

17   Q.  Were there human studies?

18   A.  Yes.

19   Q.  You are comparing something that had human studies and

20   approved by the FDA to a drug that there is no human studies

21   and not approved by the FDA?

22   A.  That is correct.

23   Q.  You are saying you could do that even though you said in

24   order to determine the potency and strength and effect you need

25   human studies?

1    *A.*  I am trying to make an estimate of relative potency between

2    those two drugs in addition to the similarity of

3    pharmacological effect.

4        The fact that we have a lot of data for methylphenidate is

5    good for the analysis.

6    *Q.*  Are you familiar with the case of United States versus John

7    Michael McGuire?

8    *A.*  Which court was that in?

9    *Q.*  Tampa.

10   *A.*  It sounds familiar, okay, yes.

11   *Q.*  Did you testify?

12   *A.*  I believe I did.

13   *Q.*  Did you testify similar to today using the ED values and

14   then extrapolating from them to come to a conclusion?

15   *A.*  Yes.  That was Judge Lynch, I believe.

16   *Q.*  Yes, it was, and she concluded that your testimony was

17   not -- she gave no weight to it and she found that you had used

18   a hybrid analysis --

19         *MR. PEACOCK:*  I object, Your Honor, if this is

20   argument.

21         If there is a question, that is different.

22         *THE COURT:*  Sustained.  Reframe the question.

23   BY MR. MORRIS:

24   *Q.*  Did she rely on your testimony?

25         *MR. PEACOCK:*  Objection, relevance.

1              THE COURT:  Overruled.

2     BY MR. MORRIS:

3     Q.  Did she rely on your testimony?

4     A.  Mine, among others.  She did not have the benefit of a

5     report as we do here, and there is a footnote to her opinion

6     which states I testified that in that case I was explicitly

7     asked not to submit a report, and my comment was it was very

8     difficult to convey these calculations in the absence of a

9     written report.

10    Q.  So she did not rely on your testimony, did she?

11    A.  I don't know how much she did or did not.

12         Now, she stated that she was not going to give it much

13    weight.

14              MR. MORRIS:  Your Honor, I am going to mark this

15    report -- this order, and I am going to ask that it be

16    admitted.

17              THE COURT:  What number is that?

18              MR. MORRIS:  28.  27 is going to be slide 10.

19              THE COURT:  28, what are you calling it?

20              MR. MORRIS:  I am going to call it the McGuire order.

21              MR. PEACOCK:  Your Honor, can we take a break while I

22    read it?

23              THE COURT:  What we will do is mark it for

24    identification and we can take that up just between us at some

25    point.

```
 1            I will mark it for identification, called the McGuire
 2   order, and it is 28, Government.  Okay.
 3            You can look at it now, but I am holding off on
 4   admitting it.
 5   BY MR. MORRIS:
 6   Q.   Let's talk about the in vitro studies.
 7        Do you think you can use in vitro studies alone to
 8   determine the potency of a substance?
 9   A.   In a definitive way, no.
10   Q.   Okay.
11        Do you think that you can use in vivo studies -- would you
12   say -- could you determine the potency based on the in vivo
13   studies of mice?
14   A.   You can determine the relative potency of two drugs for a
15   particular pharmacological effect in mice, in a mouse study,
16   correct.
17   Q.   Okay.
18        And how about, would you say it would be better to have a
19   study that does that using primates, non-humans?
20   A.   I don't know because there are many examples of species
21   differences in all of these in vivo studies, so, again, this is
22   another difficult prediction.
23        Pharmacologists and toxicologists struggle all the time
24   with which species is the appropriate one.
25        It is generally considered on the scale of testing that one
```

1    would want to do a primate study using something like a self

2    administration design in order to get the most definitive data

3    that you could get prior to actual human testing.

4    Q.   What is the typical dosage of Ritalin, standard dosage?

5    A.   I don't know.

6    Q.   You don't know.  Didn't look that up in the data?

7    A.   It wasn't relevant to my consideration.

8    Q.   It isn't, if you are comparing two drugs?

9    A.   Well, we don't have an equivalent effect of dose

10   information for alpha-PVP.  That comparison would not be

11   helpful.

12   Q.   Is there a dosage for alpha-PVP?

13   A.   There are -- dosage for what purpose?

14   Q.   A safe dosage.

15   A.   The drug has never been tested for purposes of approval in

16   a pharmacological protocol, no, we don't have data on that.

17   Q.   There is a safe dose you are aware of for Ritalin?

18   A.   Yes.

19   Q.   It is given to children?

20   A.   Yes.

21   Q.   Would you give alpha-PVP to children?

22   A.   It is an untested drug, no.

23   Q.   You compare an untested drug to a tested drug?

24   A.   I compare whatever data are available for the two drugs and

25   reach an opinion.

1    Q.  You are missing an awful lot of data with respect to
2    alpha-PVP?
3    A.  Certainly.  The more data you have, the better the quality
4    of your estimate.
5    Q.  Is there more data on methcathinone than there is on
6    alpha-PVP?
7    A.  I don't know the relative strength of the data.  I excluded
8    methcathinone, as I stated earlier, because of its different
9    mechanism of action.
10   Q.  You said you accepted the report we are calling the Smith
11   report as a peer review report that you would rely on?
12   A.  For the same purposes, data relied upon it, yes.
13   Q.  In the other case, I guess it was a methylone case?
14   A.  Correct.
15   Q.  If I understood you correctly, there is not enough data out
16   there to make a decision whether ethylone and methylone, there
17   is a difference in terms of effect and potency?
18   A.  I think there is enough data out there to generate an
19   opinion on the differences in potencies, yes, which is what I
20   did there.
21   Q.  And that is taking the average of the numbers; is that it?
22   A.  Correct.
23   Q.  So, basically, in order for the Court to rely on your
24   testimony they have to rely on your extrapolation of the
25   numbers and averaging them, and many of them that you averaged

1    vary widely in conclusions?

2    *A.*  This is the way disparate data are treated in science, you

3    need some way to combine these data.  The simplest way is to do

4    an average.

5    *Q.*  And that would qualify for a peer reviewed article?

6    *A.*  Probably -- it could be part of a peer reviewed article.

7         I don't know, I have never submitted this for peer review.

8    *Q.*  And nobody has.  There is no peer reviewed article out

9    there that comes to this conclusion?

10   *A.*  No, but the Government's opinions have not either in this

11   case.

12   *Q.*  Well, you relied on the DAT case for the Government's

13   proposition that it was MD -- MDMA was twice as potent as

14   methylone; is that correct?

15   *A.*  I think you're referring to the Dal Cason report of 1997.

16   *Q.*  Yes.  You relied on it?

17   *A.*  I included it in my analysis.

18   *Q.*  And you relied on it?

19   *A.*  I relied on it as another data point in my analysis.

20   *Q.*  You are critical of it?

21   *A.*  It is fine for the study.  I am critical of making

22   extrapolations of relative potency between the two drugs on

23   humans based on that.

24   *Q.*  You can't say scientifically that MDMA is twice as potent

25   as methylone because there are no human studies?

1    *A.*   That data point is part of my analysis.

2         As you can see from those numbers, there is a wide range of

3    values which come out to an average of roughly one to five.

4    *Q.*   Have you ever gone to the Medical Examiner and reviewed

5    autopsies with regard to ethylone or methylone?

6    *A.*   No.  Not those two drugs, no.

7    *Q.*   Have you ever tried to -- have you ever tried to determine

8    how many deaths were caused by methylone or ethylone?

9    *A.*   No.

10   *Q.*   What about alpha-PVP, have you gone to the coroner and

11   determined whether or not there were any deaths from alpha-PVP?

12   *A.*   I have read published case reports on all of these

13   compounds.  The answer to your question is, no, I have never

14   physically gone to the Medical Examiner's and reviewed internal

15   reports on these drugs.

16   *Q.*   You researched this to see whether or not there were any

17   deaths as a result of people taking alpha-PVP?

18   *A.*   Yes, I reviewed case studies.

19   *Q.*   And did you find there were deaths as a result of people

20   taking these drugs?

21   *A.*   I have read reports for all of these drugs regarding

22   possible fatal consequences.

23        Many of these reports are flawed in that they either don't

24   confirm that that drug -- that specific drug was actually

25   present, at what dose it was present, whether there are other

```
1    drugs also present which would need interactions.
2    Q.  You are saying there is no basis in trying to determine a
3    comparison of these types of substances, there is no purpose in
4    trying to go out and see whether or not there are deaths that
5    were associated with the use of these substances?
6    A.  I don't think they are useful for what we are trying to do
7    here, which is to come up with an estimate, which drug, number
8    one, is most similar in effect, and which drugs -- which pair
9    of drugs are most similar in potency.
10       No, I don't think the case reports are useful for that.  It
11   is not definitive information, these are uncontrolled studies.
12           MR. MORRIS:  I am showing him the order, Judge, and I
13   would like to review the last two pages that discussed his
14   testimony.
15   BY MR. MORRIS:
16   Q.  Starting right from Exhibit 28.
17   A.  You would like me to read this?
18   Q.  Yes.
19   A.  Beginning the only -- 50 percent -- who testified that
20   methylone was only 20 percent --
21           THE COURT:  You have to slow down.
22           Did you want him to read it?
23           MR. MORRIS:  Not out loud.
24           THE COURT:  Read it to yourself and let us know when
25   you are done.
```

```
 1              THE WITNESS:  I am done.

 2              THE COURT:  Okay.

 3              MR. MORRIS:  I guess, without putting it in evidence,

 4    I want him to answer the question --

 5              MR. PEACOCK:  I don't have any objection to the Court

 6    taking judicial notice of the order.

 7              THE COURT:  All right.  It will be marked for

 8    identification.  The Court takes judicial notice.

 9    BY MR. MORRIS:

10    Q.  You seem to have a real problem with the word --

11              MR. PEACOCK:  Objection to the characterization.

12              MR. MORRIS:  Okay, let me rephrase it.

13    BY MR. MORRIS:

14    Q.  You stated "substantially similar is impossible to use in

15    determining a comparable substance under the guidelines",

16    correct?

17    A.  In my report, I stated that that term is not an accepted

18    scientific term among pharmacologists, you rarely see it in

19    publications.  That is what I stated.

20    Q.  Actually, going from paragraph 7 through 13, right?

21    A.  Yes.

22    Q.  You spent a lot of time on that?

23    A.  I do.

24    Q.  And yet, you had no difficulty when counsel for the

25    Defendant asked you whether or not you had cherry picked any of
```

1    the reports for purposes of your -- any of the reports that you

2    listed in your report -- that is not a scientific term, is it?

3    A.  I don't understand the question.

4    Q.  Cherry picking is not a scientific term?

5    A.  It is used among scientists as a pejorative term, yes.

6    Q.  What is the problem with the term "substantially similar"?

7    A.  The main problem is, it is not defined.

8    Q.  Is cherry picked defined?

9    A.  It is an anecdotal phrase, scientists know what that means.

10        You know, I haven't looked up the definition of cherry

11   picking because it came up today.

12   Q.  Isn't the point really just trying to convey similar, as

13   close as possible?

14   A.  I don't understand that question.

15   Q.  Isn't that really what the guidelines are asking you to do,

16   trying to find the most closely related based on structure,

17   potency and effect?

18   A.  Well, that is true, but it is my obligation and scientists'

19   obligation to review all the available data in coming to an

20   estimate, which is what this is.

21   Q.  And yet, at the end of the day you decided the most closely

22   related or most similar substances are two substances that have

23   been FDA approved and where there are human studies; is that

24   correct?

25   A.  For alpha-PVP, yes, that is correct.  But I don't see the

Pauline A. Stipes, Official Federal Reporter

```
1    issue with that, to be honest.

2    Q.  Okay.

3         MR. MORRIS:  No further questions.

4         THE COURT:  Okay.

5         MR. PEACOCK:  Five minutes, Judge.

6                    REDIRECT EXAMINATION

7    BY MR. PEACOCK:

8    Q.  "Substantially similar" is a legal term, isn't it?

9    A.  Yes.

10   Q.  It is in the guidelines?

11   A.  Correct.

12   Q.  It is not a scientific term?

13   A.  That is correct.

14   Q.  Is that what gives you the trouble in dealing with it?

15   A.  That is precisely what gives me the difficulty.

16        In this, we kind of have no choice here.  This is not a

17   Daubert hearing, we are not challenging the science behind the

18   sentencing.  We are left with a three-step process which we

19   have to somehow do.

20   Q.  Okay.

21        Have you done your best to assemble the existing data,

22   whether it be in vitro, in vivo, or human, on these substances

23   that we discussed today?

24   A.  I believe I have, yes.

25   Q.  Is it your opinion that the more data you can assemble, the
```

1    better founded your opinion can be?

2    *A.*  Absolutely, yes.

3    *Q.*  Given the data that exists, are you confident that you have

4    given the Court the best opinion you can under the

5    circumstances?

6    *A.*  Yes, this is the best opinion I can give.

7    *Q.*  Have you authored a report in this case?

8    *A.*  Yes.

9    *Q.*  Is that the report we have been referring to?

10   *A.*  It is.

11   *Q.*  Why did you author that report?

12   *A.*  I wanted to be as complete as possible in explaining my

13   opinion and how I arrived at it.

14   *Q.*  Does that report encompass both the good points and the bad

15   points about your opinion?

16   *A.*  Yes, it does.

17   *Q.*  Do you still come down to the same conclusion?

18   *A.*  I do.

19   *Q.*  Despite the Government's cross-examination, do you still

20   stand with your opinion?

21   *A.*  I do.

22          *MR. PEACOCK:*  No further questions.

23          *THE COURT:*  Okay, thank you very much.  You may step

24   down.

25          Has the Government presented all of its evidence?

```
 1              MR. MORRIS:  Yes, Your Honor.

 2              THE COURT:  Has Defense presented all of its evidence?

 3              MR. PEACOCK:  Yes, ma'am, on this issue.

 4              THE COURT:  Well, all evidence.

 5              I will hear argument, but evidence.

 6              MR. PEACOCK:  I have one document I want to submit and

 7      I walked out without it last night, Your Honor.

 8              THE COURT:  No other witnesses?

 9              MR. PEACOCK:  No, no, ma'am.

10              THE COURT:  Let's go through the documentary evidence.

11              I have an exhibit list.  Is this the Government's

12      exhibit list?

13              MR. MORRIS:  Yes.

14              THE COURT:  It is not marked.  Are there exhibits you

15      have agreed to -- all I have done is admit 26 and mark 28.

16              What else did we do with this?

17              MR. MORRIS:  The only thing we listed --

18              THE COURT:  There is a lot listed, they are 25 -- are

19      they all presumed in evidence by agreement?

20              MR. MORRIS:  We did the two PowerPoint presentations,

21      18 and 19.

22              THE COURT:  So, 18 and 19 admitted without objection?

23              MR. PEACOCK:  Yes.

24              THE COURT:  That was admitted on 4/19.

25              MR. MORRIS:  26, the Smith report.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  Yes, today.

 2              MR. MORRIS:  27 is the slide number 10 which came from

 3      the PowerPoint.

 4              THE COURT:  Slide number 10 from which PowerPoint?

 5              MR. MORRIS:  DiBerardino.

 6              THE COURT:  That is marked for ID, the PowerPoint is

 7      in.

 8              MR. MORRIS:  Yes, that is true.

 9              THE COURT:  That is marked for ID.

10              MR. MORRIS:  The McGuire order is marked for ID.

11              THE COURT:  What about these others?

12              MR. MORRIS:  Those are slides from the PowerPoint.

13              THE COURT:  You are not going to do anything with

14      them?

15              MR. MORRIS:  No.

16              THE COURT:  20, the video.

17              MR. MORRIS:  That didn't come in.

18              THE COURT:  I am going to have that marked for

19      identification.  We spoke about it on the 19th.

20              What about 21 through 25?

21              MR. MORRIS:  We have not presented those.

22              THE COURT:  We will leave that alone.

23              Defense is going to have one exhibit?

24              MR. PEACOCK:  Yes, ma'am.

25              I should make Dr. DeCaprio's report an exhibit.
```

```
1                THE COURT:  Can you submit a Defense exhibit list so
2      we keep them separate?
3                MR. PEACOCK:  Yes.
4                THE COURT:  Two exhibits?
5                MR. PEACOCK:  Yes.
6                THE COURT:  It will be Dr. DeCaprio's report.
7                MR. PEACOCK:  Yes.  A letter from Jaime Lewis to the
8      Defendant.
9                THE COURT:  Okay.
10               MR. MORRIS:  I know we had spoken about this.
11               MR. PEACOCK:  We talked about it.
12               THE COURT:  Any objection?
13               MR. MORRIS:  Well, you know -- not as to authenticity.
14               MR. PEACOCK:  It is authentic.
15               MR. MORRIS:  Maybe relevance.
16               THE COURT:  I will overrule the objection.  It is in,
17     Defense Exhibit 1, DeCaprio's report, and 2, the letter.
18               If you'd submit to the Court the exhibit list and
19     those two exhibits.
20               MR. PEACOCK:  Yes, ma'am.
21               THE COURT:  As soon as you are able to do that, that
22     is helpful.  That is number one.
23               Number two, we now have all of the evidence.  So, now
24     the Court needs to set another time to meet again, and
25     Ms. Williams will work with you on the next date.
```

```
 1            As far as I can tell, all that remains is for you now

 2   to make argument as relates to the objections that were filed

 3   at Docket Entry 175, that include role adjustment, offense

 4   characteristic, that is the firearm.

 5            So the role adjustment, there was a plus four, the

 6   weapon, there was a plus two, and then, of course, argument as

 7   to everything that is relating to what we have been spending

 8   the day discussing, which is the equivalency of the ethylone

 9   and alpha-PVP to drugs that would appear in the guidelines and

10   how the Court is to calculate that for purposes of coming up

11   with its calculation.

12            Am I correct, those are the three main areas of

13   objections?

14            MR. MORRIS:  I agree.

15            MR. PEACOCK:  And variance.

16            THE COURT:  There is also, I understand, a motion for

17   downward variance, and that is Docket Entry 192.

18            So, how much time is needed for that, for making

19   arguments on your objections?  I have heard the evidence, you

20   are going to summarize your positions, and be making arguments

21   with regard to downward variance and agreement therein or

22   opposition.

23            Are you propose -- opposing one another as far as the

24   sentence?

25            MR. PEACOCK:  Yes.
```

```
1           THE COURT:  How much time is needed?

2           MR. MORRIS:  We think we could do it in an hour.

3           MR. PEACOCK:  Hour and 15.

4           THE COURT:  We'll confer on that.  We do begin a trial

5  on Tuesday, and a continuation of a sentencing on Monday in Ft.

6  Pierce, trial starting on Tuesday.  Lakeshia and I will speak

7  of that and coordinate with it.

8           What would be helpful for the Court is to have a memo

9  submitted from both of you that summarizes the issues relating

10 to the drugs, not on the other objections with role assessment

11 and firearm.

12          I heard the evidence, I understand the issues.  You

13 can argue it orally.

14          I would like a written memo whereby you summarize in

15 the best way you can in terms of an easy way for -- that you

16 would like me to digest and understand the complexities of what

17 has been presented by the very esteemed experts we have had in

18 the last two hearings, what you think it says in support of

19 your position and how it relates to the issue in this case,

20 guideline calculations, very specific, walk me through the

21 points.

22          And I would like to set a date that that is done so we

23 know it is done before the sentencing, the continuation of the

24 sentencing.  Would it be realistic to ask you to have that in

25 one week?
```

```
 1            Today is the 20th.  By the 27th, that gives you all
 2    week to do it.
 3            MR. PEACOCK:  Perfect.
 4            THE COURT:  By noon on the 27th, that is before
 5    Memorial weekend, and we will work to find a date for the
 6    continuation for an hour, hour and 15 minutes.
 7            Anything else pending, Lakeshia?
 8            Anything else that needed to be addressed or does that
 9    cover it?
10            MR. MORRIS:  Nothing from the Government.
11            MR. PEACOCK:  That is it.
12            THE COURT:  Okay, we look forward to getting the memos
13    and the exhibit lists.  I want to make sure we have the
14    Government exhibits.
15            I would like to take them with the exhibit list and
16    hold on to them, and we will have the sentencing -- I do have
17    DeCaprio, but you need to mark it.  It doesn't have a sticker
18    on it.
19            MR. PEACOCK:  Yes, ma'am.
20            THE COURT:  Thank you for your time.
21            Have a good rest of the day and weekend.
22            MR. PEACOCK:  You too, Your Honor.
23        (Thereupon, the hearing was concluded.)
24                            * * *
25
```

1          I certify that the foregoing is a correct transcript

2     from the record of proceedings in the above matter.

3

4          Date:   June 10, 2016

5                         /s/ Pauline A. Stipes, Official Federal Reporter

6                              Signature of Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'**

'60's [2] 87/21 87/24
'80's [1] 20/8

**.**

.3 [1] 97/10

**/**

/s [1] 128/5

**1**

10 [7] 9/11 9/14 9/22 111/18 123/2 123/4 128/4
100 [8] 37/25 38/18 39/21 39/23 40/6 40/10 40/19 40/20
107 [1] 2/15
109 [1] 1/20
11 [5] 12/16 12/16 73/23 97/17 97/20
112 [1] 2/21
11:00 [2] 73/15 73/16
12 [1] 73/15
120 [1] 2/16
123 [2] 2/22 2/23
124 [2] 2/24 2/25
12:45 [1] 73/23
13 [5] 2/6 2/20 30/16 93/8 118/20
14 [3] 38/8 38/9 108/5
15 [7] 4/19 38/8 38/12 56/17 74/1 126/3 127/6
15-80068 [1] 3/3
15-CR-80068-ROSENBERG [1] 1/3
150 milligrams [1] 101/3
16 [1] 2/7
175 [1] 125/3
175 milligrams [1] 101/2
18 [3] 93/23 122/21 122/22
19 [4] 3/5 122/21 122/22 122/24
1900's [1] 87/14
192 [1] 125/17
1960's [1] 87/19
1997 [3] 29/20 98/14 115/15
1999 [2] 30/13 95/8
19th [4] 3/12 25/8 26/17 123/19

**2**

20 [4] 1/8 2/23 42/5 123/16
20 percent [1] 117/20
20,000 [1] 50/21
200 [1] 39/20
2000 [2] 32/24 43/10
2000's [1] 87/21
2007 [1] 29/22
2011 [1] 87/16
2012 [1] 31/12
2013 [3] 32/14 95/24 97/10
2014 [1] 88/3
2015 [1] 63/9
2016 [3] 1/8 3/5 128/4
20th [1] 127/1
21 [1] 123/20
2123 [1] 1/21
23 [2] 55/17 62/15
2337 [1] 1/23
25 [4] 42/5 42/9 122/18 123/20
250 [1] 39/20
26 [7] 2/20 12/25 13/4 13/7 13/12 122/15 122/25
27 [3] 2/22 111/18 123/2
27th [2] 127/1 127/4
28 [6] 2/21 111/18 111/19 112/2 117/16

122/15
2B1.1 [3] 72/14 88/10 101/19
2D1.1 [4] 8/19 75/8 83/7 104/25
2nd [1] 1/20

**3**

3 percent [1] 23/25
30 [2] 4/7 93/6
30 percent [1] 97/11
31 [1] 34/1
32 [2] 35/17 36/21
33401 [1] 1/17
34950 [1] 1/20
35 [2] 2/8 56/23
36 [2] 36/10 36/12
38 [1] 36/21
380 [3] 14/25 15/5 38/1
39 [1] 37/5

**4**

4-methyl [1] 103/8
4-methylenedioxy [1] 103/8
4.1 [2] 96/21 96/23
4.5 [1] 98/23
4.8 [1] 97/2
4/19 [1] 122/24
40 [2] 37/7 50/21
400 [1] 1/17
42 [1] 2/10
45 [3] 16/19 16/20 98/3
48 [2] 40/22 93/9

**5**

50 [13] 16/18 25/12 40/13 96/8 96/10 96/13 96/13 96/16 96/16 97/1 98/20 98/20 103/23
50 percent [2] 96/9 117/19
500 [3] 1/16 37/25 50/13
561-820-8711 [1] 1/18

**6**

62 [1] 2/11

**7**

72 [1] 2/12
74 [1] 2/14
772-467-2337 [1] 1/23
772-489-2123 [1] 1/21

**8**

80068 [1] 3/3
8711 [1] 1/18
8:30 [1] 3/9

**A**

a part [1] 22/22
a-PVP [1] 61/23
abilities [1] 69/2
ability [4] 60/25 68/20 89/13 103/24
able [5] 34/10 75/23 92/17 92/17 124/21
about [77] 4/7 17/11 20/9 22/12 22/12 22/21 23/8 27/16 28/17 28/19 29/24 32/14 32/24 36/25 39/25 41/22 45/11 45/11 46/8 48/10 49/13 53/1 53/3 53/14 60/15 63/9 63/18 67/1 67/5 68/4 70/24 71/7 71/12 71/20 71/22 75/21 76/23 78/9 78/15 78/21 79/24 80/16 81/11 82/8 83/3 83/7 85/22 86/2 87/11 87/18 88/6 88/8 88/13 88/24 90/14 94/25 95/6 97/15 99/1 100/7 102/5 103/1 104/7 104/10 105/2 105/3 106/14 107/1 112/6 112/18 116/10 121/15 123/11 123/19 123/20 124/10 124/11
above [2] 96/14 128/2

absence [1] 111/8
Absolutely [2] 93/16 121/2
abstract [1] 30/22
Abuse [1] 20/23
accept [1] 56/7
accepted [3] 76/1 114/10 118/17
accepting [1] 54/11
according [2] 39/10 73/11
account [2] 24/5 25/3
accurate [4] 38/14 77/22 78/6 82/19
acetals [1] 70/9
acetol [6] 59/20 69/15 69/17 69/22 70/7 70/14
achieve [2] 97/1 106/20
acidic [1] 54/11
acronyms [1] 40/5
across [1] 58/15
acting [1] 41/17
action [14] 54/13 79/4 79/5 80/14 87/4 88/24 89/21 90/19 90/20 92/15 100/10 102/1 106/21 114/9
actions [1] 82/16
activate [1] 80/8
activation [2] 82/15 102/15
active [2] 43/25 43/25
activity [13] 31/25 32/11 38/15 64/18 77/8 81/20 82/12 98/24 99/2 99/5 99/6 99/7 101/23
actual [7] 7/20 37/24 54/19 65/1 83/1 108/22 113/3
actually [10] 51/4 75/2 84/22 89/8 90/12 93/21 96/14 102/3 116/24 118/20
added [1] 82/25
addition [2] 102/15 110/2
additional [4] 11/9 58/25 59/1 106/22
addressed [1] 127/8
adequate [3] 85/15 85/19 106/23
adjust [1] 23/13
adjustment [2] 125/3 125/5
administer [1] 23/2
administered [4] 22/6 22/15 22/20 32/12
administration [9] 21/25 22/2 22/8 22/10 22/25 33/19 33/23 99/19 113/2
administrations [1] 23/5
admit [1] 122/15
admitted [4] 13/10 111/16 122/22 122/24
admitting [1] 112/4
adverse [6] 26/7 26/13 26/22 37/19 37/20 75/5
affect [3] 52/14 63/25 80/11
affects [1] 89/18
affinity [1] 32/20
after [5] 24/11 38/17 38/22 73/16 94/10
afternoon [1] 108/2
again [20] 5/11 5/16 10/24 15/9 24/3 30/7 31/13 31/18 32/16 36/16 40/17 69/19 81/4 82/3 85/6 87/2 101/23 105/17 112/21 124/24
against [4] 17/20 85/3 97/5 103/18
ago [3] 25/1 63/9 107/24
agree [24] 7/12 7/14 19/7 21/16 26/16 38/19 38/21 39/15 41/5 42/16 67/10 70/18 72/1 74/13 80/13 86/18 87/25 89/25 90/5 90/8 90/10 99/3 102/6 125/14
agreed [1] 122/15
agreement [2] 122/19 125/21
ahead [6] 10/7 45/9 48/19 54/16 73/13 88/18
aimed [1] 43/21
Albany [1] 75/2
alcohol [4] 56/1 56/3 56/4 57/18
alkali [1] 60/5
alkyl [4] 6/12 6/15 7/1 7/6
all [75] 5/23 9/19 10/4 11/13 12/17 13/3 13/10 15/14 16/18 16/20 18/6 19/2 19/4 19/17

**A**

all... [61]  26/3 26/8 26/12 26/14 26/21 26/21
26/25 31/4 31/11 31/11 32/6 32/13 32/23 33/8
35/4 35/12 39/24 40/4 40/14 45/1 49/24 54/23
54/25 56/23 58/24 59/9 60/16 60/17 61/15
73/18 75/1 75/20 79/16 81/24 82/2 84/22
92/21 93/1 93/17 94/11 95/1 95/22 96/22 98/1
101/15 105/6 108/19 112/21 112/23 116/12
116/21 118/7 119/19 121/25 122/2 122/4
122/15 122/19 124/23 125/1 127/1
allegation [1]  94/10
allotting [2]  62/21 62/22
allow [3]  34/15 80/5 98/20
allowed [2]  4/19 56/19
alone [8]  38/11 38/15 39/9 39/11 59/1 108/10
112/7 123/22
along [2]  37/17 55/11
alpha [87]  5/5 5/7 5/12 5/14 5/25 6/1 6/5 6/15
7/9 8/4 8/10 14/5 14/15 14/21 15/10 15/14
15/23 17/13 17/17 18/9 18/17 19/5 27/10
27/12 27/12 27/17 27/21 34/19 38/1 40/13
40/14 40/15 40/18 44/15 46/22 47/10 47/10
54/10 60/2 60/2 60/16 61/14 66/8 68/2 68/7
68/16 69/3 70/2 70/3 70/10 72/12 72/15 72/17
72/22 73/7 77/20 78/9 83/4 85/20 87/20 87/23
89/22 90/17 90/22 91/10 101/7 101/9 101/21
102/4 102/13 102/17 102/22 103/7 103/12
104/4 106/12 109/5 113/10 113/12 113/21
114/2 114/6 116/10 116/11 116/17 119/25
125/9
alpha-PVP [78]  5/5 5/7 5/12 5/14 5/25 6/1
6/5 7/9 8/4 8/10 14/5 14/15 14/21 15/10 15/14
15/23 17/13 27/10 27/12 27/17 27/21 34/19
38/1 40/13 40/14 40/15 40/18 44/15 46/22
47/10 60/2 60/2 60/16 61/14 66/8 68/2 68/7
68/16 69/3 70/2 70/3 70/10 72/12 72/15 72/17
72/22 73/7 77/20 78/9 83/4 85/20 87/20 87/23
89/22 90/17 90/22 91/10 101/7 101/9 101/21
102/4 102/13 102/17 102/22 103/12 104/4
106/12 109/5 113/10 113/12 113/21 114/2
114/6 116/10 116/11 116/17 119/25 125/9
alpha-pyrrolidinovalerophenone [1]  103/7
already [2]  12/13 98/14
also [24]  7/7 8/7 11/4 15/17 28/3 28/18 28/22
29/18 47/14 54/3 56/11 59/1 65/9 66/7 70/14
70/18 82/9 87/21 88/25 90/4 101/16 104/13
117/1 125/16
alters [3]  53/17 54/5 54/14
always [7]  19/15 34/21 65/1 76/18 90/25
105/4 105/4
am [54]  3/17 7/24 8/24 9/7 9/11 9/21 12/4
12/24 22/9 23/25 24/7 24/11 25/12 25/16
27/12 29/23 31/6 31/10 31/13 31/21 32/21
32/25 33/4 33/18 33/24 36/2 48/16 52/8 55/14
55/15 56/17 66/9 68/25 69/6 70/19 70/20 75/9
85/11 85/17 99/16 103/20 105/1 107/1 108/18
110/1 111/14 111/15 111/20 112/3 115/21
117/12 118/1 123/18 125/12
Ambulation [1]  32/10
AMERICA [1]  1/4
amid [4]  57/16 57/17 57/18 58/5
amine [12]  9/23 47/22 60/20 60/22 60/24
60/25 61/7 61/8 68/20 69/3 69/3 70/11
amino [1]  53/22
among [5]  67/24 80/13 111/4 118/18 119/5
amount [6]  22/13 22/15 23/8 23/11 25/22
89/1
amounts [1]  37/18
amphetamine [5]  57/8 58/11 58/16 58/17
69/8

amphetamines [5]  10/18 11/2 11/4 11/8
11/11
analog [3]  44/6 48/18 75/7
analogous [1]  61/2
analogs [1]  103/8
analysis [17]  7/9 7/21 20/21 62/6 69/6 70/4
70/19 77/4 82/6 98/17 100/4 100/12 110/5
110/18 115/17 115/19 116/1
analyst's [1]  53/4
analyze [1]  82/9
and/or [1]  119/8
anecdotal [1]  119/9
anecdotally [1]  87/21
angle [1]  53/24
animal [13]  23/15 25/6 31/2 37/2 37/4 37/17
76/17 76/22 78/25 82/24 108/10
animals [19]  20/15 20/22 20/23 20/25 21/5
21/11 21/14 23/15 24/22 25/3 30/3 31/18 37/5
38/11 76/19 76/20 103/22 104/5 106/14
another [16]  7/10 11/23 18/6 24/22 32/5 52/5
64/8 67/1 70/20 75/17 76/6 89/19 112/22
115/19 124/24 125/23
answer [8]  8/5 37/21 63/16 68/3 108/18
109/8 116/13 118/4
ANTHONY [3]  2/13 74/5 74/6
anticipated [1]  48/15
any [30]  4/3 13/1 21/14 24/13 27/14 34/7
34/23 39/1 39/5 41/4 43/19 48/11 57/10 58/2
58/9 58/21 70/23 71/12 75/16 84/23 85/24
93/11 96/20 97/24 116/11 116/16 118/5
118/25 119/1 124/12
anything [6]  13/8 27/10 35/25 123/13 127/7
127/8
anyway [1]  73/14
appear [5]  49/6 51/9 51/14 64/24 125/9
APPEARANCES [1]  1/14
appearing [1]  3/18
application [1]  43/23
applied [1]  43/19
applies [1]  82/17
apply [1]  65/23
applying [2]  7/19 8/25
appreciate [1]  3/7
approaching [1]  102/22
appropriate [7]  20/2 21/4 21/6 21/17 21/22
22/19 112/24
appropriately [1]  23/13
approval [2]  78/1 113/15
approved [4]  109/15 109/20 109/21 119/23
approving [1]  107/6
approximately [4]  29/21 49/18 49/20 100/5
April [4]  3/5 3/12 25/8 26/17
April 19 [1]  3/5
April 19th [3]  3/12 25/8 26/17
are [305]
area [7]  43/11 43/19 53/14 74/13 83/17 83/20
107/3
areas [1]  125/12
aren't [1]  76/18
arguable [1]  85/2
arguably [1]  97/5
argue [1]  112/13
argument [6]  10/21 14/17 110/20 122/5
125/2 125/6
argumentative [1]  17/7
arguments [2]  125/19 125/20
arises [1]  14/19
arithmetically [2]  95/13 97/2
around [6]  29/9 32/10 59/9 59/11 87/12
87/19
arrangement [2]  45/16 45/24

arrive [6]  6/23 6/24 84/8 84/17 92/17 92/20
arrived [1]  121/13
arriving [1]  83/7
article [19]  4/2 12/11 12/15 35/18 39/2 49/2
49/3 49/4 49/6 85/7 86/7 90/13 100/24 102/3
104/7 104/12 115/5 115/6 115/8
articles [1]  104/12
as [164]
ascertained [1]  66/1
ask [13]  7/22 29/25 30/2 32/6 52/12 62/12
67/3 75/21 84/24 97/15 104/7 111/15 126/24
asked [8]  7/24 37/3 40/1 66/13 97/4 108/14
111/7 118/25
asking [5]  22/9 31/6 56/13 103/20 119/15
asks [1]  67/14
aspects [1]  5/22
assay [4]  20/2 33/2 37/14 99/21
assays [4]  33/20 76/18 77/10 82/12
assemble [2]  120/21 120/25
assembled [1]  84/16
assessed [3]  93/5 93/7 94/11
assessment [4]  70/23 71/12 85/9 126/10
assessments [4]  48/9 48/13 48/25 69/20
assign [1]  84/22
assistance [1]  94/13
assists [1]  94/16
associate [2]  42/25 74/18
associated [2]  69/2 117/5
assume [1]  85/7
assuming [1]  24/7
assumption [4]  96/15 96/16 96/25 98/22
atom [3]  12/1 57/15 86/16
atomic [1]  45/19
atoms [14]  45/14 45/15 45/20 45/24 47/21
47/21 54/25 55/8 56/2 57/24 57/25 58/15
58/16 58/19
atropine [1]  57/23
attach [1]  6/7
attached [8]  6/2 54/23 56/5 57/17 60/9 60/20
60/22 73/1
attention [2]  60/4 109/13
attenuating [1]  70/9
Attorney's [1]  1/16
Australian [1]  1/16
authentic [1]  124/14
authenticity [1]  124/13
author [1]  121/11
author's [1]  84/1
authored [1]  121/7
authors [1]  17/16
automatically [1]  69/7
autopsies [5]  27/3 27/4 27/12 27/14 116/5
available [15]  7/11 37/10 83/12 84/3 85/6
87/3 92/21 95/3 95/19 100/21 101/16 101/24
108/19 113/24 119/19
Avenue [1]  1/16
average [10]  40/9 40/10 93/10 96/22 96/23
100/5 108/19 114/21 115/4 116/3
averaged [2]  92/24 114/25
averaging [2]  98/17 114/25
aware [10]  20/15 27/1 29/25 30/13 33/18
39/1 99/11 104/18 104/25 113/17
away [2]  55/6 71/1
awful [1]  114/1
awhile [1]  87/11

**B**

back [16]  6/12 25/8 26/16 35/17 38/7 55/3
55/16 62/6 71/20 73/15 81/1 81/3 82/10 88/23
89/4 91/17
background [1]  55/10

**B**

backs [2]  88/2 88/3
bad [1]  121/14
base [1]  84/21
based [31]  6/24 7/11 10/23 15/14 21/2 33/5
37/16 38/11 38/15 39/10 46/3 64/18 65/15
65/21 67/6 67/19 67/21 78/25 83/16 84/1
99/20 100/4 100/9 100/21 100/24 101/23
104/12 108/9 112/12 115/23 119/16
basic [4]  5/15 63/19 63/20 102/11
basically [6]  64/8 64/22 80/9 86/16 98/9
114/23
basis [6]  22/5 41/1 79/12 85/7 100/20 117/2
Baumann [3]  31/11 31/16 32/4
be [127]  3/17 7/5 7/10 15/25 15/25 16/16 17/8
19/11 20/20 21/2 21/13 21/22 23/22 24/4
24/23 25/3 26/24 31/16 31/17 32/2 33/6 33/20
34/10 34/14 35/24 37/8 37/25 39/8 40/10
40/18 40/20 42/3 42/4 42/10 43/22 45/3 45/23
46/1 46/13 46/24 48/17 49/13 49/16 49/17
49/19 50/15 50/17 51/1 51/15 54/8 56/22 58/4
58/6 58/9 58/21 60/15 61/2 61/3 61/15 62/25
63/2 63/24 64/19 64/19 65/8 65/10 68/2 68/16
69/4 69/23 72/24 73/16 75/21 77/3 77/19 78/8
78/11 79/21 80/10 81/1 83/21 85/2 85/8 86/13
86/22 87/23 89/4 89/13 91/20 92/10 94/13
95/1 95/17 96/10 97/13 97/17 97/20 97/24
98/12 99/2 100/3 100/5 100/9 100/13 100/21
103/17 104/13 105/18 106/22 107/6 107/9
108/22 111/15 111/18 112/18 113/10 115/6
118/7 120/1 120/22 121/1 121/12 124/6
125/20 126/8 126/24 127/8
BEACH [4]  1/2 1/7 1/17 1/23
bear [2]  7/25 19/17
bearing [2]  21/21 22/11
because [23]  11/25 14/14 32/3 32/6 34/13
37/4 48/24 51/16 58/2 58/4 60/1 63/17 63/23
65/24 71/15 72/21 76/1 88/7 105/15 112/20
114/8 115/25 119/11
been [28]  19/12 20/4 20/9 21/10 21/14 23/1
23/10 25/4 26/21 26/25 29/18 34/18
34/20 39/7 39/20 44/10 59/4 78/10 83/17
85/25 87/11 94/8 113/15 119/23 121/9 125/7
126/17
before [14]  1/11 5/1 16/25 23/10 33/9 34/13
40/1 44/11 65/12 75/10 78/15 97/4 126/23
127/4
begin [2]  3/9 126/4
beginning [4]  3/4 35/17 77/7 117/19
begins [1]  35/17
begs [2]  23/4 97/22
behavior [1]  99/8
behavioral [1]  80/23
behind [1]  120/17
being [10]  5/5 5/5 34/23 35/2 60/14 99/2
99/10 102/12 102/13 106/1
beings [2]  20/9 77/21
belabor [1]  42/19
believe [23]  15/17 16/10 20/7 21/8 27/12
29/13 30/18 39/7 41/10 51/1 72/12 75/15
78/11 87/19 87/22 88/4 93/5 93/20 99/13
106/15 110/12 110/15 120/24
bench [2]  76/13 78/2
beneficial [1]  86/22
benefit [1]  111/4
benefits [1]  75/6
best [4]  120/21 121/4 121/6 126/15
beta [8]  10/8 10/17 10/18 11/4 11/8 11/10
53/12 53/22
better [5]  57/1 78/24 112/18 114/3 121/1

between [22]  5/11 5/24 7/2 26/23 39/14 42/1
46/9 54/8 57/16 57/22 62/22 72/15 88/16 91/1
92/18 95/9 97/3 105/5 106/21 110/1 111/24
115/22
beyond [1]  51/10
bias [1]  65/5
big [4]  39/13 87/9 87/10 94/25
bind [4]  64/24 64/25 80/7 89/8
binding [1]  64/23
binds [1]  36/23
bio [1]  43/25
biochemistry [4]  42/24 43/2 43/13 43/20
biologically [2]  43/25 53/4
bit [4]  31/5 39/25 71/20 78/22
block [3]  89/5 89/7 91/16
blocker [2]  89/13 90/12
blocking [3]  89/2 89/20 97/20
blocks [1]  60/25
blood [3]  23/12 23/12 81/13
bloodstream [1]  22/17
Board [1]  78/1
body [4]  27/21 86/2 87/8 101/8
bond [2]  52/4 52/5
bonding [7]  54/12 56/6 56/7 56/8 61/1 68/21
69/2
bonds [6]  45/17 51/21 51/22 55/2 55/3 56/12
both [16]  3/6 5/14 10/11 10/14 14/22 34/9
38/19 57/12 59/24 70/14 77/19 88/11 101/25
112/16 121/14 126/9
bottom [6]  49/8 50/11 78/5 96/5 96/20 96/20
box [4]  32/10 47/11 59/1 64/9
brain [7]  27/23 79/21 79/22 79/25 80/1 80/5
81/7
brainer [1]  12/2
break [4]  41/11 73/14 73/14 111/21
breaks [1]  9/22
breast [1]  58/20
brief [3]  3/17 5/12 92/10
briefly [9]  4/2 27/16 42/21 45/10 54/18 55/19
74/17 82/21 86/5
bring [1]  44/22
brings [1]  60/2
broad [1]  47/15
brought [1]  14/16
built [1]  4/7
BULLY [2]  1/7 3/2
burden [1]  35/6
butanone [2]  58/23 59/3

**C**

C-A-T-H-I-N-O-N-E [1]  14/12
C-O-Z-Z-I [1]  30/13
calculate [2]  98/20 125/10
calculated [1]  92/22
calculation [2]  40/9 125/11
calculations [2]  111/8 126/20
call [11]  13/9 18/16 28/22 34/11 44/6 62/20
67/12 71/15 76/18 81/15 111/20
called [9]  5/25 6/17 10/17 30/18 34/23 36/4
69/20 78/1 112/1
calling [2]  111/19 114/10
calls [1]  71/14
came [6]  39/21 48/17 64/22 108/19 119/11
123/2
can [85]  4/8 5/12 7/10 9/12 9/12 11/14 12/10
13/21 13/22 13/25 14/6 16/23 18/16 23/7
23/12 23/19 25/12 25/16 29/14 30/2 33/5 33/8
33/21 34/13 35/3 35/23 36/15 37/11 38/3
38/21 42/9 44/22 45/23 49/9 49/17 52/17
52/18 52/25 53/1 53/9 53/14 53/16 55/7 55/11
56/5 56/7 56/12 56/15 58/12 61/1 63/16 64/4

64/13 65/16 65/20 67/19 70/21 78/23 81/20
83/13 88/8 88/25 88/25 93/3 94/23 94/25 97/9
98/12 100/19 101/17 111/21 111/24 112/3
112/7 112/11 112/14 116/2 116/22 120/25 121/1
121/4 121/6 124/1 125/1 126/13 126/15
can't [13]  19/10 23/2 23/4 30/25 33/19 33/23
38/21 38/22 39/9 65/14 94/7 108/12 115/24
cannabinoid [1]  18/7
cannot [10]  31/3 32/21 37/11 53/3 61/15
65/16 65/17 65/21 66/2 89/4
capability [1]  102/19
capable [1]  54/11
capacity [1]  104/19
carbinol [1]  11/9 11/11
carbon [17]  6/7 10/21 47/21 47/21 51/21
51/21 51/23 53/21 54/2 54/10 56/6 59/16
59/19 70/22 71/10 73/1 73/4
carbons [10]  6/2 6/6 7/2 45/19 47/20 47/24
47/24 54/23 56/4 60/5
carbonyl [5]  51/22 51/22 52/3 53/19 58/13
carried [1]  95/19
case [38]  1/3 3/3 7/23 11/16 14/15 22/5 22/5
37/25 49/18 52/8 52/9 56/3 63/5 64/8 66/13
67/1 69/14 70/6 70/10 70/20 71/3 79/25 83/14
84/2 96/20 102/2 104/4 110/6 111/6 114/13
114/13 115/11 115/12 116/12 116/18 117/10
121/7 126/19
case-by-case [1]  22/5
cases [6]  75/18 82/10 83/1 93/19 96/12 96/18
Cason [5]  29/20 98/14 99/20 99/20 115/15
categories [1]  98/24
category [1]  102/4
cathinone [6]  11/5 58/17 68/16 68/17 69/24
103/25
cathinones [2]  7/9 69/8
caught [1]  73/25
cause [5]  24/24 27/7 89/2 89/9 96/9
caused [1]  116/8
cell [7]  80/6 80/7 80/25 81/2 89/4 89/9 91/18
cells [6]  76/20 80/1 80/5 81/4 82/23 82/24
cellular [1]  87/5
center [1]  91/18
central [6]  57/24 79/20 80/11 80/19 81/14
81/14
certain [3]  3/8 5/22 103/22
certainly [9]  36/22 51/9 77/5 79/2 82/11
82/25 91/22 97/12 114/3
certainty [1]  49/9
certify [1]  128/1
CH2 [1]  54/8
chain [5]  47/25 60/5 60/6 60/23 60/25
chairs [1]  42/25
challenge [1]  79/12
challenging [1]  120/17
change [1]  107/16
changes [3]  7/3 50/18 59/24
Chapter [1]  8/19
chapters [1]  52/1
characteristic [1]  125/4
characterization [1]  118/11
chart [2]  94/12 97/8
charts [1]  94/14
chase [2]  5/3 50/8
Chauka [1]  63/6
cheapest [1]  77/11
chemical [58]  5/15 7/10 7/20 8/9 11/22 40/25
41/23 41/24 42/8 42/17 43/24 44/8 44/11
44/17 44/19 45/11 45/13 45/17 45/18 46/9
46/10 47/5 47/9 47/12 49/23 50/2 50/16 50/18
51/16 52/12 53/4 53/15 53/17 54/20 58/4 58/7
58/24 60/17 61/23 63/24 65/5 65/6 65/22 66/3

**C**

chemical... [14]  66/18 67/5 67/6 67/7 67/23 68/14 71/17 71/17 71/18 72/25 73/8 77/1 77/25 106/4
chemically [1]  57/14
chemicals [3]  7/20 67/25 80/4
chemistry [23]  42/24 43/1 43/2 43/12 43/24 48/2 48/25 49/3 49/15 49/22 51/24 51/25 52/1 55/7 55/10 56/10 57/2 62/25 63/17 66/15 66/23 71/21 74/18
cherry [11]  30/25 84/7 84/11 84/17 84/19 94/10 97/25 118/25 119/4 119/8 119/10
children [2]  113/19 113/21
choice [2]  79/14 120/16
choose [1]  67/6
circle [1]  59/9
circled [5]  58/18 58/25 59/2 60/7 60/9
circling [1]  52/8
circumstances [1]  121/5
cited [1]  94/15
clarify [1]  7/7
class [4]  5/15 6/25 47/15 47/18
classes [1]  51/25
classification [1]  8/22
classify [1]  43/17
clear [8]  19/3 23/23 46/6 49/13 52/11 63/3 78/8 103/17
clinical [1]  79/1
close [5]  29/5 29/6 51/4 51/5 119/13
closely [9]  64/24 64/25 66/11 66/16 66/21 86/13 102/7 119/16 119/21
closest [7]  7/10 11/22 61/24 62/2 62/3 67/7 67/11 68/6 72/12 72/17 72/19 72/20 88/9 88/21
CNS [6]  38/14 79/18 79/19 79/20 79/24 81/10
CO [1]  51/22
CO2 [1]  59/16
Coca [1]  20/11
Coca-Cola [1]  20/11
cocaine [21]  17/19 17/20 17/22 17/23 18/7 18/10 18/11 18/16 19/2 20/9 22/25 23/9 23/16 28/19 28/20 28/23 57/8 103/6 103/22 104/1 104/2
Cocaine-like discriminative [1]  103/6
coded [1]  60/3
codeine [1]  57/22
Cola [1]  20/11
collate [1]  83/13
collect [2]  83/12 84/2
collecting [1]  83/15
College [1]  75/3
color [1]  60/3
column [7]  95/11 95/21 95/23 95/25 96/5 96/21 98/11
columns [2]  95/11 98/7
combine [1]  115/3
come [17]  3/23 39/3 39/5 42/9 45/5 66/14 71/2 73/15 83/6 84/16 97/2 98/22 110/14 116/3 117/7 121/17 123/17
comes [8]  33/11 36/1 38/18 40/12 47/23 68/18 99/23 115/9
coming [5]  31/10 77/1 83/15 119/19 125/10
comment [1]  111/7
commissions [1]  26/6
common [5]  10/14 48/13 48/25 105/17 105/17
commonly [1]  22/21
Commonwealth [4]  20/16 29/12 103/1 106/6
communicate [1]  80/5
comparable [1]  118/15

comparative [2]  88/6 101/20
comparator [1]  15/4 66/11
compare [13]  17/13 17/17 18/8 18/21 23/12 33/19 46/10 67/19 84/4 90/17 95/13 113/23 113/24
compared [2]  57/14 27/19 20/10 29/11 29/16 31/20 37/14 40/18 40/21 59/17 61/4 87/16 102/23
comparing [25]  7/4 14/4 14/15 17/16 17/18 18/4 18/5 18/9 18/11 18/18 18/23 19/3 33/2 40/14 46/13 82/2 95/4 103/17 103/18 103/20 104/3 104/5 104/11 109/19 113/8
comparison [22]  6/22 33/21 40/22 44/5 46/8 46/18 46/20 48/21 56/1 60/10 60/14 61/19 69/23 70/12 72/3 75/7 92/18 95/9 96/3 104/6 113/10 117/3
comparisons [10]  27/16 44/8 49/15 58/3 60/16 71/15 71/16 71/17 93/2 108/6
compile [1]  84/1
compiled [1]  92/21
complete [1]  121/12
complex [1]  81/23
complexities [1]  126/16
complicated [2]  44/21 77/15
compound [3]  7/4 53/15 87/7
compounds [6]  6/25 49/9 77/12 89/13 92/22 101/25 116/13
comprise [1]  45/13
computer [3]  34/17 35/23 55/22
concede [3]  7/25 8/3 41/19
concentration [1]  96/8
concepts [1]  44/23
concerned [1]  80/21
concisely [2]  65/14 80/18
conclude [3]  3/8 66/7 97/12
concluded [2]  110/16 127/23
conclusion [29]  6/23 6/24 11/15 11/17 15/25 37/24 38/23 39/6 39/7 39/23 40/6 49/8 64/22 71/2 83/16 84/8 84/16 84/18 88/19 90/11 90/13 101/18 102/6 103/12 104/10 108/21 110/14 115/9 121/17
conclusions [5]  39/4 65/13 84/1 84/21 115/1
conclusive [1]  19/20
confer [1]  126/4
conference [1]  21/7
confidence [4]  38/11 108/9 108/13 108/15
confident [7]  85/9 85/11 85/15 85/19 108/18 108/21 121/3
confined [1]  68/5
confines [1]  66/10
confirm [1]  116/24
confused [1]  69/6
conjugated [1]  54/7
conjunction [1]  44/3
connect [1]  54/2
connected [3]  45/15 47/21 56/3
connecting [1]  47/25
connection [1]  52/3
connectivity [1]  47/20
connote [1]  101/3
consequence [1]  56/8
consequences [1]  116/22
conservative [1]  96/15
consider [12]  50/15 50/17 51/6 51/15 58/3 58/6 58/9 58/21 72/24 86/12 92/10 104/13
considerably [1]  102/19
consideration [2]  23/22 113/7
considerations [2]  48/18 68/8
considered [4]  7/20 48/8 79/21 112/25
considering [5]  66/14 66/14 66/19 66/23 68/13

consistent [4]  49/12 50/19 73/7 105/4
consistently [1]  48/23
consists [2]  5/22 72/16
constitute [1]  45/14
construct [1]  96/11
consuming [1]  23/6
contain [1]  11/8
contentment [1]  81/22
contents [1]  7/8
context [12]  7/14 46/15 49/11 49/13 49/15 49/21 57/2 60/16 78/22 107/5 107/5 107/8
continually [1]  43/11
continuation [4]  3/3 126/5 126/23 127/6
Continued [1]  13/19
contracted [2]  33/14 33/17
contrast [1]  52/2 60/21
contribute [1]  90/20
control [1]  19/2
controlled [5]  8/16 8/18 9/1 60/13 71/4
controls [3]  49/16 49/21 57/2
convert [1]  70/8
converted [1]  57/14
convey [2]  111/8 119/12
convicted [1]  68/10
coordinate [1]  126/7
copied [1]  48/7
copies [1]  34/21
copy [8]  9/16 13/13 13/15 13/17 25/9 35/14 35/20 35/22
cord [2]  79/21 79/23
core [7]  5/23 5/25 56/11 59/4 59/5 71/19 73/2
coroner [2]  27/7 27/13 116/10
correct [76]  5/6 5/8 5/9 6/14 6/19 6/20 8/17 8/19 9/1 10/6 11/2 11/6 12/14 15/10 15/12 17/24 18/14 18/19 19/8 19/19 21/8 22/24 22/14 24/14 24/20 24/24 26/17 27/17 28/7 29/7 29/16 29/19 37/8 38/24 39/8 64/16 65/18 67/16 69/13 71/14 71/25 81/25 82/5 82/25 83/18 83/19 86/25 89/24 90/22 90/23 97/16 97/22 99/23 103/9 103/10 103/13 103/13 104/16 104/17 106/10 108/16 108/17 109/6 109/7 109/22 112/16 114/14 114/22 115/14 118/16 119/24 119/25 120/11 120/13 125/12 128/1
correctly [2]  21/9 114/15
could [34]  4/15 5/20 12/9 24/19 24/23 32/7 39/16 39/20 45/10 47/19 51/18 64/2 76/3 76/15 79/16 79/19 80/16 82/21 92/25 93/10 94/24 95/2 96/2 97/7 98/6 98/8 101/13 105/19 108/22 109/23 112/12 113/3 115/6 126/2
counsel [2]  17/1 118/24
couple [2]  3/9 95/25
course [2]  7/18 125/6
court [39]  1/1 1/22 8/20 11/7 12/15 13/6 13/15 13/25 17/6 38/4 45/10 51/6 52/19 53/11 55/9 55/10 62/22 66/25 67/19 78/19 85/10 86/5 88/8 88/18 92/25 94/16 95/2 105/19 108/16 110/8 114/23 118/5 118/8 121/4 124/18 124/24 125/10 126/8 128/6
Court's [2]  3/14 42/15
cover [1]  127/9
Cozzi [6]  30/13 30/16 30/17 30/22 35/18 95/8
CR [1]  1/3
crack [3]  23/1 23/9 23/15
criterion [1]  96/2
critical [2]  115/20 115/21
criticized [1]  25/4
cross [25]  2/3 2/7 2/11 2/15 3/10 3/14 3/15 4/2 4/19 4/22 4/23 12/10 16/14 16/21 42/2 42/2 56/20 56/22 62/11 62/16 74/3 94/7 107/20 107/21 121/19

**C**

cross-examination [11]  3/14 3/15 4/22 4/23
  16/14 16/21 62/11 62/16 107/20 107/21
  121/19
current [1]  83/20
cut [2]  5/3 50/8
cyclic [1]  7/5

**D**

D-A-T [1]  80/16
D-E-C-A-P-R-I-O [1]  74/7
D-I-B-E-R-A-R-D-I-N-O [1]  4/14
D-U-D-L-E-Y [1]  42/13
Dal [5]  29/20 98/14 99/20 99/20 115/15
dangerous [1]  20/1
dash [1]  55/3
dashed [1]  59/9
DAT [13]  39/24 40/2 40/4 40/17 80/16 80/17
  81/5 82/3 82/9 95/16 97/15 102/21 115/12
DAT/SERT [1]  102/21
data [78]  21/10 30/21 33/13 37/16 38/11
  38/13 38/15 38/20 38/23 39/3 39/10 76/9 79/1
  79/2 79/15 83/16 83/23 84/1 84/1 84/3 84/5
  84/6 84/11 84/15 84/17 84/22 84/24 85/2
  85/16 85/20 85/24 87/3 87/4 87/6 92/21 93/9
  93/24 94/1 94/15 95/4 95/13 96/7 96/22 97/5
  97/25 98/6 98/10 98/17 100/21 101/5 101/14
  101/15 101/17 101/24 106/20 107/14 108/10
  108/19 110/4 113/2 113/6 113/16 113/24
  114/1 114/3 114/5 114/7 114/12 114/15
  114/18 115/2 115/3 115/19 116/1 119/19
  120/21 120/25 121/3
database [1]  87/10
date [4]  124/25 126/22 127/5 128/4
Daubert [4]  75/16 75/17 79/11 120/17
day [3]  119/21 125/8 127/21
DEA [4]  27/3 33/18 99/11 99/19
DEA's [1]  99/23
deactivate [1]  80/8
dealing [3]  43/16 43/17 120/14
death [4]  26/7 27/2 27/7 37/20
deaths [7]  26/21 26/25 116/8 116/11 116/17
  116/19 117/4
decade [1]  87/24
DeCAPRIO [17]  2/13 30/18 30/21 31/4
  34/10 36/5 41/12 73/19 74/5 74/6 74/10 74/12
  84/11 94/11 94/14 94/23 127/17
DeCaprio's [7]  35/14 35/21 37/23 38/8
  123/25 124/6 124/17
decide [4]  8/20 8/21 76/8 77/13
decided [1]  119/21
deciding [2]  84/20 107/8
decision [1]  114/16
declined [1]  37/4
decreases [1]  32/11
deemed [2]  19/24 57/9
defend [2]  31/4 78/17
Defendant [4]  1/9 68/10 118/25 124/8
DEFENDANT'S [2]  42/11 74/5
DEFENDANTS [1]  1/19
Defender's [1]  1/19
Defense [13]  2/24 2/25 5/1 13/13 14/16 17/1
  34/22 73/22 97/13 122/2 123/23 124/1 124/17
deficit [1]  109/13
define [6]  46/5 47/15 51/23 55/21 63/23 83/8
defined [4]  48/12 58/13 119/7 119/8
defines [1]  55/20
defining [1]  79/3
definition [2]  92/10 119/10
definitive [7]  19/21 20/21 79/6 79/7 112/9

113/2 117/11
definitively [1]  78/23
degree [4]  38/11 108/9 108/13 108/15
degrees [1]  81/25
delivery [1]  57/11
demonstrated [1]  99/21
demonstrative [1]  94/17
department [4]  42/24 42/25 43/1 74/18
dependent [1]  49/11
depending [3]  19/22 24/25 32/11
derivative [1]  47/17
derived [1]  57/12
derives [1]  5/24
describe [1]  86/5
described [2]  45/23 91/13
design [3]  24/21 105/14 113/2
designing [1]  77/7
Despite [1]  121/19
detail [1]  44/10
determination [2]  19/20 109/4
determinations [3]  92/6 103/15 108/7
determinative [1]  65/2
determine [10]  18/24 20/20 31/3 86/22
  109/24 112/8 112/12 112/14 116/7 117/2
determined [2]  30/8 49/16 116/11
determining [5]  22/22 29/18 36/18 93/17
  118/15
develop [5]  52/13 52/18 53/5 77/6 105/16
developing [2]  31/2 43/21
di [5]  50/22 60/21 68/18 68/24 69/4
di-methamphetamine [1]  50/22
di-methylamphetamine [4]  60/21 68/18
  68/24 69/4
diagram [1]  86/16
DiBERARDINO [17]  2/2 3/10 3/13 3/18
  3/24 4/8 4/9 4/10 4/13 4/15 6/11 9/12 9/13
  9/19 14/16 52/25 123/5
did [52]  15/16 17/13 17/13 17/17 17/24 17/25
  18/1 18/2 18/3 18/21 25/18 25/19 25/20 41/18
  43/5 43/9 44/24 44/25 67/2 69/6 70/19 84/2
  84/22 85/2 85/4 85/5 85/24 86/1 92/20 93/11
  93/15 93/17 93/19 95/13 98/9 104/15 110/11
  110/12 110/13 110/24 111/3 111/4 111/10
  111/10 111/11 111/11 114/20 116/19 117/22
  121/11 122/16 122/20
didn't [3]  62/20 113/6 123/17
diethyl [1]  57/14
diethylamine [2]  61/1 61/3
difference [21]  6/3 6/4 7/2 10/9 11/25 17/21
  53/1 53/12 57/16 57/22 60/24 72/21 72/22
  72/24 72/25 86/15 86/17 91/2 97/3 102/25
  114/17
differences [16]  5/11 5/20 5/24 6/21 39/13
  39/16 52/18 57/20 70/5 72/15 90/19 90/20
  92/8 106/20 112/21 114/19
different [14]  6/15 7/4 9/22 19/5 26/5 32/2
  39/13 44/23 51/6 52/14 52/20 56/9 57/17 58/5
  59/5 60/9 61/16 64/16 64/24 65/11 66/13
  70/11 71/22 76/3 80/22 81/24 81/25 83/14
  84/25 89/10 89/15 90/18 90/21 90/24 95/9
  95/20 95/23 98/12 102/11 110/21 114/8
differentiates [2]  69/15 69/18
differently [5]  50/20 51/7 56/3
differs [3]  59/14 59/16 73/3
difficult [5]  48/23 76/4 76/7 111/8 112/22
difficulty [2]  118/24 120/15
digest [1]  126/16
dimensional [4]  50/1 52/10 54/19 58/10
dimensionality [1]  52/6
dimethyl [5]  56/1 56/6 56/7 56/8 56/9
dimethylamine [1]  50/14

dioxy [4]  59/15 60/1 69/16 70/14
direct [18]  2/6 2/10 2/14 3/12 4/1 12/13 12/21
  13/19 22/16 40/22 42/1 42/2 42/5 42/14 68/1
  73/24 74/8 96/3
direction [2]  58/22 67/21
directly [3]  40/21 82/14 104/3
director [1]  74/19
disagree [4]  18/5 23/8 31/8 48/24
disagreement [1]  91/20
discrete [1]  47/14
discrimination [8]  14/1 14/20 19/7 19/9
  19/13 20/2 90/15 98/15
discriminative [1]  103/6
discuss [3]  10/7 10/9 12/14
discussed [11]  7/6 9/25 23/20 35/18 45/3 86/9
  94/11 100/11 103/2 117/13 120/23
discusses [1]  9/20
discussing [4]  72/1 80/11 91/23 125/8
discussion [2]  88/23 99/1
disorder [1]  109/14
disparate [1]  115/2
distinct [2]  60/17 60/17
distributed [2]  54/3 58/15
DISTRICT [3]  1/1 1/1 1/11
DIVISION [1]  1/2
do [129]
Docket [2]  125/3 125/17
doctor [4]  11/13 12/8 16/23 76/23
Doctors [1]  34/9
document [2]  99/19 122/6
documentary [1]  122/10
does [26]  3/23 7/16 7/16 22/9 22/22 27/21
  27/24 28/1 28/9 29/2 37/21 37/22 38/22 39/2
  40/6 40/9 45/11 48/11 64/15 81/7 81/18 92/5
  112/19 121/14 121/16 127/8
doesn't [5]  62/12 65/23 73/14 91/16 127/17
doing [5]  7/7 70/1 89/9 93/14 103/24
don't [69]  11/16 12/15 13/8 13/16 19/17
  21/16 22/20 22/25 23/1 23/21 24/3 25/6 26/18
  27/10 29/13 29/23 30/2 30/10 31/24 32/16
  33/4 33/17 34/19 38/3 40/12 41/19 44/10
  55/14 55/17 58/20 63/23 64/25 66/8 67/2
  67/10 67/17 68/3 71/24 72/5 72/24 74/4 76/19
  78/5 78/11 78/12 86/15 89/7 94/7 96/4 97/24
  99/4 108/24 108/24 108/25 111/11 112/20
  113/5 113/6 113/9 113/16 114/7 115/7 116/23
  117/6 117/10 118/5 119/13 119/14 119/25
donate [3]  56/8 56/12 61/1
done [71]  21/8 29/7 54/17 65/5 78/2 85/15
  85/19 98/1 107/1 108/6 108/15 117/25 118/1
  120/21 122/15 126/22 126/23
doodlings [1]  51/5
door [1]  66/25
dopamine [15]  27/25 28/10 28/15 28/20
  28/23 40/2 80/21 81/5 81/7 81/8 81/21 89/18
  90/3 102/17 102/17
Dos [1]  105/4
dosage [5]  113/4 113/4 113/12 113/13 113/14
dosages [1]  37/8
dose [10]  23/13 31/24 92/15 96/14 96/17
  98/19 101/1 113/9 113/17 116/25
doses [4]  81/19 96/1 96/25 97/1
down [10]  32/4 36/9 44/22 45/5 50/21 68/18
  95/19 117/21 121/17 121/24
downward [2]  125/17 125/21
Dr [51]  3/25 4/8 4/17 6/11 9/12 9/13 9/19
  12/9 12/12 13/21 14/16 30/18 30/21 30/22
  31/4 34/9 34/17 34/18 34/23 34/24 35/4 35/14
  35/20 37/23 38/8 40/24 41/9 41/12 41/16
  41/22 42/9 42/16 52/25 73/12 73/18 74/10
  74/12 76/23 77/19 84/11 86/12 86/12 89/22

**D**

Dr... [8] 91/20 94/11 94/14 94/23 103/2
103/11 123/25 124/6
draw [3] 60/4 65/13 104/10
drawing [12] 47/7 47/9 47/11 50/1 51/14
54/18 54/22 57/3 59/7 60/3 66/15 101/17
drawings [3] 47/5 50/24 51/4
drawn [3] 54/22 55/1 55/8
drives [1] 19/5
drug [65] 8/7 14/1 14/6 14/20 14/21 15/5
17/18 17/22 18/17 18/17 18/17 19/2 19/9
19/12 19/22 20/2 20/12 20/19 22/1 22/13
22/15 22/20 22/21 22/23 23/9 23/10 23/11
24/25 25/24 27/6 27/6 27/13 31/24 32/1 32/5
32/11 33/19 33/23 37/18 43/17 43/22 43/24
76/6 77/6 77/6 77/7 90/14 92/12 96/9 98/14
99/6 99/19 101/20 102/4 104/5 105/20 107/6
109/20 113/15 113/22 113/23 113/23 116/24
116/24 117/7
drug's [1] 19/25
drug-like [3] 43/17 43/22 43/24
drugs [65] 14/4 14/22 17/14 17/17 17/23 18/1
18/5 18/11 18/12 18/14 19/10 19/23 20/4
20/22 26/8 26/12 27/4 28/18 28/21 31/25
38/10 38/15 40/3 44/6 45/3 57/9 75/5 75/6
75/7 75/8 78/3 78/25 79/1 79/8 79/9 79/16
80/20 83/2 83/14 88/25 89/7 91/24 92/14
92/14 92/16 102/20 103/18 105/16 106/4
106/21 108/9 110/2 112/14 113/8 113/24
115/22 116/6 116/15 116/20 116/21 117/1
117/8 117/9 125/9 126/10
DUDLEY [15] 2/9 34/9 34/17 34/18 34/23
41/9 41/16 41/22 42/9 42/11 42/12 42/16
73/12 76/23 86/12
due [1] 77/1
during [1] 57/11
duties [2] 74/21 83/20

**E**

E-S-H-L-E-M-A-N [1] 32/14
each [21] 18/2 18/8 19/3 19/4 20/12 20/13
33/16 45/15 53/24 54/7 59/3 60/18 75/18 80/6
80/24 92/23 94/15 99/6 102/16 103/19
earlier [6] 5/4 7/23 93/11 99/1 103/2 114/8
early [2] 87/14 87/21
easier [4] 48/3 55/6 55/24 77/10
easily [1] 58/12
easy [1] 126/15
ED [7] 96/10 96/13 96/16 97/1 98/20 103/23
110/13
effect [51] 14/21 19/3 19/12 19/13 20/3 21/25
25/23 25/25 26/10 26/11 26/19 27/19 29/15
33/11 37/13 37/15 52/20 52/22 53/1 53/13
64/15 64/24 65/1 65/2 66/2 66/3 76/4 77/17
78/3 79/8 81/7 81/18 82/3 83/14 88/10 92/5
92/9 92/14 98/13 100/8 101/18 102/8 102/25
108/16 109/24 110/3 112/15 113/9 114/17
117/8 119/17
effective [3] 34/14 97/20 101/1
effectively [1] 94/7
effectiveness [1] 78/20
effects [34] 19/10 26/7 26/13 26/20 26/22
26/22 28/23 32/22 37/19 37/20 38/10 38/13
38/21 48/15 64/18 65/9 65/11 65/21 65/25
66/19 75/5 78/24 79/8 79/24 79/25 80/23
81/25 98/16 100/9 100/13 103/6 105/20 106/4
108/8
efficient [1] 34/15
eight [4] 32/19 39/5 70/21 107/24
either [4] 68/16 80/7 115/10 116/23

elaborate [2] 52/18 82/21
electronic [2] 53/17 54/5
electrons [10] 45/20 45/21 45/21 45/25 46/4
46/5 54/2 54/3 55/1 58/14
elemental [1] 45/19
elicit [1] 94/18
ellipsis [1] 49/5
ELMO [2] 9/7 9/11
else [4] 12/1 122/16 127/7 127/8
elsewhere [1] 90/25
emanating [1] 79/22
employ [2] 76/19 76/20
employed [1] 42/21
employment [1] 74/17
encompass [1] 121/14
end [19] 76/3 84/4 84/23 92/23 93/7 93/8
93/12 93/20 93/22 93/24 95/5 95/9 95/20
95/25 97/22 98/10 99/9 100/24 119/21
energy [3] 81/12 81/13 81/15
Enforcement [1] 99/19
enough [8] 9/4 32/13 49/19 74/2 97/1 105/18
114/15 114/18
entire [3] 58/15 76/21 84/23
entirely [1] 78/5
entitled [1] 103/5
Entry [2] 121/25 125/17
epidemiologists [1] 78/3
epinephrine [1] 28/24
equal [3] 23/14 26/3 100/22
equally [3] 14/22 15/22 15/24
equate [1] 92/5
equivalency [4] 50/6 50/13 50/20 125/8
equivalent [1] 113/9
Ergometrine [5] 57/10 57/15 57/16 57/18
58/3
error [1] 23/25
Eshleman [2] 32/14 95/24
ESQ [1] 1/19
essence [1] 55/13
essential [3] 57/9 70/23 71/12
essentially [1] 50/6
esteemed [1] 50/1
estimate [5] 101/2 110/1 114/4 117/7 119/20
estimated [1] 101/1
ethanol [6] 54/21 54/22 55/5 56/3 61/1 61/2
ether [4] 56/1 56/6 56/7 56/9
ethyl [4] 10/21 47/24 47/25 54/23
ethylone [76] 5/5 11/17 11/19 25/23 26/20
27/10 27/14 27/15 28/6 28/9 28/10 28/25 29/2
29/8 33/11 33/13 33/15 34/18 37/3 37/4 37/6
40/4 44/14 45/3 46/21 47/8 58/23 58/24 59/3
59/6 59/17 62/2 62/3 62/8 66/9 66/11 67/8
67/18 67/25 69/7 69/11 70/1 70/6 70/7 70/16
71/4 73/3 77/21 78/9 83/4 83/5 84/3 85/16
86/2 86/3 86/6 86/8 86/13 86/23 86/24 88/1
88/7 88/10 88/21 90/4 100/7 100/16 100/19
100/22 101/2 101/4 106/12 114/16 116/5
116/8 125/8
euphoria [1] 81/21
evaluate [2] 22/4 89/12
evaluation [4] 85/8 89/16 89/17 109/1
even [9] 20/11 26/7 39/8 64/13 64/14 76/20
98/18 102/23 109/23
event [1] 65/24
eventual [1] 63/25
ever [4] 76/11 116/4 116/7 116/7
every [3] 36/21 83/25 89/12
everybody [1] 84/25
everyone [2] 3/1 62/22
everything [3] 12/1 98/8 125/7
evidence [11] 13/12 118/3 121/25 122/2

122/4 122/5 122/10 122/19 124/23 125/19
126/12
exact [2] 23/2 86/15
exactly [5] 9/21 17/6 22/5 32/7 97/19
examination [31] 2/3 2/4 2/6 2/7 2/8 2/10
2/11 2/12 2/14 2/15 2/16 3/13 3/14 3/15 4/22
4/23 9/9 13/19 16/14 16/21 27/1 35/7 42/14
62/11 62/16 72/10 74/8 107/20 107/21 120/6
121/19
Examiner [1] 116/4
Examiner's [1] 116/14
example [47] 23/25 46/15 57/1 84/2 95/8 95/16
104/4
examples [1] 65/7 65/9 112/20
except [2] 55/16 61/14
exception [1] 60/12
exclude [1] 41/14
excluded [1] 114/7
exercise [2] 79/10 84/2
exhibit [22] 2/20 2/21 2/22 2/23 2/24 2/25
9/14 12/17 12/19 13/7 13/12 35/24 117/16
122/11 122/12 123/23 123/25 124/1 124/17
124/18 127/13 127/15
exhibits [7] 2/18 12/18 28/10 122/14 124/4
124/19 127/14
existing [1] 120/21
exists [2] 86/5 121/3
expect [2] 63/19 87/3
expedited [2] 62/18 62/20
expensive [1] 77/15
experience [2] 86/21 106/11
experiment [5] 24/22 36/16 37/6 64/20 65/4
experimental [1] 17/22
experiments [5] 32/18 65/7 65/9 82/8 90/15
expert [17] 21/24 30/19 36/1 38/5 41/2 41/3
41/20 42/16 44/11 52/22 53/7 53/10 68/6
75/18 84/11 94/5 107/13
expertise [3] 8/25 53/15 66/15
experts [4] 35/1 35/3 75/23 126/17
explain [18] 4/2 11/7 32/7 38/4 45/10 51/6
72/12 76/15 78/17 79/19 80/17 92/25 95/2
98/6 98/8 100/19 101/13 105/19
explaining [1] 121/12
explanation [1] 54/18
explicitly [4] 55/1 90/13 90/16 111/6
exposure [5] 105/20 105/25 106/2 106/5
106/7
express [1] 63/22
expressly [1] 55/8
extend [2] 59/18 74/21
extending [2] 44/19 73/2
extends [1] 73/4
extensive [1] 32/8
extent [2] 10/15 84/4
extra [7] 9/16 53/12 59/16 59/16 72/16 73/1
73/3
extract [2] 57/12 57/14
extrapolated [1] 88/7
extrapolates [1] 40/8
extrapolating [2] 38/23 110/14
extrapolation [1] 114/24
extrapolations [1] 115/22
extremely [2] 105/22 106/3

**F**

fact [10] 6/24 19/20 29/5 50/19 61/17 78/12
87/5 90/12 102/3 110/4
factor [2] 23/22 24/23 25/20 97/17
factored [1] 85/8
factors [4] 24/19 24/21 81/24 82/19
factual [1] 34/25

## F

failed [1]  3/19
fair [6]  9/4 32/13 77/3 80/10 83/21 87/23
fairly [1]  91/1
fall [1]  47/17
false [5]  23/20 24/13 24/15 105/14 105/15
familiar [20]  13/23 29/22 29/23 31/6 31/11
 31/13 31/16 32/15 32/16 32/25 44/5 44/14
 44/17 46/16 48/16 48/17 54/21 75/7 110/6
 110/10
far [5]  33/18 77/17 81/8 125/1 125/23
fastest [1]  77/10
fatal [1]  116/22
favor [1]  69/19
FDA [6]  19/23 19/25 109/15 109/20 109/21
 119/23
feature [5]  9/20 10/14 10/15 59/11 59/12
features [2]  60/4 69/14
Federal [2]  1/19 128/5
feel [3]  62/7 84/7 84/16
feels [1]  62/22
ferret [1]  105/14
field [3]  75/10 76/2 105/24
fifth [1]  100/5
filed [5]  12/15 13/6 36/3 36/4 125/2
final [1]  99/25
find [7]  18/18 25/12 29/14 71/13 116/19
 119/16 127/5
finding [3]  31/24 37/16 66/17
fine [3]  25/11 94/16 115/21
finish [2]  35/4 62/24
finished [1]  73/12
firearm [2]  125/4 126/11
firm [1]  100/21
first [16]  3/21 6/12 14/6 17/15 21/11 21/12
 35/3 48/17 57/4 61/15 66/14 67/13 67/14
 75/22 93/3 95/16
five [9]  9/8 12/9 12/22 31/17 60/7 75/15
 75/17 116/3 120/5
FL [3]  1/7 1/17 1/20
flanking [1]  51/23
flat [2]  52/7 52/9
flattens [1]  53/25
flawed [1]  116/23
FLETCHER [3]  1/19 4/25 16/25
FLORIDA [3]  1/1 42/22 74/20
focus [2]  5/20 83/11
focused [2]  46/20 57/16
focuses [1]  75/5
fold [1]  32/19
following [1]  55/14
footnote [1]  111/5
forefront [1]  76/8
foregoing [1]  128/1
foregone [2]  84/8 84/18
Forensic [1]  74/19
forgetting [1]  67/5
forgive [2]  33/10 86/15
form [4]  65/12 75/4 77/9 84/9
formula [1]  45/14
formulate [4]  48/14 64/17 65/3 106/22
Fort [2]  1/20 1/23
forward [2]  42/10 127/12
found [10]  29/8 29/25 30/16 31/16 32/19
 39/12 39/14 58/20 95/17 110/17
founded [1]  121/1
four [16]  20/19 20/24 20/25 21/4 21/6 25/12
 32/19 50/10 57/13 93/6 95/8 98/9 103/12
 106/16 106/17 125/5
framework [4]  55/20 70/22 71/10 71/19

## G

gather [1]  83/23
gave [7]  5/7 12/12 12/13 63/5 70/20 88/1
 110/17
general [2]  63/17 81/22
generally [4]  77/16 79/20 109/13 112/25
generate [3]  65/20 66/2 114/18
generated [1]  55/23
Gerald [1]  63/6
get [12]  23/24 33/5 34/13 48/1 55/17 58/19
 62/18 71/20 88/23 89/9 113/2 113/3
gets [7]  23/11 23/12 27/3 38/2 44/21 52/21
 91/17
getting [4]  25/25 26/14 26/19 127/12
give [11]  23/16 34/21 70/12 74/1 88/8 92/10
 93/11 94/6 111/12 113/21 121/6
given [13]  3/7 22/19 22/23 34/17 34/19 34/20
 57/10 87/5 94/8 107/17 113/19 121/3 121/4
gives [7]  37/10 38/18 105/7 105/10 120/14
 120/15 127/1
glance [1]  57/4
glitch [1]  24/24
glue [2]  45/25 46/4
glued [1]  45/20
go [29]  4/6 5/11 10/7 20/12 25/8 34/16 36/9
 38/7 39/24 44/10 45/9 48/19 51/10 54/16
 62/24 66/24 72/5 75/20 81/2 83/7 83/9 88/18
 91/13 95/24 96/4 97/5 100/18 117/4 122/10
goal [1]  77/6
goes [3]  30/25 40/14 72/4
going [39]  6/12 9/7 12/24 30/18 33/6 35/10
 35/24 35/25 36/2 45/2 46/1 51/10 58/17 58/22
 60/24 62/6 62/23 62/24 62/25 66/9 66/25 68/7
 70/12 71/11 75/21 79/4 80/16 84/25 105/16
 111/12 111/14 111/15 111/18 111/20 118/20
 123/13 123/18 123/23 125/20
gone [4]  71/1 116/4 116/10 116/14
good [13]  3/1 4/25 17/5 19/11 21/1 63/23
 74/10 74/11 107/23 108/2 110/5 121/14
 127/21
got [2]  37/18 73/25
gotten [3]  7/11 70/12 77/25
Government [15]  2/20 2/21 2/22 2/23 3/12
 9/14 13/12 35/5 41/17 42/8 104/21 112/2
 121/25 127/10 127/14
GOVERNMENT'S [13]  4/10 12/16 12/24
 13/4 13/7 13/18 35/2 84/11 102/6 115/10
 115/12 121/19 122/11
granted [1]  41/6
gray [1]  60/4
greater [6]  25/22 95/25 96/12 96/18 96/21
 98/18
green [2]  60/6 60/7
GREGORY [3]  2/9 42/11 42/12
group [40]  6/1 6/2 6/5 6/15 6/17 6/19 7/6

10/22 10/25 11/9 11/11 47/22 47/22 51/17
 51/20 51/23 53/12 53/17 53/22 54/9 54/23
 54/24 55/21 57/19 58/14 58/25 59/1 59/2 59/4
 59/20 59/21 61/5 61/7 69/17 69/19 69/21
 69/22 70/5 73/1 86/17
grouped [3]  10/12 10/15 10/18
groups [21]  6/13 7/2 51/23 51/24 53/23 55/25
 57/5 57/6 58/2 58/5 58/22 59/21 60/9 60/20
 60/22 70/6 70/7 70/11 70/23 71/1 71/19
guess [10]  22/4 24/21 26/12 35/11 37/24 40/8
 70/18 71/22 114/13 118/3
guideline [3]  66/10 68/6 126/20
guidelines [40]  7/8 7/11 8/25 39/10 44/7
 46/21 46/22 48/8 48/18 50/3 50/7 50/12 50/20
 51/8 60/11 60/13 66/11 67/7 67/8 67/11 67/25
 68/5 68/12 71/5 71/8 71/13 71/15 75/8 76/10
 79/13 104/22 108/6 108/7 108/25 109/2 109/4
 118/15 119/15 120/10 125/9
gut [1]  22/18

## H

had [20]  3/11 3/12 3/13 8/25 12/12 21/14
 27/19 32/2 32/19 41/17 77/19 89/22 94/6
 103/11 109/19 110/17 118/24 118/25 124/10
 126/17
hadn't [1]  70/12
Haldrone [1]  14/5
half [7]  29/21 37/6 39/19 42/3 74/3 74/4
 106/24
halfway [1]  56/17
hallucinations [1]  37/19
hallucinatory [1]  81/20
hand [10]  11/1 47/6 57/7 57/8 57/10 60/10
 67/24 95/21 97/14 98/11
handle [2]  22/17 63/23
hands [1]  32/4
happen [1]  26/24
hard [3]  13/17 35/22 55/23
has [43]  6/15 6/19 8/20 13/13 14/25 16/16
 19/12 19/23 20/9 21/10 29/15 29/18 30/21
 33/18 35/5 39/7 50/13 53/22 54/23 55/9 56/4
 58/24 59/1 59/4 60/8 78/10 80/24 81/1 85/12
 87/5 87/10 87/11 88/9 94/6 94/14 97/11
 102/18 105/18 113/15 115/8 121/25 122/2
 126/17
have [231]
haven't [2]  65/25 119/10
having [4]  59/14 66/7 79/2 107/13
he [47]  12/12 30/25 36/10 37/10 37/23 37/24
 38/2 38/2 38/4 38/6 38/8 38/9 38/12 38/17
 38/18 38/22 38/23 38/25 39/12 39/14 39/16
 39/20 39/21 39/25 40/6 40/8 40/12 40/14
 40/16 40/19 40/21 40/25 41/2 41/2 41/19 42/3
 52/22 62/12 73/20 74/13 90/2 90/4 90/7 94/6
 94/11 94/12 94/15
headings [1]  94/24
Health [1]  57/9
hear [4]  13/21 16/23 75/23 122/5
heard [4]  76/14 86/12 125/19 126/12
hearing [9]  3/11 16/25 62/23 62/23 62/24
 62/24 79/11 120/17 127/23
hearings [2]  75/13 126/18
heart [1]  81/14
heavily [1]  68/19
held [1]  46/1
help [3]  37/8 94/24 96/6
helpful [3]  113/11 124/22 126/8
helps [1]  55/21
her [1]  111/5
here [31]  3/1 5/1 13/8 15/10 27/16 55/5 55/15
 55/22 58/12 62/18 63/1 64/4 65/24 78/9 79/9

## H

here... [16]  79/12 88/24 89/7 94/1 95/13 96/4 98/9 98/17 99/10 100/4 107/8 107/16 108/13 111/5 117/7 120/16
heroin [2]  57/8 57/22
high [5]  38/10 97/1 102/22 108/9 108/13
higher [5]  40/10 81/19 100/25 102/19 102/23
highest [2]  96/14 96/16
highlighted [2]  48/8 56/1
highly [2]  92/14 92/14
him [11]  3/21 4/2 34/11 34/15 41/11 41/17 53/11 94/7 117/12 117/22 118/4
himself [1]  31/4
his [19]  12/13 30/18 30/22 35/17 37/24 38/4 39/7 39/12 39/14 39/17 39/20 39/23 42/5 42/6 42/7 84/12 94/15 104/20 117/13
hold [3]  45/17 58/8 127/16
holding [2]  58/14 112/3
HON [1]  1/24
honest [2]  100/21 120/1
Honor [16]  9/7 33/24 34/5 34/8 41/10 41/11 42/15 45/5 74/12 94/4 110/19 111/14 111/21 122/1 122/7 127/22
HONORABLE [1]  1/11
hope [3]  46/6 49/12 62/21
Hopefully [1]  25/11
hour [11]  42/1 42/4 56/19 74/1 74/3 74/4 106/25 126/2 126/3 127/6 127/6
how [62]  4/19 6/23 12/20 16/13 18/6 20/9 22/3 22/5 22/22 25/5 22/17 23/12 24/25 27/21 28/1 28/9 28/19 32/10 32/14 32/24 35/10 36/16 36/17 36/23 38/4 38/13 40/6 41/18 42/2 45/11 45/15 46/4 46/4 52/14 53/3 53/16 56/13 56/16 58/12 73/23 75/12 78/19 79/16 81/11 83/7 83/8 83/9 85/22 87/18 90/21 92/12 92/20 96/4 98/7 105/19 111/11 112/18 116/8 121/13 125/10 125/18 126/1 126/19
huge [1]  87/9
human [24]  20/9 32/20 76/17 77/21 78/10 78/14 79/17 82/17 82/20 82/23 82/23 83/1 105/5 105/7 105/10 108/22 109/17 109/19 109/20 109/25 113/3 115/25 119/23 120/22
humans [25]  19/11 19/14 19/17 19/24 20/2 20/3 20/5 20/12 20/14 23/6 32/22 36/25 37/2 38/10 38/15 76/20 77/17 77/18 78/4 78/25 79/8 79/9 108/9 112/19 115/23
hundred [4]  20/10 33/5 40/12 102/24
hybrid [1]  110/18
hydrogen [15]  52/4 52/6 54/10 54/11 55/2 55/3 55/8 56/5 56/6 56/7 56/8 56/12 61/1 68/20 69/2
hydrogens [1]  58/18
hyperactivity [1]  109/14
hypotheses [2]  52/17 53/5
hypothesis [15]  48/14 52/13 64/17 64/19 64/19 65/3 65/5 65/12 65/20 65/20 66/2 77/1 77/9 79/3 106/22
hypothesize [2]  52/19 53/1

## I

I'd [1]  12/6
I'm [4]  10/17 23/23 26/12 94/25
I've [1]  59/9
I.D [1]  2/19
ibuprofen [2]  55/19 55/22
IC [5]  96/8 96/13 96/16 97/1 98/20
ID [3]  123/6 123/9 123/10
idea [1]  63/22
Ideally [1]  21/4
identification [5]  35/25 111/24 112/1 118/8

123/19
identified [5]  52/3 55/20 60/14 60/19 68/16
identify [4]  47/19 64/17 67/22 67/22
identifying [3]  66/16 66/20 67/11
ignored [1]  69/8
II [10]  9/3 16/5 16/7 16/12 20/4 20/10 57/7 68/7 68/9 68/13
impact [2]  69/21 105/15
impactful [1]  70/8
importance [2]  55/25 57/5
important [37]  5/13 10/15 10/22 23/22 24/4 31/2 36/22 47/6 47/13 48/9 48/20 49/1 49/10 50/18 53/12 58/2 59/10 59/12 59/24 60/1 61/5 65/12 69/21 69/25 70/13 70/14 70/15 71/3 82/6 83/9 84/21 84/25 87/6 91/23 97/23 99/10 105/22
impossible [5]  38/9 38/12 38/17 108/7 118/14
impulse [1]  80/9
in potency [1]  117/9
inaccuracy [1]  91/22
inappropriate [2]  19/24 77/20
include [8]  11/5 85/2 85/5 87/6 93/17 107/14 107/15 125/3
included [5]  23/18 86/8 97/4 97/7 115/17
includes [1]  10/19 60/8 102/3
including [4]  5/13 14/9 37/20 46/24
incorporated [1]  60/23
incorrect [1]  38/19
incorrectly [1]  38/7
increase [3]  89/1 89/10 99/7
increases [3]  32/11 81/13 102/17
indeed [1]  70/14
indefinitely [1]  81/2
INDEX [1]  2/1
indicate [4]  55/2 87/4 96/23 101/24
indicated [2]  68/1 106/15
indirect [1]  104/6
indirectly [1]  82/11
individual [2]  93/7 93/9
infer [1]  55/7
Inferred [1]  52/4
information [8]  66/20 83/12 84/7 84/17 86/23 87/8 113/10 117/11
informed [1]  46/8
ingest [1]  106/11
ingesting [1]  105/25
inhaling [1]  106/11
inhibit [1]  27/24
inhibition [9]  82/15 95/6 95/16 96/9 97/16 97/17 97/21 101/15 102/2
inhibitor [13]  28/3 28/12 28/15 28/18 28/22 28/23 89/13 89/23 90/4 90/7 91/3 91/7 97/15
inhibitors [3]  40/4 99/7 102/13
inhibits [2]  27/22 28/20
injected [1]  106/1
injection [1]  22/17
input [1]  66/20
inquire [2]  33/24 55/9
instance [1]  7/3
instances [2]  19/10 27/3
Instead [1]  58/19
Institute [3]  20/22 43/7 74/19
Institutional [1]  78/1
insulator [1]  54/8
intact [1]  76/16
intentionally [1]  85/24
interact [1]  46/5
interaction [1]  81/22
interactions [2]  54/12 117/1
interest [1]  49/7
interested [2]  80/21 89/7

interfere [1]  24/19
internal [1]  116/14
International [2]  74/19 74/20
interpret [3]  48/3 48/23 55/24
interpretation [2]  49/12 49/22
interpreted [1]  97/11
interpreting [1]  36/17
interrupt [1]  50/23
interval [1]  21/7
intramuscular [4]  22/16 23/5 23/13 106/9
intramuscularly [2]  22/23 23/16
introduced [2]  17/12 61/6
introduces [2]  54/13 61/4
introduction [1]  51/16
investigation [2]  83/10 87/7
investigators [1]  106/19
involved [2]  63/13 63/14
IRBA [1]  78/1
is [622]
isn't [9]  17/6 17/18 63/22 67/11 77/23 113/8 119/12 119/15 120/8
isomer [2]  70/24 71/3
isomers [1]  56/2
issue [11]  3/23 15/10 22/20 24/6 25/6 44/5 47/6 49/23 120/1 122/3 126/19
issues [4]  11/15 75/16 126/9 126/12
it [316]
it's [3]  12/2 76/1 109/13
its [12]  29/19 36/3 47/18 59/22 71/19 77/17 80/24 89/4 114/8 121/25 122/2 125/11
itself [5]  7/16 7/17 65/1 99/11 107/10

## J

Jaime [1]  124/7
job [1]  53/4
John [1]  110/6
jointly [1]  3/6
JORDAN [2]  2/5 13/18
journal [2]  10/3 49/2
judge [6]  1/11 52/24 83/13 110/15 117/12 120/5
judging [1]  76/5
judicial [2]  118/6 118/8
jumped [1]  24/12
June [1]  128/4
just [27]  15/9 15/9 17/12 18/14 27/6 27/14 32/3 32/9 39/16 44/19 52/17 61/7 63/17 64/14 65/25 67/21 68/4 78/8 78/19 83/15 89/4 94/4 94/8 99/20 100/4 111/24 119/12

## K

keep [2]  56/14 124/2
keto [1]  10/8
ketonated [3]  10/18 11/4 11/11
ketone [33]  10/17 10/22 10/25 11/9 51/17 51/23 51/24 52/1 52/8 53/12 53/16 53/24 53/25 54/5 54/10 54/11 54/13 58/13 59/11 59/22 60/1 60/6 61/4 61/6 68/19 69/1 69/15 69/18 69/20 69/24 69/24 70/7 70/11
ketones [2]  70/7 70/8
KEVIN [2]  1/7 3/2
kind [1]  120/16
know [42]  14/14 21/14 21/19 22/5 22/17 22/25 24/1 26/18 29/14 32/13 34/13 34/19 35/12 40/12 55/14 56/23 65/21 66/3 68/3 71/22 73/13 78/12 78/13 94/7 96/4 97/13 99/18 101/5 108/24 108/24 111/11 112/20 113/5 113/6 114/7 115/7 117/24 119/9 119/10 124/10 124/13 126/23
knowledge [4]  43/20 44/20 78/10 86/7
known [5]  8/7 59/20 96/8 105/24 106/3

## L

labeled [1] 95/11
labor [1] 57/11
Lakeshia [2] 126/6 127/7
lamine [1] 47/25
large [5] 22/11 43/16 86/2 87/8 101/8
largely [1] 46/3
larger [1] 87/6
last [14] 4/12 35/3 42/12 61/10 61/12 61/13
 62/23 73/22 73/25 103/1 107/3 117/13 127/7
 126/18
later [3] 52/10 77/9 106/23
lay [1] 11/14
layman [3] 32/6 44/22 51/3
laymen's [2] 12/2 77/3
lead [1] 86/21
leading [3] 15/6 91/4 91/14
lean [2] 69/3 69/4
least [4] 54/3 72/21 82/11 94/6
leave [4] 4/17 53/9 85/24 123/22
left [14] 10/8 11/1 47/7 49/7 50/12 57/7 60/3
 60/21 61/5 71/5 71/13 106/24 107/24 120/18
left-hand [2] 11/1 57/7
legal [14] 17/4 20/6 120/8
lend [2] 7/16 7/17
length [1] 60/5
less [7] 29/19 38/18 40/20 42/4 92/15 100/22
 102/18
lesser [3] 25/22 84/4 87/10
let [21] 5/3 6/11 7/22 17/15 25/8 29/14 29/25
 31/4 32/6 35/12 50/23 52/12 56/23 63/5 82/10
 88/19 93/3 97/15 104/7 117/24 118/12
let's [26] 3/21 17/11 18/16 18/16 27/16 36/9
 39/24 48/10 66/24 67/5 68/2 71/20 79/16
 81/15 83/2 83/4 87/11 88/6 100/7 100/18
 101/7 102/5 103/1 107/5 112/6 122/10
letter [2] 124/7 124/17
letting [1] 91/13
level [5] 36/23 45/18 87/5 89/10 92/13
levels [3] 81/12 81/13 81/15
Lewis [1] 124/7
lies [1] 96/14
life [1] 76/21
light [1] 86/23
like [22] 5/20 7/7 9/16 19/23 33/15 34/8
 34/10 43/17 43/22 43/24 55/22 63/21 77/20
 102/4 103/6 113/1 117/13 117/17 126/14
 126/16 126/22 127/15
likely [1] 21/16
likenesses [1] 5/21
limit [2] 45/2 93/20
limited [2] 78/14 87/3
line [17] 13/16 25/12 35/23 47/5 47/7 47/9
 47/11 49/8 50/1 51/14 54/18 54/22 57/3 59/7
 60/2 78/5 96/20
lines [1] 52/4
linker [1] 47/25
list [9] 12/17 12/19 44/6 67/14 122/11 122/12
 124/1 124/18 127/15
listed [23] 8/18 27/6 27/13 32/4 40/13 50/2
 67/17 67/25 68/5 68/8 68/12 71/4 72/14 88/10
 93/24 101/19 104/14 104/18 104/25 109/3
 119/2 122/17 122/18
listen [2] 34/9 34/15
lists [1] 12/17
literature [7] 10/10 10/16 10/23 10/24 48/16
 83/15 90/11
little [6] 4/6 31/5 61/9 71/20 73/13 78/22
living [4] 38/14 63/25 76/19 76/22

located [1] 80/25
locked [1] 45/24
locomotor [10] 31/22 31/23 31/25 32/7 37/7
 37/8 98/24 99/1 99/5 99/7
long [7] 8/7 11/16 20/6 22/15 25/1 62/25
 87/12
longer [1] 29/9
look [32] 7/19 9/19 14/19 21/4 21/6 21/7 23/9
 25/22 33/20 37/2 37/11 37/12 38/20 38/21
 51/3 55/16 55/24 64/16 65/3 71/22 77/8 82/5
 83/25 89/17 89/20 96/5 102/15 102/21 109/2
 112/3 113/6 127/12
looked [17] 9/3 14/4 17/14 33/2 84/22 84/23
 119/10
looking [18] 6/25 19/22 23/10 25/21 32/21
 39/8 49/25 55/15 55/16 65/22 66/3 70/19
 70/20 71/1 82/3 82/12 83/1 97/13
looks [3] 14/20 33/15 36/21
lot [13] 20/4 29/7 29/8 40/10 62/21 88/13
 98/12 98/18 98/19 110/4 114/1 118/22 122/18
LOTHROP [1] 1/15
loud [1] 17/23
low [1] 92/15
lower [7] 32/20 47/11 60/21 93/20 100/25
 101/3 102/24
lowest [2] 39/17 39/21
LSD [6] 57/8 57/12 57/15 57/16 57/17 58/3
lungs [1] 23/7
Lynch [1] 110/15

## M

M-E-T-H [1] 14/11
ma'am [18] 13/2 36/6 98/4 122/3 122/9 123/24
 124/20 127/19
made [4] 45/20 78/21 96/15 98/22
main [2] 119/7 125/12
mainly [1] 7/1
major [2] 91/20 105/15
majority [1] 96/7
make [16] 31/1 38/6 39/9 46/8 48/3 52/11
 71/5 71/17 72/2 94/25 109/4 110/1 114/16
 123/25 125/2 127/13
makes [1] 54/10
making [6] 43/22 44/8 93/1 115/21 125/18
 125/20
Mangiori [1] 49/3
manner [1] 28/2
manual [1] 48/18
Manuel [1] 48/8
many [14] 35/23 56/16 65/7 75/12 76/3 82/11
 82/23 83/1 84/20 106/11 112/20 114/25 116/8
 116/23
margin [1] 93/20
marijuana [3] 50/6 50/13 50/20
mark [7] 12/24 98/3 111/14 111/23 112/1
 122/15 127/17
marked [8] 13/12 35/24 118/7 122/14 123/6
 123/9 123/10 123/18
Massachusetts [1] 43/7
materials [1] 49/14
matter [3] 3/2 34/21 128/2
may [26] 1/8 4/22 4/25 12/23 20/12 26/5 32/2
 33/9 33/24 34/3 39/8 45/5 45/20 48/24 52/24
 53/20 56/22 61/21 62/25 63/9 63/24 72/8
 76/20 78/11 94/3 121/23
maybe [4] 25/19 70/18 96/5 124/15
McGuire [4] 110/7 111/20 112/1 123/10
MD [1] 115/13
MDA [5] 50/4 50/10 58/6 58/8 59/22
MDEA [24] 10/7 10/11 11/20 28/6 28/14
 47/1 50/4 50/10 58/6 66/12 66/22 67/8 67/10

69/12 69/18 69/24 73/5 73/6 84/5 87/10 87/18
 88/11 88/22 92/18
MDMA [61] 10/7 20/6 20/6 25/24 26/20 27/5
 29/16 29/19 29/21 29/25 30/8 30/16 30/17
 30/24 31/17 31/20 32/2 33/3 36/19 36/20 37/7
 37/14 37/16 37/20 40/4 45/4 46/24 50/4 50/10
 50/12 58/6 73/5 73/6 84/5 87/9 87/10 87/11
 88/11 88/13 88/14 88/16 88/22 92/18 93/21
 93/23 95/4 95/9 95/14 95/14 95/17 96/23 97/3
 97/11 97/20 99/12 99/21 100/1 100/6 103/13
 115/13 115/24
me [45] 5/3 6/11 7/22 7/25 11/14 13/21 16/23
 17/15 19/7 24/12 25/8 26/16 29/24 29/25 30/2
 30/11 31/14 32/6 32/16 33/4 33/10 37/3 40/1
 50/23 52/12 55/12 55/15 60/2 63/5 69/19 70/1
 82/10 86/15 88/19 91/23 93/3 96/4 97/15 99/9
 104/7 117/17 118/12 120/15 126/16 126/20
mean [12] 25/18 25/20 46/16 49/19 54/19
 62/7 64/15 79/6 84/19 92/2 96/20 105/25
meaning [3] 48/11 92/11 97/11
meaningful [1] 99/2
means [19] 21/24 22/2 22/10 32/4 32/7 32/9
 37/5 70/9 76/16 76/21 79/19 94/7 95/17 96/1
 96/13 96/22 98/19 105/20 119/9
meant [2] 16/9 16/13 32/13
measure [6] 23/18 23/23 23/24 24/6 76/3
 99/6
measured [7] 92/23 95/20 98/10 98/12 98/13
 98/16 99/10
measurement [2] 24/1 84/24
measurements [2] 93/7 93/15
measuring [2] 82/14 82/19
mechanism [8] 88/23 88/25 89/20 90/20
 102/1 102/11 106/21 114/9
mechanisms [7] 79/4 79/5 87/4 89/6 89/11
 89/15 90/18
mediate [1] 80/22
mediated [1] 79/25
mediates [2] 81/9 81/12
medical [5] 19/24 49/2 75/2 116/4 116/14
medicinal [7] 48/25 49/15 49/21 57/2 71/21
 71/23 72/2
medicine [1] 22/19
medicines [1] 57/10
meet [1] 124/24
member [1] 60/7
membered [2] 47/20 47/21
membrane [1] 80/25
memo [2] 126/8 126/14
Memorial [1] 127/5
memory [2] 81/19 93/6
memos [1] 127/12
mental [1] 81/12
mentioned [8] 6/12 36/9 36/10 53/21 71/21
 80/19 98/14 99/20
merit [1] 7/21
met [2] 32/3 63/14
meth [2] 15/1 16/7
methadone [3] 6/19 30/23 99/12
methamphetamine [17] 16/12 30/24 50/13
 50/21 50/22 50/24 51/3 52/2 52/9 52/20 53/22
 54/8 54/14 60/19 61/2 61/4 61/6
methcathinone [61] 5/8 5/12 5/14 5/24 6/1
 6/4 8/10 8/14 10/19 14/5 14/10 14/15 14/23
 14/25 15/12 16/1 16/2 16/8 16/10 16/13 19/5
 25/24 27/17 28/1 30/23 40/18 45/4 46/24
 50/14 50/24 51/3 51/17 52/19 58/8 58/12
 59/14 59/14 59/17 61/3 62/3 62/7 67/9 68/17
 68/23 69/2 69/11 69/16 69/23 90/7 90/11
 90/18 90/21 102/5 102/7 102/12 102/18
 102/23 103/7 104/4 114/5 114/8

**M**

method [4]   22/8 25/5 76/24 99/14
methods [2]   21/8 54/13
methyl [11]   5/25 6/2 6/5 6/19 58/25 59/1 59/2
 60/22 69/16 73/1 103/8
methylamphetamine [4]   60/21 68/18 68/24
 69/4
methylenedioxy [5]   10/14 10/25 59/10 59/15
 103/8
methylenedioxymethcathinone [1]   47/8
methylenedioxyphenethylamines [3]   9/24
 10/6 10/13
methylone [87]   10/12 25/13 26/20 27/4 28/15
 29/1 29/2 29/7 29/10 29/11 29/12 29/15 29/18
 29/21 30/1 30/9 30/16 30/17 31/17 31/20
 32/19 33/2 33/12 33/15 36/18 36/20 37/11
 37/14 37/15 37/20 38/1 40/3 40/7 45/4 47/2
 58/23 58/25 59/2 59/23 63/14 63/15 69/15
 70/14 73/3 78/13 84/3 85/22 86/10 86/13
 86/22 87/1 87/5 87/8 87/16 88/1 88/8 88/10
 88/16 88/21 92/18 93/15 93/21 93/23 95/4
 95/10 95/15 95/18 96/24 97/3 97/12 97/21
 98/22 99/22 100/1 100/5 100/7 100/14 100/19
 100/23 101/2 114/13 114/16 115/14 115/25
 116/5 116/8 117/20
methylphenidate [9]   40/15 40/16 101/20
 102/4 102/13 102/16 102/22 109/9 110/4
methylphenidate's [1]   40/19
Miami [1]   74/20
mice [3]   30/4 112/13 112/15
Michael [1]   110/7
middle [3]   47/11 59/7 60/19
might [16]   17/8 24/24 53/3 53/13 57/4 62/7
 64/17 64/18 65/4 76/18 77/7 85/2 85/24 90/20
 97/5 99/2
milk [1]   58/20
milligrams [2]   101/2 101/3
mind [3]   20/8 39/3 62/12
Mine [1]   111/4
minimized [1]   99/2
Minnesota [1]   64/22
minute [4]   34/3 61/21 98/3 106/24
minutes [22]   3/9 4/7 4/21 9/18 12/10 12/22
 34/1 35/11 40/23 42/5 42/9 55/18 56/17 56/24
 56/24 62/15 73/15 73/16 74/1 107/24 120/5
 127/6
misleading [1]   32/3
missing [4]   59/22 69/24 96/25 114/1
misstatement [2]   26/16 26/18
MIT [1]   43/6
mixed [1]   81/14
mixing [1]   19/1
model [1]   55/5
models [1]   22/18
molecular [10]   7/23 7/25 8/3 36/23 45/14
 45/23 47/14 49/10 70/23 71/12
molecule [10]   52/15 53/2 53/18 53/25 54/15
 58/16 59/11 59/13 89/2 89/3
molecules [8]   43/16 43/17 43/23 43/25 44/1
 80/4 81/3 88/24
moment [1]   11/19
Monday [1]   126/5
monkeys [6]   14/3 20/19 23/1 25/4 25/5 103/8
month [1]   94/6
months [1]   94/6
mood [2]   81/19 81/22
more [50]   6/1 7/2 8/9 8/14 14/23 15/1 15/14
 16/2 16/3 16/5 17/8 19/20 19/21 21/2 28/20
 28/23 29/8 29/10 29/11 30/8 30/16 31/17 32/5
 34/14 54/10 56/16 58/10 58/12 59/20 61/2

68/19 68/25 69/21 69/21 69/21 69/25 70/8
 70/13 77/15 79/24 81/23 89/19 97/20 97/23
 98/18 100/19 103/12 114/3 114/5 120/25
morning [6]   3/1 4/25 17/5 74/10 74/11
 107/23
MORRIS [7]   1/15 2/4 2/6 2/8 2/11 2/15
 17/11
most [26]   5/7 10/22 21/16 28/6 43/15 49/10
 53/18 66/11 66/16 66/21 68/22 84/20 89/6
 96/7 101/18 101/20 102/7 109/3 109/3 109/4
 113/2 117/8 117/9 119/16 119/21 119/22
mothers [1]   57/11
motion [3]   41/6 41/14 125/16
mouse [1]   112/15
move [9]   33/8 33/9 40/25 55/11 68/2 77/13
 79/16 83/2 101/7
moved [1]   59/4
moving [6]   16/17 32/10
Mr [22]   2/3 2/4 2/6 2/7 2/8 2/10 2/11 2/12
 2/14 2/15 2/16 3/10 3/15 3/18 4/8 4/15
 12/8 17/11 36/9 37/3 40/1
Ms. [1]   124/25
Ms. Williams [1]   124/25
much [25]   4/19 7/3 12/3 12/20 16/14 23/12
 32/10 35/10 42/2 42/4 56/13 56/22 61/20 73/2
 73/4 73/24 84/4 92/12 96/4 102/24 111/11
 111/12 121/23 125/18 126/1
multiple [3]   14/23 51/25 61/15
must [2]   49/19 57/10
my [53]   7/9 7/9 12/10 23/4 25/10 26/9 37/12
 37/15 42/12 43/21 48/9 49/14 49/23 50/9
 50/10 56/21 58/1 58/23 61/14 61/17 62/3
 66/15 67/24 68/8 69/7 70/8 72/21 73/6 73/7
 74/6 75/2 78/22 78/23 79/13 86/7 87/2 87/7
 88/17 89/12 90/25 100/4 100/12 101/20
 104/15 107/11 117/7 113/7 115/17 115/19
 116/1 118/17 119/18 121/12

**N**

N-A-G-A-I [1]   29/22
Nagai [4]   29/22 29/25 30/7 30/8
name [6]   4/11 4/12 42/12 42/12 71/4 74/6
narrow [1]   79/24
National [1]   20/22
native [1]   89/3
natural [1]   57/12
nature [1]   45/16
necessarily [3]   63/25 66/17 92/6
need [7]   3/8 7/19 12/17 22/5 37/2 49/13
 55/17 61/9 62/22 63/2 70/21 74/4 89/20
 109/24 115/3 117/1 127/17
needed [4]   46/7 125/18 126/1 127/8
needs [5]   46/10 46/11 55/11 82/5 124/24
negatives [1]   105/14
neighboring [2]   53/23 54/1
nerve [4]   80/5 80/6 80/7 80/25
nerves [1]   79/22
nervous [5]   79/20 80/11 80/19 81/14 81/15
NET [7]   39/25 40/2 40/4 81/5 81/16 82/3
 82/9
neuro [22]   27/22 28/16 80/3 80/4 80/6 80/9
 80/11 80/20 80/24 81/1 81/3 81/9 82/13 82/16
 89/1 89/3 89/10 89/18 95/6 100/10 101/14
 102/16
neurons [1]   80/1
never [8]   34/18 34/20 96/2 96/13 98/19
 113/15 115/7 116/12
new [4]   43/21 51/16 77/6 107/6
next [16]   14/9 23/4 41/8 41/8 54/16 73/18 77/3
 124/25
NIDA [1]   20/22

night [1]   122/7
nitrogen [9]   6/4 6/6 6/7 47/22 57/24 60/8
 60/8 60/20 60/22
no [76]   1/3 3/25 4/4 4/18 6/22 9/5 11/12 12/2
 13/2 16/2 17/15 17/20 18/3 18/5 19/24 21/23
 22/9 23/8 26/4 29/8 31/23 32/3 32/9 33/23 34/5
 40/21 41/5 41/7 42/7 48/22 49/9 62/9 62/15
 71/15 72/7 76/13 78/5 79/14 84/21 85/12 86/1
 86/4 90/9 94/5 99/4 101/10 102/9 105/6 107/7
 107/11 107/18 107/24 108/22 108/22 109/20
 110/17 112/9 113/16 113/22 115/8 115/10
 115/25 116/5 116/6 116/9 116/13 117/2 117/3
 117/10 118/24 120/3 120/16 121/22 122/8
 122/9 122/9 123/15
nobody [1]   115/8
non [1]   112/19
non-humans [1]   112/19
none [4]   58/8 59/24 60/17 72/1
nonhuman [1]   14/3
noon [1]   127/13
norepinephrine [9]   27/25 28/11 40/2 80/22
 81/6 81/11 81/12 81/13 99/8
North [1]   1/20
not [154]
notations [1]   48/5
notes [1]   35/17
nothing [4]   24/11 36/25 67/19 127/10
notice [2]   118/6 118/8
now [54]   3/15 5/11 11/1 11/4 12/8 12/23
 13/17 19/7 21/24 25/8 26/10 28/6 28/25 32/14
 34/24 35/9 37/12 44/5 44/19 45/9 47/4 52/17
 69/6 70/18 71/13 75/20 76/14 78/15 79/16
 79/18 80/16 84/6 85/9 86/2 86/12 87/8 87/11
 88/1 88/6 88/13 89/22 93/14 94/23 97/4 98/6
 100/7 104/7 105/2 106/6 111/12 112/3 124/23
 124/23 125/1
nuclei [4]   45/19 45/23 46/1 46/3
nucleus [1]   45/22
number [28]   3/3 10/8 20/15 20/20 21/1 21/2
 37/7 38/7 38/7 38/19 39/5 39/8 39/20 39/21
 40/21 80/20 85/8 95/23 96/18 106/14 106/17
 108/20 111/17 117/7 123/2 123/4 124/22
 124/23
numbers [17]   20/22 25/11 37/23 38/2 38/4
 38/24 39/12 39/12 39/14 39/19 39/25 40/8
 40/10 40/17 114/21 114/25 116/2
nutrient [1]   57/24 58/20
nutshell [1]   36/15

**O**

object [5]   15/6 35/2 40/24 94/4 110/19
objection [24]   4/3 8/11 13/1 13/11 17/7 34/23
 41/17 51/10 52/21 84/9 85/12 85/13 91/4
 91/14 99/14 104/20 110/25 118/5 118/11
 122/22 124/12 124/16
objections [4]   125/2 125/13 125/19 126/10
objective [1]   38/14
objectively [1]   76/5
obligation [2]   119/18 119/19
obtain [2]   43/5 43/9
obtained [1]   90/14
obvious [1]   68/2
obviously [2]   77/23 98/7
occupy [1]   58/14
occurred [1]   3/4
occurring [1]   26/8
off [3]   3/10 59/9 112/3
offense [2]   68/11 125/3
offer [2]   34/11 36/2
offhand [1]   27/14
Office [2]   1/16 1/19

## O

**Official [2]** 1/22 128/5
**often [4]** 44/3 65/19 70/8 106/5
**okay [92]** 5/10 5/14 5/22 8/22 9/4 9/6 9/21 10/1 10/10 10/20 11/17 11/24 12/7 13/14 14/2 14/8 14/13 14/18 16/20 18/13 23/3 23/17 24/10 25/2 26/15 27/9 28/5 29/14 30/10 30/12 31/9 31/15 36/4 36/7 36/13 41/8 41/24 42/6 42/9 42/18 43/18 44/2 44/13 45/1 46/23 48/19 49/24 53/20 56/13 56/25 62/1 62/11 63/8 63/10 63/15 64/5 64/6 66/6 68/12 71/20 73/11 73/21 73/23 74/15 78/7 79/17 80/2 80/15 83/2 85/18 86/20 88/5 88/12 93/13 94/25 96/14 107/2 107/12 107/20 108/23 110/10 112/2 112/10 112/17 118/2 118/12 120/2 120/4 120/20 121/23 124/9 127/12
**older [1]** 29/9
**once [6]** 24/3 31/13 31/18 40/17 80/25 83/23
**one [124]** 3/10 5/5 5/5 6/3 7/2 7/10 9/22 11/23 12/11 12/15 14/9 18/4 18/4 19/3 20/13 21/12 24/22 31/14 32/5 32/8 37/6 37/11 37/11 37/14 37/25 37/25 38/1 38/7 38/19 39/17 39/17 39/18 39/20 39/20 39/22 39/23 40/6 40/11 40/12 40/12 40/19 40/20 42/25 46/10 46/11 47/19 49/9 50/13 50/21 50/22 51/24 52/24 53/4 54/16 55/7 58/18 58/19 58/22 58/25 59/1 59/4 59/16 59/20 63/22 64/17 65/4 66/17 66/18 69/4 70/13 75/17 76/3 76/5 78/23 79/18 80/6 80/24 82/5 82/5 83/25 84/19 84/21 86/7 88/25 89/6 89/12 89/15 89/19 90/16 91/3 91/3 91/7 91/9 91/11 93/20 93/20 93/22 93/22 95/23 96/21 97/22 98/24 99/6 100/5 100/5 100/20 100/21 102/3 102/11 102/24 104/5 106/7 107/15 108/22 109/4 112/24 112/25 116/3 117/8 122/6 123/23 124/22 125/23 126/25
**one-on-one [1]** 18/4
**ones [3]** 36/9 37/10 77/13
**only [18]** 11/25 18/11 19/18 21/13 25/10 27/13 33/13 35/23 37/10 40/22 46/13 52/3 68/14 78/25 97/11 117/19 117/20 122/17
**open [2]** 12/16 35/23 66/25
**opening [1]** 20/7
**operative [1]** 108/13
**ophthalmic [1]** 20/11
**opine [2]** 37/3 97/23
**opined [2]** 99/11 103/11
**opinion [15]** 5/7 7/9 21/17 21/21 21/24 22/9 26/9 28/25 30/19 31/7 33/12 33/21 34/11 37/12 37/15 39/17 40/17 40/24 50/9 50/10 50/17 50/18 58/8 58/23 61/14 61/17 61/23 62/3 66/14 67/24 68/6 69/19 70/8 70/13 70/22 72/22 73/6 73/7 75/25 77/22 78/23 83/6 84/12 84/25 87/2 88/1 88/8 89/12 92/17 92/20 93/18 97/5 99/25 100/3 100/4 100/8 100/13 100/18 100/20 101/20 105/19 106/17 107/11 107/16 111/5 113/25 114/19 120/25 121/1 121/4 121/6 121/13 121/15 121/20
**opinions [4]** 31/1 49/23 58/1 115/10
**opposed [8]** 10/25 54/7 76/21 79/21 81/21 92/15 102/12 102/18
**opposing [1]** 125/23
**opposite [2]** 70/1 97/12
**opposition [1]** 125/22
**orally [1]** 126/13
**order [16]** 46/8 46/10 49/6 71/17 79/14 84/8 96/11 109/24 111/15 111/20 112/2 113/2 114/23 117/12 118/6 123/10
**organic [6]** 43/14 43/22 46/2 48/2 55/7 56/10
**organism [1]** 76/21

**Organization [1]** 57/9
**organize [1]** 83/10
**original [2]** 3/4 3/11
**originally [1]** 56/19
**other [48]** 5/21 7/3 10/8 18/2 18/8 19/4 21/14 22/3 24/19 24/21 24/23 28/21 30/22 33/16 37/16 43/23 43/25 45/15 46/5 46/15 53/24 54/7 54/13 58/8 62/10 68/18 61/13 64/25 71/1 75/23 80/6 80/13 81/22 82/24 89/6 93/21 97/13 97/17 97/23 98/15 102/20 103/19 104/12 106/11 114/13 116/25 122/8 126/10
**others [8]** 58/9 71/24 75/16 98/15 99/10 100/25 111/4 123/11
**our [3]** 25/11 94/5 104/4
**out [26]** 12/10 18/18 19/17 24/12 33/14 33/18 39/3 39/4 49/7 52/5 55/2 57/23 78/22 83/8 84/20 85/24 86/5 97/7 105/14 114/15 114/18 115/8 116/3 117/4 117/23 122/7
**outcomes [1]** 63/25
**outside [3]** 76/10 76/10 76/16
**over [4]** 5/11 23/6 93/6 104/21
**overall [3]** 37/15 53/18 59/18
**overdoses [2]** 26/7 26/19
**overhead [1]** 94/21
**overlap [2]** 81/8 91/1
**overrule [1]** 124/16
**Overruled [5]** 8/12 17/8 91/15 104/23 111/1
**overwhelming [1]** 10/22
**own [5]** 36/3 39/6 78/17 80/25 99/23
**oxygen [11]** 12/1 51/20 51/21 51/22 54/2 56/6 57/25 58/18 58/19 59/19 59/19
**oxygens [1]** 59/16

## P

**P-H [1]** 5/17
**P-H-E-N [1]** 5/17
**P-H-E-N-E-T-H-Y-L-A-M-I-N-E [1]** 5/18
**P-Y-R-O-V-A-L-E-R-O-N-E [1]** 14/7
**P-Y-R-R-O-L-I-D-I-N-E [1]** 6/8
**P-Y-R-R-O-L-I-D-I-N-O-V-A-L-E-R-P-H-E-N-Y-L [1]** 8/2
**page [21]** 2/3 2/4 2/6 2/7 2/8 2/10 2/11 2/12 2/14 2/15 2/16 2/20 2/21 2/22 2/23 2/24 2/25 9/15 25/11 25/12 70/21
**pages [1]** 117/13
**pair [1]** 117/8
**pairs [1]** 54/25
**PALM [1]** 1/2 1/7 1/17 1/23
**paper [14]** 15/23 17/11 24/8 29/20 29/22 29/23 30/11 33/13 30/17 30/21 32/4 33/4 86/7 90/17
**papers [4]** 19/25 39/4 83/11 83/25
**par [1]** 95/5
**paragraph [9]** 36/11 36/12 36/21 37/5 38/12 40/13 67/21 108/5 118/20
**paragraphs [2]** 36/20 38/8
**part [6]** 22/22 67/21 83/20 88/6 115/6 116/1
**participate [2]** 56/5 68/20
**particular [18]** 20/16 21/25 22/10 43/19 43/21 45/24 65/25 79/3 83/2 84/19 92/8 92/13 92/13 99/7 106/7 106/16 109/5 112/15
**particularly [2]** 76/2 77/10
**parties [2]** 42/16 74/13
**partner [1]** 45/19
**parts [2]** 30/21 79/15
**passed [1]** 20/25
**past [1]** 20/23
**pasted [1]** 48/7
**pattern [1]** 102/15
**Pauline [3]** 1/22 73/13 128/5
**PEACOCK [14]** 1/19 2/3 2/7 2/10 2/12 2/14

**2/16** 3/13 3/16 4/25 16/25 36/9 37/3 40/1
**peer [21]** 10/10 20/24 20/25 39/1 39/1 39/7 83/11 83/23 84/6 84/15 85/6 85/16 85/20 86/6 88/2 107/13 114/11 115/5 115/6 115/7 115/8
**pejorative [1]** 119/5
**pending [1]** 127/7
**people [9]** 48/24 77/25 78/11 78/13 81/23 93/14 98/16 116/17 116/19
**per [1]** 20/19
**perceive [3]** 63/24 65/8 65/10
**percent [6]** 23/25 33/5 96/9 97/11 117/19 117/20
**perception [1]** 49/10
**Perfect [1]** 127/3
**perhaps [1]** 49/10
**period [1]** 24/25
**peripheral [1]** 79/22
**periphery [2]** 73/2 73/4
**permission [5]** 3/14 42/15 77/24 77/24 78/11
**person [1]** 76/22
**person's [1]** 11/14
**Ph.D [3]** 43/3 75/1 75/2
**pharmacist [1]** 57/10
**pharmacokinetics [1]** 23/11
**pharmacological [28]** 25/23 33/11 37/13 38/9 38/13 38/21 52/21 66/19 76/4 80/23 82/2 88/9 88/22 89/17 92/5 92/13 95/5 98/13 98/15 100/8 101/18 102/7 102/25 108/6 108/8 110/3 112/15 113/16
**pharmacologically [4]** 29/3 76/6 87/22 104/13
**pharmacologist [7]** 41/17 53/6 53/7 53/9 84/24 97/24 99/9
**pharmacologists [3]** 44/3 112/23 118/18
**pharmacology [17]** 41/3 41/20 41/21 44/20 65/4 65/15 66/15 66/23 67/6 72/4 74/14 75/1 75/6 76/2 76/8 105/24 106/3
**phenethylamine [18]** 5/15 5/22 5/23 9/23 10/1 47/12 47/14 47/16 47/17 47/18 47/19 47/23 48/18 51/16 51/16 56/12 58/17 68/17
**phentolamine [1]** 60/23
**phenyl [8]** 11/10 47/23 54/4 54/5 54/9 58/12 60/6 73/1
**phenylalanine [1]** 57/23
**phenylamine [1]** 58/20
**phon [2]** 60/12 63/6
**phone [2]** 3/18 3/22
**photograph [1]** 55/5
**phrase [5]** 48/16 75/22 76/11 108/13 119/9
**physically [1]** 116/14
**pick [1]** 30/25
**picked [5]** 84/7 84/11 84/17 118/25 119/8
**picking [5]** 84/19 94/10 97/25 119/4 119/11
**picture [1]** 18/16
**Pierce [3]** 1/20 1/23 126/6
**Pierce/West [1]** 1/23
**pill [1]** 105/25
**place [4]** 46/1 59/22 82/17 91/18
**placement [1]** 86/16
**Plaintiff [2]** 1/5 1/15
**plane [2]** 54/1 58/14
**plastic [1]** 55/5
**play [1]** 22/22
**please [2]** 4/12 51/18
**pleasure [3]** 81/9 81/9 81/21
**plenty [1]** 56/18
**plugged [1]** 96/19
**plus [2]** 125/5 125/6
**point [16]** 7/6 33/7 51/18 55/16 57/23 71/1 85/3 93/20 93/22 97/7 98/10 99/9 115/15 115/19 116/1 119/12

## P

points [17]  76/3 84/4 84/23 92/23 93/7 93/8
 93/9 93/12 95/5 95/9 95/20 95/25 97/23
 100/25 121/14 121/15 126/21
portion [3]  53/25 58/15 59/10
position [8]  6/25 42/23 58/5 59/3 74/21 78/17
 99/23 126/19
positional [2]  70/24 71/3
positioned [1]  59/17
positions [2]  9/22 125/20
positive [2]  23/20 24/16
positives [2]  24/13 105/15
possibility [3]  24/15 24/16 77/5
possible [6]  63/22 67/22 106/20 116/22
 119/13 121/12
possibly [1]  100/22
potencies [6]  26/5 32/2 38/10 83/14 108/8
 114/19
potency [68]  14/21 21/25 22/11 22/12 22/22
 25/18 25/20 25/21 26/3 26/8 29/19 30/1 30/23
 31/3 32/22 33/2 36/18 36/25 37/1 37/3 37/9
 37/11 37/13 37/14 38/20 38/22 39/9 92/5 92/8
 92/11 92/12 92/15 92/18 92/22 93/15 94/15
 95/4 95/11 95/12 95/12 95/23 96/21 97/3
 97/12 98/17 98/23 99/16 99/25 100/18 100/25
 101/3 101/25 103/15 103/18 103/23 104/2
 105/21 106/4 108/16 109/24 110/1 112/8
 112/12 112/14 114/17 115/22 117/9 119/17
potent [30]  14/22 14/23 15/1 15/14 15/22
 15/24 15/25 16/2 16/3 16/5 29/21 30/9 30/16
 31/17 32/5 37/6 37/15 39/19 92/14 92/14
 93/21 93/23 95/17 96/23 99/22 100/6 100/19
 100/22 115/13 115/24
potential [2]  66/20 66/20
powerful [1]  103/12
PowerPoint [8]  9/12 34/20 44/24 122/20
 123/3 123/4 123/6 123/12
practice [2]  34/21 55/7
precipitate [1]  81/20
precisely [1]  120/15
predict [8]  37/8 38/9 38/12 38/17 38/20 65/14
 78/24 108/8
predicting [1]  79/7
prediction [7]  38/14 38/18 39/9 65/19 65/23
 65/24 112/22
prefer [1]  12/6
pregnant [1]  57/11
preparation [1]  31/24
prepare [1]  44/24
presence [2]  54/4 55/8
present [8]  12/10 54/14 74/17 87/24 89/1
 116/25 116/25 117/1
presentation [4]  34/20 44/24 45/2 45/9
presentations [1]  122/20
presented [5]  3/12 121/25 122/2 123/21
 126/17
pressure [1]  81/13
presumed [1]  122/19
pretty [2]  51/4 51/5
previous [2]  61/3 61/14
previously [1]  58/7
primarily [7]  69/16 80/21 81/12 81/19 102/2
 102/12 102/17
primary [2]  32/20 80/13
primate [1]  113/1
primates [4]  21/1 21/3 21/12 112/19
prior [2]  63/5 113/3
probably [5]  33/6 82/14 96/6 106/23 115/6
problem [5]  4/5 77/4 118/10 119/6 119/7
problematic [1]  98/21

problems [1]  95/24
proceed [5]  4/22 9/17 41/25 53/20 77/13
proceeding [1]  79/12
proceedings [2]  1/10 128/2
process [4]  48/14 55/6 83/15 120/18
produce [7]  57/15 57/15 65/8 65/11 81/24
 92/13 92/15
produces [2]  25/23 57/13
professional [1]  86/21
professor [2]  42/24 74/18
profile [1]  52/1
projecting [3]  52/5 53/24 55/2
prone [1]  68/25
prong [5]  25/16 25/18 37/12 67/13 67/14
prongs [1]  37/12
proper [1]  48/4
properties [6]  46/2 53/17 53/17 54/5 56/9
 63/21
propose [1]  125/23
proposing [1]  79/4
proposition [1]  115/13
propyl [3]  6/17 60/6 60/7
propytane [1]  60/12
protocol [2]  76/5 113/16
proton [1]  56/5
protons [1]  45/21
provide [3]  46/15 57/1 106/20
provided [2]  42/7 85/9
provides [1]  47/5
psychiatry [1]  20/7
psychoactive [1]  24/23
psychotropic [1]  81/25
Public [1]  1/19
publication [1]  10/3
publications [1]  118/19
published [7]  19/25 39/8 83/11 83/12 85/6
 95/3 116/12
pull [1]  81/3
pulled [1]  49/4
purple [1]  60/7
purpose [5]  19/22 94/20 109/12 113/13 117/3
purposes [9]  6/9 40/7 63/16 90/16 94/17
 113/15 114/12 119/1 125/10
purview [1]  52/13
put [16]  4/1 20/11 22/18 36/15 46/6 54/17
 55/12 55/9 59/11 65/14 76/5 78/17 87/23
 94/12 94/21 107/13
puts [2]  53/23 53/25
putting [2]  9/11 118/3
PVP [81]  5/5 5/7 5/12 5/14 5/25 6/1 6/5 7/9
 8/4 8/10 14/5 14/15 14/21 15/10 15/14 15/23
 17/13 27/10 27/12 27/17 27/21 34/19 38/1
 40/13 40/14 40/15 40/18 44/15 46/22 47/10
 60/2 60/2 60/16 61/14 61/23 66/8 68/2 68/7
 68/16 68/22 69/3 70/2 70/3 70/10 72/12 72/15
 72/17 72/22 73/7 77/20 78/9 83/4 85/20 87/20
 87/23 89/22 90/17 90/22 91/10 101/7 101/9
 101/21 102/4 102/13 102/17 102/22 103/12
 104/4 104/11 106/12 109/5 113/10 113/12
 113/21 114/6 116/10 116/11 116/17
 119/25 125/9
pyro [3]  17/17 18/17 19/5
pyrovalerone [27]  8/7 8/16 14/4 14/17 14/22
 15/18 15/19 15/23 15/25 16/2 17/13 18/9
 28/17 45/4 46/25 61/5 61/18 61/25 72/13
 72/16 72/20 72/23 73/8 104/7 104/8 104/10
 104/13
pyrovalerones [1]  103/25
pyrrolidine [1]  6/6
pyrrolidinovalerophenone [4]  8/1 8/4 47/10
 103/7

## Q

qualified [3]  42/16 44/11 75/18
qualifies [1]  74/13
qualify [2]  62/8 115/5
qualities [2]  71/23 72/2
quality [1]  114/3
quantified [1]  48/13
quantitatively [2]  78/24 79/7
question [28]  18/22 22/7 23/4 25/7 29/24
 33/6 37/21 48/20 59/8 63/16 64/10 67/3 67/12
 68/18 72/8 84/9 84/13 97/22 105/21 108/14
 108/18 109/5 110/21 110/22 116/13 118/4
 119/3 119/14
questions [7]  9/5 11/12 34/6 41/7 72/7 120/3
 121/22
quickly [3]  16/17 56/15 98/24
quite [6]  23/23 39/25 65/19 93/19 101/6
 102/22
quote [2]  7/24 76/9
quotes [2]  49/4 49/5

## R

R-I-N-G [1]  6/8
range [3]  93/19 102/24 116/2
ranging [1]  50/21
RAPHAEL [2]  1/7 3/2
rarely [1]  118/18
rat [2]  32/10 32/10
rate [4]  6/5 23/20 31/24 81/14
rather [1]  34/15
ratio [10]  8/23 14/25 15/4 37/24 40/19 88/11
 92/22 95/14 96/19 102/21
ratios [3]  50/6 50/20 96/12
rats [3]  30/4 30/5 31/19
raw [1]  98/17
reach [4]  22/23 40/6 50/17 113/25
reached [3]  96/2 96/13 98/19
reaction [2]  89/11 89/17
reactions [2]  43/22 43/23
reactivity [4]  46/3 46/5 55/21 70/9
reactor [1]  89/18
read [12]  9/12 13/16 24/7 36/15 83/25 103/3
 111/22 116/12 116/21 117/17 117/22 117/24
reading [3]  24/11 49/14 104/10
ready [1]  3/15
real [1]  118/10
realistic [1]  126/24
really [6]  17/18 73/13 77/9 78/23 119/12
 119/15
reason [1]  63/20
reasonable [2]  48/24 83/16
reasons [1]  102/11
reattach [1]  6/6
rebut [1]  34/11
recall [9]  17/1 17/3 23/21 24/3 45/20 63/11
 64/21 103/14 103/15
receive [2]  56/12 94/20
received [3]  2/19 33/18 94/4
recently [1]  14/16
receptors [3]  32/20 82/24 83/1
recess [2]  73/16 73/17
reclassified [1]  20/8
recognize [1]  103/22
recognized [1]  105/18
record [2]  103/5 128/2
recreational [1]  101/1
rectangle [1]  60/5
red [4]  58/18 59/1 59/2 60/9
redirect [17]  2/4 2/8 2/12 2/16 3/10 9/6 9/9
 16/16 34/7 35/7 42/2 42/2 56/20 56/21 62/15

# R

redirect... [2] 72/10 120/6
refer [1] 49/3
reference [3] 47/15 68/21 83/7
referenced [4] 46/21 46/22 60/11 60/12
referencing [1] 47/23
referred [1] 47/16
referring [4] 20/17 79/25 115/15 121/9
refers [3] 65/24 76/15 104/8
reflect [1] 76/4
reflected [1] 103/23
reflecting [1] 102/25
reflects [1] 82/15
Reframe [1] 110/22
refute [2] 105/8 105/11
regard [5] 5/4 7/5 27/11 64/10 74/12 75/24
 78/8 78/18 85/16 85/22 88/7 116/5 125/21
regarded [1] 5/14
regarding [8] 10/5 22/8 27/10 30/14 65/21
 85/20 86/6 116/21
regardless [2] 25/24 37/18
region [1] 53/18
regions [2] 54/1 60/3
regulatory [3] 49/15 49/21 57/2
relate [3] 31/25 32/21 37/9
related [12] 40/15 41/16 66/16 66/21 86/13
 92/7 100/9 101/14 102/7 106/5 119/16 119/22
relates [5] 11/15 14/21 73/5 125/2 126/19
relating [3] 10/11 125/7 126/9
relation [1] 104/2
relationship [1] 64/18
relationships [1] 77/8
relative [20] 38/10 58/25 59/2 59/3 61/6 79/8
 82/12 83/13 89/21 89/21 92/22 95/4 100/10
 101/23 101/25 108/8 110/1 112/14 114/7
 115/22
release [4] 80/6 95/6 96/9 101/15
released [2] 12/4 81/1
releaser [4] 22/16 89/14 90/12 92/2
releasing [2] 89/21 102/19
releasor [1] 102/12
relevance [4] 8/11 85/12 110/25 124/15
relevant [4] 11/15 36/25 60/15 113/7
reliability [6] 23/18 23/23 23/24 78/16 78/18
 78/20
reliable [5] 23/24 24/6 24/12 30/25 85/8
reliably [1] 79/7
relied [6] 93/1 114/12 115/12 115/16 115/18
 115/19
rely [7] 106/18 110/24 111/3 111/10 114/11
 114/23 114/24
relying [3] 17/12 84/6 84/15
remains [1] 125/1
remember [5] 5/1 64/1 76/23 86/15
reopen [3] 4/1 12/14 12/20
repeat [3] 8/2 23/19 71/6
repeatedly [1] 19/12
rephrase [3] 26/13 30/7 118/12
replace [1] 58/19
replaced [1] 58/18
replacing [1] 57/24
report [60] 13/9 13/23 27/3 30/19 33/18
 34/18 34/19 35/14 35/19 35/21 36/4 36/15
 36/17 36/18 36/20 37/23 38/5 38/8 39/14
 39/24 40/9 42/6 49/8 66/7 66/8 66/9 70/20
 78/18 78/22 86/9 88/3 88/17 90/25 94/15
 103/1 103/3 103/5 103/11 104/15 104/20
 108/3 108/16 111/5 111/7 111/9 111/15
 114/10 114/11 114/11 115/15 118/17 119/2
 121/7 121/9 121/11 121/14 122/25 123/25

124/6 124/17
reported [4] 26/21 26/25 95/8 95/14
Reporter [3] 1/22 128/5 128/6
reporting [2] 96/8 98/9
reports [11] 26/6 34/16 38/2 84/8 116/12
 116/15 116/21 116/23 117/10 119/1 119/1
represent [3] 46/7 46/12 48/5
representation [7] 47/7 47/9 47/11 54/22
 54/25 55/23 59/7
representations [6] 50/1 51/14 52/10 54/19
 57/3 58/11
represented [1] 50/11
representing [1] 47/24
represents [1] 79/19
reproduced [1] 3/19
reproducible [1] 21/12
request [1] 3/19
require [3] 92/14 108/25 109/2
required [2] 77/18 92/12
requirements [1] 79/14
research [12] 20/12 20/13 29/7 29/8 30/22
 43/21 74/19 74/24 76/8 88/8 88/13 88/16
researched [2] 87/1 116/16
researchers [1] 37/7
researching [1] 29/15
reserved [1] 3/13
resolve [1] 41/18
resolved [1] 41/15
respect [7] 35/9 35/14 63/17 64/23 66/8 69/6
 114/1
respected [1] 49/2
response [2] 41/4 81/23
responses [1] 81/9
rest [3] 54/4 54/9 127/21
restate [3] 15/7 15/9 84/13
Restrict [1] 51/13
restricting [2] 52/17 68/8
restroom [1] 73/20
result [5] 21/6 32/3 95/14 116/17 116/19
results [10] 14/20 21/4 24/12 26/6 33/5 33/17
 33/19 105/5 105/7 105/10
retained [1] 83/6
reuptake [1] 28/20
reuse [1] 25/4
reusing [2] 25/5 25/6
reveal [1] 93/15
review [10] 10/10 20/25 24/5 39/1 39/1 39/7
 78/1 83/11 83/23 84/6 84/15 85/6 85/16 85/20
 86/6 88/2 102/3 114/11 115/7 117/13 119/19
reviewed [10] 20/24 37/23 39/12 108/19
 115/5 115/6 115/8 116/4 116/14 116/18
reviewing [1] 84/6
reviews [1] 39/3
rhesus [1] 103/8
right [49] 9/20 9/20 10/4 10/11 11/13 12/23
 13/3 13/10 13/17 16/18 16/20 24/17 26/11
 27/19 31/4 31/11 31/11 32/23 33/8 35/14 35/12
 40/1 45/1 47/9 49/24 50/12 55/6 56/23 57/8
 57/13 60/10 62/19 64/4 66/4 72/15 73/18 75/1
 75/20 79/16 82/2 95/21 95/22 98/1 98/11
 109/2 109/3 117/16 118/7 118/20
right-hand [4] 57/8 60/10 95/21 98/11
rigorously [2] 65/19 65/23
ring [23] 6/6 6/8 9/20 9/23 10/5 10/12 11/1
 11/8 11/10 11/10 47/20 47/21 47/24 54/6 54/9
 57/13 58/13 59/15 59/15 60/8 61/8 69/16 73/1
rings [1] 10/25
risk [1] 24/13
Ritalin [6] 109/11 109/12 109/12 109/12
 113/4 113/17
Robert [1] 63/6

ROBIN [2] 1/11 1/24
role [4] 52/12 125/3 125/5 126/10
root [5] 105/20 105/25 106/1 106/5 106/7
ROSENBERG [3] 1/3 1/11 1/24
roughly [2] 75/12 116/3
routinely [3] 25/4 77/24 78/2
row [1] 50/4
run [1] 77/12

# S

S-E-R-T [1] 82/4
S-I-M-M-L-E-R [1] 88/3
S-U-B-S-T-R-A-T-E [1] 92/1
sacrifice [1] 56/21
safe [2] 113/14 113/17
said [32] 8/25 10/4 15/9 15/14 15/17 23/5
 25/16 26/19 27/19 30/7 33/9 52/25 58/7 63/19
 63/19 63/21 63/22 63/23 64/14 64/23 65/14
 66/7 68/22 72/17 78/21 79/2 83/25 90/25
 94/12 100/14 109/23 114/10
same [38] 5/23 6/25 6/25 7/1 7/5 10/16 12/1
 25/11 25/23 25/25 26/10 26/19 26/22 28/24
 28/2 28/23 37/16 40/13 49/18 49/20 50/5 50/7
 50/11 54/1 56/2 57/12 58/14 61/13 64/15
 68/21 73/3 73/5 82/17 88/11 98/9 98/17
 114/12 121/17
sandwiched [1] 35/2
SAR [2] 76/24 77/8
sat [1] 5/1
satisfactory [3] 106/17 107/6 107/9
saw [1] 13/16
say [41] 5/16 8/9 8/14 16/13 20/13 20/25 21/2
 22/17 24/11 24/22 25/22 26/13 26/18 26/25
 29/6 32/6 34/15 35/5 38/6 42/5 49/9 51/4
 66/10 70/22 74/1 77/3 79/6 80/10 81/5 83/21
 87/23 88/11 88/21 100/12 100/22 103/13
 107/5 108/5 112/12 112/18 115/24
saying [18] 15/4 15/22 25/18 26/4 26/5 26/10
 26/12 31/20 34/12 34/14 38/17 38/22 64/1
 64/12 65/25 100/18 109/23 117/2
says [8] 9/23 24/12 30/7 38/9 38/12 40/19
 40/21 126/18
scaffold [1] 47/15
scale [2] 93/22 112/25
scenario [1] 34/25
schedule [34] 3/6 3/23 8/16 8/18 8/19 8/22
 8/23 9/2 9/3 15/20 16/5 16/7 16/10 16/12
 19/23 20/4 20/8 20/10 50/5 57/7 62/18 62/21
 68/7 68/9 68/9 68/11 68/13 68/13 72/13 73/11
 73/18 104/16 104/18 104/25
science [4] 7/21 48/13 115/2 120/17
scientific [19] 7/13 7/16 7/17 7/21 10/10
 10/16 10/23 10/24 48/14 48/16 48/22 62/7
 75/25 76/1 79/12 118/18 119/2 119/4 120/12
scientifically [3] 39/13 65/18 115/24
scientist [4] 22/9 48/11 52/13 76/13
scientists [5] 65/8 65/10 78/2 119/5 119/9
scientists' [1] 119/18
screen [10] 46/19 52/5 52/9 55/3 55/4 55/15
 60/10 61/10 61/12 94/23
screens [1] 35/23
second [7] 6/4 7/6 52/5 80/7 88/6 89/17
 100/14
secondary [4] 57/15 57/18 60/20 60/24
section [3] 10/4 69/8 83/7
see [32] 17/22 18/1 18/6 18/9 19/4 22/5 22/20
 25/6 25/16 26/1 26/19 34/17 39/16 47/4 48/4
 49/5 50/24 52/2 55/6 58/12 78/19 94/3 94/23
 94/24 95/11 95/25 96/12 116/2 116/16 117/4
 118/18 119/25
seeing [1] 26/6

**S**

seeking [2]  78/11 78/13
seem [2]  57/4 118/10
seems [1]  70/1
seen [6]  10/21 21/11 21/12 27/4 87/16 101/5
selecting [1]  84/19
selective [1]  102/18
self [1]  113/1
sense [1]  82/24
sentence [2]  11/13 125/24
sentencing [22]  1/10 3/3 3/4 7/8 7/11 39/10
 48/7 50/7 50/12 75/8 75/13 79/11 79/13 79/15
 108/7 108/25 109/2 120/18 126/5 126/23
 126/24 127/16
separate [4]  49/4 49/5 92/6 124/2
separately [1]  10/18
separates [1]  10/24
series [2]  77/12 103/25
serious [1]  26/20
serotonin [10]  28/10 32/20 40/3 80/22 81/6
 81/18 81/19 81/22 89/18 102/19
SERT [11]  39/24 40/3 40/4 40/17 81/6 81/18
 82/3 82/9 97/17 97/20 102/21
serves [1]  93/6
set [7]  45/9 84/20 87/6 98/7 101/5 124/24
 126/22
seven [1]  93/5
several [2]  50/2 104/12
severe [2]  26/7 26/7
shape [5]  52/6 52/7 53/23 55/20 59/18
shared [2]  54/4 55/1
sharing [1]  45/25
she [11]  110/16 110/17 110/17 110/24 111/3
 111/4 111/10 111/10 111/11 111/12 111/12
shelf [1]  87/23
short [1]  73/17
shorter [1]  4/6
shorthand [2]  48/2 48/4
should [13]  4/17 12/4 13/15 21/2 25/3 37/25
 38/19 40/18 40/20 63/20 85/8 96/5 123/25
shouldn't [1]  103/13
show [5]  25/16 64/2 64/4 70/21 100/25
showed [3]  93/20 93/23 100/4
showing [4]  37/17 94/5 94/14 117/12
shown [3]  19/12 59/6 98/10
shows [2]  15/23 98/6
side [9]  11/1 26/20 26/22 56/4 57/7 57/8 60/5
 60/6 60/10
sides [1]  3/6
sign [3]  96/1 96/13 96/19
signal [1]  81/2
Signature [1]  128/6
significance [2]  11/7 69/1
significant [6]  6/21 57/20 69/21 72/21 72/22
 72/25
signs [1]  98/18
similar [103]  5/7 7/12 8/5 8/9 8/14 18/7 24/2
 26/8 26/11 26/13 26/14 27/19 28/6 28/15
 28/18 28/25 30/17 30/23 33/6 33/12 33/15
 33/20 37/18 37/19 48/10 48/12 48/15 48/21
 48/22 49/10 49/17 49/19 49/19 49/23 50/9
 50/16 51/1 51/14 51/15 57/4 57/11 58/1 58/4
 58/7 58/9 58/21 58/24 59/25 60/18 61/15
 61/18 62/5 62/6 62/8 63/20 63/20 63/24 64/14
 64/14 64/17 64/19 64/22 64/25 65/8 65/9
 65/10 66/17 66/18 67/15 67/18 67/23 67/25
 68/22 71/14 71/16 71/23 72/23 73/7 73/8
 75/22 76/6 76/11 86/7 87/2 87/4 88/2 91/24
 100/13 101/18 101/25 104/13 107/9 109/3
 109/3 109/5 110/13 117/8 117/9 118/14 119/6

similarities [3]  26/23 29/2 48/9
similarity [9]  31/25 48/13 48/25 49/8 69/20
 70/23 71/12 76/9 110/2
Simmler [5]  32/24 88/3 97/10 100/24 101/1
simple [5]  11/17 38/6 44/21 54/21 63/22
simpler [1]  55/10
simplest [2]  45/18 115/3
simplify [1]  48/2
simply [2]  65/22 92/12
since [4]  38/12 43/11 62/18 88/18
single [3]  12/1 36/21 66/16
sir [5]  95/4 94/23 97/4
sits [1]  89/4
sitting [1]  17/11
situation [1]  7/19
six [10]  18/12 18/14 19/4 20/23 39/5 47/20
 47/20 47/20 47/23 106/15
size [2]  55/20 59/18
slide [24]  9/11 9/19 9/21 9/22 9/25 10/7 11/1
 45/2 46/14 47/5 48/7 54/17 55/22 55/25 56/15
 57/1 58/10 59/6 61/3 61/13 61/14 111/18
 123/2 123/4
slides [3]  46/6 56/16 123/12
slightly [2]  100/25 100/25
slow [2]  22/16 117/21
slowly [1]  11/19
small [4]  43/17 43/25 96/18 101/6
Smith [5]  13/9 20/17 90/13 114/10 122/25
smoke [5]  22/23 23/1 23/10 23/15 106/1
smoked [1]  22/21
smoking [1]  23/13
smoothly [1]  54/3
so [114]  7/3 7/8 7/14 7/21 10/7 10/21 11/13
 12/3 18/4 18/16 18/16 19/11 21/8 21/11 23/1
 23/13 26/10 26/23 27/3 28/20 28/22 29/13
 31/16 32/13 33/4 33/10 33/19 35/3 35/23
 36/22 39/19 40/6 41/8 42/1 45/2 45/3 46/2
 48/20 49/12 51/6 51/7 54/4 54/17 55/24 55/25
 56/2 56/5 56/13 56/24 57/7 58/2 61/2 61/23
 64/8 64/13 65/1 65/7 66/2 66/7 68/18 69/3
 69/15 73/6 76/3 76/23 77/18 78/11 78/12
 78/21 80/6 80/18 80/19 81/24 82/10 82/24
 83/4 83/20 83/23 84/13 86/9 86/21 87/5 88/23
 88/25 89/3 89/5 89/9 90/21 92/14 93/9 95/8
 95/11 95/19 96/7 96/11 96/15 97/10 97/12
 99/25 100/4 100/12 105/18 107/8 108/24
 109/2 111/10 112/21 114/23 122/22 124/1
 124/23 125/5 125/18 126/22
solvents [1]  54/12
some [34]  7/18 7/21 8/25 14/14 16/16 20/6
 20/24 24/23 27/3 34/13 40/8 40/9 40/16 46/15
 64/23 71/23 75/20 78/15 82/10 83/17 84/8
 91/1 92/25 93/19 96/12 97/7 99/1 100/24
 101/11 101/12 101/15 106/20 111/24 115/3
somebody [1]  105/25
somehow [2]  40/12 120/19
something [10]  7/4 8/20 22/7 71/7 77/23 94/8
 106/1 107/8 109/19 113/1
sometimes [5]  19/15 19/16 19/17 37/1 39/19
somewhat [2]  29/19 88/23
soon [1]  124/21
sophomore [1]  51/25
sorry [4]  5/17 7/24 10/17 99/16
sort [5]  5/3 40/9 69/7 99/8 105/17
sounds [3]  63/21 63/21 110/10
SOUTHERN [1]  1/1
space [1]  45/16
speak [7]  4/16 11/19 45/6 53/14 53/16 57/23
 126/6
speaking [1]  29/3

species [2]  112/20 112/24
specific [7]  17/9 29/24 84/5 93/11 98/10
 116/24 126/20
specifically [9]  19/10 19/25 20/6 27/5 43/15
 53/18 86/24 104/14 104/15
spell [2]  4/11 14/6
spelling [1]  6/9
spending [1]  125/7
spent [1]  118/22
spinal [2]  79/21 79/23
spoke [1]  123/19
spoken [1]  124/10
spot [1]  55/12
stand [3]  26/3 62/13 121/20
standard [4]  48/22 48/23 71/16 113/4
standpoint [3]  7/24 7/25 8/3
start [3]  63/5 71/11 83/8
started [1]  54/21
starting [3]  25/13 117/16 126/6
starts [1]  64/4
State [2]  4/11 42/22
stated [11]  29/20 88/19 90/13 90/16 92/12
 93/11 111/12 114/8 118/14 118/17 118/19
statement [8]  31/8 71/5 71/6 71/7 71/9 71/10
 78/5 78/21
statements [1]  78/15
states [15]  1/1 1/4 1/11 1/16 3/2 30/17 30/22
 38/8 61/14 63/6 75/8 99/21 102/3 110/6 111/6
stay [4]  12/5 12/6 83/4 83/20
staying [1]  44/19
stems [1]  10/10
step [4]  77/3 77/18 120/18 121/23
stick [1]  8/6
sticker [1]  127/17
still [3]  5/12 121/17 121/19
stimulant [3]  18/6 27/22 40/16
stimulants [1]  90/18
stimulate [1]  99/8
stimulation [2]  37/19 89/2
stimulative [1]  27/19
stimulatory [1]  89/5
stimulus [1]  103/6
Stipes [2]  1/22 128/5
stop [1]  6/11
stream [1]  23/12
Street [1]  1/20
strength [4]  99/11 99/14 109/24 114/7
strike [1]  40/25
strongly [1]  49/11
structural [12]  52/18 57/22 58/3 59/10 59/24
 60/4 60/17 69/14 69/23 72/2 77/8 90/19
structurally [3]  8/4 40/15 71/23
structure [81]  7/10 8/9 11/22 40/25 41/2
 41/23 41/24 42/8 42/17 44/11 44/17 44/19
 45/11 45/13 45/15 46/14 47/8 47/10 47/12
 47/19 50/16 51/2 51/11 51/13 51/16 52/12
 52/25 53/4 53/15 54/20 55/23 57/12 57/13
 58/4 58/7 58/24 59/6 59/7 59/8 59/12 59/15
 59/15 59/18 59/19 60/1 60/3 61/23 64/15
 64/18 65/1 65/3 65/15 65/22 66/3 66/18 66/23
 67/5 67/6 67/7 67/11 67/18 67/20 67/22 67/23
 67/24 68/4 68/14 69/10 69/11 69/17 71/3
 71/17 71/18 71/18 72/13 72/15 72/25 73/2
 73/4 77/1 119/16
structures [45]  5/15 44/8 45/18 45/23 46/5
 46/7 46/8 46/9 46/10 46/11 46/12 46/16 47/6
 47/16 48/3 49/11 49/23 50/2 50/9 50/10 50/15
 50/18 52/14 55/21 57/3 57/3 57/21 58/11
 60/14 60/15 60/17 60/18 63/20 63/24 64/14
 64/16 64/24 64/25 65/5 65/6 65/10 65/21 71/2
 72/23 73/9

119/12 119/22 120/8
 125/5

**S**

struggle [1] 112/23
studies [73] 19/2 19/9 19/13 20/24 21/15
21/19 23/13 23/15 31/2 31/3 31/6 31/22 31/23
31/24 32/8 32/17 32/19 32/21 32/22 36/22
36/22 37/1 37/2 37/4 37/10 37/17 39/5 40/14
40/21 53/3 78/16 78/19 82/9 82/15 82/17
82/20 82/23 86/6 86/22 92/23 92/25 93/1 93/5
93/6 93/8 93/8 93/14 95/20 96/2 98/9 98/19
101/8 105/3 105/4 105/5 105/8 105/11 105/14
106/23 107/15 109/17 109/19 109/20 109/25
112/6 112/7 112/11 112/13 112/21 115/25
116/18 117/11 119/23
study [62] 14/1 14/19 14/20 15/15 17/11
17/16 19/7 20/16 20/17 20/24 21/2 21/6 21/8
21/11 21/13 21/22 22/16 23/18 24/1 24/7
24/13 24/19 24/24 29/12 29/18 31/3 31/12
31/16 31/23 32/14 32/24 33/23 37/7 37/8 37/9
46/2 78/3 86/3 88/2 90/16 93/20 93/22 94/15
95/8 95/17 95/24 98/13 98/14 98/15 99/20
103/18 103/21 103/24 105/2 106/6 106/14
106/16 107/14 112/15 112/19 113/1 115/21
studying [1] 79/4
stuff [1] 44/21
subheading [1] 10/17
subject [1] 4/2
subjective [3] 48/24 49/9 69/19
subjectively [2] 68/19 68/25
submit [4] 111/7 122/6 124/1 124/18
submitted [3] 3/7 115/7 126/9
substance [32] 8/16 15/17 15/20 16/5 16/11
20/10 22/10 22/21 24/23 28/25 36/23 47/14
47/17 54/21 60/13 65/25 66/16 66/21 67/17
67/23 68/6 68/21 71/14 71/14 72/13 86/10 88/9
104/14 109/3 109/5 112/8 118/15
substances [52] 5/5 8/18 8/23 8/23 9/1 10/8
10/11 10/24 15/10 19/23 44/6 44/9 44/14
45/13 46/2 46/15 46/17 46/21 47/6 49/16 50/2
50/5 50/19 57/4 57/7 59/25 60/11 61/16 61/18
63/12 63/14 65/8 67/14 68/5 68/8 68/12 68/13
71/22 72/1 77/20 77/25 78/8 80/10 104/18
104/25 106/4 108/17 117/3 117/5 119/22
119/22 120/22
substantially [39] 7/12 48/10 48/12 48/15
48/21 48/22 49/17 49/19 49/22 50/9 50/16
51/15 58/1 58/4 58/6 58/21 58/24 59/25 60/18
61/15 61/17 62/5 62/6 62/8 66/17 66/18 67/15
67/17 67/23 71/16 72/23 73/6 73/8 75/22
76/11 107/9 118/14 119/6 120/8
substituents [1] 61/8
substitute [4] 17/23 18/6 18/10 103/25
substituted [9] 9/23 10/5 10/12 11/2 11/8
18/1 18/19 18/25 19/4
substitution [2] 5/23 11/10
substitutions [2] 7/1 7/1
substrate [5] 91/3 91/11 91/13 91/17 91/25
substrates [1] 89/8
such [4] 54/12 72/22 79/2 105/21
sufficient [3] 20/20 55/7 96/9
suggest [2] 19/11 72/4
suggestive [2] 19/8 19/9
Suite [1] 1/17
sum [1] 106/25
summarize [7] 11/14 13/25 88/17 93/3
101/17 125/20 126/14
summarizes [2] 95/3 126/9
summary [1] 42/7
support [2] 37/24 126/18
supported [1] 39/17
supports [3] 40/17 90/11 103/11

sure [13] 8/24 9/21 27/13 30/20 32/8 33/5
62/14 64/7 79/20 82/22 93/4 95/3 127/13
surgeries [1] 20/11
surrogate [1] 65/20
surrounding [2] 45/21 53/18
survey [2] 85/15 85/19
sustain [1] 85/13
Sustained [4] 52/23 72/6 91/5 110/22
sustaining [1] 4/8
sworn [4] 4/10 42/10 42/11 74/5
synthesis [2] 43/24 43/24
synthesizes [1] 80/5
system [8] 52/8 54/4 79/17 79/20 80/12 80/19
81/14 81/15
systems [3] 27/22 38/14 63/25

**T**

table [6] 5/1 17/1 45/6 95/3 96/6 103/16
take [14] 12/10 24/5 24/15 25/24 30/10 35/10
39/5 39/23 73/14 73/14 88/18 111/21 111/24
127/15
taken [6] 25/3 56/9 73/17 78/22 81/1 89/4
takes [2] 40/8 118/8
taking [6] 4/20 62/12 114/21 116/17 116/20
118/6
talk [19] 17/11 22/12 27/16 45/11 48/10 53/3
67/5 70/24 71/11 78/15 79/24 80/16 82/8
87/11 88/6 100/7 102/5 103/1 112/6
talked [8] 71/20 88/13 88/24 95/6 105/2
105/2 106/14 124/11
talking [11] 4/25 22/12 23/18 45/11 63/18 68/4
71/7 71/21 78/9 83/3 86/2
talks [2] 39/25 90/14
Tallahassee [1] 42/22
Tampa [3] 63/7 63/12 110/9
task [1] 76/7
teach [2] 51/25 56/10
teaching [2] 43/20 74/22
Technology [1] 43/7
tell [7] 23/4 36/23 53/11 78/19 86/5 105/13
125/1
telling [1] 108/16
tells [1] 36/25
ten [8] 4/21 9/15 16/18 35/11 39/5 40/23
56/24 102/24
term [27] 7/12 7/13 7/14 7/16 7/16 7/18 32/7
32/9 48/10 48/12 48/17 65/19 65/23 75/25
76/1 78/24 80/16 96/5 105/17 118/17 118/18
119/2 119/4 119/5 119/6 120/8 120/12
terminus [2] 59/4 59/5
terms [28] 11/14 11/16 12/2 14/14 36/17
36/18 39/23 45/16 54/19 57/5 57/20 58/1 62/7
69/10 69/11 71/13 71/19 72/25 75/13 75/20
76/14 77/3 79/18 88/22 89/20 95/4 114/17
126/15
tertiary [6] 57/17 60/22 60/25 61/7 61/7
68/17
test [17] 15/5 18/1 19/11 20/1 31/3 65/4 76/9
76/18 76/19 77/6 77/9 77/17 77/20 77/23
78/13 79/4 88/6
tested [10] 20/4 20/9 29/12 53/5 64/20 79/1
96/14 106/22 113/15 113/23
testified [16] 3/11 5/4 5/4 7/23 28/6 51/1
63/12 64/8 75/10 77/19 89/22 90/2 90/4 90/7
111/6 117/19
testify [4] 41/22 75/23 110/11 110/13
testifying [3] 63/11 64/21 76/23
testimony [16] 6/21 7/5 7/22 25/8 25/10 34/9
41/20 42/8 63/5 94/18 110/16 110/24 111/3
111/10 114/24 117/14
testing [12] 17/20 76/16 77/12 77/14 77/18

77/25 78/10 103/24 105/14 108/22 112/25
113/3
tests [2] 19/21 82/25
tetrahedral [1] 53/23
tetrahedron [1] 52/7
text [2] 48/8 52/3
textbook [1] 56/10
texts [1] 49/6
than [34] 5/21 8/10 8/14 14/23 15/1 16/5
28/20 29/19 30/9 30/16 31/17 32/2 32/5 34/16
38/18 40/10 40/20 42/4 55/10 69/21 69/24
89/19 90/21 96/1 96/12 96/18 96/21 97/21
97/23 98/18 100/22 102/19 103/12 114/5
thank [12] 9/5 12/4 34/2 34/5 35/24 54/16
61/20 62/10 73/10 107/19 121/23 127/20
Thanks [1] 12/3
that [578]
that to [1] 106/22
THC [2] 18/8 55/22
their [19] 23/6 34/16 39/6 44/17 45/16 45/24
45/25 46/2 50/16 78/20 80/13 89/13 100/9
100/10 100/13 101/2 101/23 101/25 103/7
them [22] 17/20 18/4 18/8 19/11 20/13 21/22
23/10 31/7 31/13 38/7 45/17 46/4 51/15 64/17
75/21 110/14 114/25 114/25 123/14 124/2
127/15 127/16
themselves [3] 7/20 57/23 60/16
then [16] 10/7 11/4 16/2 22/19 34/10 34/24
38/18 41/12 49/17 49/18 68/24 83/24 84/5
85/7 110/14 125/6
there [153]
therefore [2] 23/2 89/1
therein [1] 125/21
Thereupon [2] 73/17 127/23
these [60] 10/11 11/13 16/18 18/14 19/2 19/23 20/4
25/3 26/12 26/14 28/18 35/1 38/2 38/2 40/3
44/23 45/13 46/7 46/13 48/4 49/4 49/5 49/14
50/1 50/5 50/9 50/15 50/19 51/1 52/14 54/18
58/21 60/14 60/18 76/18 81/2 81/24 82/8
82/11 82/25 83/1 83/2 83/25 84/23 88/25
89/15 91/1 91/23 93/14 94/14 96/7 96/7 96/11
96/12 96/22 106/21 111/8 112/21 115/3
116/12 116/15 116/20 116/21 116/23 117/3
117/5 117/11 120/22 123/11
they [106] 5/22 8/5 10/15 11/9 14/4 17/17
17/18 17/20 17/22 17/24 17/25 18/1 18/2 18/3
18/4 18/4 18/5 18/6 18/7 18/9 18/10 18/11
18/11 18/12 18/18 18/18 18/20 18/21 18/22
18/25 19/3 19/4 19/4 19/17 19/18 20/23 21/7
21/7 21/16 21/19 22/17 22/18 22/20 23/14
25/3 25/19 26/5 32/11 32/17 32/18 33/17
33/19 34/11 34/13 34/14 34/15 35/3 36/23
49/1 49/6 49/17 50/6 50/12 51/7 51/9 52/9
54/7 56/2 59/17 59/18 64/15 70/13 76/18
76/19 76/20 77/10 79/6 79/6 80/9 80/22 87/4
88/11 89/8 89/8 89/9 90/17 92/6 93/15 96/1
96/23 98/19 99/13 99/21 103/15 103/17
103/18 103/20 103/24 104/2 104/5 105/16
114/24 116/23 117/6 122/18 122/19
thing [5] 12/20 40/13 67/7 89/5 122/17
things [7] 5/13 52/24 57/18 60/15 80/13 82/5
98/12
think [40] 4/6 19/12 23/1 23/5 30/25 38/6
42/3 51/7 52/25 58/2 59/10 59/12 60/15 63/16
67/2 67/17 70/13 74/4 75/17 78/5 78/21 82/7
88/9 97/24 100/9 100/12 103/15 105/22
106/19 106/23 108/14 108/18 112/7 112/11
114/18 115/15 117/6 117/10 126/2 126/18
thinking [1] 57/5
third [4] 15/17 25/20 62/24 104/6
this [146]

**T**

THOMAS [3]  2/2 4/10 4/13
those [67]  5/13 6/21 14/22 23/5 26/3 26/22
26/23 32/16 32/18 38/4 39/12 39/25 40/5
40/10 43/23 45/2 45/15 45/25 46/4 51/4 51/4
51/6 52/17 54/3 58/8 66/1 75/16 75/18 78/3
78/20 80/24 82/9 82/12 82/15 82/19 83/14
83/16 84/1 84/4 84/8 87/3 90/20 92/22 92/24
93/1 93/12 93/17 96/2 97/7 99/6 100/8 100/10
101/15 101/24 102/13 102/16 102/19 103/24
104/3 105/4 110/2 116/2 116/6 123/12 123/21
124/19 125/12
though [4]  98/18 104/16 107/5 109/23
thought [2]  54/8 87/6
thousand [2]  21/5 102/23
three [36]  20/23 25/17 25/18 26/12 26/14
26/21 26/21 26/22 26/23 26/24 27/1 30/1 30/8
31/17 32/20 39/19 50/4 50/5 52/6 52/10 54/19
57/17 58/10 58/10 59/25 60/5 60/8 73/15
80/24 81/24 82/12 100/10 101/15 101/23
120/18 125/12
three-step [1]  120/18
through [13]  20/13 23/6 36/21 40/14 56/17
75/20 88/18 91/13 95/19 118/20 122/10
123/20 126/20
tie [1]  69/1
tied [1]  61/8
tight [3]  37/7 3/23 62/21
time [23]  3/8 12/10 12/20 16/16 20/7 33/21
33/25 35/10 43/11 55/13 56/13 61/9 62/21
62/22 73/25 83/17 87/12 112/23 118/22
124/24 125/18 126/1 127/20
times [13]  14/23 30/1 30/8 30/16 31/17 39/19
75/12 93/23 96/23 97/20 103/12 105/7 105/10
titled [1]  10/1
today [11]  75/21 78/9 82/6 94/1 94/5 107/16
110/13 119/11 120/23 123/1 127/1
together [12]  10/12 10/16 45/17 45/20 46/4
46/6 54/17 58/15 76/5 94/12 96/22 107/13
told [1]  17/6
too [2]  62/25 127/22
took [4]  37/18 39/16 39/21 82/17
top [4]  50/4 59/6 94/24 98/13
topic [1]  107/14
total [1]  93/9
totality [1]  66/19
Totally [1]  90/24
toward [1]  69/4
towards [1]  69/4
tox [1]  27/3
toxicological [2]  20/1 27/1
toxicologist [1]  99/9
toxicologists [1]  112/23
toxicology [5]  37/17 75/2 75/4 75/5 106/3
track [1]  56/14
trained [3]  23/1 23/15 103/22
training [1]  104/5
transcript [2]  1/10 128/1
transferred [1]  89/9
translate [2]  19/13 38/13
translates [1]  23/6
transmitter [12]  27/22 80/3 80/4 80/7 81/1
81/3 81/9 82/16 89/3 89/10 91/18 101/14
transmitters [12]  80/9 80/11 80/20 80/24
81/8 82/13 89/1 89/19 89/21 95/7 100/10
102/16
transport [2]  90/12 97/16
transported [1]  91/17
transporter [15]  40/2 40/3 80/25 81/3 81/5
88/24 89/2 89/5 89/7 89/8 90/3 91/16 91/17

95/6 102/2
transporters [5]  28/10 40/5 101/24 102/1
102/14
transposed [1]  56/6
treat [2]  104/15 109/13
treated [7]  49/17 49/19 50/6 50/11 50/19 51/7
115/2
TRECKI [17]  2/5 3/25 4/17 12/8 12/9 12/12
13/18 13/21 34/9 34/24 35/4 77/19 86/12
89/22 91/21 103/2 103/11
Trecki's [1]  40/24
trial [4]  64/21 75/17 124/4 126/6
trials [2]  78/14 79/1
tried [4]  89/12 90/19 116/7 116/7
trouble [1]  120/14
true [8]  10/23 17/6 17/18 32/2 96/13 96/16
119/18 123/8
truncation [1]  49/7
try [4]  36/15 38/3 44/20 80/18
trying [13]  24/11 25/16 71/13 72/2 79/9
94/25 106/19 110/1 117/2 117/4 117/6 119/12
119/16
tube [3]  31/3 76/18 76/19
Tuesday [2]  126/5 126/6
Turn [2]  35/17 108/5
turned [1]  104/21
tutorial [1]  46/14
twice [7]  93/21 95/17 96/16 96/19 99/22
115/13 115/24
twisted [1]  58/16
two [68]  5/4 6/1 7/2 10/11 11/14 15/9 18/14
30/1 30/8 37/10 38/7 46/9 46/13 46/18 47/21
47/24 49/9 49/16 50/1 51/21 51/21 52/4 54/3
54/23 56/4 57/24 57/24 58/16 58/18 58/19
59/16 60/20 60/22 69/14 70/4 70/5 70/6 70/7
70/10 79/8 79/8 83/14 87/3 89/6 89/10 90/18
91/23 92/22 95/11 100/8 101/25 102/11
102/20 106/21 110/2 112/14 113/8 113/24
115/22 116/6 117/13 119/22 122/20 124/4
124/19 124/23 125/6 126/18
type [2]  7/1 80/6
types [4]  49/14 77/9 82/24 117/3
typical [1]  113/4

**U**

ultimate [2]  77/17 77/18
ultimately [2]  46/18 46/20
Um [2]  19/9 26/12
Um-m-m [2]  19/9 26/12
uncommon [2]  24/17 24/18
uncontrolled [1]  117/11
undefined [2]  76/2 105/17
under [11]  7/19 10/16 36/3 47/18 51/7 62/7
97/10 108/5 108/6 118/15 121/4
understand [17]  32/23 38/3 41/15 44/23 46/7
46/11 46/11 48/21 64/13 71/18 90/19 98/7
119/3 119/14 125/16 126/12 126/16
understanding [7]  46/3 46/16 48/4 48/20
69/7 79/13 86/23
understood [1]  114/15
unethical [2]  77/19 77/23
unfavorable [2]  85/25 97/5
unit [1]  59/23
UNITED [8]  1/1 1/4 1/11 1/16 3/2 63/6 75/8
110/6
University [2]  42/22 74/20
unreliable [2]  38/16 38/17
untested [2]  113/22 113/23
until [2]  20/8 35/25
up [36]  3/23 4/16 14/16 16/20 19/1 34/13
35/4 35/23 38/18 39/4 39/5 39/21 40/12 45/9

45/20 55/16 61/8 61/21 77/1 81/1 82/10 83/6
83/15 88/2 88/3 97/2 98/7 98/23 106/25
108/19 111/24 113/6 117/7 119/10 119/11
125/10
upon [3]  19/22 33/6 114/12
upper [3]  47/7 47/9 61/5
us [12]  29/14 41/25 44/21 48/3 79/24 94/6
105/7 105/10 105/13 108/25 111/24 117/24
use [26]  9/7 11/16 19/24 19/24 20/2 21/7 21/7
21/22 23/6 36/17 37/1 38/20 38/22 43/22
46/14 49/22 67/19 76/9 76/11 79/2 82/23
106/21 112/7 112/11 117/5 118/14
used [27]  18/12 19/4 20/7 20/11 20/15 20/23
21/14 21/19 22/3 24/22 31/23 37/7 37/8 47/15
48/2 48/14 65/19 79/18 84/10 94/17 96/1
96/11 96/17 106/14 109/13 110/17 119/5
useful [3]  75/25 117/6 117/10
user [2]  23/9 23/9
uses [4]  37/23 37/24 38/2 40/16
using [17]  7/18 18/7 23/25 36/20 38/4 38/6
70/4 71/15 75/21 79/15 84/15 87/2 95/5
105/20 110/13 112/19 113/1

**V**

V's [1]  9/2
validity [2]  7/17 7/18
value [8]  82/25 84/20 95/14 95/16 96/8 96/9
97/10 103/23
values [5]  92/24 96/11 96/21 110/13 116/3
variance [2]  125/15 125/17 125/21
variations [1]  93/17
variety [3]  95/5 95/19 95/20
various [8]  14/4 17/14 17/16 18/5 27/4 30/21
45/24 107/13
vary [1]  115/1
varying [1]  93/15
versa [1]  104/6
versus [12]  3/2 22/16 25/19 36/18 37/25 63/6
69/2 69/11 99/12 100/1 104/4 110/6
very [24]  19/13 29/5 33/8 33/12 42/21 44/21
49/13 51/14 54/17 55/19 61/5 61/20 77/7 82/6
89/15 90/21 96/5 98/24 100/9 101/25 111/7
121/23 126/17 126/20
vice [1]  104/6
vicinity [1]  45/21
video [1]  123/16
Virginia [5]  20/16 29/12 52/3 103/1 106/6
virtue [1]  50/17
vitro [53]  30/2 31/1 31/2 31/18 32/17 32/18
32/18 32/21 32/22 33/2 33/13 33/15 33/17
33/20 36/16 36/21 36/22 37/1 37/16 38/11
38/13 38/15 38/20 39/9 39/10 40/16 76/14
76/15 76/16 77/10 77/12 78/16 78/18
78/25 79/3 82/8 82/15 82/23 84/3 92/21 93/5
93/7 95/3 101/8 101/14 105/3 105/5 105/7
108/10 112/6 112/7 120/22
vivo [29]  37/5 37/6 76/14 76/21 77/14 77/15
78/16 78/25 82/8 82/11 82/20 84/3 92/21 93/6
93/8 93/14 93/14 98/6 98/10 101/8 101/15
105/3 105/5 105/10 107/15 112/11 112/12
112/21 120/22
voice [1]  33/21
voiced [1]  40/25

**W**

wait [1]  35/25
walk [1]  126/20
walked [1]  122/7
want [27]  4/1 12/14 12/20 16/14 17/8 19/21
21/4 26/18 35/5 41/25 53/11 55/9 60/4 63/2
72/5 73/14 73/24 75/20 77/8 77/13 96/4

**W**

want... [6]  106/25 113/1 117/22 118/4 122/6 127/13
wanted [4]  17/22 41/11 90/17 121/12
was [117]  8/5 9/3 13/12 14/10 16/25 17/22 18/22 19/2 20/6 20/7 20/8 20/11 21/1 21/8 22/6 22/16 23/18 23/20 24/3 24/3 24/4 24/5 24/22 24/25 25/1 25/21 26/4 26/5 26/16 26/18 27/6 27/13 29/12 29/20 30/2 30/4 30/5 30/8 30/16 30/17 31/18 31/19 31/23 32/3 33/1 33/2 33/14 34/17 37/5 37/6 37/7 41/14 41/15 43/10 63/6 66/13 66/13 66/16 66/22 67/12 68/10 70/12 70/13 70/20 71/9 73/17 78/15 78/21 84/2 84/10 85/6 86/8 86/16 87/6 87/23 93/5 93/19 93/21 93/22 93/23 95/13 95/17 96/1 96/13 96/14 96/16 96/17 96/21 96/23 99/1 99/18 99/21 101/2 101/3 106/6 106/9 106/15 106/20 109/15 110/8 110/15 110/16 110/16 111/6 111/7 111/7 111/12 114/13 115/13 115/13 116/24 116/25 117/20 122/24 125/5 125/6 127/23
washout [1]  24/25
wasn't [2]  31/22 113/7
water [2]  54/12 54/12
way [24]  9/19 10/4 22/20 23/2 38/3 39/24 59/18 61/1 68/21 73/3 73/5 83/13 85/2 94/5 94/12 95/24 97/18 102/21 112/9 115/2 115/3 115/3 126/15 126/15
ways [3]  70/4 82/19 106/11
we [180]
We'll [2]  73/15 126/4
we've [4]  12/12 45/3 88/7 105/2
weapon [1]  125/6
wedge [1]  55/1
week [2]  126/25 127/2
weekend [1]  127/5 127/21
weigh [3]  68/19 68/25 68/25
weighing [3]  69/14 70/5 70/10
weight [4]  84/23 93/11 110/17 111/13
well [28]  12/12 19/13 21/15 24/13 24/19 26/25 28/12 29/25 33/8 33/9 36/20 38/6 82/10 84/19 87/1 88/19 90/25 92/25 100/9 104/8 105/24 106/3 108/25 113/9 115/12 119/18 122/4 124/13
well-known [2]  105/24 106/3
went [2]  27/1 39/17
were [53]  3/9 5/1 6/12 7/24 17/16 17/18 17/20 18/4 18/4 18/5 18/7 18/9 18/11 18/11 18/12 18/18 18/20 18/22 19/3 21/8 21/16 21/19 30/23 32/17 32/17 32/18 32/18 33/17 39/13 39/13 58/19 63/12 63/14 71/21 72/2 75/18 75/23 92/17 92/23 93/6 98/1 98/13 98/15 106/15 106/19 108/14 109/17 116/8 116/11 116/16 116/19 117/5 125/2
weren't [1]  97/1
WEST [4]  1/2 1/7 1/17 1/23
what [156]
whatever [4]  16/15 79/15 83/12 113/24
when [34]  5/1 5/4 14/19 18/7 19/25 22/12 25/22 26/25 32/6 33/9 33/11 37/3 37/12 39/12 43/9 45/11 49/23 55/16 57/4 65/14 69/6 70/19 71/10 77/7 79/6 79/24 81/5 82/2 82/8 83/6 88/1 89/3 117/24 118/24
where [32]  9/20 19/10 19/23 20/1 25/16 33/24 36/23 39/21 42/21 43/5 44/22 45/25 45/25 46/3 48/1 49/4 49/16 55/2 55/3 57/17 64/22 65/10 66/13 76/2 83/9 86/8 96/12 96/18 99/20 100/24 108/5 119/23
whereas [4]  10/17 11/10 58/16 65/24
whereby [1]  126/14

Whereupon [1]  12/12
whether [20]  18/1 18/24 21/21 68/25 76/5 91/23 97/4 99/11 100/18 101/17 105/25 107/8 108/14 114/16 116/11 116/16 116/25 117/4 118/25 120/22
which [78]  3/7 7/20 9/21 10/18 18/6 23/4 23/4 37/10 37/18 38/19 40/15 49/6 50/12 52/22 53/5 54/22 55/23 56/2 56/2 56/10 57/13 58/20 59/10 59/12 60/2 60/12 64/8 65/7 68/18 70/13 72/24 76/21 77/13 79/9 79/22 80/5 80/7 80/25 81/21 84/24 87/16 88/25 90/13 90/14 91/9 93/22 95/5 96/2 96/10 96/13 97/5 97/22 100/14 101/24 102/1 102/18 102/23 103/23 104/14 105/10 106/20 106/22 109/4 110/8 111/6 112/24 114/19 116/3 117/1 117/7 117/7 117/8 117/8 119/20 120/18 123/2 123/4 125/8
while [5]  26/5 32/2 37/13 40/16 111/21
who [2]  3/11 117/19
whole [6]  8/18 24/7 24/7 76/16 76/19 77/12
Whose [1]  35/19
why [24]  20/13 47/13 51/6 51/7 52/19 53/11 53/13 55/17 65/12 72/12 72/17 72/19 72/20 79/1 85/5 87/1 88/21 90/10 101/22 102/10 104/14 105/13 105/23 121/11
wide [1]  116/2
widely [1]  115/1
will [48]  3/17 4/6 12/15 31/4 33/8 35/12 37/1 38/13 41/22 42/3 42/3 46/13 46/14 46/24 48/4 49/3 50/8 52/10 52/14 53/2 53/22 56/21 56/23 62/12 62/18 73/14 73/16 74/4 80/6 80/7 80/18 81/2 83/25 94/20 94/21 95/11 99/7 111/23 112/1 118/7 122/5 123/22 124/6 124/16 124/25 126/6 127/5 127/16
Williams [1]  124/25
withdraw [2]  41/20 88/19
within [7]  7/8 47/18 52/13 66/10 66/10 67/7 67/8
without [9]  13/10 33/23 44/19 65/5 77/24 108/22 118/3 122/7 122/22
witness [4]  4/10 13/18 41/8 42/11 45/5 64/2 73/22 74/5 94/18
witnesses [2]  3/11 122/8
won't [2]  42/19 97/23
word [10]  14/9 19/11 25/13 30/10 35/3 37/1 84/10 87/2 91/25 118/10
words [3]  11/16 19/1 22/3
work [11]  27/21 28/1 28/9 44/3 45/12 53/3 76/10 76/12 79/16 124/25 127/5
worked [1]  43/11
working [3]  52/14 78/3 83/17
works [3]  28/15 36/24 90/21
World [1]  57/9
would [141]
wouldn't [2]  19/21 70/18
wow [1]  51/4
wrap [1]  61/21
wrestle [1]  49/1
write [1]  48/3
written [3]  13/8 111/9 126/14

**Y**

year [1]  63/9
years [1]  20/10
yes [193]
yesterday [2]  9/25 90/14
yet [5]  23/1 33/17 66/1 118/24 119/21
you [548]
you'd [3]  9/19 45/9 124/18
you're [1]  115/15
your [115]  4/11 4/11 5/7 6/21 7/5 7/22 8/5 9/7 11/14 12/20 18/22 21/17 21/21 21/24 22/9

23/22 25/6 25/8 27/16 28/25 30/10 31/7 31/8 33/6 33/6 33/12 33/24 34/5 34/8 41/10 41/11 42/15 42/23 43/19 44/20 45/2 45/5 45/9 52/12 52/13 53/15 61/23 62/6 66/7 67/3 67/12 68/6 70/19 70/19 70/22 74/12 74/17 74/21 75/1 75/25 76/10 76/11 77/6 77/22 78/9 78/15 78/17 78/18 82/6 83/10 83/20 83/23 84/16 84/21 85/3 85/9 86/9 86/21 88/1 88/19 93/17 94/4 94/23 97/5 98/7 100/3 100/7 105/19 106/11 106/17 107/14 107/16 108/3 108/15 109/8 110/16 110/19 110/24 111/3 111/10 111/14 111/21 114/4 114/23 114/24 116/13 119/1 119/22 120/25 121/1 121/15 121/20 122/1 122/7 125/19 125/20 126/19 127/20 127/22
yourself [1]  117/24