```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                    WEST PALM BEACH DIVISION

 3                 CASE NO. 15-CR-80068-ROSENBERG

 4
         UNITED STATES OF AMERICA,    .
 5                                    .
               Plaintiff,             .
 6                                    .
                   vs.                .
 7                                    .
         KEVIN RAPHAEL BULLY,         .  West Palm Beach, FL
 8                                    .  June 3, 2016
 9             Defendant.             .

10
                TRANSCRIPT OF SENTENCING PROCEEDINGS
11          BEFORE THE HONORABLE ROBIN L. ROSENBERG
                 UNITED STATES DISTRICT JUDGE
12


13

14       APPEARANCES:

15
         FOR THE PLAINTIFF:        LOTHROP MORRIS
16                                 United States Attorney's Office
                                   500 S. Australian Avenue
17                                 Suite 400
                                   West Palm Beach, FL 33401
18                                 561-820-8711

19       FOR THE DEFENDANTS:       FLETCHER PEACOCK, ESQ.
                                   Federal Public Defender's Office
20                                 109 North 2nd Street
                                   Fort Pierce, FL 34950
21                                 772-489-2123

22
         Official Court Reporter:  Pauline A. Stipes
23                     Fort Pierce/West Palm Beach
                                   772-467-2337
24                                 HON. ROBIN L. ROSENBERG

25
```

```
 1              THE COURT:  Okay, good afternoon, you may be seated.
 2              Good afternoon.  We are here on United States of
 3  America versus Kevin Raphael Bully, a continuation of the
 4  sentencing of Mr. Bully that I believe began on May 20th, if I
 5  am not mistaken.
 6              MR. PEACOCK:  We began in April.
 7              PROBATION OFFICER:  April 19th, and then May 20th.
 8              THE COURT:  May 20th, that was the second, and the
 9  first date?
10              PROBATION OFFICER:  April 19th.
11              THE COURT:  Let me make a note of that.
12              And then May 20, 2016, and now the third and hopefully
13  final phase of the sentencing.
14              If we could have all counsel state their appearance
15  and that of Mr. Bully and the appearance of Probation.
16              MR. MORRIS:  Lothrop Morris for the United States and
17  Regina Claxton.
18              MR. PEACOCK:  Fletcher Peacock on behalf of Mr.
19  Bully.
20              PROBATION OFFICER:  Sheila Parsons, United States
21  Probation Office.
22              THE COURT:  Good afternoon.
23              Over the course of the two prior phases to the
24  sentencing, the Court took all of the evidence that was to be
25  presented, and I confirmed that with counsel at the time, but
```

1    let me confirm again that all evidence from the Government by

2    way of evidence you had admitted, expert witnesses you had

3    testify, Agent Claxton testifying, that encompassed all of the

4    evidence the Government was going to present and all that was

5    left is argument; is that correct?

6          *MR. MORRIS:*  It is almost correct.  I was speaking

7    with Defense counsel, and the only report, lab report that we

8    did not give Defense counsel because we didn't have it was on

9    the ethylone -- I can't remember the exhibit number.

10   Government Exhibit Number 2.

11         *THE COURT:*  That is a trial exhibit?

12         *MR. MORRIS:*  It would be Government Exhibit 29 now,

13   ethylone.

14         *THE COURT:*  The exhibit list --

15         *MR. MORRIS:*  This was not admitted at trial, but it

16   was listed on the Government's exhibit list at trial.

17         *THE COURT:*  I am going to pull up the exhibit list and

18   I will follow along with you.

19         Docket Entry 156 reflects the exhibit list, that

20   reflects all exhibits that had been admitted as a result of the

21   two days of sentencing proceedings, including a couple of

22   exhibits that were just marked, but not admitted.

23         So, which exhibit are you referring to now?

24         *MR. MORRIS:*  We would like to add Government 29, which

25   is an ethylone lab report.

1          THE COURT:  The Government already has one called 29.

2          MR. MORRIS:  What is that?

3          THE COURT:  Certified photo array of Kevin Bully --

4          MR. MORRIS:  That is the trial one.  I have one --

5          THE COURT:  Has it been filled out and marked up?

6          MR. MORRIS:  This is mine.  I can give it to you.

7          THE COURT:  We are going to double check, too, as far

8   as our hard copy.

9          MR. MORRIS:  Basically, we discussed last time -- I

10  didn't mark admitted or not, but I think the majority of these

11  were -- several were not admitted, they were just marked.

12         THE COURT:  Okay, I do have the exhibit list and 29 --

13  yes, there was nothing listed at 29.

14         Why don't we refer to 29.

15         MR. MORRIS:  We refer to this as an ethylone lab

16  report.  We need a little clarification regarding that.  If you

17  don't mind I am going to have Ms. Claxton explain to you what

18  took place with respect to this particular exhibit.

19         MR. PEACOCK:  Your Honor, do you want me to pose my

20  objection now?

21         THE COURT:  Well, I don't quite understand what is

22  going on.

23         All I am trying to do is -- an exhibit was referenced,

24  an ethylone lab report, it was not admitted into evidence.

25         The only exhibits I have admitted into evidence, there

1    was a video, Government Exhibit 20 -- I'm sorry, there was a

2    DiBerardino PowerPoint, number 18, that was admitted on

3    April 19th.

4            There was a Trecki PowerPoint on April 19th, that was

5    admitted, that was Exhibit 19.  Exhibit 20 is a video, it says

6    video, and that was just marked for ID on April 19th.

7            Then we have the Smith report, Exhibit 26, that was

8    admitted on 5/20/2016, Exhibit 26; and Exhibits 27 and 28, 27

9    is slide number 10 from the DiBerardino PowerPoint marked for

10   ID, and number 28 is the McGuire order, 5/20/2016, marked for

11   ID.

12           That is the extent of the documents, exhibits, and now

13   you have referenced, Mr. Morris, an ethylone lab report.  You

14   are referencing that today, 6/3/16.

15           That is where I am.  I was under the impression all

16   the evidence was put in, and there is only argument today.

17           What is the situation?

18       *MR. MORRIS:*  I guess the claim is, we are trying to --

19   we believe, as always, there was ethylone, and we used 2 kilos

20   as the amount.

21           It turns out there actually was more than 2 kilos, and

22   we had given the Defense lab reports on everything we had,

23   including ethylone, but the ethylone was only 850 grams.  There

24   was an additional 3.9 kilos of ethylone that we had no lab

25   report for.

 1              Defense is objecting to that admission because that

 2     was only done pursuant to field testing instead of an actual

 3     laboratory test.

 4              I ordered a laboratory test to be done, what

 5     Ms. Claxton was going to explain.  I want to make sure I say

 6     this correctly.

 7              When I asked this to be done and they were supposed to

 8     be expediting it, something fell through the cracks.  When

 9     Ms. Claxton called them, they said, let's see if we can do it.

10     They started working on it, and they called her and said they

11     have done it, it is ethylone, 3.9 kilograms, actually

12     3,953 grams, but they are going to email her the lab report.

13              Now, I don't think this changes the ultimate -- this

14     has been my contention all along, I don't think it makes a

15     difference in terms of the guidelines.  That is why we agreed

16     to the two kilograms, because we didn't think it was between

17     three and four.

18              THE COURT:  We are working on 2 kilograms of ethylone,

19     also known as 3, 4-methylenedioxy-N-ethylamphetamine/MDEA, this

20     is from the PSI, equating to 1,000 kilograms of marijuana.

21              Significantly, the analysis is based on 2 kilograms of

22     ethylone.

23              If the Government is going to be taking a different

24     position, it seems to me it changes the nature of part of what

25     we are doing here today, and that would be unfair to the

1   Defendant in terms of being able to respond.

2          MR. MORRIS:  We are not doing that.  We are trying to

3   prove that was ethylone.

4          THE COURT:  I don't think that has been disputed.

5          MR. MORRIS:  I didn't think it had been disputed, but

6   I talked to Mr. Peacock, and he is disputing it without the lab

7   report.  That is why we went the extra step.  All we have prior

8   to the lab report is a field test.

9          THE COURT:  You are not seeking to have it admitted

10  for the quantity, rather, verification based on the additional

11  lab test, which is more of a valid testing than field testing,

12  to show it is ethylone.

13         MR. MORRIS:  Correct.

14         THE COURT:  On that basis, is there any objection to

15  29 being admitted for that limited purpose?

16         MR. PEACOCK:  Yes, ma'am.  It has been so long,

17  Judge --

18         THE COURT:  Well, actually, if I could back track, I

19  have not seen -- and I could be wrong.  I don't believe I saw

20  that any of your objections, and I could be wrong, went to

21  whether it was or was not ethylone.

22         MR. PEACOCK:  I did object --

23         THE COURT:  To the equivalency.

24         MR. PEACOCK:  Yes, and I did object to it being

25  attributed to -- the Isaac Garcia ethylone package being

1    attributed to Mr. Bully.

2             THE COURT:  On the leadership issue.

3             MR. PEACOCK:  Not only the leadership issue, but the

4    quantity issue.  If I could refer to my objections.

5             THE COURT:  You objected to paragraph two.

6             MR. PEACOCK:  Just one second, Judge, here.

7             THE COURT:  You do have Defendant's objection three to

8    paragraph 29, that Mr. Bully contested he should be held

9    responsible for the two packages to Isaac Garcia, one on

10   March 26, 2015, and one on March 31, 2015.  The Government

11   contends they both contain ethylone.

12            Neither package was actually delivered to its intended

13   destination, and to Isaac Garcia, there was no showing these

14   packages were to be received by the Defendant.

15            But it was based on -- the way I read it, he was being

16   held responsible for the packages addressed to Garcia.  They

17   were intercepted.  The Government contends they contain

18   ethylone, but neither package was delivered to its intended

19   destination and Garcia, and no evidence they are being received

20   by the Defendant.

21            So, was that not an argument directed to whether

22   Garcia was one of the participants for purposes of determining

23   the leadership role, or was it an objection whether this was in

24   fact ethylone that goes to -- wouldn't that go to paragraph --

25   when you object to paragraphs 31 and 32, because 32 is the one

1    that says 2 kilograms of ethylone.  Your objection is that the

2    ratio of ethylone and alpha-PVP and marijuana is not correct.

3         I don't think I see or saw an objection that is was

4    premised on it wasn't ethylone.

5         MR. PEACOCK:  Well, okay, Your Honor, honestly,

6    maybe -- let me respond in the same order.

7         My original objection, objection number three says,

8    Mr. Bully denies he should be held responsible for the list of

9    drug quantities, that is in regard to paragraph 29, and I do

10   object to the arbitrary ratio.

11        THE COURT:  Right.

12        MR. PEACOCK:  What happened here, Judge, I went back

13   to check and compare the lab reports to the quantities because

14   the 2 kilos didn't ring a bell, and I went back and I found a

15   lab report for 875 grams, but I found no other lab report for

16   the other ethylone exhibit, and when I came in today, I raised

17   that with Mr. Morris, and he said oh, yes, interesting that you

18   noticed that because we noticed it, too.

19        And by the way, Regina Claxton was on the phone with

20   DEA and they told her over the phone this was ethylone and it

21   was, I think, 3.9, I think what was said, kilograms.

22        That is the first I ever heard of it, and it is not in

23   the record, and I think it is too late in the day for the

24   Government to be bringing in, first off, a hearsay lab report

25   on the third day of sentencing.

```
 1              Honestly, I don't remember any testimony about a field
 2     test of that package.  I don't think we ever got into that
 3     package.  I could be wrong about that, Judge.
 4              THE COURT:  Is your objection ultimately going to go
 5     to, again, the role of Garcia or challenging --
 6              MR. PEACOCK:  Both.
 7              THE COURT:  Okay.  So --
 8              MR. PEACOCK:  I think there should be -- in order for
 9     the Court to rely on it there has to be something substantive.
10              It is the Government's burden of proof to go forward.
11              THE COURT:  I don't believe you raised until this very
12     moment whether the substance was ethylone or not.
13              Can you point to me where you have explicitly stated
14     where you are questioning whether the --
15              MR. PEACOCK:  No, I can't.
16              THE COURT:  I am not seeing it in the objections or in
17     any of the --
18              MR. PEACOCK:  I can't.  As far as the quantity goes or
19     the purity of the drug, I think that is very important in this
20     Court's analysis.  I think it is too late in the day for the
21     Government to be bringing in a hearsay drug report that they
22     just got today.  It should be excluded.
23              THE COURT:  Well, I think we have spent a lot of time,
24     and it is important the Court have a full record.
25              Does the Government have anyone to testify as to that
```

1  report?

2          *MR. MORRIS:*  Yes.

3          *THE COURT:*  Who put the report together and what the

4  significance of the report is?

5          *MR. MORRIS:*  Agent Claxton who talked to -- it is

6  hearsay, it is appropriate in this setting, it is a sentencing.

7  We wouldn't have brought the chemist anyway, we would have just

8  produced the report.  We do have somebody to testify, just

9  briefly, that it is ethylone.

10          *MR. PEACOCK:*  If that is the only issue, not talking

11  about quantity or purity.

12          *THE COURT:*  That is what I understood the Government

13  to say.

14          *MR. MORRIS:*  That is all.

15          *MR. PEACOCK:*  That leaves us at 875 grams of ethylone,

16  not 2 kilos.  The lab report I have is 875 grams.

17          *MR. MORRIS:*  Your Honor, I think the problem -- what

18  is taking place here, when we say 2 kilograms, and we knew it

19  was potentially more, but we thought that was sufficient, and

20  didn't change the guidelines, when he didn't object to it, we

21  didn't go the extra step.  I started to think about it and I

22  ordered the lab report.

23          It is our burden, but if there is no objection, we

24  don't take that extra step out of -- you know, frankly, just by

25  course the way we do this.

```
1            Had he objected, we would have clearly gone and gotten
2       the lab report right away.  I don't think it is prejudicial to
3       anybody, because we have what is now -- the substance has been
4       tested.  We are not moving for the entire amount, 3,953 grams.
5       We are just trying to prove that it is ethylone, and ultimately
6       we don't think it changes the guidelines, so I don't think
7       there is any prejudice here.
8            THE COURT:  All right.
9            MR. PEACOCK:  May I speak to Mr. Bully, Your Honor?
10           THE COURT:  Yes.
11           MR. PEACOCK:  Your Honor, if the Court would be
12      willing to entertain it, I think we could stipulate to
13      2 kilograms in quantity.
14           THE COURT:  Okay.  So, just as the PSI indicates at
15      paragraph 32, 2 kilograms of ethylone.
16           Is that what the parties are stipulating to?
17           MR. PEACOCK:  Yes, ma'am.  I discussed that with Mr.
18      Bully.
19           MR. MORRIS:  And the Government agrees.
20           THE COURT:  So, is there any reason -- we could just
21      have the lab report marked, but not necessarily admitted.
22           MR. MORRIS:  That is fine.
23           THE COURT:  All right.  So, with that, I will ask the
24      question again, has the Government put in all of its evidence?
25           MR. MORRIS:  Yes.
```

1        *THE COURT:*  Has Defense put in all of its evidence?

2        *MR. PEACOCK:*  Yes, Your Honor.  I want to make you

3    aware, I did do a notice of filing this morning.

4        I mentioned a letter that I was going to file and I

5    did file it.

6        *THE COURT:*  Yes, Docket Entry 206, there is a notice

7    of filing, and I have that.  And also at Docket Entry 205 was

8    the Defendant's memorandum as to the expert testimony of May

9    20, 2016.

10       These are things that came in since we last met.

11   Docket Entry 204, the Government's law concerning the marijuana

12   equivalency table.

13       203, the Government filed a response to the motion for

14   variance, and there was a notice of filing also, at Docket

15   Entry 195, of additional letters for the Court's consideration,

16   and I think the other -- the filings before then pertained to

17   the sentencing that we had on 5/20.

18       There were some filings on 5/19 that dealt with

19   motions to exclude, notice of intent to rely on certain things,

20   and the Court considered all of the pre 5/20 filings in

21   conjunction with the 5/20 sentencing proceeding.

22       The Court has made note of previously, I am sure, but

23   I will again.  That Defendant filed a motion for downward

24   variance, Docket Entry 192, and I think -- of course, we know

25   about the Defendant's objections to the PSI contained within

```
 1    the PSI, separate document, entry 175.

 2              Does it sound like there's anything I overlooked?

 3              MR. MORRIS:  No, Your Honor, not from the Government.

 4              MR. PEACOCK:  No, ma'am.

 5              THE COURT:  Okay.

 6              So, it seems as if the objections as the Court

 7    understands them go to the objection number two, which is as to

 8    paragraphs 22 and 39, in that Mr. Bully maintains he was not an

 9    organizer/leader of an activity that involved five or more

10    participants, pursuant to 3B1.1(a).

11              Defense suggests, at most, the evidence indicates

12    there were no more than three knowing participants in the drug

13    importation and distribution including Mr. Bully.  The Defense

14    concedes that Lewis was responsible, and the same applies to

15    Calvin Bully; however, the Defense denies April Garcia, Isaac

16    Garcia, Marsha -- it lists the names.

17              Under the guidelines 3B1.1, comment note 1, that

18    enhancement, if the Court were to apply it, for the role in the

19    offense would be four, and that is pursuant to -- that is laid

20    out in the PSI at paragraph 39.

21              So, the Court heard evidence on this issue from the

22    testimony of Regina Claxton, and the Court heard the trial as

23    well, and the evidence that was at trial, but in the sentencing

24    proceeding, the Government relied, I believe, exclusively on

25    the testimony by Regina Claxton.
```

```
 1            I have, you know, my notes from that testimony, so we
 2      will take it one objection at a time.
 3            Is there anything that the Government wanted to say
 4      about -- in terms of your argument as to the role enhancement?
 5            MR. MORRIS:  Not really in terms of the argument, Your
 6      Honor.  We did also ask the Court to take judicial notice of
 7      the fact that you were watching the trial, and you heard
 8      testimony in addition to Agent Claxton.
 9            You know, really, it comes down to the argument that
10      we made, which is that he was in control of obtaining the
11      substances from China, determining methods of payment, all the
12      things that are done sort of when you are in the position that
13      he was in, which is directing all of the activities, setting
14      the fees that the coconspirators were paid, transporting and
15      directing the transport of the controlled substances, packaging
16      and setting prices and quantities for distribution.
17            And he got the lion's share of the earnings by far, no
18      question about that, and he recruited co-conspirators,
19      primarily family members, many of whom were mothers of his kids
20      or their family members as well.
21            THE COURT:  Were you reading from something that you
22      submitted to the Court?
23            MR. MORRIS:  That came from my response to the
24      Defendant's objections to the PSI.
25            THE COURT:  Which docket entry is that?
```

```
 1              Is that 203?  No, that is response to the downward

 2    variance.

 3              MR. MORRIS:  I'm sorry, the copy I was reading to you

 4    was not marked.

 5              It is the Government's response that was filed

 6    April 6 --

 7              THE COURT:  I have it, I think it is 177.

 8              MR. MORRIS:  And the page would be eight.

 9              THE COURT:  Okay.  From the Defense.

10              MR. PEACOCK:  Your Honor, the Government focuses on

11    the wrong issue here.

12              If you notice, Judge, we are not questioning whether

13    he was responsible.  They are focusing on him and what his acts

14    were.  What we were saying is that there were not five or more

15    criminally responsible participants, that is the distinction.

16              What I am saying to the Court is that there is no

17    evidence in the record whatsoever that these other individuals

18    were criminally responsible.  They can't just be participants,

19    they can't just be involved; they have to be criminally

20    responsible under 3B1.1, note one.

21              Criminally responsible means they have to have

22    knowledge and intent and do something affirmative to assist in

23    the commission of the offense.

24              There is no evidence in the record with respect to

25    April Garcia, Isaac Garcia, Natalie Flossaint, Marsha Destin or
```

1   Git.  I thought we were saying a lot saying Calvin Bully could

2   be criminally responsible.

3           If you look at Isaac Garcia, those packages were

4   intercepted before they ever got there.  They never were

5   delivered to Mr. Garcia or his residence, nothing like that.

6   Mr. Garcia was never spoken to, no statement in the record from

7   him.  It is beyond comprehension that he is criminally

8   responsible in this case.

9           We have a guy, Git, we don't even know what his name

10  is.  Natalie Flossaint, again, nothing.

11          Marsha Destin, the Government wouldn't talk to her.

12  She said she got the package, she didn't know what was in it.

13  She is not criminally responsible as required by 3B1.1.

14          The Government might have some argument with respect

15  to April Garcia, but the record the Court has before it on

16  April Garcia is not sufficient.

17          What we learned through the text, Mr. Bully paid some

18  of her monthly expenses because she was the mother of his child

19  and he helped her out from time to time.

20          There was no indication that Ms. Garcia had knowledge,

21  intent or specifically took actions to commit a drug offense.

22          That is what leader/organizer is about.

23          It is not about just people who were associated or

24  tangentially involved; it is about people who are criminally

25  responsible, and there are not five.

1          *THE COURT:*  Well, when I reviewed the testimony that

2     Regina Claxton gave in the sentencing proceeding, Jaime Lewis,

3     there is no issue because Defense stipulated that Lewis was a

4     participant.

5          April Garcia maintained Bully's children.  Agent

6     Claxton spoke about text messages, when she was short on money

7     Bully would give her cash in exchange for receiving packages.

8     Isaac Garcia was paid money to participate in the packages,

9     according to text messages, and he was given ethylone and PVP.

10         *MR. PEACOCK:*  What page are you at?

11         *THE COURT:*  These are my notes from the transcript,

12    directly from the transcript.

13         He was like a partner to Bully.  Text messages showed

14    he would be delivering or picking up money from Isaac for his

15    participation in the packages.

16         Calvin Bully, the Defendant used Calvin for

17    identification, Defendant would address packages to Calvin, and

18    payment for Calvin's participation was some sort of narcotic.

19    Several of the Defendant's vehicles were put in Calvin's name

20    and the Defendant paying for them.

21         Marsha Destin, she is the cousin of Bully, the

22    Defendant asked her to receive packages, sent them to her

23    residence and paid her for that.

24         Natalie Flossaint, according to the text messages,

25    Bully was going to pay her to pick up packages for him.  The

1    credit card was found in the hotel room when he was arrested.

2         And Git was a unknown male, it appeared they were

3    using a brother of his and Git would pick them up.  Git is the

4    one identified in the text messages, and Anthony would send

5    packages to him and Bully would pick them up from there.

6         Did the Court accurately state Agent Claxton's

7    testimony with respect to these participants, from the

8    Government?

9         MR. MORRIS:  Yes, Your Honor.

10        THE COURT:  Okay.  Well --

11        MR. PEACOCK:  I would take issue with some of that,

12   Your Honor.

13        THE COURT:  Well, that is what Agent Claxton testified

14   to.  It wasn't really rebutted, and the Court has the benefit

15   of the trial.

16        Now, as counsel points out -- Mr. Peacock, as he

17   points out, 3B1.1 is aggravating role and based on the

18   Defendant's role in the offense, there is an increase in the

19   offense level as follows:

20        If the Defendant was an organizer or leader of a

21   criminal activity that involved five or more participants or

22   otherwise extensive, increase by four levels.

23        If the defendant was a manager, five or more

24   participants or otherwise extensive, increase by three levels.

25   If the defendant was a manager, supervisor in any activity

 1   otherwise described in A or B, increase by two levels.

 2          And a participant under application note one is a

 3   person who is criminally responsible for the commission of the

 4   offense, but need not have been convicted.

 5          A person who is not criminally responsible for the

 6   commission of the offense, such as an undercover law

 7   enforcement officer, is not a participant.

 8          *MR. MORRIS:*  May I say one thing, because a lot of

 9   times we over look the second part of this because everybody

10   likes to count five people.  I think there are five people, but

11   this is or was otherwise extensive.

12          If you look down, application note three says,

13   otherwise extensive, all persons involved during the entire

14   offense are to be considered.  Thus a fraud involving only

15   three participants and other outsiders could be considered

16   otherwise extensive.

17          *THE COURT:*  If the Defendant was an organizer/leader

18   of a criminal activity that involved five or more participants,

19   increase by four levels.

20          And application note three:  In assessing whether an

21   organization is otherwise extensive all persons involved during

22   the course of the offense are to be considered.  Thus a fraud

23   that involved only three participants, but used the unknown

24   services of many outsiders could be considered extensive.

25          I think that is the totality of the applicable

 1   provision, application notes.  I heard arguments from both

 2   sides, I sat through the trial and I listened to the testimony

 3   at the sentencing proceeding that we had prior to this one,

 4   specifically from Regina Claxton, and the Court does find that

 5   the four level enhancement is appropriate and is supported by

 6   the guidelines and by the facts of the case.

 7        The Court has just gone through a summary based on the

 8   transcript that the Court reread of Agent Claxton's testimony

 9   as to up to seven or eight people -- actually, eight people in

10   addition to Mr. Kevin Bully who had some involvement.

11        Now, the Court finds that these persons were

12   participants insofar as application note one refers to them as

13   being criminally responsible for the commission of the offense.

14        They were receiving and sending packages, receiving

15   cash in exchange for receiving packages, receiving narcotics in

16   exchange for packages, and the note speaks to someone not

17   responsible.  It doesn't speak to did the person know or not

18   know exactly what they were doing.

19        It appears as if certain of these nine people may have

20   had more involvement and had a greater level -- a greater role

21   as a participant.

22        Isaac Garcia was receiving narcotics in exchange for

23   participating in the packages according to Agent Claxton.

24   Calvin Bully was receiving payment for his participation and

25   narcotics, as well as the identity issues, and the cars being

```
 1    in his name.
 2            Marsha Destin was being asked to receive packages.
 3    Natalie, she was going to get paid to pick up the packages.
 4    Her credit card was found when he was arrested.  And Git who is
 5    receiving packages as well.
 6            So, the Court finds that there are at least five or
 7    more participants who were involved, but even if the Court
 8    somehow has misread the intent of the application note in terms
 9    of the definition of a participant and defined one as
10    criminally responsible, the Court does find that,
11    alternatively, application note three applies in that this is
12    an extensive group -- that the organization is otherwise
13    extensive.
14            All persons involved during the course of the entire
15    offense are to be considered.
16            So, we know at a minimum eight other people were
17    involved in some fashion based on the testimony of Agent
18    Claxton and were receiving payments and drugs and packages, so
19    there is really no question in the Court's mind that this was
20    an extensive organization.
21            The Court is persuaded that the five or more
22    participants is met under 3B1.1(a).
23            In the alternative, the Court finds that the
24    organization is otherwise extensive to have the four level
25    enhancement apply.
```

```
 1            The Court will overrule the enhancement on role.

 2            The next one, going to paragraph 37 of the PSI, which

 3    is the special offense characteristic if a dangerous weapon,

 4    including a firearm, increase by two levels under 2D1.1.

 5            We can hear argument, and it appeared also that the

 6    trial testimony in evidence educates the Court on this issue,

 7    and again Agent Claxton spoke to this issue at sentencing.

 8            MR. PEACOCK:  Your Honor, maybe I can assist the Court

 9    in defining the method behind my madness here.

10            I did file those objections at Docket Entry 175, and

11    in my sentencing memo I elaborated on those objections which I

12    thought were the most important.

13            Those that are not raised in the sentencing memo, I

14    don't intend to argue.  I don't think the Court needs to hear

15    argument on those in light of the record.

16            I did want to say one thing so we don't mislead the

17    Court.

18            I know there was testimony that Calvin Bully received

19    drugs for his activity, but I don't think there ever was that

20    Isaac Garcia ever received drugs or narcotics for this

21    activity.  I want to let the Court know that.

22            THE COURT:  Okay, I appreciate that and I suppose the

23    record will reflect what the testimony was or wasn't at trial,

24    and again, unless I am mistaken in how I reviewed the

25    transcript from the last sentencing proceeding we had -- the
```

1    first one, is Isaac Garcia is being paid for the packages, he

2    was given ethylone and alpha-PVP.  He was like a partner to

3    Bully.

4            So, with respect to the dangerous weapon, it sounds

5    like I think I am hearing Mr. Peacock say it is maybe

6    withdrawn.

7            I will say for the record the Court evaluated it under

8    2D1.1 and application note 11(a)(b)(1).

9            In sum, Agent Claxton's testimony at the sentencing

10   proceeding, the gun was found underneath the pillow in the

11   master bedroom, there was $60,000 found, the package would have

12   had the PVP.  As far as Bully knew, he was receiving narcotics

13   at the home as well as the cash he was earning from his

14   narcotics business.  Bully admitted he owned the money.

15           The guidelines support, and facts in conjunction with

16   the trial, the two level enhancement is appropriate for the

17   dangerous weapon special offense characteristic.

18           So, then the one remaining and clearly most

19   contentious objection of which we spent a lot of time hearing

20   testimony from experts has to do with the drug equivalency

21   calculation under 2D1.1, and in particular, if we go to

22   application note 6(A), (B), (C), where the guidelines tell us

23   that in the case of a controlled substance that is not

24   specifically referenced in this guideline determine the base

25   offense level using the marijuana equivalency of the most

1    closely related controlled substance referenced in this

2    guideline.

3            In determining the most closely related controlled

4    substance, the Court shall, to the extent practicable, consider

5    the following:  A, whether the controlled substance not

6    referenced in this guideline has a chemical structure that is

7    substantially similar to the controlled substance in this

8    guideline; B, whether the controlled substance has a stimulant,

9    depressant or hallucinogenic affect that is similar to the

10   stimulant, depressant or hallucinogenic effect of a controlled

11   substance referenced in the guideline; and C, whether a lesser

12   or greater quantity of the controlled substance not referenced

13   in the guideline is needed to produce a substantially similar

14   effect as referenced in the guideline.

15           The Court heard the testimony from the experts, heard

16   the testimony from Thomas DiBerardino, presented by the

17   Government.  The Government summarized in its memorandum to the

18   Court that Dr. DiBerardino, who holds a Ph.D. in polymer

19   chemistry from the City University of New York, described the

20   structural makeup of alpha-PVP and opined that of the specific

21   substances, alpha-PVP is most closely related to ethylone, and

22   opined of the controlled substances specifically referenced in

23   the guidelines, ethylone is closely related to MDEA.

24           Dr. DiBerardino testified that both ethylone and MDEA

25   are classified as phenethylamines, and further classified as

1    ethylenedioxy-phenethylamines.  The sole distinction between

2    ethylone and MDEA is a single oxygen atom called a beta ketone

3    that is associated with ethylone, but not MDEA.

4            Due to this oxygen atom, ethylone is sometimes

5    referred to as a cathinone, but is correctly classified as a

6    methylenedioxy-phenethylamine.

7            If one were to accept what Dr. DiBerardino has said,

8    and making the calculations, it would go something like there

9    is 8,000 grams of alpha-PVP, which does not appear to be

10   disputed.  And that is set forth -- let's see, maybe

11   Ms. Parsons can remind me.

12           *PROBATION OFFICER:*  Paragraph 31.

13           *THE COURT:*  That is where the calculation was done.

14           There is 8,000 grams of alpha-PVP.  If alpha-PVP is

15   equivalent to methcathinone multiply it by 380 because,

16   according to the drug equivalency table on page 160 of the

17   guidelines, methcathinone is specifically referred to in the

18   guidelines.

19           One gram of methcathinone equals 380 grams of

20   marijuana, therefore 380 times 8,000 equals 3,000,040, and you

21   divide that by one thousand, and you get 3,040 kilograms of

22   marijuana.

23           So, that is what the Court learned from Dr.

24   DiBerardino.

25           It learned from doctor -- the other expert who

 1    testified on behalf of the Government was Dr. Jordan Trecki.

 2    He opined that using available data from in vitro and in vivo

 3    experiments accompanied by case reports, the most closely

 4    related substance to alpha-PVP was methcathinone.

 5         He opined that the most closely related substance to

 6    ethylone was MDEA.

 7         Dr. Trecki's testimony, as summarized by the

 8    Government in its memorandum, used available data and to the

 9    extent practicable, evaluated the stimulant effects of

10    alpha-PVP and ethylone as well as the quantity needed to

11    produce a substantially similar effect on the nervous system

12    for alpha-PVP.

13         He testified that the Smith report, which is a peer

14    reviewed nonhuman primate study, demonstrated that alpha-PVP is

15    multiple times more potent than methcathinone.

16         He testified that ethylone, like MDEA, based on the

17    study he reviewed and on his own structural activity

18    relationship analysis, is expected to have a stimulant effect

19    on the human body.  He further testified MDEA has a

20    hallucinogenic effect on the central nervous system, but there

21    is no information available to determine any hallucinogenic

22    effect from ethylone.

23         Likewise, he testified there is no reliable

24    information to determine whether a lesser or greater amount of

25    ethylone is needed to produce a substantially similar effect on

1    the central nervous system as that produced by MDEA.

2          From the Government's standpoint, the other drugs

3    involved, Alprazolam and the heroin, both are contained within

4    the guidelines, so no analysis necessarily needs to be done and

5    there appears to be no objection.

6          Paragraph 33 speaks to the 66.5 grams of heroin

7    equating to 55 kilograms of marijuana.  Paragraph 34,

8    Alprazolam is a Schedule IV substance.  One unit means one

9    pill, capsule or tablet.  There were 1,662 pills or 1,162

10   units.  Therefore the substance equates to 103.875 grams or

11   .103875 kilograms -- of a kilogram.

12         *PROBATION OFFICER:*  Of marijuana.

13         *THE COURT:*  Ultimately, the PSI concludes the

14   Defendant is responsible for 4,096 kilograms of marijuana.

15         So, before I review the Defense evidence, is there

16   anything more the Government wanted to add?

17         The Government submitted a memo as the Court

18   requested, as did the Defense.  The Court reviewed it, and the

19   Court has its own notes from the actual testimony of these

20   individuals.

21         I believe each side accurately summarized the

22   testimony.  If someone believes one side did not accurately in

23   their memo, in its memo or his memo, summarize it, certainly

24   you can point it out to the Court.

25         The Court has its own notes and the transcript from

```
 1    the hearing itself, but at the request of the Court, you
 2    submitted these memos.  It got fairly complicated and, you
 3    know, just technical.  I will leave it at that.
 4              MR. MORRIS:  I stipulate to that.
 5              The only thing we would add is that with respect to
 6    the Defense memo regarding -- specifically regarding the
 7    statement that was made by Dr. Trecki --
 8              THE COURT:  Are you referring me to Defense's memo?
 9              MR. MORRIS:  Yes.  I can do it after or before,
10    doesn't matter, just to clear up one issue.
11              THE COURT:  Where in the memo?
12              MR. MORRIS:  Document 205, and at page five, almost
13    halfway down the page, "however, in truth and very importantly,
14    methcathinone is not an inhibitor, but is a substrate."
15              I am being told that methcathinone is both a substrate
16    and an inhibitor.
17              So this -- I guess the implication is that Dr. Trecki
18    did not testify correctly because he testified that
19    methcathinone -- I guess testified that methcathinone is a
20    transport inhibitor.  It is the Government's position that is
21    correct, and not incorrect as the Defense states.
22              I want to put that on the record.
23              THE COURT:  I do note there were a number of cases
24    that the Government had presented the Court with as well.
25    Among them included the case of United States versus Bray, 627
```

1    Federal Appendix 775, 2015, in which the 11th Circuit held that

2    the determination that ethylone was most closely related to

3    MDEA and should carry the same conversion ratio of one gram of

4    substance to 500 grams of marijuana was not clear error, and

5    the admission of expert testimony at sentencing was not an

6    abuse of discretion.

7            The Court has reviewed that case.

8            The Government also provided the Court and cited to

9    United States versus Alvarado Tyson, 666 F.3d 740, a Seventh

10   Circuit 2011 case.  And the Government also cited United States

11   versus Choudery, 639 F.3d 583, Second Circuit, a 2011 case.

12           And this case, some of its pertinent points spoke to

13   the fact that -- you know, we spoke about the three factors in

14   the Sentencing Guidelines in determining the amount closely

15   related to a controlled substance for the purpose of 2G1.1, and

16   one of those factors, subsection C, spoke about the potency,

17   producing a substantially similar effect, and that seemed to be

18   an issue in that case.

19           And the Court noted the fact that the District Court

20   lacks sufficient data with respect to the chemical structure

21   and potency, in this case PCP TFMPP, is of little

22   significance -- enumerated factors to the extent practicable,

23   referring to 2D1.1, comment note five, and can consider

24   reliable information regarding the relevant potency of the two

25   substances.

1              In that case the Court held the District Court's

2     determination of MDMA is an appropriate substitute for -- not

3     clearly erroneous.  Indeed, each Federal Court to confirm the

4     question has come to the same conclusion.

5              So, if there is nothing more that the Government wants

6     to add, I can turn it over to Defense for argument, although I

7     also have done the same with the Defense, in that I considered

8     all of the evidence that was presented by the expert that the

9     Defense proffered, as well as the memo that you have at 205 in

10    which you speak both about what the Government's experts have

11    said, and also what your expert, Dr. Dudley, I believe --

12              MR. PEACOCK:  And Dr. DeCaprio.

13              THE COURT:  Yes.  DeCaprio and DiBerardino.

14              You had DeCaprio on your side and DiBerardino was

15    Government.

16              So, from the Defense.

17              MR. PEACOCK:  If I could start by addressing Mr.

18    Morris' point because I do think it is important.

19              When Dr. Trecki identified methcathinone as an intake

20    inhibitor, that was a critical error as he did.

21              As I explained to the Court in my memo, he made

22    critical errors in New Mexico several weeks ago and that Court

23    found it was so critical that it was misleading to the trier of

24    facts.  That is United States versus Stockton.

25              THE COURT:  Right.

```
 1              MR. PEACOCK:  The Government offered the Smith report,

 2    and Dr. Trecki relied on that greatly.

 3              I will just say at page two of the Smith report it

 4    says verbatim, for example, a-PVP and methcathinone function as

 5    monoamino transport inhibitors and substrates respectively.

 6              His own report identifies methcathinone as a

 7    substrate, not an inhibitor.  That is so important, they either

 8    block certain chemicals or allow certain chemicals to go

 9    through.

10              Methcathinone allows chemicals to go through and reach

11    the cell.  Alpha-PVP blocks the chemical from reaching the

12    cell, it blocks the uptake of the chemical.

13              That is so basic that I understand it.

14              So, it is critical, and clearly -- well, I won't get

15    into argument, Your Honor read my memo.

16              Judge, I don't know whether you want to hear argument

17    or want me to offer additional points.

18              THE COURT:  Well, whatever you want.  The Court is

19    coming to a point now of making a determination as to the

20    appropriate equivalency for purposes of the calculation.

21    Although I believe, ultimately, correct me if I am wrong, it

22    would be the career offender enhancement ultimately.  I don't

23    believe the calculation changes, although I do recognize

24    nevertheless for purposes of the record, in the event there is

25    any change in the law with respect to the career offender
```

```
 1    statute, and the applicability to Mr.  Bully, you know, perhaps

 2    that doesn't apply.

 3            Do you agree that with the career offender

 4    enhancement, that your analysis and the Government's analysis

 5    ultimately doesn't change the ultimate determination in the PSI

 6    of an adjusted offense level, paragraph 41, of 38, and a total

 7    offense level of 38, paragraph 44?

 8            MR. PEACOCK:  Yes, ma'am.  As it is computed, yes,

 9    they would both come out to the same level.

10            THE COURT:  Right.

11            MR. PEACOCK:  Of course, I would strongly point out

12    that we have asked the Court, this may be an appropriate

13    situation for a variance.

14            THE COURT:  Right.

15            MR. PEACOCK:  In both areas.

16            Your Honor, let me run through this.

17            Your Honor mentioned the Bray case.  I pointed the

18    Bray case out in my memo, Bray is important.

19            As the Court correctly noted, they ruled it wasn't

20    clear error to find that, that means there is not even any

21    objection made below.

22            Not only that, when you read Bray closely, you see

23    Bray had no evidence whatsoever regarding potency of ethylone.

24            That is different from what Your Honor has before you.

25    There was quite a bit of evidence on the potency of ethylone in
```

```
 1   this case.  Potency is very critical.

 2           In a recent opinion out of the District of Hawaii, the

 3   District Court found potency was in fact the most telling

 4   difference.

 5           In that case, United States versus Austin,

 6   A-U-S-T-I-N, versus Ernest, E-R-N-E-S-T, K-A-H-O-L-O, Holmes,

 7   H-O-L-M-E-S, case number 15-245 out of the District of Hawaii

 8   again --

 9           THE COURT:  It is not a published opinion.

10           MR. PEACOCK:  It is not, Your Honor.  I have a copy.

11           The Government contended that the drug most similar to

12   ethylone was MDEA.  The Court rejected that and found that in

13   its opinion ethylone was more similar to methcathinone than it

14   was to MDEA.

15           So, I mean, what I found, Judge, there are a lot of

16   different opinions out there.  Judge Presnell in Orlando in

17   United States versus Simmons concluded that the appropriate

18   ratio was 200 to one for ethylone.

19           That is United States versus Simmons.  That is at

20   docket number 6:15-CR-80, United States versus Travis Simmons.

21           Judge Presnell in the Middle District relied on

22   another decision by Judge Kendall Sharpe in the Middle District

23   in which Judge Sharpe took a similar position with respect to

24   methylone.

25           Both Judge Sharp and -- that was the case of United
```

```
 1    States versus S-A-K-A-I-R-I, case number 6:14-CR-108.
 2            These are not published opinions, Your Honor, these
 3    are just transcripts that I have been able to obtain.
 4            They did both, though, however rely on the case that
 5    Your Honor took judicial notice of where Judge Scriven in the
 6    Middle District of Tampa found that the appropriate ratio on
 7    methylone was 200 to one.
 8            THE COURT:  Ethylone or methylone?
 9            MR. PEACOCK:  That is methylone.
10            Methylone is important because there is so much more
11    clinical study on methylone than ethylone.  There hasn't been
12    much on ethylone or much on PVP.
13            Ethylone and methylone are very similar.  Both of our
14    experts concurred in chemical structure and in effect methylone
15    and ethylone are very, very similar.
16            For that reason, at least Dr. DeCaprio was able to
17    extrapolate the research on methylone to come up with an
18    opinion as to both the effect and potency of ethylone.
19            If you remember, he indicated that in his opinion
20    ethylone and methylone were significantly less potent that MDEA
21    or MDMA.
22            That's critical because the Bray Court did not have
23    that in front of it when it made its determination, and
24    obviously potency is a full third of the inquiry that the Court
25    wanted to make or needs to make.
```

```
 1              I won't belabor Dr. DeCaprio's report, it is the most

 2     thorough thing the Court has in front of it.  It is laid out,

 3     explains the process, basic science, and goes through each and

 4     every study that was available, how he drew his conclusions and

 5     why it was relevant and he comes up with his opinion.

 6              His opinion is that a one hundred to one ratio is

 7     appropriate in this case.

 8              Now, the Government made much to do about his

 9     testimony in the Judge Scriven case in Tampa, but a close

10     reading of that case says that Judge Scriven did not like it

11     because Defense did not provide her with a report in that case.

12     That is understandably so.

13              We did not do that.  We put in a report, and I think

14     the most detailed report that Your Honor has.

15              If you look at Dr. Trecki's report, his report

16     consists of chemical structure, SAR analysis, S-A-R, which is a

17     structure analysis where they develop hypotheses how the

18     chemicals work.

19              THE COURT:  What exhibit did you have DeCaprio's

20     report marked as?

21              MR. PEACOCK:  I filed it, Your Honor, as -- I thought

22     I marked it at the end of our last hearing under severe

23     pressure from your court reporter and courtroom deputy.

24              THE COURT:  I don't think you gave me an exhibit list.

25              MR. PEACOCK:  I only had one.
```

```
 1            MR. MORRIS:  I have one -- I have another copy, if you
 2       would like a copy.
 3            THE COURT:  I may have a copy.  I want to make sure we
 4       have it properly marked.
 5            I do -- we do call it Defense Exhibit 1, and I have
 6       it.  But I want to make sure -- on the exhibit list what we are
 7       going to do is, we will add it as Defendant exhibit list on the
 8       same as the Government's exhibit list, and we will call it 1,
 9       and it was -- it was admitted, and that would have been at --
10       on 5/20.
11            MR. PEACOCK:  Yes, ma'am.  And I filed it in the court
12       file before that.
13            THE COURT:  All right.  You did that as well.
14            Okay.  And I do have a copy right in front of me, if
15       you wanted to direct me to something.
16            MR. PEACOCK:  As I say, it is there for the Court's
17       consideration, it explains it A to Z.  I know the Government
18       does not agree with it and feels that Dr. DeCaprio contradicted
19       himself to some extent.  I don't know the full basis for that.
20       That is where the Government would stand up, not me.  I think
21       it speaks for itself.
22            With regard to alpha-PVP, there is much less there,
23       but ultimately Dr. DeCaprio determined that alpha-PVP also was
24       justifiably similar to Ritalin and Ritalin is listed in 2D1.1
25       and has a ratio of one hundred to one.  And Dr. DeCaprio
```

1  provided the in vivo and in vitro data we relied on for that

2  conclusion.

3       Which brings me to -- back to the Stockton opinion.

4       As the Court is well aware, this is not the first

5  Court to hear these things, this is going on all around the

6  country.

7       DEA sends its experts around from court to court to

8  testify in support of its position in these cases, which is to

9  get the highest possible ratio.  Obviously the Defense hires

10  experts as well and Dr. DeCaprio testified in other cases as

11  well.  It appears he testified in the Stockton case.

12       What is critical about the Stockton opinion, Judge

13  Armino found not only was Dr. Trecki wrong, but he did not

14  understand the basic concept of "substantially similar" which

15  is the threshold standard for the Court to use in analyzing the

16  situation, and for that reason, and others, she excluded his

17  testimony in that regard.

18       THE COURT:  Let's assume we exclude Dr. Trecki for a

19  moment as you suggested.

20       Dr. Thomas DiBerardino's conclusions were the same.

21       MR. PEACOCK:  Well, he can't testify to the second

22  prong of the inquiry, Your Honor, he can only testify to

23  chemical structure and, you know, he has his opinion.

24       What can I say?  He cannot -- he doesn't have a

25  opinion on potency, and he can't have an opinion on

1    pharmacological effect.  So he cannot carry the day on this

2    three part query.

3            Nor could Dr. Dudley in that regard.

4            Dr. Trecki is responsible for the Government's

5    argument on areas two and three.  And what is interesting is,

6    this opinion came out on May 2nd of this year.

7            Well, the first part of this hearing when Dr. Trecki

8    gave his opinion was April 19th.

9            So, clearly he had the same misunderstanding of what

10   substantially similar means as he did when he testified to Your

11   Honor on April 19th, and we didn't hear anything at all about

12   this opinion on May 20th when we were here.  I only looked at

13   it later and determined how serious it was.

14           This is not reliable science, and they have the

15   burden.  They just can't come in, as Judge Armino says, and

16   give cookie cutter opinions.

17           If you read Dr. Trecki's testimony, he is all over the

18   place.  In the transcript from the April 19th hearing, for

19   instance, with regard to potency, at page 50 of the April 19th

20   transcript he is asked about potency, and he says "I am trying

21   to show for prong three, which is potency, when you look at the

22   lesser or greater amount that produces the same pharmacological

23   effect, the ethylone, methylone, MDMA, regardless of which drug

24   you take, you are getting the same effect."

25           He then comes in on May 20th, because he somehow found

1   the Smith report, and all of a sudden they have something they

2   can actually argue.  He marries himself to that, and he says

3   no, no, this is actually four times more powerful.  He is all

4   over the place.

5          It is not the type of scientific evidence Your Honor

6   needs in making this very, very critical assessment.  And I

7   suggest to you he does not deserve any credibility in this

8   regard.

9          THE COURT:  Let me ask you the following:  Both sides

10  agree the offense level comes out the same because of the

11  career offender enhancement, correct?

12         MR. MORRIS:  Yes.

13         THE COURT:  Defense?

14         MR. PEACOCK:  Yes, ma'am.

15         THE COURT:  I know you have a whole argument regarding

16  variance.

17         MR. PEACOCK:  Yes, ma'am.

18         THE COURT:  Is there any objection to the Court

19  issuing a written order on its findings as it relates to the

20  equivalency argument --

21         MR. PEACOCK:  No, ma'am.

22         THE COURT:  -- following the sentencing?

23         The total offense level is the same with the Court

24  having overruled the two other objections, and I will go over

25  what that puts us at.

1          I think Defense wants to argue its variance, and I

2     think -- you can answer the question.  Defense doesn't have an

3     objection to the Court issuing a written order that would make

4     its finding in the variance?

5          MR. PEACOCK:  That would be appropriate.

6          THE COURT:  What about the Government?

7          MR. MORRIS:  I don't have a problem.

8          THE COURT:  All right.  Let's review the PSI with the

9     Court having overruled the objections and the Court's ruling

10    with respect to the equivalency doesn't impact Mr. Bully's

11    guideline range, if you will, because of the career

12    enhancement.

13         The total offense level is 38, criminal history

14    category VI, his custody range is, under the guidelines, 360

15    months to life; probation, he is ineligible; supervised

16    release, three years to life; 25,000 to $6 million fine;

17    restitution is not applicable; and a special assessment of

18    $700.

19         Does the Government agree with that?

20         MR. MORRIS:  Yes.

21         THE COURT:  Does the Defense agree with that?

22         MR. PEACOCK:  Yes, ma'am.

23         THE COURT:  Okay.

24         Then, why don't I have you present, if you will, your

25    motion on the downward variance, which the Court has read and I

1    know that the Government has responded.  Again, your motion for

2    downward variance is Docket Entry 192, and I know that, you

3    know, after you speak about your objections, you do go into

4    the -- on page four of nine, and to the end of the document --

5    actually that is still speaking about the drugs.

6           *MR. PEACOCK:*  The drugs do have a part in that, Your

7    Honor.

8           *THE COURT:*  But you kind of pick up on the non-drug

9    related issues on page six where you speak about Mr. Bully

10   never having known his father and you go from there with

11   respect to his father and mother and family.

12          Let me let you make your argument with respect to why

13   the Court, under the 3553 factors, should consider a downward

14   variance; and if so, to what level is Defense requesting.

15          I think you indicated also that you felt the criminal

16   history category because of the fleeing was over stated and I

17   think you may have suggested to the Court -- I don't think you

18   came out with a number.

19          Were you suggesting to the Court that the Court should

20   be looking at a 28 offense level and criminal history IV?

21          *MR. PEACOCK:*  Yes, ma'am.

22          *THE COURT:*  That is 110 to 137.

23          Let me let you make your argument with respect to the

24   variance there.

25          *MR. PEACOCK:*  Let me briefly address the drug part of

Pauline A. Stipes, Official Federal Reporter

```
 1   it.

 2          THE COURT:  Sure.

 3          MR. PEACOCK:  Once again, I believe there was some

 4   concurrence here between experts, at least Dr. DiBerardino, and

 5   to some extent Dr. Trecki, that alpha-PVP is probably most

 6   similar to a Schedule V substance named pyrovalerone.

 7          Pyrovalerone is not specifically listed in 2D1.1, the

 8   way it treats pyrovalerone and all substances, it treats them

 9   in that manner.

10          If the Court looks at the list, if the Court looks at

11   page 162, you will see rather than listing Schedule V

12   substances, it gives all Schedule V substances a ratio of

13   .625 grams of marijuana, six one-hundredths of a gram.

14          And it goes on to say the combined weight shall not

15   exceed 2.49 kilograms of marijuana when it is scored.

16          While it doesn't specifically mention it, it does

17   mention Schedule V substances, and there is concurrence among

18   the experts that the closest drug is this pyrovalerone, a

19   Schedule V substance.

20          I think that is important, and I tried to stay away

21   from that in the ratio argument because I agree, other

22   attorneys have tried that around the country, I don't know why,

23   I don't follow it, it has been rejected.  In a departure

24   context, it is much more valid, and that is why I am making it

25   along those lines.
```

1          It is the most similar in structure, in effect and

2    potency than the other drugs that we have even talked about.

3          Part of this is we are trying to put a square peg in a

4    round hole, and that is difficult for anyone to do, and I

5    sympathize with the Court in that respect.

6          But I suggest that pyrovalerone is a much more round

7    peg than the other drugs we talked about, whether it is MDEA or

8    even Ritalin in that respect.

9          Pyrovalerone fits better, but it is not specifically

10   mentioned.  It is only mentioned to Schedule V drugs.

11         The other thing I ask the Court to look at is the

12   other half of this, and that is marijuana.  That always

13   troubled me because marijuana can be extremely variant in how

14   powerful it is.

15         There is some evidence to back that up, including from

16   the Drug Enforcement Administration.

17         I pulled a paper published by DEA and it is called DEA

18   Position on Marijuana.  And I quote at page six of that paper

19   where DEA says:  There is no standardized composition or

20   dosage, referring to marijuana, no appropriate prescribing

21   information, no quality control, no accountability for the

22   product, no safety regulation, no way to measure its

23   effectiveness besides anecdotal stories, and no insurance

24   coverage.  Science, not popular folks, should determine what a

25   medicine is."

```
1            Even DEA notes that marijuana varies widely.

2            This idea that we can pick up this ratio and okay,

3  great, we have this ratio, now we can sentence the Defendant on

4  it, is troublesome.

5            Recently the National Institute on Drug Abuse, which

6  is also referred to as NIDA, contracted with the University of

7  Mississippi to study the strength of marijuana.

8            The University of Mississippi took samples from all of

9  the seized marijuana it could get from the '70's, and looked at

10  the potency of that marijuana.  Interesting for the purpose of

11  my argument, they found two distinct types, they found

12  marijuana, the leaves of the plant, and then sensimilla, the

13  buds of the plant.

14            If you look at the potency reports, they found

15  sensimilla is two to three times more powerful than what they

16  refer to as marijuana.

17            If I come before the Court and I have 10 pounds of

18  sensimilla, you are going to score him -- Probation is going to

19  score him the same way as 10 pounds of marijuana, but that

20  sensimilla would be two to three times more powerful than the

21  marijuana.

22            What I am saying to the Court is that is arbitrary,

23  that is not rational, that is not the type of science we should

24  be relying on when we are talking about a man's life.

25            That is not the type of thing which this Court should
```

```
 1    hang its hat on in determining whether somebody should be
 2    sentenced in a 360 months to life category.
 3          Moving on to Mr. Bully's personal characteristics, it
 4    has been a tough road for Mr. Bully.  From the time he was
 5    three until the time that his father died, when Kevin was 11,
 6    he met his father one time.  Saw him once.
 7          His mom -- his father abandoned the family.  His mom
 8    worked multiple jobs, as we all too often see, to support her
 9    sons and did the best that she could.
10          His mom is a Haitian immigrant, she is here legally.
11    She is a hard-working person, and she did the best that she
12    could under the circumstances.  Taking care of two boys is
13    extremely difficult without a father around.
14          They were very poor and often couldn't afford to keep
15    a roof over their heads and they had to move from home to home
16    on a frequent basis.
17          Because of this, and no guidance, Kevin left home
18    before he was 15 years old, and I can't even imagine how that
19    works out, but he did.  And because he was homeless at the age
20    of 14 or 15 years old, he learned how to hustle.
21          And he has a prior criminal history, and some of it
22    involves combative behavior, some involves assaults, but, you
23    know, Judge, it is the only way that he could make it and it is
24    not right, it was not the right thing to do, but he was trying
25    to survive on his own.
```

1          As I noted in my motion, when you step back and look

2     at this case, I don't know if the Court was able to gather this

3     or not, there was almost sort of an unrealistic juvenile

4     fantasy here to this case, if you will.

5          Mr. Bully, when he got some money, he went out and

6     bought fancy clothes, fancy cars, he came back and bought a

7     house for his mom to live in so she know longer had to move

8     from apartment to apartment.  He allowed his brother to live

9     there.  Sort of a juvenile fantasy type thing, if you will.

10          The Government has made much to do about his treatment

11     of Ms. Lewis.  I am not condoning it.  I know some of the texts

12     were despicable from an objective point of view, but I

13     submitted that letter from Ms. Lewis that she wrote to Mr.

14     Bully on July 7th of 2015, eight days before he was arrested,

15     after she had been debriefed twice.

16          Ms. Lewis indicated how much she loved him, how much

17     she wanted to get back with him, how great he was and, you

18     know, there was something there between the two of them, and I

19     don't think it was all on one side and I don't think it was all

20     on the other.

21          The Government would make him out to be a totally bad

22     person.  I don't think he is, I think he is very immature.  He

23     did some very stupid things, but I don't think he is what they

24     made him out to be.

25          Finally, Judge, I think that the career offender

```
 1    designation is extremely inappropriate in this case.

 2              If I could, I had neglected to do this:  The 11th

 3    Circuit came out with a case entitled Attorney General versus

 4    Donawa, D-O-N-A-W-A.  They ruled an illegal alien -- a prior

 5    drug conviction was not a serious drug offense under the

 6    Immigration statutes.

 7              That objection was made in the context of career

 8    offender and Armed Career Criminal in other cases based on

 9    Donawa.  It was rejected in United States versus Smith in the

10    11th Circuit, however, as I recently learned in that case, I

11    need to preserve that issue.

12              I realize there is authority contradicting the Donawa

13    argument.  I would like to make that for purposes of the

14    record.

15              THE COURT:  Okay.

16              MR. PEACOCK:  Donawa was ruled, because the Florida

17    statutes did not require any intent, it is simply if you have

18    the amount of drugs, intent is automatic.  It is a strict

19    liability situation.

20              The Donawa Court ruled that was not a serious drug

21    offense because the analog drug offense required attempt, and

22    therefore the Florida conviction could not be used in the

23    context of an Immigration Statute to make him an aggravated

24    felon, Donawa.

25              That has been raised in the context of career
```

```
 1    offender, but I would like to preserve it.

 2              THE COURT:  Okay.

 3              MR. PEACOCK:  Getting to the career offender

 4    designation, I believe it over represents the criminal history.

 5              As I noted, fleeing and alluding in the other circuits

 6    are no longer a crime of violence.  In Johnson -- I do know the

 7    11th Circuit held to the contrary in United States versus

 8    Machet (phon), in saying Johnson does not apply to a career

 9    offender; however, it is still a ground the Court can consider

10    in determining whether the variance is appropriate.

11              Fleeing and alluding would no longer be a violent

12    criminal offense without Machet, and we hope Machet does not

13    survive longer.

14              Paragraph 58 should not support the increase brought

15    on by the career offender designation.  As I noted and as is

16    noted in paragraph 58, that offense involved simply --

17              THE COURT:  A bag of marijuana.

18              MR. PEACOCK:  Yes.  The Defendant sold a small bag of

19    marijuana.  After the -- the police approached the Defendant he

20    flushed the cannabis down the toilet.  Mr. Bully was 18 at the

21    time.  It was not the kind of conviction that should support

22    career offender.

23              Career offender is designed to put people at or near

24    the statutory maximum.  That is not the kind of offense that

25    should support that dramatic adjustment.
```

```
1              Your Honor, as I indicated, I believe he is more

2    accurately sentenced at an offense level 28.

3              THE COURT:  How do you get to 28?

4              Let's assume your argument that he is not

5    appropriately, in your words, categorized as a career offender,

6    so you take that out of the picture.  I guess then you would

7    need to know where the calculations come out then.

8              Is that right?

9              MR. PEACOCK:  I am sorry.

10             THE COURT:  How do you get to 28?

11             MR. PEACOCK:  Because, Judge, I think the guidelines

12   as they have been computed for PVP and ethylone are highly

13   inflated, they are extreme.  They are too high.

14             38 is reserved for the worst of all offenses, 360 to

15   life.

16             THE COURT:  Well, if you take out -- you have done the

17   calculation, let's say for purpose of your argument today, if

18   you take out the enhancement because you believe it is

19   inappropriate and over stated, and you were to go with your

20   ratios of drug equivalency, which the Court is going to

21   separately write on, where does that put you on the criminal

22   history and offense level, out of curiosity?

23             MR. PEACOCK:  May I speak to Probation?

24             THE COURT:  She probably figured it out.  She is well

25   ahead of us.
```

1          *MR. PEACOCK:*  Thank you, Judge, I did that wrong, it

2     should be a level 30.  That is how the computation at 110 to

3     137 would be.

4          *THE COURT:*  A level 30 with the VI?

5          *PROBATION OFFICER:*  That would be with using the

6     conversion rate of one hundred grams per each substance that we

7     had.

8          *THE COURT:*  So, a hundred grams rather than 500 grams?

9          *PROBATION OFFICER:*  Correct.

10         *THE COURT:*  And that would put it at a level 30 and

11    what criminal history category, still the VI.

12         *PROBATION OFFICER:*  That would remain unchanged.

13    Without the career offender, he would be IV.  30 plus two, plus

14    the firearm, plus the role, so he would be at a 36 and a IV.

15         *THE COURT:*  So, not -- okay, with the hundred grams

16    you get a 36, and then you would be at a IV rather than a VI

17    without the career offender.

18         *PROBATION OFFICER:*  That is correct.

19         *THE COURT:*  Let's see where that puts us, 36 and a IV.

20         *PROBATION OFFICER:*  210 to 262 months.

21         *THE COURT:*  No.  That is 262 to 327.

22         *PROBATION OFFICER:*  262 to 327, sorry about that.

23         *THE COURT:*  That is okay.

24         So, I guess even under your best case scenario -- so,

25    best case scenario, let's say you were to prevail on the legal

1    issues, and really you are not taking issue with the career,

2    you are explaining why it seems unfair and inappropriate in

3    this situation, I don't hear you making any legal arguments,

4    but --

5              MR. PEACOCK:  Only in the Donawa and Machet.

6              THE COURT:  But as the law stands today he qualifies.

7              MR. PEACOCK:  Yes.

8              THE COURT:  If you were to take that away and go with

9    your hundred grams to one ratio, he comes out at 36, and IV,

10   262 to 327, right?

11             MR. PEACOCK:  He does unless the Court were to accept

12   the argument regarding the pyrovalerone being the Schedule V

13   substance, it is much less.

14             I don't know if Probation has done those computations,

15   but it is less than one one-hundredth --

16             THE COURT:  You are saying instead of the one to 100.

17             MR. PEACOCK:  That was for the ratio, that is what I

18   believe the ratio should be as the science applies.

19             When we get to the variance, of course, I think the

20   Court should vary even further because the closest substance is

21   pyrovalerone, which the guidelines punish at a much less severe

22   penalty than either the Ritalin or the phenethylamine or any of

23   the other substances.

24             So, I think it is appropriate for the Court to go

25   lower.

1              THE COURT:  What does probation say on that argument?

2              PROBATION OFFICER:  The base offense level would be 18

3      based on 58.49 kilograms of marijuana.

4              MR. MORRIS:  What page --

5              PROBATION OFFICER:  It is capped out at 2.49 grams.

6              THE COURT:  It comes to an offense level of 18?

7              PROBATION OFFICER:  Yes, Your Honor.  Specifically on

8      page 162 it tells the Court to not go above 2.49 kilograms of

9      marijuana when you have a Schedule V substance.  But you still

10     have the heroin and Alprazolam which I am adding in, that is

11     what is getting me to the 56 kilograms of marijuana for the

12     base offense level.

13             THE COURT:  And when you add the enhancements?

14             PROBATION OFFICER:  18 plus two, 20, four for the

15     role, 24, and criminal history IV, it would be 77 to 96 months.

16             THE COURT:  Which is less than what it appears you are

17     even asking for.

18             I wanted to know the different variations.

19             What I am understanding, if you take away the career

20     enhancement and go to the 100 to one, you are at 262 to 327.

21             MR. PEACOCK:  Yes.  I say it is inappropriate under

22     what I argued.

23             THE COURT:  Okay, does Mr. Bully want to say

24     anything?

25             MR. PEACOCK:  No, ma'am.

1           THE COURT:  All right.  For the Government.

2           MR. MORRIS:  I am going to -- there is so much going

3    on in this case, obviously, I have to jump around.

4           Let me address the pyrovalerone argument to begin

5    with.  No Court who has considered this argument has agreed to

6    it.  This is one of the oldest arguments that Defense bar has

7    been using across the country.

8           When you think about it, you know, at the end of this

9    case, and here -- this is what I want to start with.

10          You heard a lot of discussion at sentencing about

11   drugs and controlled substances, and you heard almost nothing

12   about alpha-PVP.  We talked about everything but alpha-PVP, and

13   I think there is a common sense reason for that.

14          They don't want to talk about alpha-PVP because they

15   know it is a really bad drug.  We didn't need scientists to

16   come in here and tell us alpha-PVP is a bad drug because South

17   Florida has been inundated with it.  Fortunately, it happens to

18   be going away, coincidentally at the same time Mr. Bully was

19   apprehended.

20          That is when things started to slow down.  I am not

21   saying it was all him, he was a big part of it.

22          We only caught him with 8 kilograms.  He was making

23   $90,000 maybe in a good month selling alpha-PVP, methylone and

24   ethylone.  They don't want to talk about that because that

25   doesn't advance his purpose.

1          I'll use his pyrovalerone argument.  He is trying to

2     argue to the Court you should take the drugs that are being

3     attributed to him and equate it to 2 kilograms of marijuana.

4     That is a magic act if you can do that.

5          Let's face it, this guy did not sell 2 kilograms of

6     marijuana; that is not what he is here for and what he should

7     be sentenced for, common sense.  Common sense.

8          Now, I had to laugh when I heard Mr. Peacock talking

9     about even he can understand certain, you know, inhibitors and

10    uptake inhibitors and substrates.  I personally can't.  That is

11    beyond me.

12         I have to tell you what I have been told by Dr. Trecki

13    which is this substance, methcathinone, can be both.  I don't

14    know that, and I couldn't sit here and tell you why it is true,

15    but he says it is.  I take him at his word.  I can't tell you

16    if it is correct or not.  I can't tell you what Mr. Peacock

17    said is correct, Your Honor.  I can't help you there.

18         What I do want to say, I don't think we want to get

19    into a battle of the experts in every court, and this is where

20    I want to go with this.  This is a cat and mouse game, and we

21    are never going to win it.

22         The minute we find a substance, identify a substance,

23    seize the substance and have it tested, and they go to DOJ and

24    do emergency controlled substances, and schedule it, by that

25    time we are supposed to have done, according to the Defense

1    attorney -- Defense experts, human studies on the substance we

2    just discovered for the first time coming from China or

3    whatever, and we are supposed to have all the information.

4            When we didn't classify it, number one, to the

5    guidelines, to the substance, all they have to do is change one

6    molecule from methylone to ethylone and every test we have done

7    is out the window.  And I don't think the Court is being asked

8    to sit here every time they change a molecule and try to

9    recalculate and figure out a different ratio.  I don't think

10   that is possible, and I don't think that is what the guidelines

11   are asking you to do.

12           That is why they use the words as close as practicable

13   I believe or as practicable as possible.  This is not a

14   scientific method.

15           One of the things Mr. Peacock said, here we are, we

16   are not scientists, this is not a scientific endeavor that we

17   are engaged in, although it is turning into that.

18           This is about the law trying to find and classify the

19   substance to the degree we are capable of doing and in a common

20   sense way, I believe, under a lower standard which is, you

21   know, not beyond a reasonable doubt, but by a preponderance,

22   and here is where I think the argument gets important.

23           *THE COURT:*  What I want to do, finish that and I want

24   to direct your attention -- I think we spent a lot of time,

25   like the two prior days, and so, I was hoping to finish today

1    at a relatively reasonable hour -- it has been a long day and

2    long week for us -- is to allow you to address -- you have done

3    a good job addressing the equivalency during your summary and

4    witnesses.  Mr. Peacock raised a variance, let me have you

5    articulate on that.

6         MR. MORRIS:  He mentioned this argument, the potency

7    argument, again in the downward variance.  One of the things I

8    want to talk to the Court about, he mentioned it, and I think

9    it is true, he talks about good marijuana, bad marijuana, very

10   comfortable talking about that.

11        If you look at the substantive law, all we have to

12   prove for purposes of mandatory minimum for sentencing,

13   ultimately, is whether or not there is a detectable amount.  We

14   are not required for purposes of mandatory minimums and

15   maximum, everything, we are not required to prove the purity of

16   the cocaine, the degree of how, you know, superior the

17   marijuana is, the purity of the heroin.  That never gets taken

18   into consideration.

19        Talking about a man's life, that is substantive law,

20   talking about mandatory minimums.

21        I don't want to give Mr. Peacock any ideas to go with

22   this, but bottom line, that is never an issue.  That is how our

23   law operates, as long as it has a detectable amount, that is

24   what we have to prove.

25        Moving on, getting past that, talking about his life,

```
 1   I want to point out to the Court what you probably already
 2   know.
 3            This isn't whether he is a bad person, this is whether
 4   or not he is a person who committed a lot of bad acts and bad
 5   crimes, and the crime that he is currently here for, but we
 6   have to look at his past.
 7            So, with respect to his past, looking at his PSI, page
 8   ten, it starts at the age of 11 when he kicks a victim's door
 9   in causing the door to jamb.  Then at the age of 15 he commits
10   a battery on his grandmother when he punches her in the stomach
11   and chest, but she refused to cooperate with the police.  That
12   is page 11.
13            Page 12, age 17, where, under paragraph 49, they
14   locate a loaded .25 caliber semiautomatic pistol in the car
15   underneath him.
16            Going forward to paragraph 56 on page 14 where he gets
17   disorderly conduct and he is throwing rocks and threatening
18   people, he is 18, threatening to kick everybody's butts, and
19   this is at the International House of Pancakes, and he
20   threatens to kill the victims.
21            18, he gets caught selling marijuana, paragraph 58,
22   again, small bag of marijuana sale.
23            What you start to see is an escalation.  Page 18, an
24   assault where he threatens the Defendant's family, and again,
25   he pulls a firearm in his waistband, pulls it out and points it
```

1    at the victim.  19, paragraph 64, page 19, possession of

2    hydrocodone.  You see an escalation, going away from a street

3    corner marijuana drug dealer, now he is moving into the pills

4    and marijuana.

5          Moving forward, then you go all the way back, and this

6    is what is charged and I guess unadjudicated.

7          At the age of 12, again violent aggressive behavior,

8    paragraph 69.  Paragraph 70, age 14, threatening police

9    officers, "let me out of these cuffs or I'll put a cap in

10    your ass."  He is threatening to shoot them.

11          Paragraph 71, age 14, at a pizza place and he is

12    fighting and running around.  Paragraph 72, also fighting.

13    Paragraph 76, putting a handgun into his vehicle.  Paragraph

14    77, a battery on a woman.  He chipped her tooth and a swollen

15    black eye, this is the mother of his daughter.

16          And then he has the pending, paragraph 79, pending

17    sale for MDPV, which is in Broward County, August 2014.

18          We also know that he was extraordinary cruel and

19    violent to Jaime Lewis.  There is no question about that.

20          We went through the text messages.  I don't know how

21    many of them you went through.  We went through some of them at

22    trial, there are a lot of them.  He is incredibly abusive

23    toward her, he put a loaded gun in her mouth, he beat her.

24    There is no question this is a violent man.

25          *MR. PEACOCK:*  Objection, Judge, there is nothing in

1    the record about that.

2         *MR. MORRIS:*  I believe Agent Claxton testified to

3    that.  Just the gun, I will withdraw the beating.

4         *THE COURT:*  I think there was testimony about being

5    dragged from a car.

6         *MR. MORRIS:*  That is --

7         *THE COURT:*  Violently -- I recall that testimony as

8    well as the testimony in evidence regarding the gun in the

9    mouth.

10        *MR. PEACOCK:*  Testimony from Agent Claxton, never from

11   Ms. Lewis, she was never brought in.

12        *MR. MORRIS:*  To keep it clean, let's stick to the gun

13   in the mouth.

14        *PROBATION OFFICER:*  That was noted during Ms. Lewis'

15   sentencing.

16        *MR. MORRIS:*  We don't want to use it here, maybe it

17   would be better not to.  You don't need it.

18        There is a history and pattern of violent behavior

19   towards people, guns, drugs, it is all there, and the bottom

20   line is, and this is where I would like to finish:  What is he

21   going to do in his future?  We can't tell.  I know that is part

22   of it, nobody can predict it.

23        What we know about is his past is incredibly violent,

24   selling drugs, using guns, and those are all the things that

25   scream at you this is not a case the Court should downward vary

1   on.

2           Having said that, and I don't know if I want to sneak

3   this in here, I would prefer a downward variance to a ratio

4   that is lower.  I think that is going to end up in the long run

5   causing more harm in cases like this.

6           THE COURT:  You are saying you would --

7           MR. MORRIS:  I would prefer a downward variance and

8   finding of a low ratio.

9           THE COURT:  So, the downward variance, we have done it

10  a couple of different ways.

11          One way that was done was the hundred to one, and I

12  guess when the career offender was taken out of the mix, that

13  is what brought us to 36 and IV.  So that was 262 to 327.

14          MR. MORRIS:  Yes.

15          THE COURT:  I don't think we did it where we took the

16  one hundred to one, but kept the career offender.  I don't know

17  if we did that, or where that would come out.

18          PROBATION OFFICER:  If we kept the career offender,

19  Your Honor --

20          THE COURT:  It would bring it back up.

21          PROBATION OFFICER:  360 to life.

22          If the Court wants to consider a lesser criminal

23  history category, that would be 324 to 405.

24          THE COURT:  I thought it was offense level 36,

25  criminal history category IV, which is 262 to 327 if it was a

```
 1    hundred to one ratio.  That is 100, colon, one ratio, colon,

 2    and no Chapter 4 enhancement, career offender, bringing it to

 3    criminal history IV rather than VI.

 4              PROBATION OFFICER:  If the defendant is not a career

 5    offender criminal history it goes to IV.

 6              THE COURT:  All right.  That is 262 to 327.

 7              MR. MORRIS:  The career offender, I think, just like

 8    career criminal, is under assault every day.  I don't know how

 9    much longer that is going to be around.

10              THE COURT:  So, Mr. Bully is 25 years old.

11              MR. MORRIS:  Correct.  I know these are tough, but at

12    the end of the day, you saw a lot of evidence in this case, and

13    I don't think getting bogged down in the science is the way to

14    go in a case like this.

15              There is so much information for the Court to take in.

16    At the end of the day, really applying common sense to what the

17    situation is may be the best way to get there.

18              THE COURT:  What is the Government suggesting?

19              MR. MORRIS:  Again, I think that 20 to 25 years is, I

20    think, sufficient under the circumstances of this case.

21              THE COURT:  So, let me then -- so, does the -- I mean,

22    um-m-m, it would seem -- now that is higher than what the

23    Defendant wants, but even if the Defendant were to prevail on

24    100 to one, and get the Chapter 4 career offender knocked out,

25    that is not inconsistent, the Government would take what the
```

63

```
1    Government sees as a sufficient but not greater than necessary

2    sentence.

3         Do the parties want the Court to make a finding as to

4    the equivalency ratio, or alternatively, if the Court can

5    impose a sentence that complies with 3553 without making that

6    finding, is that something the Court --

7         MR. MORRIS:  I don't know if you could do that.

8         I would love it if you could, but I don't think you

9    can, and I don't think the offense would allow that.  I don't

10   think they could stipulate to that.

11        THE COURT:  I was thinking aloud as we were thinking

12   about different things.

13        I will make the finding, but the Court will and can,

14   and it is acceptable to the parties as is stipulated, make

15   written findings, I think it is worthy of written findings,

16   than what the Court can do justice to the issues in open court.

17        We agree the finding doesn't impact to the current

18   state of the law with the current offender, the 38 that Mr.

19   Bully finds himself in.  I want to revisit that.  That is

20   something that came to mind.

21        That is the Government's position.  Brief reply from

22   the Defense.

23        MR. PEACOCK:  I want you to note I didn't bring any

24   paperwork.

25        THE COURT:  A minute.
```

1          *MR. PEACOCK:*  We are focusing way too much on the

2     guidelines in this case, they are not reliable.

3          My point about marijuana is well taken.  It is an

4     arbitrary figure that you are being given that we are arriving

5     at.  The guidelines are one of 12 factors listed in 3553 that

6     Your Honor has to consider.

7          You are talking about putting a young man in prison

8     for an extremely long time.  A sentence of 15 years would

9     incarcerate him until he is 40; a sentence of 20, until he is

10    45.

11         We have gotten to the point where hopefully we realize

12    just warehousing people for drug offenses is not a good

13    solution to the problem.

14         Has he done something wrong?  Fine.  Is it serious?

15    Yes.

16         We are talking 15 to 20 years, we are talking long,

17    long times here, and so, Your Honor, I suggest that a sentence

18    between ten and 15 years is appropriate.

19         My goodness, he got on the internet and ordered stuff

20    from China and sold it to people who would buy it.  He is 25

21    years old, anybody could have done this.

22         This was not some kind of super sophisticated drug

23    operation, it was done over the internet.  I think we have to

24    look at this thing, stand back, these guidelines are out of

25    control, and we don't need to warehouse this young man for the

1    next 15 to 20 years.

2            THE COURT:  We will take a two minute restroom break

3    and come right back.

4            We will be in recess for a couple of minutes.

5        (Thereupon, a short recess was taken.)

6            THE COURT:  All right.  You may be seated.

7            All right.  So, with the understanding that both

8    parties have agreed the Court will issue its written findings

9    as to the equivalency drug quantity as relates to the alpha-PVP

10   and ethylone, and both sides acknowledging that the Court's

11   determination on that issue does not affect the guidelines

12   because of the career offender status, and with both sides'

13   acknowledgment that the Court could proceed with pronouncement

14   of the sentence today and will have that order forthcoming,

15   although it will be when I get the transcript -- Pauline is

16   very, very busy, just came out of a two-week trial with real

17   time every night.

18           I do want to make sure I get the transcript.  The

19   transcript was done for the first day, and we have today.

20   There will be more to gather.

21           With that being said, the Court has considered the

22   statements of all of the parties, the presentence report which

23   contains the advisory guidelines and statutory factors set

24   forth in 18 United States Code, Section 3553(a).

25           I think I made the record clear in our prior two

 1   proceedings as to everything the Court has considered, which

 2   includes the multiple days of sentencing, all of the evidence

 3   that is on the exhibit list that we reviewed, all of the

 4   testimony of the experts and of the agent, having sat through

 5   the trial, all of the memos that have been submitted, all the

 6   letters that have been submitted, and both parties have

 7   acknowledged that the Court has indicated that it has received

 8   everything and no one has brought to the attention of the Court

 9   that the Court overlooked anything in terms of written

10   submissions or otherwise.

11          The 3553 factors, of course, as we know, tell us that

12   the Court shall impose a sentence that is sufficient but not

13   greater than necessary to comply with the purposes set forth in

14   paragraph two of the subsection.

15          The Court, in determining the particular sentence to

16   be imposed, shall consider the nature and circumstances of the

17   offense; the history and characteristics of the Defendant; the

18   need for the sentence to reflect the seriousness of the

19   offense, and promote respect for the law and just punishment

20   for the offense; the need to afford adequate deterrence,

21   protect the public from further crimes of the Defendant; and

22   the need to provide the Defendant with needed educational and

23   vocational training, medical care and correctional treatment in

24   the most effective manner; the kinds of sentences available and

25   any pertinent policy statement; and the need to avoid

1    unwarranted sentencing disparities among Defendants with

2    similar records and found guilty of similar conduct; and the

3    need for restitution to any victims of the offense.

4          The Defendant, Mr. Bully, you know, scores very high

5    on -- under the Sentencing Guidelines, if the Court is to

6    overrule the objections and with or without the 100 to one

7    ratio or 500 to one ratio, it still puts him at 360 months to

8    life.

9          That is 30 years.  He is 25.  Putting him, Mr. Bully,

10   at 55.

11         The Court thinks that that is high and that while

12   there are certainly -- there is certainly much to Mr. Bully's

13   background that speaks to a pattern and history over a long

14   period of time of illegal activity, criminal violations of the

15   law at very serious levels, crimes involving -- that have

16   scored, at least for purposes of the criminal history category,

17   dating back to 2008, possession of cannabis, trespassing, again

18   in 2008, possession of cannabis with intent to sell, deliver,

19   attempt to tamper with physical evidence, 2009, grand theft in

20   2009, assault in 2009, possession of hydrocodone, possession of

21   cocaine with intent to deliver and sell, possession of cannabis

22   with intent to sell and deliver, possession of oxycodone, drug

23   paraphernalia, and in 2012, fleeing and attempting to elude,

24   driving with a license revoked.

25         This doesn't include, because they are not scored, the

1    history that Mr. Bully has displayed at younger ages going back

2    to when he was 11, sadly, with criminal mischief, and grand

3    auto theft at the age of 14, and battery at the age of 15.

4          It is a long and tortured past history, Mr. Bully, and

5    it doesn't make it easy for the Court to downward vary.  The

6    Court looks for reasons to vary when it is going to vary

7    downward based on the factors the Court has articulated.

8          But your attorney has done a good job on your behalf

9    in telling me more about you as a youth, having lost a father

10   whom you didn't knows, as well as, in essence, being homeless

11   at the age -- at a very young age of 14 or 15, having to grow

12   up on your own.

13         Unfortunately, while it is represented to the Court

14   you are smart and intelligent, you used your smartness and

15   intelligence in improper, illegal and dangerous ways.  I could

16   only imagine if you challenged that intelligence to productive

17   lawful ways how successful you may be rather than sitting here

18   today facing a large sentence.

19         I hope you think about that when you are in prison and

20   take advantage of the programs because that same inner

21   intelligence can be channeled in a productive way.  And money

22   isn't everything anyway, although as your attorney has

23   explained, you did grow up in very, very modest, as described,

24   very poor background and surely that to some extent shaped on

25   some level why you did what you did and it seems as if it was

1    ultimately a goal of making money.

2            But, you know, you have to ask yourself, was this

3    really worth it?

4            So, when I take into account all of that, and I

5    consider the defense's argument about the career offender and

6    whether your criminal history category is perhaps over stated,

7    and maybe at some point the law will change and it would be

8    apparent as a matter of law it was, as a matter of law today it

9    is not.

10           The Court could impose and sentence you within the

11   guideline range that takes into account a career offender, but

12   quite honestly, the Court is taking that into account in over

13   stating, perhaps, the criminal history category you find

14   yourself in.

15           It is not to diminish how significant your background

16   and history is, but it is recognizing that perhaps it pushed

17   you up too high in the guideline range, and there is this

18   debate, of course, as we sat through the last two days, of what

19   does alpha-PVP and ethylone translate to.

20           I am going to write an order on that and we will do

21   the best to synthesize what has been presented.  If the Court

22   accepts what Defense says without making that finding now, but

23   for purposes of sentencing, to which I don't hear the

24   Government objecting for purposes of sentencing, nor is the

25   Government objecting to the range that the Court was speaking

```
1    to with the elucidation from Probation of what the range would

2    be if you didn't have the career offender enhancement and you

3    were at the 100 to one ratio, it puts you at an offense level

4    36 and a criminal history category of IV, which is still high.

5              MR. MORRIS:  Can I make the record?  We would object

6    to the ratio being lower.  What we would prefer is, if you use

7    a different ratio, you do that through the variance.

8              THE COURT:  Yes.  You are clearly objecting.  I hope

9    that is the case or else I am not sure why we have been here.

10   You are clearly objecting to the 100 to one ratio, and we'll

11   not take away from that.

12             I misspoke.

13             When the Court takes into account all of these

14   factors, the Court deems it appropriate to vary downward in its

15   imposition of the sentence to you, Mr. Bully.  It is the

16   finding of the Court you are not able to pay a fine.

17             It is the judgment of the Court that the Defendant,

18   Kevin Raphael Bully, is committed to the Bureau of Prisons to

19   be imprisoned for a term of 262 months.  This term consists

20   of -- let's see, I am doing this a little differently.

21             Would it be 262 months as to each of Counts 1 through

22   6?

23             PROBATION OFFICER:  It would have to be as to Counts 1

24   through 6, 240 months, and the remaining Count 7 would be the

25   24 months -- 22 months consecutive to that.
```

1        *THE COURT:*  Okay.  The term consists of 240 months to

2   each of Counts 1 through 6, to run concurrently with each

3   other, and 22 months as to Count 7, to run consecutively to

4   Counts 1 through 6.

5        *PROBATION OFFICER:*  Yes.  Your Honor.

6        *THE COURT:*  Upon release for imprisonment, the

7   Defendant shall be placed on supervised release for three years

8   as to Counts 1 through 7, to run concurrently.  Within 72 hours

9   of release from imprisonment, the Defendant shall report to the

10  Probation Office in the district where released.

11       The Defendant shall not commit any crimes, is

12  prohibited from possessing firearms or other dangerous devices,

13  and shall comply with the standard conditions of supervised

14  release, including the following special conditions:

15       Which are that the Defendant shall submit to a search

16  of his person or property conducted in a reasonable manner and

17  at a reasonable time by the U.S. Probation Office.  The

18  Defendant shall participate in an approved treatment program

19  for drug and/or alcohol abuse and abide by all supplemental

20  conditions of treatment.  Participation may include

21  inpatient/outpatient treatment.  The Defendant will contribute

22  to the costs of services rendered based on ability to pay or

23  availability of third party payment.

24       The Defendant shall participate in an approved

25  inpatient/outpatient mental health treatment program.  The

```
 1    Defendant will contribute to the costs of services rendered

 2    based on ability to bay pay or availability of third party

 3    payment.

 4            The Defendant is prohibited from associating with the

 5    codefendant and the coconspirators while on supervised release.

 6            The Court considered for the downward variance, having

 7    spoken to the history and characteristics of the Defendant, the

 8    characteristics that might explain why the Defendant ended up

 9    where he is, the history of criminal activity.

10            Make no mistake, the Court recognizes the seriousness

11    of the offense, the need to afford deterrence to Mr. Bully as

12    well as others who are dealing in such dangerous drugs, and to

13    protect the public, but in doing so, the Court finds that the

14    range of -- the sentence that the Court is imposing, albeit one

15    with a downward variance, is a high sentence, particularly for

16    a 25 year old young man, at 262 months, and that sentence

17    accomplishes all of these factors that the Court must take into

18    account in imposing its sentence.

19            It is further ordered that Mr. Bully shall pay a

20    special assessment of $100 as to each of Counts 1 through 7,

21    for a total of $700.

22            Total sentence imposed is 262 months imprisonment,

23    three years supervised release and a $700 special assessment.

24            Now that sentence has been imposed, does the Defendant

25    or counsel object to the findings of fact or the manner in
```

Pauline A. Stipes, Official Federal Reporter

```
 1    which sentence was announced?

 2              MR. PEACOCK:  I have a question.  Where you indicated

 3    that Mr. Bully was not to associate with the co-defendant, I

 4    assume that means Jaime Lewis?

 5              THE COURT:  Yes.

 6              MR. PEACOCK:  May I inquire, is that a condition of

 7    Ms. Lewis' sentence as well?

 8              PROBATION OFFICER:  Yes.

 9              MR. PEACOCK:  She contacts him constantly, she is

10    obsessed with him.

11              Obviously, we are talking down the road, and that puts

12    him in a difficult situation in a supervised release context

13    when she constantly contacted him.

14              THE COURT:  Can I get input from Ms. Parsons?

15              PROBATION OFFICER:  We were not aware of this.  This

16    is the first time I am learning she has been in contact with

17    the Defendant.

18              At this point, she is not on supervised release, there

19    is no action we would be able to take.

20              THE COURT:  She is on --

21              PROBATION OFFICER:  I believe she is in custody.

22              THE COURT:  So, her conditions are not applicable, is

23    that how it works?  Does it kick in when the supervised release

24    kicks in?

25              PROBATION OFFICER:  Yes, it is a special condition of
```

```
 1   the supervised release.
 2           MR. MORRIS:  We have a separation letter that is
 3   supposed to keep them separated.  I suppose it doesn't mean
 4   that they can't call each other.  I guess it is not working.
 5           MR. PEACOCK:  It is not working.
 6           THE COURT:  I am going to impose that same restriction
 7   and I will leave it to Probation in their expertise to handle
 8   that.
 9           I am glad you brought it to everyone's attention so it
10   can be addressed.
11           Was there anything else that you wanted to inquire
12   about or also respond to?  Now that the sentence is imposed,
13   does the Defendant or counsel object to the Court's findings of
14   fact or the manner in which sentence was pronounced?
15           MR. PEACOCK:  No.  I would incorporate my previous
16   objections in the record.
17           Hold on one second.
18           Well, Your Honor, nothing is ever simple.
19           Apparently there is an arrangement, when Ms. Lewis
20   gets out of custody in December she would have custody -- not
21   custody, but supervision of Mr. Bully's daughter, and I am
22   assuming that will require some form of communication.
23           I guess I would put it this way.  Obviously there is a
24   restriction on known felon association without the permission
25   of Probation.
```

```
 1              My suggestion to the Court would be if there is not a
 2    problem, Probation always has that discretion to determine that
 3    particular felon is not appropriate.  They both are felons at
 4    this point.
 5              I think that is satisfactory without causing problems
 6    for Ms. Lewis or Mr. Bully in that context.
 7              THE COURT:  Do you understand that?
 8              PROBATION OFFICER:  Yes.
 9              THE COURT:  How would you handle that, Ms. Parsons?
10              PROBATION OFFICER:  Being there is a welfare of the
11    child involved, we would notify the Court and explain the
12    situation when this all happens, and go with whatever the Court
13    guides us.
14              THE COURT:  At this point, is it the recommendation of
15    Probation that the prohibition of association with the
16    co-defendant should or should not be a condition of supervised
17    release?
18              PROBATION OFFICER:  It should be a condition because
19    it is not her child.
20              THE COURT:  It should be a condition for Mr. Bully?
21              PROBATION OFFICER:  Correct.
22              THE COURT:  If anything changes, I should be aware of
23    that.
24              PROBATION OFFICER:  Yes.
25              MR. PEACOCK:  Will she be allowed to communicate with
```

```
 1    him when she is on supervised release?

 2             PROBATION OFFICER:  No, Your Honor.  That was also put

 3    in her Pre-Sentence Investigation Report and the Court

 4    pronounced it at sentencing.

 5             MR. PEACOCK:  That is what I would ask the Court to

 6    change.  Maybe we are jumping the gun.

 7             THE COURT:  Yes, we probably need to have her here to

 8    make such changes, unless there is agreement.

 9             I need to think that through.  I don't do as well spur

10    of the moment as I do to thinking about things.

11             MR. MORRIS:  I think the defense attorney for her

12    might be the appropriate person to make that.

13             MR. PEACOCK:  That is fine.

14             THE COURT:  There was no forfeiture involved in this

15    case?

16             MR. PEACOCK:  Administrative forfeiture.

17             THE COURT:  All right.  No part of the sentence that

18    should involve forfeiture?

19             MR. MORRIS:  No, Your Honor.

20             THE COURT:  Okay.  I'm going through my checklist to

21    make sure.

22             Okay.

23             MR. PEACOCK:  I have some requests.

24             THE COURT:  Does the Government have an objection to

25    the findings of fact or manner in which sentence was imposed?
```

```
 1            MR. MORRIS:  No.
 2            THE COURT:  Mr. Bully, you may appeal the sentence,
 3     and if you are unable to pay the cost of appeal, you may apply
 4     in forma pauperis.
 5            Yes, from Defense.
 6            MR. PEACOCK:  Yes, ma'am.
 7            THE COURT:  There are no counts being dismissed?
 8            MR. MORRIS:  No.  You already dismissed it, I believe.
 9            MR. PEACOCK:  Your Honor, I would ask the Court
10     consider making the sentence concurrent with the sentence in
11     Broward County in 14-011060-CF10A, which is reflected in
12     paragraph 79 of the Pre-Sentence Investigation Report.
13            After 22 years, there is simply no reason to have a
14     consecutive sentence.
15            THE COURT:  He has been in --
16            MR. PEACOCK:  No, it is still outstanding.
17            MR. MORRIS:  I don't think what Mr. Peacock is asking
18     for is inappropriate.  I would like to do it the other way
19     around.  Basically, the state would run their sentence
20     concurrent to yours.  That is the way I think it works more
21     cleanly.
22            THE COURT:  Because they haven't sentenced yet?
23            MR. MORRIS:  They haven't sentenced yet.
24            Again, you can't -- you can't run something concurrent
25     to something that hasn't occurred.
```

```
 1              MR. PEACOCK:  Yes, you can.

 2              MR. MORRIS:  There is case law that says you can

 3    anticipate it as part of your sentence.

 4              MR. PEACOCK:  You have the power to run it concurrent.

 5              THE COURT:  What is he facing in the paragraph 79

 6    charge?

 7              MR. PEACOCK:  I do not know, Judge.  I can ask him.

 8              MR. MORRIS:  The reason I thought that was not the way

 9    to go, it takes away the power from the State Court.

10         I am not opposed to it, I am not -- I am not saying he

11    needs additional time.

12              THE COURT:  I suppose what I would say is this, this

13    is for the Court's comfort level, it is not a statement on

14    whether I can or can't.

15         But I do believe the State Court should have its

16    prerogative to exercise its discretion how it sentences Mr.

17    Bully to Counts 1, 2, 3, 4, and Count 5 of 14-011060.

18         The Court is only familiar with that case as possible

19    through the PSI, which is really a very short summary, and so

20    the -- this Court is not in the best position to make that

21    determination.

22         I will say this, to the extent that it carries any

23    bearing and it can be presented when Mr. Bully faces sentencing

24    in State Court, I believe Mr. Bully is being sentenced to a

25    significant length of incarceration with the 262 months, that
```

1   is this Court's view, whether it be for the crimes that are

2   issued here in Federal Court and/or any charges he is facing in

3   the State case, and I think that the sentence is a sizable one

4   and it is the Court's view that he will be deterred and

5   adequately punished and it will protect the public with that

6   term.

7          So, to the extent that is helpful when discussing the

8   matter with the State Court judge, but I do believe it is

9   something that this Court should afford the proper discretion

10  to the State Court judge in that regard.

11         MR. PEACOCK:  Yes.  I would suggest the intensive drug

12  treatment program.

13         THE COURT:  RDAP?

14         MR. PEACOCK:  Yes.

15         THE COURT:  Any objection?

16         MR. MORRIS:  No.

17         THE COURT:  I will make the recommendation.  It is up

18  to the Bureau of Prisons whether he is eligible for it.

19         MR. PEACOCK:  And I would make the recommendation that

20  he be in the Bureau of Prisons as close to South Florida as

21  possible.

22         THE COURT:  Any objection?

23         MR. MORRIS:  No.

24         THE COURT:  It is up to the Bureau of Prisons, the

25  recommendation will be placed on the judgment.

1          I will get an order out, it will be a little while, I

2     want to get the full transcript.  I will work on it and I can

3     do that.

4          I wish you well, Mr. Bully.

5        *(Thereupon, the hearing was concluded.)*

6                              * * *

7          I certify that the foregoing is a correct transcript

8     from the record of proceedings in the above matter.

9

10        Date: June 10, 2016

11                 /s/ Pauline A. Stipes, Official Federal Reporter

12                     Signature of Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$100 [1]  72/20
$6 [1]  41/16
$6 million [1]  41/16
$60,000 [1]  24/11
$700 [3]  41/18 72/21 72/23
$90,000 [1]  54/23

**'**

'70's [1]  45/9

**.**

.103875 [1]  28/11
.25 [1]  58/14
.625 [1]  43/13
.625 grams [1]  43/13

**/**

/s [1]  80/11

**0**

011060 [1]  78/17

**1**

1,000 [1]  6/20
1,162 [1]  28/9
1,662 [1]  28/9
10 [2]  5/9 80/10
10 pounds [2]  45/17 45/19
100 [7]  52/16 53/20 62/1 62/24 67/6 70/3
 70/10
103.875 grams [1]  28/10
108 [1]  35/1
109 [1]  1/20
11 [5]  24/8 46/5 58/8 58/12 68/2
110 [2]  42/22 51/2
11th [4]  30/1 48/2 48/10 49/7
12 [3]  58/13 59/7 64/5
137 [2]  42/22 51/3
14 [6]  46/20 58/16 59/8 59/11 68/3 68/11
14-011060 [1]  78/17
14-011060-CF10A [1]  77/11
15 [9]  46/18 46/20 58/9 64/8 64/16 64/18
 65/1 68/3 68/11
15-245 [1]  34/7
15-CR-80068-ROSENBERG [1]  1/3
156 [1]  3/19
16 [1]  5/14
160 [1]  26/16
162 [2]  43/11 53/8
17 [1]  58/13
175 [2]  14/1 23/10
177 [1]  16/7
18 [9]  5/2 49/20 53/2 53/6 53/14 58/18 58/21
 58/23 65/24
19 [4]  5/5 13/18 59/1 59/1
192 [2]  13/24 42/2
195 [1]  13/15
19th [9]  2/7 2/10 5/3 5/4 5/6 39/8 39/11 39/18
 39/19

**2**

2 kilograms [8]  6/18 6/21 9/1 11/18 12/13
 12/15 55/3 55/5
2 kilos [2]  5/19 5/21 9/14 11/16
2.49 grams [1]  53/5
2.49 kilograms [2]  43/15 53/8
20 [13]  2/12 5/1 5/5 13/9 13/17 13/20 13/21
 37/10 53/14 62/19 64/9 64/16 65/1
200 [2]  34/18 35/7

2008 [2]  67/17 67/18
2009 [3]  67/19 67/20 67/20
2011 [2]  30/10 30/11
2012 [1]  67/23
2014 [1]  59/17
2015 [4]  8/10 8/10 30/1 47/14
2016 [6]  1/8 2/12 5/8 5/10 13/9 80/10
203 [2]  13/13 16/1
204 [1]  13/11
205 [3]  13/7 29/12 31/9
206 [1]  13/6
20th [5]  2/4 2/7 2/8 39/12 39/25
210 [1]  51/20
2123 [1]  1/21
22 [4]  14/8 70/25 71/3 77/13
2337 [1]  1/23
24 [2]  53/15 70/25
240 [2]  70/24 71/1
245 [1]  34/7
25 [5]  62/10 62/19 64/20 67/9 72/16
25,000 [1]  41/16
26 [3]  5/7 5/8 8/10
262 [13]  51/20 51/21 51/22 52/10 53/20 61/13
 61/25 62/6 70/19 70/21 72/16 72/22 78/25
27 [2]  5/8 5/8
28 [6]  5/8 5/10 42/20 50/2 50/3 50/10
29 [9]  3/12 3/24 4/1 4/12 4/13 4/14 7/15 8/8
 9/9
2D1.1 [6]  23/4 24/8 24/21 30/23 37/24 43/7
2G1.1 [1]  30/15
2nd [2]  1/20 39/6

**3**

3,000,040 [1]  26/20
3,040 kilograms [1]  26/21
3,953 grams [2]  6/12 12/4
3.9 [2]  5/24 9/21
3.9 kilograms [1]  6/11
30 [5]  51/2 51/4 51/10 51/13 67/9
31 [3]  8/10 8/25 26/12
32 [3]  8/25 8/25 12/15
324 [1]  61/23
327 [7]  51/21 51/22 52/10 53/20 61/13 61/25
 62/6
33 [1]  28/6
33401 [1]  1/17
34 [1]  28/7
34950 [1]  1/20
3553 [5]  42/13 63/5 64/5 65/24 66/11
36 [7]  51/14 51/16 51/19 52/9 61/13 61/24
 70/4
360 [5]  41/14 46/2 50/14 61/21 67/7
37 [1]  23/2
38 [5]  33/6 33/7 41/13 50/14 63/18
380 [3]  26/15 26/19 26/20
39 [2]  14/8 14/20
3B1.1 [6]  14/10 14/17 16/20 17/13 19/17
 22/22

**4**

4,096 kilograms [1]  28/14
4-methylenedioxy-N-ethylamphetamine/MDEA [1]
 6/19
40 [1]  64/9
400 [1]  4/17
405 [1]  61/23
41 [1]  33/6
44 [1]  33/7
45 [1]  64/10
49 [1]  58/13

**5**

5/19 [1]  13/18
5/20 [4]  13/17 13/20 13/21 37/10
5/20/2016 [2]  5/8 5/10
50 [1]  39/19
500 [2]  1/16 67/7
500 grams [2]  30/4 51/8
55 [2]  28/7 67/10
56 [2]  53/11 58/16
561-820-8711 [1]  1/18
58 [3]  49/14 49/16 58/21
58.49 kilograms [1]  53/3
583 [1]  30/11

**6**

6/3/16 [1]  5/14
627 [1]  29/25
639 [1]  30/11
64 [1]  59/1
66.5 grams [1]  28/6
666 [1]  30/9
69 [1]  59/8
6:14-CR-108 [1]  35/1
6:15-CR-80 [1]  34/20

**7**

70 [1]  59/8
71 [1]  59/11
72 [2]  59/12 71/8
740 [1]  30/9
76 [1]  59/13
77 [2]  53/15 59/14
772-467-2337 [1]  1/23
772-489-2123 [1]  1/21
775 [1]  30/1
79 [3]  59/16 77/12 78/5
7th [1]  47/14

**8**

8 kilograms [1]  54/22
8,000 [1]  26/20
8,000 grams [2]  26/9 26/14
80 [1]  34/20
850 grams [1]  5/23
8711 [1]  1/18
875 [1]  11/15
875 grams [2]  9/15 11/16

**9**

96 [1]  53/15

**A**

a-PVP [1]  32/4
A-U-S-T-I-N [1]  34/6
abandoned [1]  46/7
abide [1]  71/19
ability [2]  71/22 72/2
able [6]  7/1 35/3 35/16 47/2 70/16 73/19
about [53]  10/1 10/3 11/11 11/21 13/25 15/4
 15/18 17/22 17/23 17/24 18/6 30/13 30/16
 36/8 38/12 39/11 39/20 41/6 42/3 42/5
 42/9 44/2 44/7 45/24 47/10 51/22 54/8 54/10
 54/12 54/12 54/14 54/24 55/9 56/18 57/8 57/9
 57/10 57/19 57/20 57/25 59/19 60/1 60/4
 60/23 63/12 64/3 64/7 68/9 68/19 69/5 74/12
 76/10
above [2]  53/8 80/8
abuse [3]  30/6 45/5 71/19
abusive [1]  59/22
accept [2]  26/7 52/11

**A**

acceptable [1]  63/14
accepts [1]  69/22
accompanied [1]  27/3
accomplishes [1]  72/17
according [5]  18/9 18/24 21/23 26/16 55/25
account [5]  69/4 69/11 69/12 70/13 72/18
accountability [1]  44/21
accurately [4]  19/6 28/21 28/22 50/2
acknowledged [4]  66/7
acknowledging [1]  65/10
acknowledgment [1]  65/13
across [1]  54/7
act [1]  55/4
action [1]  73/19
actions [1]  17/21
activities [1]  15/13
activity [9]  14/9 19/21 19/25 20/18 23/19
23/21 27/17 67/14 72/9
acts [2]  16/13 58/4
actual [2]  6/2 28/19
actually [8]  5/21 6/11 7/18 8/12 21/9 40/2
40/3 42/5
add [6]  3/24 28/16 29/5 31/6 37/7 53/13
adding [1]  53/10
addition [2]  15/8 21/10
additional [5]  5/24 7/10 13/15 32/17 78/11
address [4]  18/17 42/25 54/4 57/2
addressed [2]  8/16 74/10
addressing [2]  31/17 57/3
adequate [1]  66/20
adequately [1]  79/5
adjusted [1]  33/6
adjustment [1]  49/25
Administration [1]  44/16
Administrative [1]  76/16
admission [2]  6/1 30/5
admitted [16]  3/2 3/15 3/20 3/22 4/10 4/11
4/24 4/25 5/2 5/5 5/8 7/9 7/15 12/21 24/14
37/9
advance [1]  54/25
advantage [1]  68/20
advisory [1]  65/23
affect [2]  25/9 65/11
affirmative [1]  16/22
afford [4]  46/14 66/20 72/11 79/9
after [5]  29/9 42/3 47/15 49/19 77/13
afternoon [3]  2/1 2/2 2/22
again [17]  3/1 10/5 12/24 13/23 17/10 23/7
23/24 34/8 42/1 43/3 57/7 58/22 58/24 59/7
62/19 67/17 77/24
age [11]  46/19 58/8 58/9 58/13 59/7 59/8
59/11 68/3 68/3 68/11 68/11
agent [14]  3/3 11/5 15/8 18/5 19/6 19/13 21/8
21/23 22/17 23/7 24/9 60/2 60/10 66/4
ages [1]  68/1
aggravated [1]  48/23
aggravating [1]  19/17
aggressive [1]  59/7
ago [1]  31/22
agree [7]  33/3 37/18 40/10 41/19 41/21 43/21
63/17
agreed [3]  6/15 54/5 65/8
agreement [1]  76/8
agrees [1]  12/19
ahead [1]  50/25
albeit [1]  72/14
alcohol [1]  71/19
alien [1]  48/4
all [58]  2/14 2/24 3/1 3/3 3/4 3/20 4/23 5/15

6/14 7/7 11/14 12/8 12/23 12/24 13/1 13/20
15/11 15/13 20/13 20/21 22/14 31/8 37/13
38/5 39/11 39/17 40/1 40/3 41/8 43/8 43/12
45/8 46/8 47/19 47/19 50/14 54/1 54/21 56/3
56/5 57/11 59/5 60/19 60/24 62/6 65/6 65/7
65/22 66/2 66/3 66/5 66/5 69/4 70/13 71/19
72/17 75/12 76/17
allow [3]  32/8 57/2 63/9
allowed [2]  47/8 75/25
allows [1]  32/10
alluding [2]  49/5 49/11
almost [4]  3/6 29/12 47/3 54/11
along [3]  3/18 6/14 43/25
aloud [1]  63/11
alpha [2]  9/2 24/2 25/20 25/21 26/9 26/14
26/14 27/4 27/10 27/12 27/14 32/11 37/22
37/23 43/5 54/12 54/12 54/14 54/16 54/23
65/9 69/19
alpha-PVP [22]  9/2 24/2 25/20 25/21 26/9
26/14 26/14 27/4 27/10 27/12 27/14 32/11
37/22 37/23 43/5 54/12 54/12 54/14 54/16
54/23 65/9 69/19
Alprazolam [3]  28/3 28/8 53/10
already [3]  4/1 58/1 77/8
also [16]  6/19 13/7 13/14 15/6 23/5 30/8
30/10 31/7 31/11 37/23 42/15 45/6 59/12
59/18 74/12 76/2
alternative [1]  22/23
alternatively [2]  12/11 63/4
although [6]  31/6 32/21 32/23 56/17 65/15
68/22
Alvarado [1]  30/9
always [3]  5/19 44/12 75/2
am [31]  2/5 3/17 4/17 4/23 5/15 10/16 13/22
16/16 23/24 24/5 29/15 32/21 39/20 43/24
45/22 47/11 50/9 53/10 53/19 54/2 54/20
69/20 70/9 70/20 73/16 74/6 74/9 74/21 78/10
78/10 78/10
AMERICA [2]  1/4 2/3
among [3]  29/25 43/17 67/1
amount [8]  5/20 12/4 27/24 30/14 39/22
48/18 57/13 57/23
analog [1]  48/21
analysis [8]  6/21 10/20 27/18 28/4 33/4 33/4
36/16 36/17
analyzing [1]  38/15
and/or [2]  71/19 79/2
anecdotal [1]  44/23
announced [1]  73/1
another [2]  34/22 37/1
answer [1]  41/2
Anthony [1]  19/4
anticipate [1]  78/3
any [24]  7/14 7/20 10/1 10/17 12/7 12/20
19/25 27/21 32/25 33/20 40/7 40/18 48/17
52/3 52/22 57/21 63/23 66/25 67/3 71/11
78/22 79/2 79/15 79/22
anybody [2]  12/3 64/21
anyone [2]  10/25 44/4
anything [8]  14/2 15/3 28/16 39/11 53/24
66/9 74/11 75/22
anyway [1]  11/7 68/22
apartment [2]  47/8 47/8
apparent [1]  69/8
Apparently [1]  76/8
appeal [2]  77/2 77/3
appear [1]  26/9
appearance [2]  2/14 2/15
APPEARANCES [1]  1/14
appeared [2]  19/2 23/5
appears [4]  21/19 28/5 38/11 53/16

Appendix [1]  30/1
applicability [1]  33/1
applicable [3]  20/25 41/17 73/22
application [9]  20/2 20/12 20/20 21/1 21/12
22/8 22/11 24/8 24/22
applies [3]  14/14 22/1 52/18
apply [5]  14/18 22/25 33/2 49/8 77/3
applying [1]  62/16
appreciate [1]  23/22
apprehended [1]  54/19
approached [1]  49/19
appropriate [17]  11/6 21/5 24/16 31/2 32/20
33/12 34/17 35/6 36/7 41/5 44/20 49/10 52/24
64/18 70/14 75/3 76/12
appropriately [1]  50/5
approved [2]  71/18 71/24
April [16]  2/6 2/7 2/10 5/3 5/4 5/6 14/15 16/6
16/25 17/15 17/16 18/5 39/8 39/11 39/18
39/19
April 19th [9]  2/7 2/10 5/3 5/4 5/6 39/8 39/11
39/18 39/19
April 6 [1]  16/6
arbitrary [3]  9/10 45/22 64/4
are [93]
areas [2]  33/15 39/5
argue [4]  23/14 40/2 41/1 55/2
argued [1]  53/22
argument [31]  3/5 5/16 8/21 15/4 15/5 15/9
17/14 23/5 23/15 31/6 32/15 32/16 39/5 40/15
40/20 42/12 42/23 43/21 45/11 48/13 50/4
50/17 52/12 53/1 54/4 54/5 55/1 56/22 57/6
57/7 69/5
arguments [3]  21/1 52/3 54/6
Armed [1]  48/8
Armino [3]  38/13 39/15
around [8]  38/5 38/7 43/22 46/13 54/3 59/12
62/9 77/19
arrangement [1]  74/19
array [1]  4/3
arrested [3]  19/1 22/4 47/14
arriving [1]  64/4
articulate [1]  57/5
articulated [1]  68/7
as [126]
ask [12]  12/23 15/6 40/9 44/11 69/2 76/5 77/9
78/7
asked [6]  6/7 18/22 22/2 33/12 39/20 56/7
asking [3]  53/17 56/11 77/17
ass [1]  59/10
assault [3]  58/24 62/8 67/20
assaults [1]  46/22
assessing [1]  20/20
assessment [4]  40/6 41/17 72/20 72/23
assist [2]  16/22 23/8
associate [1]  73/3
associated [2]  17/23 26/3
associating [1]  72/4
association [2]  74/24 75/15
assume [3]  38/18 50/4 73/4
assuming [1]  74/22
atom [2]  26/2 26/4
attempt [2]  48/21 67/19
attempting [1]  67/23
attention [3]  56/24 66/8 74/9
attorney [5]  48/3 56/1 68/8 68/22 76/11
Attorney's [1]  1/16
attorneys [1]  43/22
attributed [3]  7/25 8/1 55/3
August [1]  59/17
Austin [1]  34/5
Australian [1]  1/16

**A**

authority [1] 48/12
auto [1] 68/3
automatic [1] 48/18
availability [2] 71/23 72/2
available [5] 27/2 27/8 27/21 36/4 66/24
Avenue [1] 1/16
avoid [1] 66/25
aware [4] 13/3 38/4 73/15 75/22
away [8] 12/2 43/20 52/8 53/19 54/18 59/2
 70/11 78/9

**B**

back [14] 7/18 9/12 9/14 38/3 44/15 47/1
 47/6 47/17 59/5 61/20 64/24 65/3 67/17 68/1
background [3] 67/13 68/24 69/15
bad [7] 47/21 54/15 54/16 57/9 58/3 58/4
 58/4
bag [3] 49/17 49/18 58/22
bar [1] 54/6
base [3] 24/24 53/2 53/12
based [12] 6/21 7/10 8/15 19/17 21/7 22/17
 27/16 48/8 53/3 68/7 71/22 72/2
basic [3] 32/13 36/3 38/14
Basically [2] 4/9 77/19
basis [3] 7/14 37/19 46/16
battery [3] 58/10 59/14 68/3
battle [1] 55/19
bay [1] 72/2
be [93]
BEACH [4] 1/2 1/7 1/17 1/23
bearing [1] 78/23
beat [1] 59/23
beating [1] 60/3
because [38] 3/8 6/1 6/16 8/25 9/13 9/18 12/3
 17/18 18/3 20/8 20/9 26/15 29/18 31/18 35/10
 35/22 36/11 39/25 40/10 41/11 42/16 43/21
 44/13 46/17 46/19 48/16 48/21 50/11 50/18
 52/20 54/14 54/24 65/12 67/25 68/20
 75/18 77/22
bedroom [1] 24/11
been [27] 3/20 4/5 6/14 7/4 7/5 7/16 12/3 20/4
 35/3 35/11 37/9 43/23 46/4 47/15 48/25 50/12
 54/7 54/17 55/12 57/1 66/5 66/6 69/21 70/9
 72/24 73/16 77/15
before [11] 1/11 13/16 17/4 17/15 28/15 29/9
 33/24 37/12 45/17 46/18 47/14
began [2] 2/4 2/6
begin [1] 54/4
behalf [3] 2/18 27/1 68/8
behavior [3] 46/22 59/7 60/18
behind [1] 23/9
being [22] 7/1 7/15 7/24 7/25 8/15 8/19 21/13
 21/25 22/2 24/1 29/15 52/12 55/3 56/7 60/4
 64/4 65/21 68/10 70/6 75/10 77/7 78/24
belabor [1] 36/1
believe [22] 2/4 5/19 7/19 10/11 14/24 28/21
 31/11 32/21 32/23 43/3 49/4 50/1 50/18 52/18
 56/13 56/20 60/2 73/21 77/8 78/15 78/24 79/8
believes [1] 28/22
bell [1] 9/14
below [1] 33/21
benefit [1] 19/14
besides [1] 44/23
best [7] 46/9 46/11 51/24 51/25 62/17 69/21
 78/20
beta [1] 26/2
better [2] 44/9 60/17
between [5] 6/16 26/1 43/4 47/18 64/18
beyond [3] 17/7 55/11 56/21

**big** [1] 54/21
bit [1] 33/25
black [1] 59/15
block [1] 32/8
blocks [2] 32/11 32/12
body [1] 27/19
bogged [1] 62/13
both [20] 8/11 10/6 21/1 25/24 28/3 29/15
 31/10 33/9 33/15 34/25 35/4 35/13 35/18 40/9
 55/13 65/7 65/10 65/12 66/6 75/3
bottom [2] 57/22 60/19
bought [2] 47/6 47/6
boys [1] 46/12
Bray [7] 29/25 33/17 33/18 33/18 33/22
 33/23 35/22
break [1] 65/2
Brief [1] 63/21
briefly [2] 11/9 42/25
bring [2] 61/20 63/23
bringing [3] 9/24 10/21 62/2
brings [1] 38/3
brother [2] 37/3 47/8
brought [6] 11/7 49/14 60/11 61/13 66/8 74/9
Broward [2] 59/17 77/11
buds [1] 45/13
BULLY [54] 1/7 2/3 2/4 2/15 2/19 4/3 8/1 8/8
 9/8 12/9 12/18 14/8 14/13 14/15 17/1 17/17
 18/7 18/13 18/16 18/21 18/25 19/5 21/10
 21/24 23/18 24/3 24/12 24/14 33/1 42/9 46/4
 47/5 47/14 49/20 53/23 54/18 62/10 63/19
 67/4 67/9 68/1 68/4 70/15 70/18 72/11 72/19
 73/3 75/6 75/20 77/2 78/17 78/23 78/24 80/4
Bully admitted [1] 24/14
Bully's [5] 18/5 41/10 46/3 67/12 74/21
burden [3] 10/10 11/23 39/15
Bureau [4] 70/18 79/18 79/20 79/24
business [1] 24/14
busy [1] 65/16
butts [1] 58/18
buy [1] 64/20

**C**

calculation [5] 24/21 26/13 32/20 32/23
 50/17
calculations [2] 26/8 50/7
caliber [1] 58/14
call [3] 37/5 37/8 74/4
called [5] 4/1 6/9 6/10 26/2 44/17
Calvin [7] 14/15 17/1 18/16 18/16 18/17
 21/24 23/18
Calvin's [2] 11/18 18/19
came [9] 9/16 13/10 15/23 39/6 42/18 47/6
 48/3 63/20 65/16
can [36] 4/6 6/9 10/13 23/5 23/8 26/11 28/24
 29/9 30/23 31/6 38/22 38/24 40/2 41/2 44/13
 45/2 45/3 49/9 55/4 55/9 55/13 60/22 63/4
 63/9 63/13 63/16 68/21 70/5 73/14 74/10 78/1
 78/2 78/7 78/14 78/23 80/2
can't [18] 3/9 10/15 10/18 16/18 16/19 38/21
 38/25 39/15 46/18 55/10 55/15 55/16 55/17
 60/21 74/4 77/24 77/24 78/14
cannabis [4] 49/20 67/17 67/18 67/21
cannot [2] 38/24 39/1
cap [1] 59/9
capable [1] 56/19
capped [1] 53/5
capsule [1] 28/9
car [2] 58/14 60/5
card [2] 11/1 22/4
care [2] 46/12 66/23
career [31] 32/22 32/25 33/3 40/11 41/11

**47/25 48/7 48/8 48/25 49/3 49/8 49/15 49/22**
 49/23 50/5 51/13 51/17 52/1 53/19 61/12
 61/16 61/18 62/2 62/4 62/7 62/8 62/24 65/12
 69/5 69/11 70/2
carries [1] 78/22
carry [2] 30/3 39/1
cars [2] 21/25 47/6
case [45] 1/3 17/8 21/6 24/23 27/3 29/25 30/7
 30/10 30/11 30/12 30/18 30/21 31/1 33/17
 33/18 34/1 34/5 34/7 34/25 35/1 35/4 36/7
 36/9 36/10 36/11 38/11 47/2 47/4 48/1 48/3
 48/10 51/24 51/25 54/3 54/9 60/25 62/12
 62/14 62/20 64/2 70/9 76/15 78/2 78/18 79/3
cases [5] 29/23 38/8 38/10 48/8 61/5
cash [3] 18/7 21/15 24/13
cat [1] 55/20
categorized [1] 50/5
category [10] 41/14 42/16 46/2 51/11 61/23
 61/25 67/16 69/6 69/13 70/4
cathinone [1] 26/5
caught [2] 54/22 58/21
causing [3] 58/9 61/5 75/5
cell [2] 32/11 32/12
central [2] 27/20 28/1
certain [5] 13/19 21/19 32/8 32/8 55/9
certainly [2] 67/12 67/12
Certified [1] 4/3
certify [1] 80/7
CF10A [1] 77/11
challenged [1] 68/16
challenging [1] 10/5
change [7] 11/20 32/25 33/5 56/5 56/8 69/7
 76/6
changes [6] 6/13 6/24 12/6 32/23 75/22 76/8
channeled [1] 68/21
Chapter [2] 62/2 62/24
characteristic [2] 23/3 24/17
characteristics [4] 46/3 66/17 72/7 72/8
charge [1] 78/6
charged [1] 59/6
charges [1] 79/2
check [2] 4/7 9/13
checklist [1] 76/20
chemical [7] 25/6 30/20 32/11 32/12 35/14
 36/16 38/23
chemicals [4] 32/8 32/8 32/10 36/18
chemist [1] 11/7
chemistry [1] 25/19
chest [1] 58/11
child [3] 17/18 75/11 75/19
children [1] 18/5
China [3] 15/11 56/2 64/20
chipped [1] 59/14
Choudery [1] 30/11
Circuit [6] 30/1 30/10 30/11 48/3 48/10 49/7
circuits [1] 49/5
circumstances [3] 46/12 62/20 66/16
cited [2] 30/8 30/10
City [1] 25/19
claim [1] 5/18
clarification [1] 4/16
classified [3] 25/25 25/25 26/5
classify [2] 56/4 56/18
Claxton [19] 2/17 3/3 4/17 6/5 6/9 9/19 11/5
 14/22 14/25 15/8 18/2 18/6 19/13 21/4 21/23
 22/18 23/7 60/2 60/10
Claxton's [3] 19/6 21/8 24/9
clean [1] 60/12
cleanly [1] 77/21
clear [4] 29/10 30/4 33/20 65/25
clearly [7] 12/1 24/18 31/3 32/14 39/9 70/8

**C**

clearly... [1]  70/10
clinical [1]  35/11
close [3]  36/9 56/12 79/20
closely [9]  25/1 25/3 25/21 25/23 27/3 27/5
  30/2 30/14 33/22
closest [2]  43/18 52/20
clothes [1]  47/6
co [3]  15/18 73/3 75/16
co-conspirators [1]  15/18
co-defendant [2]  73/3 75/16
cocaine [2]  57/16 67/21
coconspirators [2]  15/14 72/5
Code [1]  65/24
codefendant [1]  72/5
coincidentally [1]  54/18
colon [2]  62/1 62/1
combative [1]  46/22
combined [1]  43/14
come [9]  31/4 33/9 35/17 39/15 45/17 50/7
  54/16 61/17 65/3
comes [6]  15/9 36/5 39/25 40/10 52/9 53/6
comfort [1]  78/13
comfortable [1]  57/10
coming [2]  32/19 56/2
comment [2]  14/17 30/23
commission [4]  16/23 20/3 20/6 21/13
commit [2]  17/21 71/11
commits [1]  58/9
committed [2]  58/4 70/18
common [5]  54/13 55/7 55/7 56/19 62/16
communicate [1]  75/25
communication [1]  74/22
compare [1]  9/13
complicated [1]  29/2
complies [1]  63/5
comply [2]  66/13 71/13
composition [1]  44/19
comprehension [1]  17/7
computation [1]  51/2
computations [1]  52/14
computed [2]  33/8 50/12
concedes [1]  14/14
concept [1]  38/14
concerning [1]  13/11
concluded [2]  34/17 80/5
concludes [1]  28/13
conclusion [2]  31/4 38/2
conclusions [2]  36/4 38/20
concurred [1]  35/14
concurrence [2]  43/4 43/17
concurrent [4]  77/10 77/20 77/24 78/4
concurrently [2]  71/2 71/8
condition [5]  73/6 73/25 75/16 75/18 75/20
conditions [4]  71/13 71/14 71/20 73/22
condoning [1]  47/11
conduct [2]  58/17 67/2
conducted [1]  71/16
confirm [2]  3/1 31/3
confirmed [1]  2/25
conjunction [2]  13/21 24/15
consecutive [2]  70/25 77/14
consecutively [1]  71/3
consider [9]  25/4 30/23 42/13 49/9 61/22
  64/6 66/16 69/5 77/10
consideration [3]  13/15 37/17 57/18
considered [11]  13/20 20/14 20/15 20/22
  20/24 22/15 31/7 54/5 62/1 66/1 72/6
consists [3]  36/16 70/19 71/1
conspirators [1]  15/18

constantly [2]  73/9 73/13
contact [1]  73/16
contacted [1]  73/13
contacts [1]  73/9
contain [2]  8/11 8/17
contained [2]  13/25 28/3
contains [1]  65/23
contended [1]  34/11
contends [2]  8/11 8/17
contention [1]  6/14
contentious [1]  24/19
context [6]  43/24 48/7 48/23 48/25 73/12
  75/6
continuation [1]  2/3
contracted [1]  45/6
contradicted [1]  37/18
contradicting [1]  48/12
contrary [1]  49/7
contribute [2]  71/21 72/1
control [3]  15/10 44/21 64/25
controlled [13]  15/15 24/23 25/1 25/3 25/5
  25/7 25/8 25/10 25/12 25/22 30/15 54/11
  55/24
conversion [2]  30/3 51/6
convicted [1]  40/4
conviction [3]  48/5 48/22 49/21
cookie [1]  39/16
cooperate [1]  58/11
copy [7]  4/8 16/3 34/10 37/1 37/2 37/3 37/14
corner [1]  59/3
correct [14]  3/5 3/6 7/13 9/2 29/21 32/21
  40/11 51/9 51/18 55/16 55/17 62/11 75/21
  80/7
correctional [1]  66/23
correctly [4]  6/6 26/5 29/18 33/19
cost [1]  77/3
costs [2]  71/22 72/1
could [26]  2/14 7/18 7/19 7/20 8/4 10/3 12/12
  12/20 17/2 20/15 20/24 31/17 39/3 45/9 46/9
  46/12 46/23 48/2 48/22 63/7 63/8 63/10 64/21
  65/13 68/15 69/10
couldn't [2]  46/14 55/14
counsel [7]  2/14 2/25 3/7 3/8 19/16 72/25
  74/13
count [4]  20/10 70/24 71/3 78/17
country [3]  38/6 43/22 54/7
counts [8]  70/21 70/23 71/2 71/4 71/8 72/20
  77/7 78/17
County [2]  59/17 77/11
couple [3]  3/21 61/10 65/4
course [9]  2/23 11/25 13/24 20/22 22/14
  33/11 52/19 66/11 69/18
court [151]
Court's [11]  10/20 13/15 22/19 31/1 37/16
  41/9 65/10 74/13 78/13 79/1 79/4
courtroom [1]  36/23
cousin [1]  18/21
coverage [1]  44/24
CR [3]  1/3 34/20 35/1
cracks [1]  6/8
credibility [1]  40/7
credit [2]  19/1 22/4
crime [2]  49/6 58/5
crimes [5]  58/5 66/21 67/15 71/11 79/1
criminal [24]  19/21 20/18 41/13 42/15 42/20
  46/21 48/8 49/4 49/12 50/21 51/11 53/15
  61/22 61/25 62/3 62/5 62/8 67/14 67/16 68/2
  69/6 69/13 70/4 72/6
criminally [12]  16/15 16/18 16/19 16/21 17/2
  17/7 17/13 17/24 20/3 20/5 21/13 22/10

critical [8]  31/20 31/22 31/23 32/14 34/1
  35/22 38/12 40/6
cruel [1]  59/18
cuffs [1]  59/9
curiosity [1]  50/22
current [2]  63/17 63/18
currently [1]  58/5
custody [5]  41/14 73/21 74/20 74/20 74/21
cutter [1]  39/16

**D**

D-O-N-A-W-A [1]  48/4
dangerous [6]  23/3 24/4 24/17 68/15 71/12
  72/12
data [4]  27/2 27/8 30/20 38/1
date [2]  2/9 80/10
dating [1]  67/17
daughter [2]  59/15 74/21
day [9]  9/23 9/25 10/20 39/1 57/1 62/8 62/12
  62/16 65/19
days [5]  3/21 47/14 56/25 66/2 69/18
DEA [6]  9/20 38/7 44/17 44/17 44/19 45/1
dealer [1]  59/3
dealing [1]  72/12
dealt [1]  13/18
debate [1]  69/18
debriefed [1]  47/15
DeCaprio [8]  31/12 31/13 31/14 35/16 37/18
  37/23 37/25 38/10
DeCaprio's [1]  36/1 36/19
December [1]  74/20
decision [1]  34/22
deems [1]  70/14
defendant [42]  1/9 7/1 8/14 8/20 13/23 18/16
  18/17 18/20 18/22 19/20 19/23 19/25 20/17
  28/14 37/7 45/3 49/18 49/19 62/4 62/23 62/23
  66/17 66/21 66/22 67/4 70/17 71/7 71/9 71/11
  71/15 71/18 71/21 71/24 72/1 72/4 72/7 72/8
  72/24 73/3 73/17 74/13 75/16
Defendant's [7]  8/7 13/8 13/25 15/24 18/19
  19/18 58/24
DEFENDANTS [2]  1/19 67/1
Defender's [1]  1/19
defense [33]  3/7 3/8 5/22 6/1 13/1 14/11
  14/13 14/15 16/9 18/3 28/15 28/18 29/6 29/21
  31/6 31/7 31/9 31/16 36/11 37/5 38/9 40/13
  41/1 41/2 41/21 42/14 54/6 55/25 56/1 63/22
  69/22 76/11 77/5
defense's [2]  29/8 69/5
defined [1]  22/9
defining [1]  23/9
definition [1]  22/9
degree [2]  56/19 57/16
deliver [3]  67/18 67/21 67/22
delivered [3]  8/12 8/18 17/5
delivering [1]  18/14
demonstrated [1]  27/14
denies [2]  9/8 14/15
departure [1]  43/23
depressant [2]  25/9 25/10
deputy [1]  36/23
described [3]  20/1 25/19 68/23
deserve [1]  40/7
designation [3]  48/1 49/4 49/15
designed [1]  49/23
despicable [1]  47/12
Destin [4]  16/25 17/11 18/21 22/2
destination [2]  8/13 8/19
detailed [1]  36/14
detectable [2]  57/13 57/23
determination [7]  30/2 31/2 32/19 33/5 35/23

**D**

determination... [2] 65/11 78/21
determine [5] 24/24 27/21 27/24 44/24 75/2
determined [2] 37/23 39/13
determining [7] 8/22 15/11 25/3 30/14 46/1 49/10 66/15
deterred [1] 79/4
deterrence [2] 66/20 72/11
develop [1] 36/17
devices [1] 71/12
DiBerardino [10] 5/2 5/9 25/16 25/18 25/24 26/7 26/24 31/13 31/14 43/4
DiBerardino's [1] 38/20
did [35] 3/8 7/22 7/24 13/3 13/5 15/6 19/6 21/17 23/16 28/18 28/22 29/18 31/20 35/4 35/22 36/10 36/11 36/13 36/19 37/13 38/13 39/10 46/9 46/11 46/19 47/23 48/17 51/1 55/5 61/15 61/17 68/23 68/25 68/25
didn't [15] 3/8 4/10 6/16 7/5 9/14 11/20 11/20 11/21 17/12 39/11 54/15 56/4 63/23 68/10 70/2
died [1] 46/5
difference [2] 6/15 34/4
different [8] 6/23 33/24 34/16 53/18 56/9 61/10 63/12 70/7
differently [1] 70/20
difficult [3] 44/4 46/13 73/12
diminish [1] 69/15
direct [2] 37/15 56/24
directed [1] 8/21
directing [2] 15/13 15/15
directly [1] 18/12
discovered [1] 56/2
discretion [4] 30/6 75/2 78/16 79/9
discussed [2] 4/9 12/17
discussing [1] 79/7
discussion [1] 54/10
dismissed [2] 77/7 77/8
disorderly [1] 58/17
disparities [1] 67/1
displayed [1] 68/1
disputed [3] 7/4 7/5 26/10
disputing [1] 7/6
distinct [1] 45/11
distinction [2] 16/15 26/1
distribution [2] 14/13 15/16
district [12] 1/1 1/1 1/11 30/19 31/1 34/2 34/3 34/7 34/21 34/22 35/6 71/10
divide [1] 26/21
DIVISION [1] 1/2
do [52] 4/12 4/19 4/23 6/9 8/7 9/9 11/8 11/25 13/3 16/22 24/20 29/9 29/23 31/18 32/23 33/3 36/8 36/13 37/5 37/5 37/7 37/14 42/3 42/6 44/4 46/24 47/10 48/2 49/6 50/3 50/10 55/4 55/18 55/24 56/5 56/11 56/23 60/21 63/3 63/7 63/16 65/18 69/20 70/7 75/7 76/9 76/10 77/18 78/7 78/15 79/8 80/3
docket [10] 3/19 13/6 13/7 13/11 13/14 13/24 15/25 23/10 34/20 42/2
doctor [1] 26/25
document [3] 14/1 29/12 42/4
documents [1] 5/12
does [23] 10/25 14/2 21/4 22/10 26/9 37/18 40/7 41/19 41/21 43/16 49/8 49/12 50/21 52/11 53/1 53/23 62/21 65/11 69/19 72/24 73/23 74/13 76/24
doesn't [13] 21/17 29/10 33/2 33/5 38/24 41/2 41/10 43/16 54/25 63/17 67/25 68/5 74/3
doing [6] 6/25 7/2 21/18 56/19 70/20 72/13
DOJ [1] 55/23

don't [60] 4/14 4/17 4/21 6/13 6/14 7/4 7/19 9/3 10/1 10/2 10/11 11/24 12/2 12/6 12/6 17/9 23/14 23/14 23/16 23/19 32/16 32/22 36/24 37/19 41/7 41/24 42/17 43/22 43/23 47/2 47/19 47/19 47/22 47/23 52/3 52/14 54/14 54/24 55/13 55/18 56/7 56/9 56/10 57/21 59/20 60/16 60/17 61/2 61/15 61/16 62/8 62/13 63/7 63/8 63/9 63/9 64/25 69/23 76/9 77/17
Donawa [7] 48/4 48/9 48/12 48/16 48/20 48/22 52/5
done [20] 6/2 6/4 6/7 6/11 15/12 26/13 28/4 31/7 50/16 52/14 55/22 55/6 57/2 61/9 61/11 64/14 64/21 64/23 65/19 68/8
door [2] 58/8 58/9
dosage [1] 44/20
double [1] 4/7
doubt [1] 56/21
down [7] 15/9 20/12 29/13 49/20 54/20 62/13 73/11
downward [15] 13/23 16/1 41/25 42/2 42/13 57/7 60/25 61/3 61/7 61/9 68/5 68/7 70/14 72/6 72/15
Dr [29] 25/18 25/24 26/7 26/23 27/1 27/7 29/7 29/17 31/11 31/12 31/19 32/2 35/16 36/1 36/15 37/18 37/23 37/25 38/10 38/13 38/18 38/20 39/3 39/4 39/7 39/17 43/4 43/5 55/12
dragged [1] 60/5
dramatic [1] 49/25
drew [1] 36/4
driving [1] 67/24
drug [28] 9/9 10/19 10/21 14/12 17/21 24/20 26/16 34/11 39/23 42/8 42/25 43/18 44/16 45/5 48/5 48/5 48/20 48/21 50/20 54/15 54/16 59/3 64/12 64/22 65/9 67/22 71/19 79/11
drugs [15] 22/18 23/19 23/20 28/2 42/5 42/6 44/2 44/7 44/10 48/18 54/11 55/2 60/19 60/24 72/12
Dudley [2] 31/11 39/3
Due [1] 26/4
during [5] 20/13 20/21 22/14 57/3 60/14

**E**

E-R-N-E-S-T [1] 34/6
each [9] 28/21 31/3 36/3 51/6 70/21 71/2 71/2 72/20 74/4
earning [1] 24/13
earnings [1] 15/17
easy [1] 68/5
educates [1] 23/6
educational [1] 66/22
effect [14] 25/10 25/14 27/11 27/18 27/20 27/22 27/25 30/17 35/14 35/18 39/1 39/23 39/24 44/1
effective [1] 66/24
effectiveness [1] 44/23
effects [1] 27/9
eight [5] 16/8 21/9 21/9 22/16 47/14
either [2] 32/7 52/22
elaborated [1] 23/11
eligible [1] 79/18
else [2] 70/9 74/11
elucidation [1] 70/1
elude [1] 67/23
email [1] 6/12
emergency [1] 55/24
encompassed [1] 3/3
end [6] 36/22 42/4 54/8 61/4 62/12 62/16
endeavor [1] 56/16
ended [1] 72/8
enforcement [2] 20/7 44/16

engaged [1] 56/17
enhancement [14] 14/18 15/4 21/5 22/25 23/1 24/16 32/22 33/4 40/11 41/12 50/18 53/20 62/2 70/2
enhancements [1] 53/13
entertain [1] 12/12
entire [3] 12/4 20/13 22/14
entitled [1] 48/3
entry [3] 3/19 13/6 13/7 13/11 13/15 13/24 14/1 15/25 23/10 42/2
enumerated [1] 30/22
equals [2] 26/19 26/20
equate [1] 55/3
equates [1] 28/10
equating [2] 6/20 28/7
equivalency [12] 7/23 13/12 14/20 24/25 26/16 32/20 40/20 41/10 50/20 57/3 63/4 65/9
equivalent [1] 26/15
Ernest [1] 34/6
erroneous [1] 31/3
error [3] 30/4 31/20 33/20
errors [1] 31/22
escalation [2] 58/23 59/2
ESQ [1] 1/19
essence [1] 68/10
ethylamphetamine [1] 6/19
ethylenedioxy [1] 26/1
ethylenedioxy-phenethylamines [1] 26/1
ethylone [62] 3/9 3/13 3/25 4/15 4/24 5/13 5/19 5/23 5/23 5/24 6/11 6/18 6/22 7/3 7/12 7/21 7/25 8/11 8/18 8/24 9/1 9/2 9/4 9/16 9/20 10/12 11/9 11/15 12/5 12/15 18/9 24/2 25/21 25/23 25/24 26/2 26/3 26/4 27/6 27/10 27/16 27/22 27/25 30/2 33/23 33/25 34/12 34/13 34/18 35/8 35/11 35/12 35/13 35/15 35/18 35/20 39/23 50/12 54/24 56/6 65/10 69/19
ethylone as [1] 27/10
evaluated [2] 24/7 27/9
even [12] 17/9 22/7 33/20 44/2 44/8 45/1 46/18 51/24 52/20 53/17 55/9 62/23
event [1] 32/24
ever [6] 9/22 10/2 17/4 23/19 23/20 74/18
every [6] 36/4 55/19 56/6 56/8 62/8 65/17
everybody [1] 20/9
everybody's [1] 58/18
everyone's [1] 74/9
everything [6] 5/22 54/12 57/15 66/1 66/8 68/22
evidence [26] 2/24 3/1 3/2 3/4 4/24 4/25 5/16 8/19 12/24 13/1 14/11 14/21 14/23 16/17 16/24 23/6 28/15 31/8 33/23 33/25 40/5 44/15 60/8 62/12 66/2 67/19
exactly [1] 21/18
example [1] 32/4
exceed [1] 43/15
exchange [4] 18/7 21/15 21/16 21/22
exclude [2] 13/19 38/18
excluded [2] 10/22 38/16
exclusively [1] 14/24
exercise [1] 78/16
exhibit [25] 3/9 3/10 3/11 3/12 3/14 3/16 3/17 3/19 3/23 4/12 4/18 4/23 5/1 5/5 5/5 5/7 5/8 9/16 36/19 36/24 37/5 37/6 37/7 37/8 66/3
exhibits [5] 3/20 3/22 4/25 5/8 5/12
expected [1] 27/18
expediting [1] 6/8
expenses [1] 17/18
experiments [1] 27/3
expert [6] 3/2 13/8 26/25 30/5 31/8 31/11
expertise [1] 74/7
experts [11] 24/20 25/15 31/10 35/14 38/7

**E**

experts... [6] 38/10 43/4 43/18 55/19 56/1
  66/4
explain [4] 4/17 6/5 72/8 75/11
explained [2] 31/21 68/23
explaining [1] 52/2
explains [2] 36/3 37/17
explicitly [1] 10/13
extensive [11] 19/22 19/24 20/11 20/13 20/16
  20/21 20/24 22/12 22/13 22/20 22/24
extent [9] 5/12 25/4 27/9 30/22 37/19 43/5
  68/24 78/22 79/7
extra [3] 7/7 11/21 11/24
extraordinary [1] 59/18
extrapolate [1] 35/17
extreme [1] 50/13
extremely [4] 44/13 46/13 48/1 64/8
eye [1] 59/15

**F**

F.3d [2] 30/9 30/11
face [1] 55/5
faces [1] 78/23
facing [3] 68/18 78/5 79/2
fact [8] 8/24 15/7 30/13 30/19 34/3 72/25
  74/14 76/25
factors [10] 30/13 30/16 30/22 42/13 64/5
  65/23 66/11 68/7 70/14 72/17
facts [2] 21/6 24/15 31/24
fairly [1] 29/2
familiar [1] 78/18
family [5] 15/19 15/20 42/11 46/7 58/24
fancy [2] 47/6 47/6
fantasy [2] 47/4 47/9
far [4] 4/7 10/18 15/17 24/12
fashion [1] 22/17
father [7] 42/10 42/11 46/5 46/6 46/7 46/13
  68/9
Federal [5] 1/19 30/1 31/3 79/2 80/11
feels [1] 37/18
fees [1] 15/14
fell [1] 6/8
felon [3] 48/24 74/24 75/3
felons [1] 75/3
felt [1] 42/15
field [4] 6/2 7/8 7/11 10/1
fighting [2] 59/12 59/12
figure [2] 56/9 64/4
figured [1] 50/24
file [4] 13/4 13/5 23/10 37/12
filed [5] 13/13 13/23 16/5 36/21 37/11
filing [3] 13/3 13/7 13/14
filings [3] 13/16 13/18 13/20
filled [1] 4/5
final [1] 2/13
Finally [1] 47/25
find [6] 21/4 22/10 33/20 55/22 56/18 69/13
finding [8] 41/4 61/8 63/3 63/6 63/13 63/17
  69/22 70/16
findings [7] 40/19 63/15 63/15 65/8 72/25
  74/13 76/25
finds [5] 21/11 22/6 22/23 63/19 72/13
fine [5] 12/22 41/16 64/14 70/16 76/13
finish [3] 56/23 56/25 60/20
firearm [3] 23/4 51/14 58/25
firearms [1] 71/12
first [9] 2/9 9/22 9/24 24/1 38/4 39/7 56/2
  65/19 73/16
fits [1] 44/9
five [12] 14/9 16/14 17/25 19/21 19/23 20/10

20/10 20/18 22/6 22/21 29/12 30/23
FL [3] 1/7 1/17 1/20
fleeing [4] 42/16 49/5 49/11 67/23
FLETCHER [2] 1/19 2/18
FLORIDA [5] 1/1 48/16 48/22 54/17 79/20
Flossaint [3] 16/25 17/10 18/24
flushed [1] 49/20
focuses [1] 16/10
focusing [2] 16/13 64/1
folks [1] 44/24
follow [2] 3/18 43/23
following [4] 25/5 40/9 40/22 71/14
follows [1] 19/19
foregoing [1] 80/7
forfeiture [3] 76/14 76/16 76/18
form [1] 74/22
forma [1] 77/4
Fort [2] 1/20 1/23
forth [3] 26/10 65/24 66/13
forthcoming [1] 65/14
Fortunately [1] 54/17
forward [3] 10/10 58/16 59/5
found [17] 9/14 9/15 19/1 22/4 24/10 24/11
  31/23 34/3 34/12 34/15 35/6 38/13 39/25
  45/11 45/11 45/14 67/2
four [9] 4/6 17/14 19/22 20/19 21/5 22/24
  40/3 42/4 53/14
frankly [1] 11/24
fraud [2] 20/14 20/22
frequent [1] 46/16
from associating [1] 72/4
front [3] 35/23 36/2 37/14
full [4] 10/24 35/24 37/19 80/2
function [1] 32/4
further [5] 25/25 27/19 52/20 66/21 72/19
future [1] 60/21

**G**

game [1] 55/20
Garcia [22] 7/25 8/9 8/13 8/16 8/19 8/22 10/5
  14/15 14/16 16/25 16/25 17/3 17/5 17/6 17/15
  17/16 17/20 18/5 18/8 21/22 23/20 24/1
gather [2] 47/2 65/20
gave [3] 18/2 36/24 39/8
General [1] 48/3
get [18] 22/3 26/21 32/14 38/9 45/9 47/17
  50/3 50/10 51/16 52/19 55/18 62/17 62/24
  65/15 65/18 73/14 80/1 80/2
gets [5] 56/22 57/17 58/16 58/21 74/20
getting [5] 39/24 49/3 53/11 57/25 62/13
Git [6] 17/1 17/9 19/2 19/3 19/3 22/4
give [5] 3/8 4/6 18/7 39/16 57/21
given [4] 5/22 18/9 24/2 64/4
gives [1] 43/12
glad [1] 74/9
go [24] 8/24 10/4 10/10 11/21 14/7 24/21
  26/8 32/8 32/10 40/24 42/3 42/10 50/19 52/8
  52/24 53/8 53/20 55/20 55/23 57/21 59/5
  62/14 75/12 78/9
goal [1] 69/1
goes [5] 8/24 10/18 36/3 43/14 62/5
going [32] 3/4 3/17 4/7 4/17 4/22 6/5 6/12
  6/23 10/4 13/4 18/25 22/3 23/2 37/7 38/5
  45/18 45/18 50/20 54/2 54/2 54/18 55/21
  58/16 59/2 60/21 61/4 62/9 68/1 68/6 69/20
  74/6 76/20
gone [2] 12/1 21/7
good [8] 2/1 2/2 2/22 54/23 57/3 57/9 64/12
  68/8
goodness [1] 64/19
got [8] 10/2 10/22 15/17 17/4 17/12 29/2 47/5

64/19
gotten [2] 12/1 64/11
Government [52] 3/1 3/4 3/10 3/12 3/24 4/1
  5/1 6/23 8/10 8/17 9/24 10/21 10/25 11/12
  12/19 12/24 13/13 14/3 14/24 15/3 16/10
  17/11 17/14 19/8 25/17 25/17 27/1 27/8 28/16
  28/17 29/24 30/8 30/10 31/5 31/15 32/1 34/11
  36/8 37/17 37/20 41/6 41/19 42/1 47/10 47/21
  54/1 62/18 62/25 63/1 69/24 69/25 76/24
Government's [11] 3/16 10/10 13/11 16/5
  28/2 29/20 31/10 33/4 37/8 39/4 63/21
gram [2] 26/19 30/3 43/13
grams [5] 5/23 6/12 9/15 11/15 11/16 12/4
  26/9 26/14 26/19 28/6 28/10 30/4 43/13 51/6
  51/8 51/8 51/15 52/9 53/5
grand [2] 67/19 68/2
grandmother [1] 58/10
great [2] 45/3 47/17
greater [7] 21/20 21/20 25/12 27/24 39/22
  63/1 66/13
greatly [1] 32/2
ground [1] 49/9
group [1] 22/12
grow [2] 68/11 68/23
guess [9] 5/18 29/17 29/19 50/6 51/24 59/6
  61/12 74/4 74/23
guidance [1] 46/17
guideline [10] 24/24 25/2 25/6 25/8 25/11
  25/13 25/14 41/11 69/11 69/17
guidelines [23] 6/15 11/20 12/6 14/17 21/6
  24/15 24/22 25/23 26/17 26/18 28/4 30/14
  41/14 50/11 52/21 56/5 56/10 64/2 64/5 64/24
  65/11 65/23 67/5
guides [1] 75/13
guilty [1] 67/2
gun [6] 24/10 59/23 60/3 60/8 60/12 76/6
guns [2] 60/19 60/24
guy [2] 17/9 55/5

**H**

H-O-L-M-E-S [1] 34/7
had [27] 3/2 3/2 3/20 5/22 5/22 5/24 7/5 12/1
  13/17 17/20 21/3 21/10 21/20 21/20 23/25
  24/12 29/24 31/14 33/23 36/25 39/9 46/15
  47/7 47/15 48/2 51/7 55/8
Haitian [1] 46/10
half [1] 44/12
halfway [1] 29/13
hallucinogenic [4] 25/9 25/10 27/20 27/21
handgun [1] 59/13
handle [2] 74/7 75/9
hang [1] 46/1
happened [1] 9/12
happens [2] 54/17 75/12
hard [2] 4/8 46/11
hard-working [1] 46/11
harm [1] 61/5
has [59] 4/1 4/5 6/14 7/4 7/16 10/9 12/3 12/24
  13/1 13/22 17/15 19/14 21/7 22/8 24/20 25/6
  25/8 26/7 27/19 28/19 28/25 30/7 33/24 36/24
  36/2 36/14 37/25 38/23 41/25 42/1 43/23 46/4
  46/21 47/10 48/25 52/14 54/5 54/5 54/6 54/17
  57/1 57/23 59/16 64/6 64/14 65/21 66/1 66/7
  66/7 66/8 68/1 68/7 68/8 68/22 69/21 72/24
  73/16 75/2 77/15
hasn't [2] 35/11 77/25
hat [1] 46/1
have [108]
haven't [2] 77/22 77/23
having [8] 40/24 41/9 42/10 61/2 66/4 68/9
  68/11 72/6

## H

Hawaii [2] 34/2 34/7
he [136]
heads [1] 46/15
health [1] 71/25
hear [7] 23/5 23/14 32/16 38/5 39/11 52/3
   69/23
heard [10] 9/22 14/21 14/22 15/7 21/1 25/15
   25/15 54/10 54/11 55/8
hearing [3] 9/24 10/21 11/6
hearsay [1] 9/24 10/21 11/6
held [6] 8/8 8/16 9/8 30/1 31/1 49/7
help [1] 55/17
helped [1] 17/19
helpful [1] 79/7
her [24] 6/10 6/12 9/20 17/11 17/18 17/19
   18/7 18/22 18/22 18/23 18/25 22/4 36/11 46/8
   58/10 59/14 59/23 59/23 73/22 75/19
   76/3 76/7 76/11
here [27] 2/2 6/25 8/6 9/12 11/18 12/7 16/11
   23/9 39/12 43/4 46/10 47/4 54/9 54/16 55/6
   55/14 56/8 56/15 56/22 58/5 60/16 61/3 64/17
   68/17 70/9 76/7 79/2
heroin [4] 28/3 28/6 53/10 57/17
high [6] 50/13 67/4 67/11 69/17 70/4 72/15
higher [1] 62/22
highest [1] 38/9
highly [1] 50/12
him [26] 16/13 17/7 18/25 19/5 45/18 45/19
   46/6 47/16 47/17 47/21 47/24 48/23 54/21
   54/22 55/3 55/15 58/15 64/9 67/7 67/9 73/9
   73/10 73/12 73/13 76/1 78/7
himself [3] 37/19 40/2 63/19
hires [1] 38/9
his [50] 15/19 16/13 17/5 17/9 17/18 18/14
   19/3 21/24 22/1 23/19 24/13 27/17 28/23 32/6
   35/19 36/4 36/5 36/6 36/8 36/15 38/16 38/23
   39/8 41/14 42/10 42/11 46/5 46/6 46/7 46/7
   46/7 46/10 46/25 47/7 47/8 47/10 54/25 55/1
   55/15 57/25 58/6 58/7 58/7 58/10 58/25 59/13
   59/15 60/21 60/23 71/16
history [24] 41/13 42/16 42/20 46/21 49/4
   50/22 51/1 53/15 60/18 61/23 61/25 62/3
   62/5 66/17 67/13 67/16 68/1 68/4 69/6 69/13
   69/16 70/4 72/7 72/9
Hold [1] 74/17
holds [1] 25/18
hole [1] 44/4
Holmes [1] 34/6
home [4] 24/13 46/15 46/15 46/17
homeless [2] 46/19 68/10
HON [1] 1/24
honestly [3] 9/5 10/16 69/12
Honor [36] 4/19 9/5 11/17 12/9 12/11 13/2
   14/3 15/6 16/10 19/9 19/12 23/8 32/15 33/16
   33/17 33/24 34/10 35/2 35/5 36/14 36/21
   38/22 39/11 40/5 42/7 50/1 53/7 55/17 61/19
   64/6 64/17 71/5 74/18 76/2 76/19 77/9
HONORABLE [1] 1/11
hope [3] 49/12 68/19 70/8
hopefully [2] 2/12 64/11
hoping [1] 56/25
hotel [1] 19/1
hour [1] 57/1
hours [1] 71/8
house [2] 47/7 58/19
how [22] 23/24 36/4 36/17 39/13 44/13 46/18
   46/20 47/16 47/16 47/17 50/3 50/10 51/2
   57/16 57/22 59/20 62/8 68/17 69/15 73/23

75/9 78/16
however [5] 14/15 29/13 35/4 48/10 49/9
human [2] 27/19 56/1
hundred [9] 36/6 37/25 51/6 51/8 51/15 52/9
   61/11 61/16 62/1
hundredth [1] 52/15
hundredths [1] 43/13
hustle [1] 46/20
hydrocodone [2] 59/2 67/20
hypotheses [1] 36/17

## I

I'll [2] 55/1 59/9
I'm [3] 5/1 16/3 76/20
ID [3] 5/6 5/10 5/11
idea [1] 45/2
ideas [1] 57/21
identification [1] 18/17
identified [2] 19/4 31/19
identifies [1] 32/6
identify [1] 55/22
identity [1] 21/25
illegal [3] 48/4 67/14 68/15
imagine [1] 68/18 68/16
immature [1] 47/22
immigrant [1] 46/10
Immigration [2] 48/6 48/23
impact [2] 41/10 63/17
implication [1] 47/22
important [9] 10/19 10/24 23/12 31/18 32/7
   33/18 35/10 43/20 56/22
importantly [1] 29/13
importation [1] 14/13
impose [4] 63/5 66/12 69/10 74/6
imposed [5] 66/16 72/22 72/24 74/12 76/25
imposing [2] 72/14 72/18
imposition [1] 70/15
impression [1] 5/15
imprisoned [1] 70/19
imprisonment [3] 71/6 71/9 72/22
improper [1] 68/15
inappropriate [5] 48/1 50/19 52/2 53/21
   77/18
incarcerate [1] 64/9
incarceration [1] 78/25
include [2] 67/25 71/20
included [1] 29/25
includes [1] 66/2
including [6] 3/21 5/23 14/13 23/4 44/15
   71/14
inconsistent [1] 62/25
incorporate [1] 74/15
incorrect [1] 29/21
increase [7] 19/18 19/22 19/24 20/1 20/19
   23/4 49/14
incredibly [2] 59/22 60/23
Indeed [1] 31/3
indicated [6] 35/19 42/15 47/16 50/1 66/7
   73/2
indicates [2] 12/14 14/11
indication [1] 17/20
individuals [2] 16/17 28/20
ineligible [1] 41/15
inflated [1] 50/13
information [6] 27/21 27/24 30/24 44/21
   56/3 62/15
inhibitor [5] 29/14 29/16 29/20 31/20 32/7
inhibitors [3] 32/5 55/9 55/10
inner [1] 68/20
inpatient [2] 71/21 71/25
inpatient/outpatient [2] 71/21 71/25

input [1] 73/14
inquire [2] 73/6 74/11
inquiry [2] 35/24 38/22
insofar [1] 21/12
instance [1] 39/19
instead [2] 6/2 52/16
Institute [1] 45/5
insurance [1] 44/23
intake [1] 31/19
intelligence [3] 68/15 68/16 68/21
intelligent [1] 68/14
intend [1] 23/14
intended [2] 8/12 8/18
intensive [1] 79/11
intent [9] 13/19 16/22 17/21 22/8 48/17 48/18
   67/18 67/21 67/22
intercepted [2] 8/17 17/4
interesting [3] 9/17 39/5 45/10
International [1] 58/19
internet [2] 64/19 64/23
inundated [1] 54/17
Investigation [2] 76/3 77/12
involve [1] 76/18
involved [15] 14/9 16/19 17/24 19/21 20/13
   20/18 20/21 20/23 22/7 22/14 22/17 28/3
   49/16 75/11 76/14
involvement [1] 21/10 21/20
involves [2] 46/22 46/22
involving [2] 20/14 67/15
is [465]
Isaac [1] 7/25 8/9 8/13 14/15 16/25 17/3
   18/8 18/14 21/22 23/20 24/1
isn't [2] 58/3 68/22
issue [17] 8/2 8/3 8/4 11/10 14/21 16/11 18/3
   19/11 23/6 23/7 29/10 30/18 48/11 52/1 57/22
   65/8 65/11
issued [1] 79/2
issues [4] 21/25 42/9 52/1 63/16
issuing [2] 40/19 41/3
it [285]
its [24] 8/12 8/18 12/24 13/1 25/17 27/8 28/19
   28/23 28/25 30/12 34/13 35/23 38/7 38/8
   40/19 41/1 41/4 44/22 46/1 65/8 70/14 72/18
   78/15 78/16
itself [2] 29/1 37/21
IV [13] 28/8 42/20 51/13 51/14 51/16 51/19
   52/9 53/15 61/13 61/25 62/3 62/5 70/4

## J

Jaime [3] 18/2 59/19 73/4
jamb [1] 58/9
job [2] 57/3 68/8
jobs [1] 46/8
Johnson [2] 49/6 49/8
Jordan [1] 27/1
judge [26] 1/11 7/17 8/6 9/12 10/3 16/12
   32/16 34/15 34/16 34/21 34/22 34/23 34/25
   35/5 36/9 36/10 38/12 39/15 46/23 47/25
   50/11 51/1 59/25 78/7 79/8 79/10
judgment [2] 70/17 79/25
judicial [2] 15/6 35/5
July [1] 47/14
jump [1] 54/3
jumping [1] 76/6
June [2] 1/8 80/10
just [26] 3/22 4/11 5/6 8/6 10/22 11/7 11/8
   11/24 12/5 12/14 12/20 16/18 16/19 17/23
   21/7 29/3 29/10 32/3 35/3 39/15 56/2 60/3
   62/7 64/12 65/16 66/19
justice [1] 63/16
justifiably [1] 37/24

**J**

juvenile [2] 47/3 47/9

**K**

K-A-H-O-L-O [1] 34/6
keep [3] 46/14 60/12 74/3
Kendall [1] 34/22
kept [2] 61/16 61/18
ketone [1] 26/2
KEVIN [7] 1/7 2/3 4/3 21/10 46/5 46/17
 70/18
kick [2] 58/18 73/23
kicks [2] 58/8 73/24
kids [1] 15/19
kill [1] 58/20
kilogram [1] 28/11
kilograms [21] 6/11 6/16 6/18 6/20 6/21 9/1
 9/21 11/18 12/13 12/15 26/21 28/7 28/11
 28/14 43/15 53/3 53/8 53/11 54/22 55/3 55/5
kilos [5] 5/19 5/21 5/24 9/14 11/16
kind [4] 42/8 49/21 49/24 64/22
kinds [1] 66/24
knew [2] 11/18 24/12
knocked [1] 62/24
know [52] 11/24 13/24 15/1 15/9 17/9 17/12
 21/17 21/18 22/16 23/18 23/21 29/3 30/13
 32/16 33/1 37/17 37/19 38/23 40/15 42/1 42/2
 42/3 43/22 46/23 47/2 47/7 47/11 47/18 49/6
 50/7 52/14 53/18 54/8 54/15 55/9 55/14 56/21
 57/16 58/2 59/18 59/20 60/21 60/23 61/2
 61/16 62/8 62/11 63/7 66/11 67/4 69/2 78/7
knowing [1] 14/12
knowledge [2] 16/22 17/20
known [3] 6/19 42/10 74/24
knows [1] 68/10

**L**

lab [19] 3/7 3/25 4/15 4/24 5/13 5/22 5/24
 6/12 7/6 7/8 7/11 9/13 9/15 9/15 9/24 11/16
 11/22 12/2 12/21
laboratory [2] 6/3 6/4
lacks [1] 30/20
laid [2] 14/19 36/2
large [1] 68/18
last [5] 4/9 13/10 23/25 36/22 69/18
late [2] 9/23 10/20
later [1] 39/13
laugh [1] 55/8
law [15] 13/11 20/6 32/25 52/6 56/18 57/11
 57/19 57/23 63/18 66/19 67/15 69/7 69/8 69/8
 78/2
lawful [1] 68/17
leader [4] 14/9 17/22 19/20 20/17
leader/organizer [1] 17/22
leadership [3] 8/2 8/3 8/23
learned [5] 17/17 26/23 26/25 46/20 48/10
learning [1] 73/16
least [4] 22/6 35/16 43/4 67/16
leave [2] 39/3 74/7
leaves [2] 11/15 45/12
left [2] 3/5 46/17
legal [2] 51/25 52/3
legally [1] 46/10
length [1] 78/25
less [6] 35/20 37/22 52/13 52/15 52/21 53/16
lesser [4] 25/11 27/24 39/22 52/22
let [15] 2/11 3/1 9/6 23/21 33/16 40/9 42/12
 42/12 42/23 42/23 42/25 54/4 57/4 59/9 62/21
let's [11] 6/9 26/10 38/18 41/8 50/4 50/17
 51/19 51/25 55/5 60/12 70/20

letter [3] 13/4 47/13 74/2
letters [2] 13/15 66/6
level [26] 19/19 21/5 21/20 22/24 24/16 24/25
 33/6 33/7 33/9 40/10 40/23 41/13 42/14 42/20
 50/2 50/22 51/2 51/4 51/10 53/2 53/6 53/12
 61/24 68/25 70/3 78/13
levels [6] 19/22 19/24 20/1 20/19 23/4 67/15
Lewis [11] 14/14 18/2 18/3 47/11 47/13 47/16
 59/19 60/11 73/4 74/19 75/6
Lewis' [2] 60/14 73/7
liability [1] 48/19
license [1] 67/24
life [9] 41/15 41/16 45/24 46/2 50/15 57/19
 57/25 61/21 67/8
light [1] 23/15
like [18] 3/24 14/2 17/5 18/13 24/2 24/5 26/8
 27/16 36/10 37/2 48/13 49/1 56/25 60/20 61/5
 62/7 62/14 77/18
likes [1] 20/10
Likewise [1] 27/23
limited [1] 7/15
line [2] 57/22 60/20
lines [1] 43/25
lion's [1] 15/17
list [12] 3/14 3/16 3/17 3/19 4/12 9/8 36/24
 37/6 37/7 37/8 43/10 66/3
listed [5] 3/16 4/13 37/24 43/7 64/5
listened [1] 21/2
listing [1] 43/11
lists [1] 14/16
little [4] 4/16 30/21 70/20 80/1
live [2] 47/7 47/8
loaded [2] 58/14 59/23
locate [1] 58/14
long [10] 7/6 17/5 57/2 57/23 61/4 64/8
 64/16 64/17 67/13 68/4
longer [5] 47/7 49/6 49/11 49/13 62/9
look [11] 17/3 20/9 20/12 36/15 39/21 44/11
 45/14 47/1 57/11 58/6 64/24
looked [2] 39/12 45/9
looking [2] 42/20 58/7
looks [3] 43/10 43/10 68/6
lost [1] 68/9
lot [10] 10/23 17/1 27/8 28/19 34/15 54/10
 56/24 58/4 59/22 62/12
LOTHROP [2] 1/15 2/16
love [1] 63/8
loved [1] 47/16
low [1] 61/8
lower [4] 52/25 56/20 61/4 70/6

**M**

ma'am [12] 7/16 12/17 14/4 33/8 37/11 40/14
 40/17 40/21 41/22 42/21 53/25 77/6
Machet [4] 49/8 49/12 49/12 52/5
made [11] 13/22 15/10 29/7 31/21 33/21
 35/23 36/8 47/10 47/24 48/7 65/25
madness [1] 23/9
magic [1] 55/4
maintained [1] 18/5
maintains [1] 14/8
majority [1] 4/10
make [27] 2/11 6/5 13/2 35/25 35/25 37/3
 37/6 41/3 42/12 42/23 46/23 47/21 48/13
 48/23 63/3 63/13 63/14 65/18 68/5 70/5 72/10
 76/8 76/12 76/21 78/20 79/17 79/19
makes [1] 6/14
makeup [1] 25/20
making [10] 36/8 32/19 40/6 43/24 52/3
 54/22 63/5 69/1 69/22 77/10
male [1] 19/2

man [4] 59/24 64/7 64/25 72/16
man's [2] 45/24 57/19
manager [2] 19/23 19/25
mandatory [3] 57/12 57/14 57/20
manner [6] 43/9 66/24 71/16 72/25 74/14
 76/25
many [3] 15/19 20/24 59/21
March [2] 8/10 8/10
March 26 [1] 8/10
March 31 [1] 8/10
marijuana [39] 6/20 9/2 13/11 24/25 26/20
 26/22 28/7 28/12 28/14 30/4 43/13 43/15
 44/12 44/13 44/18 44/20 45/1 45/7 45/9 45/10
 45/12 45/16 45/19 45/21 49/17 49/19 53/3
 53/9 53/11 55/3 55/6 57/9 57/9 57/17 58/21
 58/22 59/3 59/4 64/3
mark [1] 4/10
marked [11] 3/22 4/5 4/11 5/6 5/9 5/10 12/21
 16/4 36/20 36/22 37/4
marries [1] 40/2
Marsha [5] 14/16 16/25 17/11 18/21 22/2
master [1] 24/11
matter [5] 29/10 69/8 69/8 79/8 80/8
maximum [2] 49/24 57/15
may [23] 2/1 2/4 2/7 2/8 2/12 12/9 13/8 20/8
 21/19 33/12 37/3 39/6 39/12 39/25 42/17
 50/23 62/17 65/6 68/17 71/20 73/6 77/2 77/3
maybe [8] 9/6 23/8 24/5 26/10 54/23 60/16
 69/7 76/6
McGuire [1] 5/10
MDEA [6] 6/19 25/23 25/24 26/2 26/3 27/6
 27/16 27/19 28/1 30/3 34/12 34/14 35/20 44/7
MDMA [3] 31/2 35/21 39/23
MDPV [1] 59/17
me [28] 2/11 3/1 4/19 6/24 9/6 10/13 26/11
 29/8 32/17 32/21 33/16 36/24 37/14 37/15
 37/20 38/3 40/9 42/12 42/23 42/25 44/13
 53/11 54/4 55/11 57/4 59/9 62/21 68/9
mean [3] 34/15 62/21 74/3
means [5] 16/21 28/8 33/20 39/10 73/4
measure [1] 44/22
medical [1] 66/23
medicine [1] 44/25
members [2] 15/19 15/20
memo [13] 23/11 23/13 28/17 28/23 28/23
 28/23 29/6 29/8 29/11 31/9 31/21 32/15 33/18
memorandum [3] 13/8 25/17 27/8
memos [1] 29/2 66/5
mental [1] 71/25
mention [2] 43/16 43/17
mentioned [6] 13/4 33/17 44/10 44/10 57/6
 57/8
messages [6] 18/6 18/9 18/13 18/24 19/4
 59/20
met [3] 13/10 22/22 46/6
methcathinone [15] 26/15 26/17 26/19 27/4
 27/15 29/14 29/15 29/19 29/19 31/19 32/4
 32/6 32/10 34/13 55/13
method [2] 23/9 56/14
methods [1] 15/11
methylenedioxy [2] 6/19 26/6
methylenedioxy-phenethylamine [1] 26/6
methylone [13] 34/24 35/7 35/8 35/9 35/10
 35/11 35/13 35/14 35/17 35/20 39/23 54/23
 56/6
Mexico [1] 31/22
Middle [3] 34/21 34/22 35/6
might [3] 17/14 72/8 76/12
million [1] 41/16
mind [3] 4/17 22/19 63/20
mine [1] 4/6

**M**

minimum [2] 22/16 57/12
minimums [2] 57/14 57/20
minute [3] 55/22 63/25 65/2
minutes [1] 65/4
mischief [1] 68/2
mislead [3] 23/16
misleading [1] 31/23
misread [1] 22/8
Mississippi [2] 45/7 45/8
misspoke [1] 70/12
mistake [1] 72/10
mistaken [2] 2/5 23/24
misunderstanding [1] 39/9
mix [1] 61/12
modest [1] 68/23
molecule [2] 56/6 56/8
mom [4] 46/7 46/7 46/10 47/7
moment [3] 10/12 38/19 76/10
money [7] 18/6 18/8 18/14 24/14 47/5 68/21
69/1
monoamino [1] 32/5
month [1] 54/23
monthly [1] 17/18
months [15] 41/15 46/2 51/20 53/15 67/7
70/19 70/21 70/24 70/25 70/25 71/1 71/3
72/16 72/22 78/25
more [27]  5/21 7/11 11/19 14/9 14/12 16/14
19/21 19/23 20/18 21/20 22/7 22/21 27/15
28/16 31/5 34/13 35/10 40/3 43/24 44/6 45/15
45/20 50/1 61/5 65/20 68/9 77/20
morning [1] 13/3
MORRIS [4]  1/15 2/16 5/13 9/17
Morris' [1] 31/18
most [16] 14/11 23/12 24/18 24/25 25/3
25/21 27/3 27/5 30/2 34/3 34/11 36/1 36/14
43/5 44/1 66/24
mother [3] 17/18 42/11 59/15
mothers [1] 15/19
motion [5] 13/13 13/23 41/25 42/1 47/1
motions [1] 13/19
mouse [1] 55/20
mouth [3] 59/23 60/9 60/13
move [2] 46/15 47/7
moving [5] 12/4 46/3 57/25 59/3 59/5
Mr [55] 2/4 2/15 2/18 5/13 7/6 8/1 8/8 9/8
9/17 12/9 12/17 14/8 14/13 17/5 17/6 17/17
19/16 21/10 24/5 31/17 33/1 41/10 42/9 46/3
46/4 47/5 47/13 49/20 53/23 54/18 55/8 55/16
56/15 57/4 57/21 62/10 63/18 67/4 67/9 67/12
68/1 68/4 70/15 72/11 72/19 73/3 74/21 75/6
75/20 77/2 77/17 78/16 78/23 78/24 80/4
Ms [3]  4/17 60/14 75/9
Ms. [12]  6/5 6/9 17/20 26/11 47/11 47/13
47/16 60/11 73/7 73/14 74/19 75/6
Ms. Claxton [2]  6/5 6/9
Ms. Garcia [1] 17/20
Ms. Lewis [6]  47/11 47/13 47/16 60/11 74/19
75/6
Ms. Lewis' [1] 73/7
Ms. Parsons [2]  26/11 73/14
much [17]  35/10 35/12 35/12 36/8 37/22
43/24 44/6 47/10 47/16 47/16 52/13 52/21
54/2 62/9 62/15 64/1 67/12
multiple [3] 27/15 46/8 66/2
multiply [1] 26/15
must [1] 72/11
my [19]  4/19 6/14 8/4 9/7 15/1 15/23 18/11
23/9 23/11 31/21 32/15 33/18 45/11 47/1 64/3
64/19 74/15 75/1 76/20

**N**

name [3]  17/9 18/19 22/1
named [1] 43/6
names [1] 14/16
narcotic [1] 18/18
narcotics [6]  21/15 21/22 21/25 23/20 24/12
24/14
Natalie [4]  16/25 17/10 18/24 22/3
National [1] 45/5
nature [2]  6/24 66/16
near [1] 49/23
necessarily [2] 12/21 28/4
necessary [2]  63/1 66/13
need [15]  4/16 20/4 48/11 50/7 54/15 60/17
64/25 66/18 66/20 66/22 66/25 67/3 72/11
76/7 76/9
needed [2]  25/13 27/10 27/25 66/22
needs [5]  23/14 28/4 35/25 40/6 78/11
neglected [1] 48/7
neither [2]  8/12 8/18
nervous [3]  17/11 27/20 28/1
never [8]  17/4 17/6 42/10 55/21 57/17 57/22
60/10 60/11
nevertheless [1] 32/24
New [2]  25/19 31/22
next [2]  23/2 65/1
NIDA [1]  45/6
night [1]  45/17
nine [2]  21/19 42/4
no [57]  1/3 5/24 8/13 8/19 9/15 10/15 11/23
14/3 14/4 14/12 15/17 16/1 16/16 16/24 17/6
17/20 18/3 22/19 27/21 27/23 28/4 28/5 33/23
40/3 40/3 40/21 44/19 44/20 44/21 44/21
44/22 44/22 44/23 46/17 49/6 49/11 51/21
53/25 54/5 59/19 59/24 62/2 66/8 72/10 73/19
74/15 76/2 76/14 76/17 76/19 77/1 77/7 77/8
77/13 77/16 79/16 79/23
nobody [1]  60/22
non [1]  42/8
non-drug [1]  42/8
nonhuman [1]  27/14
North [1]  1/20
not [139]
note [16]  2/11 13/22 14/17 16/20 20/2 20/12
20/20 21/12 21/16 22/8 22/11 24/8 24/22
29/23 30/23 63/23
noted [7]  30/19 33/19 47/1 49/5 49/15 49/16
60/14
notes [6]  15/1 18/11 21/1 28/19 28/25 45/1
nothing [7]  4/13 17/5 17/10 31/5 54/11 59/25
74/18
notice [7]  13/3 13/6 13/14 13/19 15/6 16/12
35/5
noticed [2]  9/18 9/18
notify [1]  75/11
now [18]  2/12 3/12 3/23 4/20 5/12 6/13 12/3
19/16 21/11 32/19 36/8 45/3 55/8 59/3 62/22
69/22 72/24 74/12
number [12]  3/9 3/10 5/2 5/9 5/10 9/7 14/7
29/23 34/7 34/20 35/1 42/18 56/4

**O**

object [8]  7/22 7/24 8/25 9/10 11/20 70/5
72/25 74/13
objected [2]  8/5 12/1
objecting [5]  4/20 14/24 69/25 70/8 70/10
objection [22]  4/20 7/14 8/7 8/23 9/1 9/3 9/7
9/7 10/4 11/10 12/4 12/22 24/19 28/5 33/21
40/18 41/3 48/7 59/25 76/24 79/15 79/22
objections [13]  7/20 8/4 10/16 13/25 14/6

15/24 23/10 23/11 40/24 41/9 42/3 67/6 74/16
objective [1]  47/12
obsessed [1]  73/10
obtain [1]  35/3
obtaining [1]  15/10
obviously [5]  35/24 38/9 54/3 73/11 74/23
occurred [1]  77/25
off [1]  9/24
offender [27]  32/22 32/25 33/3 40/11 47/25
48/8 49/1 49/3 49/9 49/15 49/22 49/23 50/5
51/13 51/17 61/12 61/16 61/18 62/2 62/5 62/7
62/24 63/18 65/12 69/5 69/11 70/2
offense [39]  14/19 16/23 17/21 19/18 19/19
20/4 20/6 20/14 20/22 21/13 22/15 23/3 24/17
24/25 33/6 33/7 40/10 40/23 41/13 42/20 48/5
48/21 48/21 49/12 49/16 49/24 50/2 50/22
53/2 53/6 53/12 61/24 63/9 66/17 66/19 66/20
67/3 70/3 72/11
offenses [2]  50/14 64/12
offer [1]  32/17
offered [1]  32/1
Office [5]  1/16 1/19 2/21 71/10 71/17
officer [1]  20/7
officers [1]  59/9
Official [2]  1/22 80/11
often [2]  46/8 46/14
oh [1]  9/17
okay [20]  2/1 4/12 9/5 10/7 12/14 14/5 16/9
19/10 23/22 37/14 41/23 45/2 48/15 49/2
51/15 51/23 53/23 71/1 76/20 76/22
old [5]  46/18 46/20 62/10 64/21 72/16
oldest [1]  54/6
once [2]  43/3 46/6
one [67]  4/1 4/4 4/4 8/6 8/9 8/10 8/22 8/25
15/2 16/20 19/4 20/2 20/8 21/3 21/12 22/9
23/2 23/16 24/1 24/18 26/7 26/19 26/21 28/8
28/8 28/22 29/10 30/3 30/16 34/18 35/7 36/6
36/6 36/25 37/1 37/25 37/25 43/13 46/6 47/7
51/6 52/9 52/15 52/15 52/16 53/20 54/6 56/4
56/5 56/15 57/7 61/11 61/11 61/16 61/16 62/1
62/1 62/24 64/5 66/8 67/6 67/7 70/3 70/10
72/14 74/17 79/3
one-hundredth [1]  52/15
one-hundredths [1]  43/13
only [21]  3/7 4/25 5/16 5/23 6/2 8/3 11/10
20/14 20/23 29/5 33/22 36/25 38/13 38/22
39/12 44/10 46/23 52/5 54/22 68/16 78/18
open [1]  63/16
operates [1]  57/23
operation [1]  64/23
opined [4]  25/20 25/22 27/2 27/5
opinion [15]  34/2 34/9 34/13 35/18 35/19
36/5 36/6 38/3 38/12 38/23 38/25 38/25 39/6
39/8 39/12
opinions [3]  34/16 35/2 39/16
opposed [1]  78/10
order [8]  5/10 9/6 10/8 40/19 41/3 65/14
69/20 80/1
ordered [4]  6/4 11/22 64/19 72/19
organization [4]  20/21 22/12 22/20 22/24
organizer [4]  14/9 17/22 19/20 20/17
organizer/leader [1]  14/9 20/17
original [1]  9/7
Orlando [1]  34/16
other [23]  9/15 9/16 13/16 16/17 20/15 22/16
26/25 28/2 38/10 40/24 43/21 44/2 44/7 44/11
44/12 47/20 48/8 49/5 52/23 71/3 71/12 74/4
77/18
others [2]  38/16 72/12
otherwise [10]  19/22 19/24 20/1 20/11 20/13
20/16 20/21 22/12 22/24 66/10

## O

our [6]  4/8 11/23 35/13 36/22 57/22 65/25
out [43]  4/5 5/21 11/24 14/20 17/19 19/16
  19/17 28/24 33/9 33/11 33/18 34/2 34/7 34/16
  36/2 39/6 40/10 42/18 46/19 47/5 47/21 47/24
  48/3 50/6 50/7 50/16 50/18 50/22 50/24 52/9
  53/5 56/7 56/9 58/1 58/25 59/9 61/12 61/17
  62/24 64/24 65/16 74/20 80/1
outpatient [2]  71/21 71/25
outsiders [2]  20/15 20/24
outstanding [1]  77/16
over [15]  2/23 9/20 20/9 31/6 39/17 40/4
  40/24 42/16 46/15 49/4 50/19 64/23 67/13
  69/6 69/12
overlooked [2]  14/2 66/9
overrule [2]  23/1 67/6
overruled [2]  40/24 41/9
own [6]  27/17 28/19 28/25 32/6 46/25 68/12
owned [1]  24/14
oxycodone [1]  67/22
oxygen [2]  26/2 26/4
oxygen atom [1]  26/4

## P

package [7]  7/25 8/12 8/18 10/2 10/3 17/12
  24/11
packages [20]  8/9 8/14 8/16 17/3 18/7 18/8
  18/15 18/17 18/22 18/25 19/5 21/14 21/15
  21/16 21/23 22/2 22/3 22/5 22/18 24/1
packaging [1]  15/15
page [19]  16/8 18/10 26/16 29/12 29/13 32/3
  39/19 42/4 42/9 43/11 44/18 53/4 53/8 58/7
  58/12 58/13 58/16 58/23 59/1
paid [6]  15/14 17/17 18/8 18/23 22/3 24/1
PALM [4]  1/2 1/7 1/17 1/23
Pancakes [1]  58/19
paper [2]  44/17 44/18
paperwork [1]  63/24
paragraph [28]  8/5 8/8 8/24 9/9 12/15 14/20
  23/2 26/12 28/6 28/7 33/6 33/7 49/14 49/16
  58/13 58/16 58/21 59/1 59/8 59/8 59/11 59/12
  59/13 59/13 59/16 66/14 77/12 78/5
paragraphs [2]  8/25 14/8
paraphernalia [1]  67/23
Parsons [4]  2/20 26/11 73/14 75/9
part [11]  6/24 20/9 39/2 39/7 42/6 42/25 44/3
  54/21 60/21 76/17 78/3
participant [5]  18/4 20/2 20/7 21/21 22/9
participants [14]  8/22 14/10 14/12 16/15
  16/18 19/7 19/21 19/24 20/15 20/18 20/23
  21/12 22/7 22/22
participate [3]  18/8 71/18 71/24
participating [1]  21/23
participation [4]  18/15 18/18 21/24 71/20
particular [4]  4/18 24/21 66/15 75/3
particularly [1]  72/15
parties [6]  12/16 63/3 63/14 65/8 65/22 66/6
partner [2]  18/13 24/2
party [2]  71/23 72/2
past [5]  57/25 58/6 58/7 60/23 68/4
pattern [2]  60/18 67/13
Pauline [3]  1/22 65/15 80/11
pauperis [1]  77/4
pay [6]  18/25 70/16 71/22 72/2 72/19 77/3
paying [1]  18/20
payment [5]  15/11 18/18 21/24 71/23 72/3
payments [1]  22/18
PCP [1]  30/21
PEACOCK [11]  1/19 2/18 7/6 19/16 24/5
  55/8 55/16 56/15 57/4 57/21 77/17

peer [1]  27/13
peg [2]  44/3 44/7
penalty [1]  52/22
pending [2]  59/16 59/16
people [13]  17/23 17/24 20/10 20/10 21/9
  21/9 21/19 22/16 49/23 58/18 60/19 64/12
  64/20
per [1]  51/6
perhaps [4]  33/1 69/6 69/13 69/16
period [1]  67/14
permission [1]  74/24
person [9]  20/3 20/5 21/17 46/11 47/22 58/3
  58/4 71/16 76/12
personal [1]  46/3
personally [1]  55/10
persons [4]  20/13 20/21 21/11 22/14
persuaded [1]  22/21
pertained [1]  13/16
pertinent [2]  30/12 66/25
Ph.D [1]  25/16
pharmacological [2]  39/1 39/22
phase [1]  2/13
phases [1]  2/23
phenethylamine [2]  26/6 52/22
phenethylamines [2]  25/25 26/1
phon [1]  49/8
phone [2]  9/19 9/20
photo [1]  4/3
physical [1]  67/19
pick [6]  18/25 19/3 19/5 22/3 42/8 45/2
picking [1]  18/14
picture [1]  50/6
Pierce [2]  1/20 1/23
Pierce/West [1]  1/23
pill [1]  28/9
pillow [1]  24/10
pills [2]  28/9 59/3
pistol [1]  58/14
pizza [1]  59/11
place [5]  4/18 11/18 39/18 40/4 59/11
placed [1]  71/7 79/25
Plaintiff [2]  1/5 1/15
plant [2]  45/12 45/13
plus [4]  51/13 51/13 51/14 53/14
point [13]  10/13 28/24 31/18 32/19 33/11
  47/12 58/1 64/3 64/11 69/7 73/18 75/4 75/14
pointed [1]  33/17
points [5]  19/16 19/17 30/12 32/17 58/25
police [3]  46/19 58/11 59/8
policy [1]  66/25
polymer [1]  25/18
poor [2]  46/14 68/24
popular [1]  44/24
pose [1]  4/19
position [8]  6/24 15/12 29/20 34/23 38/8
  44/18 63/21 78/20
possessing [1]  71/12
possession [2]  59/1 67/17 67/18 67/20 67/20
  67/21 67/22
possible [5]  38/9 56/10 56/13 78/18 79/21
potency [17]  30/16 30/21 30/24 33/23 33/25
  34/1 34/3 35/18 35/24 38/25 39/19 39/20
  39/21 44/2 45/10 45/14 57/6
potent [2]  27/15 35/20
potentially [1]  11/19
pounds [2]  45/17 45/19
power [2]  78/4 78/9
powerful [4]  40/3 44/14 45/15 45/20
PowerPoint [3]  5/2 5/4 5/9
practicable [5]  25/4 27/9 30/22 56/12 56/13
pre [3]  13/20 76/3 77/12

Pre-Sentence [2]  76/3 77/12
predict [1]  60/22
prefer [3]  61/3 61/7 70/6
prejudice [1]  12/7
prejudicial [1]  12/2
premised [1]  9/4
preponderance [1]  56/21
prerogative [1]  78/16
prescribing [1]  44/20
present [2]  3/4 41/24
presented [6]  2/25 25/16 29/24 31/8 69/21
  78/23
presentence [1]  65/22
preserve [2]  48/11 49/1
Presnell [2]  34/16 34/21
pressure [1]  36/23
prevail [2]  51/25 62/23
previous [1]  74/15
previously [1]  13/22
prices [1]  15/16
primarily [1]  15/19
primate [1]  27/14
prior [7]  2/23 7/7 21/3 46/21 48/4 56/25
  65/25
prison [2]  64/7 68/19
Prisons [4]  70/18 79/18 79/20 79/24
probably [4]  43/5 50/24 58/1 76/7
probation [14]  2/15 2/21 41/15 45/18 50/23
  52/14 53/1 70/1 71/10 71/17 74/7 74/25 75/2
  75/15
problem [4]  11/17 41/7 64/13 75/2
problems [1]  75/5
proceed [1]  65/13
proceeding [6]  13/21 14/24 18/2 21/3 23/25
  24/10
proceedings [4]  1/10 3/21 66/1 80/8
process [1]  36/3
produce [3]  25/13 27/11 27/25
produced [1]  11/8 28/1
produces [1]  39/22
producing [1]  30/17
product [1]  44/22
productive [2]  68/16 68/21
proffered [1]  31/9
program [3]  71/18 71/25 79/12
programs [1]  68/20
prohibited [2]  71/12 72/4
prohibition [1]  75/15
promote [1]  66/19
prong [2]  38/22 39/21
pronounced [2]  74/14 76/4
pronouncement [1]  65/13
proof [1]  10/10
proper [1]  79/9
properly [1]  37/4
property [1]  71/16
protect [3]  66/21 72/13 79/5
prove [5]  7/3 12/5 57/12 57/15 57/24
provide [2]  36/11 66/22
provided [2]  30/8 38/1
provision [1]  21/1
PSI [12]  6/20 12/14 13/25 14/1 14/20 15/24
  23/2 28/13 33/5 41/8 58/7 78/19
public [4]  1/19 66/21 72/13 79/5
published [3]  34/9 35/2 44/17
pull [1]  3/17
pulled [1]  44/17
pulls [2]  58/25 58/25
punches [1]  58/10
punish [1]  52/21
punished [1]  79/5

**P**

punishment [1]  66/19
purity [4]  10/19 11/11 57/15 57/17
purpose [5]  7/15 30/15 45/10 50/17 54/25
purposes [10]  8/22 32/20 32/24 48/13 57/12
 57/14 66/13 67/16 69/23 69/24
pursuant [3]  6/2 14/10 14/19
pushed [1]  69/16
put [15]  5/16 11/3 12/24 13/1 18/19 29/22
 36/13 44/3 44/9 49/23 50/21 51/10 59/9 59/23
 74/23 76/2
puts [5]  40/25 51/19 67/7 70/3 73/11
putting [3]  59/13 64/7 67/9
PVP [27]  9/2 18/9 24/2 24/12 25/20 25/21
 26/9 26/14 26/14 27/4 27/10 27/12 27/14 32/4
 32/11 35/12 37/22 37/23 43/5 50/12 54/12
 54/12 54/14 54/16 54/23 65/9 69/19
pyrovalerone [10]  43/6 43/7 43/8 43/18 44/6
 44/9 52/12 52/21 54/4 55/1

**Q**

qualifies [1]  52/6
quality [1]  44/21
quantities [3]  9/9 9/13 15/16
quantity [8]  7/10 8/4 10/18 11/11 12/13
 25/12 27/10 65/9
query [1]  39/2
question [8]  12/24 15/18 22/19 31/4 41/2
 59/19 59/24 73/2
questioning [2]  10/14 16/12
quite [3]  4/21 33/25 69/12
quote [1]  44/18

**R**

raised [5]  9/16 10/11 23/13 48/25 57/4
range [7]  41/11 41/14 69/11 69/17 69/25 70/1
 72/14
RAPHAEL [3]  1/7 2/3 70/18
rate [1]  51/6
rather [6]  7/10 43/11 51/8 51/16 62/3 68/17
ratio [27]  9/2 9/10 30/3 34/18 35/6 36/6
 37/25 38/9 43/12 43/21 45/2 45/3 52/9 52/17
 52/18 56/9 61/3 61/8 62/1 62/1 63/4 67/7 67/7
 70/3 70/6 70/7 70/10
rational [1]  45/23
ratios [1]  50/20
RDAP [1]  79/13
reach [1]  32/10
reaching [1]  32/11
read [5]  8/15 32/15 33/22 39/17 41/25
reading [3]  15/21 16/3 36/10
real [1]  65/16
realize [2]  48/12 64/11
really [9]  15/5 15/9 19/14 22/19 52/1 54/15
 62/16 69/3 78/19
reason [6]  12/20 35/16 38/16 54/13 77/13
 78/8
reasonable [4]  56/21 57/1 71/16 71/17
reasons [1]  68/6
rebutted [1]  19/14
recalculate [1]  56/9
recall [1]  60/7
receive [2]  18/22 22/2
received [5]  8/14 8/19 23/18 23/20 66/7
receiving [10]  18/7 21/14 21/14 21/15 21/15
 21/22 21/24 22/25 22/18 24/12
recent [1]  34/2
recently [2]  45/5 48/19
recess [2]  65/4 65/5
recognize [1]  32/23

recognizes [1]  72/10
recognizing [1]  69/16
recommendation [4]  75/14 79/17 79/19
 79/25
record [17]  9/23 10/24 16/17 16/24 17/6
 17/15 23/15 23/23 24/7 29/22 32/24 48/14
 60/1 65/25 70/5 74/16 80/8
records [1]  67/2
recruited [1]  15/18
refer [4]  4/14 4/15 8/4 45/16
referenced [9]  4/23 5/13 24/24 25/1 25/6
 25/11 25/12 25/14 25/22
referencing [1]  5/14
referred [3]  26/5 26/17 45/6
referring [4]  3/23 29/8 30/23 44/20
refers [1]  21/12
reflect [2]  23/23 66/18
reflected [1]  77/11
reflects [2]  3/19 3/20
refused [1]  5/4
regard [7]  9/9 37/22 38/17 39/3 39/19 40/8
 79/10
regarding [8]  4/16 29/6 29/6 30/24 33/23
 40/15 52/12 60/8
regardless [1]  39/23
Regina [6]  2/17 9/19 14/22 14/25 18/2 21/4
regulation [1]  44/22
rejected [3]  34/12 43/23 48/9
related [5]  25/1 25/3 25/21 25/23 27/4 27/5
 30/2 30/15 42/9
relates [2]  40/19 65/9
relationship [1]  27/18
relatively [1]  57/1
release [13]  41/16 71/6 71/7 71/9 71/14 72/5
 72/13 73/12 73/18 73/23 74/1 75/17 76/1
released [1]  71/10
relevant [2]  30/24 36/5
reliable [4]  27/23 30/24 39/14 64/2
relied [4]  14/24 32/2 34/21 38/1
relying [1]  45/24
remain [1]  51/12
remaining [2]  24/18 70/24
remember [3]  3/9 10/1 35/19
remind [1]  26/11
rendered [2]  71/22 72/1
reply [1]  63/21
report [39]  3/7 3/7 3/25 4/16 4/24 5/7 5/13
 5/25 6/12 7/7 7/8 9/15 9/15 9/24 10/21 11/1
 11/3 11/4 11/8 11/16 11/22 12/2 12/21 27/13
 32/1 32/3 32/6 36/11 36/13 36/14 36/15
 36/15 36/20 40/1 65/22 71/9 76/3 77/12
reporter [4]  1/22 36/23 80/11 80/12
reports [4]  5/22 9/13 27/3 45/14
represented [1]  68/13
represents [1]  49/4
request [1]  29/1
requested [1]  28/18
requesting [1]  42/14
requests [1]  76/23
require [2]  48/17 74/22
required [4]  17/13 48/21 57/14 57/15
reread [1]  21/8
research [1]  35/17
reserved [1]  50/14
residence [2]  17/5 18/23
respect [7]  4/18 16/24 17/14 19/7 24/4 29/5
 30/20 32/25 34/23 41/10 42/11 42/12 42/23
 44/5 44/8 58/7 66/19
respectively [1]  32/5
respond [3]  7/1 9/6 74/12

responded [1]  42/1
response [4]  13/13 15/23 16/1 16/5
responsible [20]  8/9 8/16 9/8 14/14 16/13
 16/15 16/18 16/20 16/21 17/2 17/8 17/13
 17/25 20/3 20/5 21/13 21/17 22/10 28/14 39/4
restitution [2]  41/17 67/3
restriction [2]  74/6 74/24
restroom [1]  65/2
result [1]  3/20
review [2]  28/15 41/8
reviewed [7]  18/1 23/24 27/14 27/17 28/18
 30/7 66/3
revisit [1]  63/19
revoked [1]  67/24
right [20]  9/11 12/2 12/8 12/23 31/25 33/10
 33/14 37/13 37/14 41/8 46/24 46/24 50/8
 52/10 54/1 62/6 65/3 65/6 65/7 76/17
ring [1]  9/14
Ritalin [4]  37/24 37/24 44/8 52/22
road [2]  46/4 73/11
ROBIN [2]  1/11 1/24
rocks [1]  58/17
role [10]  8/23 10/5 14/18 15/4 19/17 19/18
 21/20 23/1 51/14 53/15
roof [1]  46/15
room [1]  19/2
ROSENBERG [3]  1/3 1/11 1/24
round [2]  44/4 44/6
ruled [4]  33/19 48/4 48/16 48/20
ruling [1]  41/9
run [8]  33/16 61/4 71/2 71/3 71/8 77/19
 77/24 78/4
running [1]  59/12

**S**

S-A-K-A-I-R-I [1]  35/1
S-A-R [1]  36/16
sadly [1]  68/2
safety [1]  44/22
said [11]  6/9 6/10 9/17 9/21 17/12 26/7 31/11
 55/17 56/15 61/2 65/21
sale [2]  58/22 59/17
same [17]  9/6 14/14 30/3 31/4 31/7 33/9 37/8
 38/20 39/9 39/22 39/24 40/10 40/23 45/19
 54/18 68/20 74/6
samples [1]  45/8
SAR [1]  36/16
sat [3]  21/2 66/4 69/18
satisfactory [1]  75/5
saw [4]  7/19 9/3 46/6 62/12
say [20]  6/5 11/13 11/18 15/3 20/8 23/16 24/5
 24/7 32/3 37/16 38/24 43/14 50/17 51/25 53/1
 53/21 53/23 55/18 78/12 78/22
saying [10]  16/14 16/16 17/1 17/1 45/22 49/8
 52/16 54/21 61/6 78/10
says [13]  5/5 9/1 9/7 20/12 32/4 36/10 39/15
 39/20 40/2 44/19 55/15 69/22 78/2
scenario [2]  51/24 51/25
schedule [10]  28/8 43/6 43/11 43/12 43/17
 43/19 44/10 52/12 53/9 55/24
science [6]  36/3 39/14 44/24 45/23 52/18
 62/13
scientific [3]  40/5 56/14 56/16
scientists [2]  54/15 56/16
score [2]  45/18 45/19
scored [3]  43/15 67/16 67/25
scores [1]  67/4
scream [1]  60/25
Scriven [3]  35/5 36/9 36/10
search [1]  71/15
seated [2]  2/1 65/6

**S**

second [6] 2/8 8/6 20/9 30/11 38/21 74/17
Section [1] 65/24
see [10] 6/9 9/3 26/10 33/22 43/11 46/8 51/19
 58/23 59/2 70/20
seeing [1] 10/16
seeking [1] 7/9
seem [1] 62/22
seemed [1] 30/17
seems [4] 6/24 14/6 52/2 68/25
seen [1] 7/19
sees [1] 63/1
seize [1] 55/23
seized [1] 45/9
sell [4] 55/5 67/18 67/21 67/22
selling [3] 54/23 58/21 60/24
semiautomatic [1] 58/14
send [1] 19/4
sending [1] 21/14
sends [1] 38/7
sense [5] 54/13 55/7 55/7 56/20 62/16
sensimilla [4] 45/12 45/15 45/18 45/20
sent [1] 18/22
sentence [34] 45/3 63/2 63/5 64/8 64/9 64/17
 65/14 66/12 66/15 66/18 68/18 69/10 70/15
 72/14 72/15 72/16 72/18 72/22 72/24 73/1
 73/7 74/12 74/14 76/3 76/17 76/25 77/2 77/10
 77/10 77/12 77/14 77/19 78/3 79/3
sentenced [6] 46/2 50/2 55/7 77/22 77/23
 78/24
sentences [2] 66/24 78/16
sentencing [30] 1/10 2/4 2/13 2/24 3/21 9/25
 11/6 13/17 13/21 14/23 18/2 21/3 23/7 23/11
 23/13 23/25 24/9 30/5 30/14 40/22 54/10
 57/12 60/15 66/2 67/1 67/5 69/23 69/24 76/4
 78/23
separate [1] 14/1
separated [1] 74/3
separately [1] 50/21
separation [1] 74/2
serious [5] 39/13 48/5 48/20 64/14 67/15
seriousness [2] 66/18 72/10
services [3] 20/24 71/22 72/1
set [3] 26/10 65/23 66/13
setting [3] 11/6 15/13 15/16
seven [1] 21/9
Seventh [1] 30/9
several [3] 4/11 18/19 31/22
severe [2] 36/22 52/21
shall [12] 25/4 43/14 66/12 66/16 71/7 71/9
 71/11 71/13 71/15 71/18 71/24 72/19
shall participate [1] 71/24
shaped [1] 68/24
share [1] 15/17
Sharp [1] 34/25
Sharpe [2] 34/22 34/23
she [33] 17/12 17/12 17/12 17/13 17/18 18/6
 18/21 22/3 38/16 46/9 46/10 46/11 46/11
 46/11 47/7 47/13 47/15 47/16 47/17 50/24
 50/24 58/11 60/11 73/9 73/9 73/13 73/16
 73/18 73/20 73/21 74/20 75/25 76/1
Sheila [1] 2/20
shoot [1] 59/10
short [3] 18/6 65/5 78/19
should [28] 8/8 9/8 10/8 10/22 30/3 42/13
 42/19 44/24 45/23 45/25 46/1 47/14 47/19
 49/25 51/2 52/18 52/20 55/2 55/6 60/25 75/16
 75/16 75/18 75/20 75/22 76/18 78/15 79/9
show [2] 7/12 39/21
showed [1] 18/13

showing [1] 8/13
side [4] 28/21 28/22 31/14 47/19
sides [3] 21/2 40/9 65/10
sides' [1] 65/12
Signature [1] 80/12
significance [2] 11/4 30/22
significant [2] 69/15 78/25
significantly [2] 6/21 35/20
similar [18] 25/7 25/9 25/13 27/11 27/25
 30/17 34/11 34/13 34/23 35/13 35/15 37/24
 38/14 39/10 43/6 44/1 67/2 67/22
Simmons [3] 34/17 34/19 34/20
simple [1] 74/18
simply [3] 48/17 49/16 77/13
since [1] 13/10
single [1] 26/2
sit [2] 55/14 56/8
sitting [1] 68/17
situation [8] 5/17 33/13 38/16 48/19 52/3
 62/17 73/12 75/12
six [3] 42/9 43/13 44/18
sizable [1] 79/3
slide [1] 5/9
slow [1] 54/20
small [2] 49/18 58/22
smart [1] 68/14
smartness [1] 68/14
Smith [6] 5/7 27/13 32/1 32/3 40/1 48/9
sneak [1] 61/2
so [58] 3/23 7/16 8/21 10/7 12/6 12/14 12/20
 12/23 14/6 14/21 15/1 22/6 22/16 22/18 23/16
 24/4 24/18 26/23 28/4 28/15 29/17 31/5 31/16
 31/23 32/7 32/13 32/14 34/15 35/10 36/12
 39/1 39/9 42/14 47/7 50/6 51/8 51/14 51/15
 51/24 51/24 52/24 54/2 56/25 58/7 61/9 61/13
 62/10 62/15 62/21 62/21 64/17 65/7 69/4
 72/13 73/22 74/9 78/19 79/7
sold [2] 49/18 64/20
sole [1] 26/1
solution [1] 64/13
some [24] 13/18 17/14 17/17 18/18 19/11
 21/10 22/17 30/12 37/9 43/3 43/5 44/15
 46/21 46/22 47/5 47/11 47/23 59/21 64/22
 68/24 68/25 69/7 74/22 76/23
somebody [2] 11/8 46/1
somehow [2] 22/8 39/25
someone [2] 21/16 28/22
something [14] 6/8 10/9 15/21 16/22 26/8
 37/15 40/1 47/18 63/6 63/20 64/14 77/24
 77/25 79/9
sometimes [1] 26/4
sons [1] 46/9
sophisticated [1] 64/22
sorry [4] 5/1 16/3 50/9 51/22
sort [4] 15/12 18/18 47/3 47/9
sound [1] 34/2
sounds [1] 24/4
South [2] 54/16 79/20
SOUTHERN [1] 1/1
speak [6] 12/9 21/17 31/10 42/3 42/9 50/23
speaking [3] 3/6 42/5 69/25
speaks [4] 21/16 28/6 37/21 67/13
special [7] 23/3 24/17 41/17 71/14 72/20
 72/23 73/25
specific [1] 25/20
specifically [10] 17/21 21/4 24/24 25/22
 26/17 29/6 43/7 43/16 44/9 53/7
spent [3] 10/23 24/19 56/24
spoke [5] 18/6 23/7 30/12 30/13 30/16
spoken [2] 17/6 72/7
spur [1] 76/9

square [1] 44/3
stand [2] 37/20 64/24
standard [3] 38/15 56/20 71/13
standardized [1] 44/19
standpoint [1] 28/2
stands [1] 52/6
start [3] 31/17 54/9 58/23
started [3] 6/10 11/21 54/20
starts [1] 58/8
state [10] 2/14 19/6 63/18 77/19 78/9 78/15
 78/24 79/3 79/8 79/10
stated [4] 10/13 42/16 50/19 69/6
statement [4] 17/6 29/7 66/25 78/13
statements [1] 65/22
states [20] 1/1 1/4 1/11 1/16 2/2 2/16 2/20
 29/21 29/25 30/9 30/10 31/24 34/5 34/17
 34/19 34/20 35/1 48/9 49/7 65/24
stating [1] 69/13
status [1] 65/12
statute [2] 33/1 48/23
statutes [2] 48/6 48/17
statutory [2] 49/24 65/23
stay [1] 43/20
step [4] 7/7 11/21 11/24 47/1
stick [1] 60/12
still [7] 42/5 49/9 51/11 53/9 67/7 70/4 77/16
stimulant [4] 25/8 25/10 27/9 27/18
Stipes [2] 1/22 80/11
stipulate [3] 12/12 29/4 63/10
stipulated [2] 18/3 63/14
stipulating [1] 12/16
Stockton [4] 31/24 38/3 38/11 38/12
stomach [1] 58/10
stories [1] 44/23
street [2] 1/20 59/2
strength [1] 45/7
strict [1] 48/18
strongly [1] 33/11
structural [2] 25/20 27/17
structure [7] 25/6 30/20 35/14 36/16 36/17
 38/23 44/1
studies [1] 56/1
study [5] 27/14 27/17 35/11 36/4 45/7
stuff [1] 64/19
stupid [1] 47/23
submissions [1] 66/10
submit [1] 71/15
submitted [6] 15/22 28/17 29/2 47/13 66/5
 66/6
subsection [2] 30/16 66/14
substance [29] 10/12 12/3 24/23 25/1 25/4
 25/5 25/7 25/8 25/11 25/12 27/4 27/5 28/8
 28/10 30/4 30/15 43/6 43/19 51/6 52/13 52/20
 53/9 55/13 55/22 55/22 55/23 56/1 56/5 56/19
substances [12] 15/11 15/15 25/21 25/22
 30/25 43/8 43/12 43/17 52/23 54/11
 55/24
substantially [7] 25/7 25/13 27/11 27/25
 30/17 38/14 39/10
substantive [3] 10/9 57/11 57/19
substitute [1] 31/2
substrate [3] 29/14 29/15 32/7
substrates [2] 32/5 55/10
successful [1] 68/17
such [3] 20/6 72/12 76/8
sudden [1] 40/1
sufficient [5] 11/19 17/16 30/20 62/20 63/1
 66/12
suggest [4] 40/7 44/6 64/17 79/11
suggested [3] 38/19 42/17
suggesting [2] 42/19 62/18

**S**

suggestion [1]  75/1
suggests [1]  14/11
Suite [1]  1/17
sum [1]  24/9
summarize [1]  28/23
summarized [3]  25/17 27/7 28/21
summary [3]  21/7 57/3 78/19
super [1]  64/22
superior [1]  57/16
supervised [11]  41/15 71/7 71/13 72/5 72/23
 73/12 73/18 73/23 74/1 75/16 76/1
supervision [1]  74/21
supervisor [1]  19/25
supplemental [1]  71/19
support [6]  24/15 38/8 46/8 49/14 49/21
 49/25
supported [1]  21/5
suppose [3]  23/22 74/3 78/12
supposed [4]  6/7 55/25 56/3 74/3
sure [8]  6/5 13/22 37/3 37/6 43/2 65/18 70/9
 76/21
surely [1]  68/24
survive [2]  46/25 49/13
swollen [1]  59/14
sympathize [1]  44/5
synthesize [1]  69/21
system [3]  27/11 27/20 28/1

**T**

table [2]  13/12 26/16
tablet [1]  28/9
take [20]  11/24 15/2 15/6 19/11 39/24 50/6
 50/16 50/18 52/8 53/19 55/2 55/15 62/15
 62/25 65/2 68/20 69/4 70/11 72/17 73/19
taken [4]  57/17 61/12 64/3 65/5
takes [3]  69/11 70/13 78/9
taking [5]  6/23 11/18 46/12 52/1 69/12
talk [4]  17/11 54/14 54/24 57/8
talked [5]  7/6 11/5 44/2 44/7 54/12
talking [11]  11/10 45/24 55/8 57/10 57/19
 57/20 57/25 64/7 64/16 64/16 73/11
talks [1]  57/9
Tampa [2]  35/6 36/9
tamper [1]  67/19
tangentially [1]  17/24
technical [1]  29/3
tell [8]  24/22 54/16 55/12 55/14 55/15 55/16
 60/21 66/11
telling [2]  34/3 68/9
tells [1]  53/8
ten [2]  58/8 64/18
term [4]  70/19 70/19 71/1 79/6
terms [6]  6/15 7/1 15/4 15/5 22/8 66/9
test [6]  6/3 6/4 7/8 7/11 10/2 56/6
tested [2]  12/4 55/23
testified [13]  19/13 25/24 27/1 27/13 27/16
 27/19 27/23 29/18 29/19 38/10 38/11 39/10
 60/2
testify [7]  3/3 10/25 11/8 29/18 38/8 38/21
 38/22
testifying [1]  3/3
testimony [30]  10/1 13/8 14/22 14/25 15/1
 15/8 18/1 19/7 21/2 21/8 22/17 23/6 23/18
 23/23 24/9 24/20 25/15 25/16 27/7 28/19
 28/22 30/5 36/9 38/17 39/17 60/4 60/7 60/8
 60/10 66/4
testing [3]  6/2 7/11 7/11
text [7]  17/17 18/6 18/9 18/13 18/24 19/4
 59/20

texts [1]  47/11
TFMPP [1]  30/21
than [22]  5/21 7/11 14/12 27/15 34/13 35/11
 43/11 44/2 44/7 45/15 45/20 51/8 51/16 52/15
 52/22 53/16 62/3 62/22 63/1 63/16 66/13
 68/17
Thank [1]  51/1
that [458]
that pyrovalerone [1]  44/6
That's [1]  35/22
theft [2]  67/19 68/3
their [6]  2/14 15/20 28/23 46/15 74/7 77/19
them [15]  6/9 14/7 18/20 18/22 19/3 19/5
 21/12 29/25 43/8 47/18 59/10 59/21 59/21
 59/22 74/3
then [15]  2/7 2/12 5/7 13/16 24/18 39/25
 41/24 45/12 50/6 50/7 51/16 58/9 59/5 59/16
 62/21
there [94]
there's [1]  14/2
therefore [3]  26/20 28/10 48/22
Thereupon [2]  65/5 80/5
these [14]  4/10 8/13 13/10 16/17 18/11 19/7
 21/11 21/19 28/19 29/2 35/2 35/2 38/5 38/8
 59/9 62/11 64/24 70/13 72/17
they [58]  4/11 6/7 6/9 6/10 6/10 6/12
 8/11 8/16 8/17 8/19 9/20 10/21 16/13 16/18
 16/19 16/19 16/21 17/4 17/4 19/2 21/14 21/18
 32/7 33/9 33/19 35/4 36/17 39/14 39/15 40/1
 40/1 45/11 45/11 45/14 45/15 46/14 46/15
 47/23 48/4 50/12 50/13 50/13 54/14 54/14
 54/24 55/23 56/5 56/8 56/12 58/13 63/10 64/2
 67/25 74/4 75/3 77/22 77/23
thing [9]  20/8 23/16 29/5 36/2 44/11 45/25
 46/24 47/9 64/24
things [11]  13/10 13/19 15/12 38/5 47/23
 54/20 56/15 57/7 60/24 63/12 76/10
think [77]  4/10 6/13 6/14 6/16 7/4 7/5 9/3
 9/21 9/21 9/23 10/2 10/8 10/19 10/20 10/23
 11/17 11/21 12/2 12/6 12/12 13/16 13/24
 16/7 20/10 20/25 23/14 23/19 24/5 31/18
 36/13 36/24 37/22 41/1 41/2 42/15 42/17
 42/17 43/20 47/19 47/19 47/22 47/22 47/23
 47/25 50/11 52/19 52/24 54/8 54/13 55/8
 56/7 56/9 56/10 56/22 56/24 57/8 60/4 61/4
 61/15 62/7 62/13 62/19 62/20 63/8 63/9 63/10
 63/15 64/23 65/25 68/19 75/5 76/9 76/11
 77/17 77/20 79/3
thinking [3]  43/11 63/11 76/10
thinks [1]  67/11
third [5]  2/12 9/25 35/24 71/23 72/2
this [115]
Thomas [2]  25/16 38/20
thorough [1]  36/2
those [9]  17/3 23/10 23/11 23/13 23/15 30/16
 43/25 52/14 60/24
though [1]  35/4
thought [6]  11/19 17/1 23/12 36/21 61/24
 78/8
thousand [1]  26/21
threatening [4]  58/17 58/18 59/8 59/10
threatens [2]  58/20 58/24
three [20]  6/17 8/7 9/7 14/12 19/24 20/12
 20/15 20/20 20/23 22/11 30/13 39/2 39/5
 39/21 41/16 45/15 45/20 46/5 71/7 72/23
threshold [1]  38/15
through [26]  6/8 17/17 21/2 21/7 32/9 32/10
 33/16 36/3 59/20 59/21 59/21 66/4 69/18 70/7
 70/21 70/24 71/2 71/4 71/8 72/20 76/9 76/20
 78/19
throwing [1]  58/17

Thus [2]  20/14 20/22
time [22]  2/25 4/9 10/23 15/2 17/19 17/19
 24/19 46/4 46/5 46/6 49/21 54/18 55/25 56/2
 56/8 56/24 64/8 65/17 67/14 71/17 73/16
 78/11
times [7]  20/9 26/20 27/15 40/3 45/15 45/20
 64/17
today [5]  5/14 5/16 6/25 9/16 10/22 50/17
 52/6 52/25 65/14 65/19 68/18 69/8
together [1]  11/3
toilet [1]  49/20
told [3]  9/20 29/15 55/12
too [8]  4/7 9/18 9/23 10/20 46/8 50/13 64/1
 69/17
took [7]  2/24 4/18 17/21 34/23 35/5 45/8
 61/15
tooth [1]  59/14
tortured [1]  68/4
total [5]  33/6 40/23 41/13 72/21 72/22
totality [1]  20/25
totally [1]  47/21
tough [2]  46/4 62/11
toward [1]  59/23
towards [1]  60/19
track [1]  7/18
training [1]  66/23
transcript [13]  1/10 18/11 18/12 21/8 23/25
 28/25 39/18 39/20 65/15 65/18 65/19 80/2
 80/7
transcripts [1]  35/3
translate [1]  69/19
transport [3]  15/15 29/20 32/5
transporting [1]  15/14
Travis [1]  34/20
treatment [7]  47/10 66/23 71/18 71/20 71/21
 71/25 79/12
treats [2]  43/8 43/8
Trecki [12]  5/4 27/1 29/7 29/17 31/19 32/2
 38/13 38/18 39/4 39/7 43/5 55/12
Trecki's [3]  27/7 36/15 39/17
trespassing [1]  67/17
trial [15]  3/11 3/15 3/16 4/4 14/22 14/23 15/7
 19/15 21/2 23/6 23/23 24/16 59/22 65/16 66/5
tried [2]  43/20 43/22
trier [1]  31/23
troubled [1]  44/13
troublesome [1]  45/4
true [2]  55/14 57/9
truth [1]  29/13
try [1]  56/8
trying [9]  4/23 5/18 7/2 12/5 39/20 44/3
 46/24 55/1 56/18
turn [1]  31/6
turning [1]  56/17
turns [1]  5/21
twice [1]  47/15
two [26]  2/23 3/21 6/16 8/5 8/9 14/7 20/1
 23/4 24/16 30/24 32/3 39/5 40/24 45/11 45/15
 45/20 46/12 47/18 51/13 53/14 56/25 65/2
 65/16 65/25 66/14 69/18
two-week [1]  65/16
type [4]  40/5 45/23 45/25 47/9
types [1]  45/11
Tyson [1]  30/9

**U**

U.S [1]  71/17
ultimate [2]  6/13 33/5
ultimately [9]  10/4 12/5 28/13 32/21 32/22
 33/5 37/23 57/13 69/1
um [1]  62/22

**U**

um-m-m [1] 62/22
unable [1] 77/3
unadjudicated [1] 59/6
unchanged [1] 51/12
under [20] 5/15 14/17 16/20 20/2 22/22 23/4
 24/7 24/21 36/22 41/14 42/13 46/12 48/5
 51/24 53/21 56/20 58/13 62/8 62/20 67/5
undercover [1] 20/6
underneath [2] 24/10 58/15
understand [5] 4/21 32/13 38/14 55/9 75/7
understandably [1] 36/12
understanding [2] 53/19 65/7
understands [1] 14/7
understood [1] 11/12
unfair [2] 6/25 52/2
Unfortunately [1] 68/13
unit [1] 28/8
UNITED [19] 1/1 1/4 1/11 1/16 2/2 2/16 2/20
 29/25 30/9 30/10 31/24 34/5 34/17 34/19
 34/20 34/25 48/9 49/7 65/24
units [1] 28/10
University [3] 25/19 45/6 45/8
unknown [2] 19/2 20/23
unless [3] 23/24 52/11 76/8
unrealistic [1] 47/3
until [4] 10/11 46/5 64/9 64/9
unwarranted [1] 67/1
up [23] 3/17 4/5 18/14 18/25 19/3 19/5 21/9
 22/3 29/10 35/17 36/5 37/20 42/8 44/15 45/2
 61/4 61/20 68/12 68/23 69/17 72/8 79/17
 79/24
Upon [1] 71/6
uptake [2] 32/12 55/10
us [10] 11/15 24/22 40/25 50/25 51/19 54/16
 57/2 61/13 66/11 75/13
use [5] 38/15 55/11 56/12 60/16 70/6
used [6] 5/19 18/16 20/23 27/8 48/22 68/14
using [6] 19/3 24/25 27/2 51/5 54/7 60/24

**V**

valid [2] 7/11 43/24
variance [21] 13/14 13/24 16/2 33/13 40/16
 41/1 41/4 41/25 42/2 42/14 42/24 49/10 52/19
 57/4 57/7 61/3 61/7 61/9 70/7 72/6 72/15
variant [1] 44/13
variations [1] 53/18
varies [1] 45/1
vary [6] 52/20 60/25 68/5 68/6 68/6 70/14
vehicle [1] 59/13
vehicles [1] 18/19
verbatim [1] 32/4
verification [1] 7/10
versus [14] 2/3 29/25 30/9 30/11 31/24 34/5
 34/6 34/17 34/19 34/20 35/1 48/3 48/9 49/7
very [22] 10/11 10/19 29/13 34/1 35/13 35/15
 35/15 40/6 40/6 46/14 47/22 47/23 57/9 65/16
 65/16 67/4 67/15 68/11 68/23 68/23 68/24
 78/19
VI [5] 41/14 51/4 51/11 51/16 62/3
victim [1] 59/1
victim's [1] 58/8
victims [2] 58/20 67/3
video [3] 5/1 5/5 5/6
view [3] 47/12 79/1 79/4
violations [1] 67/14
violence [1] 49/6
violent [6] 49/11 59/7 59/19 59/24 60/18
 60/23
Violently [1] 60/7

vitro [2] 27/2 38/1
vivo [2] 27/2 38/1
vocational [1] 66/23

**W**

waistband [1] 58/25
want [30] 4/19 6/5 13/2 23/16 23/21 29/22
 32/16 32/17 32/18 37/3 37/6 53/23 54/9 54/14
 54/24 55/18 55/18 55/20 56/23 56/23 57/8
 57/21 58/1 60/16 61/2 63/3 63/19 63/23 65/18
 80/2
wanted [7] 15/3 28/16 35/25 37/15 47/17
 53/18 74/11
wants [4] 31/5 41/1 61/22 62/23
warehouse [1] 64/25
warehousing [1] 64/12
was [182]
wasn't [4] 9/4 19/14 23/23 33/19
watching [1] 15/7
way [19] 3/2 8/15 9/19 11/25 43/8 44/22
 45/19 46/23 56/20 59/5 61/11 62/13 62/17
 64/1 68/21 74/23 77/18 77/20 78/8
ways [3] 61/10 68/15 68/17
we [151]
we'll [1] 70/10
weapon [2] 33/23 24/4 24/17
week [2] 57/2 65/16
weeks [1] 31/22
welfare [1] 43/14
well [33] 4/21 7/18 9/5 10/23 14/23 15/20
 18/1 19/10 19/13 21/25 22/5 24/13 27/10
 29/24 31/9 32/14 32/18 37/13 38/4 38/10
 38/11 38/21 39/7 50/16 50/24 60/8 64/3 68/10
 72/12 73/7 74/18 76/9 80/4
went [8] 7/7 7/20 9/12 9/14 47/5 59/20 59/21
 59/21
were [48] 3/22 4/11 4/11 4/11 6/7 8/14 8/17
 13/18 14/12 14/18 15/7 15/14 15/19 15/21
 16/14 16/14 16/14 16/18 17/1 17/3 17/4 17/23
 18/19 19/2 21/11 21/14 21/18 22/7 22/16
 22/18 23/12 26/7 28/9 29/23 35/20 38/20
 39/12 42/19 46/14 47/12 50/19 51/25 52/8
 52/11 62/23 63/11 70/3 73/15
WEST [4] 1/2 1/7 1/17 1/23
what [81]
whatever [3] 32/18 56/3 75/12
whatsoever [2] 16/17 33/23
when [46] 6/7 6/8 8/25 9/16 11/18 11/20
 15/12 18/1 18/6 19/1 22/4 31/19 33/22 35/23
 39/7 39/10 39/12 39/21 43/15 45/24 46/5 47/1
 47/5 52/19 53/9 53/13 54/8 54/20 55/8 56/4
 58/8 58/10 61/12 65/15 68/2 68/6 68/19 69/4
 70/13 73/13 73/23 74/19 75/12 76/1 78/23
 79/7
where [26] 5/15 10/13 10/14 24/22 26/13
 29/11 35/5 36/17 37/20 42/9 44/19 50/7 50/21
 51/19 55/19 56/22 58/13 58/16 58/24 60/20
 61/15 61/17 64/11 71/10 72/9 73/2
whether [22] 7/21 8/21 8/23 10/8 11/14 12/10
 16/12 20/20 25/5 25/8 25/11 27/24 32/16 44/7
 46/1 49/10 57/13 58/3 58/3 69/6 78/14 79/1
 79/18
which [42] 3/23 3/24 7/11 14/7 15/10 15/13
 15/25 23/2 23/11 24/19 26/9 27/13 30/1 31/10
 34/23 36/16 38/3 38/8 38/14 39/21 39/23
 41/25 45/5 45/25 50/20 52/21 53/10 53/16
 55/13 56/20 59/17 61/25 65/22 66/1 69/23
 70/4 71/15 73/1 74/14 76/25 77/11 78/19
while [5] 43/16 67/11 68/13 72/5 80/1
who [15] 11/3 11/5 17/23 17/24 20/3 20/5

21/10 22/4 22/7 25/18 26/25 54/5 58/4 64/20
 72/12
whole [1] 40/15
whom [2] 15/19 68/10
why [14] 4/14 6/15 7/7 36/5 41/24 42/12
 43/22 43/24 52/2 55/14 56/12 68/25 70/9 72/8
widely [1] 45/1
will [41] 3/18 12/23 13/23 15/2 23/1 23/23
 24/7 29/3 32/3 37/7 37/8 40/24 41/11 41/24
 43/11 47/4 47/9 60/3 63/13 63/13 65/2 65/4
 65/8 65/14 65/15 65/20 69/7 69/20 71/21 72/1
 74/7 74/22 75/25 78/22 79/4 79/5 79/17 79/25
 80/1 80/1 80/2
willing [1] 12/12
win [1] 55/21
window [1] 56/7
wish [1] 80/4
withdraw [1] 60/3
withdrawn [1] 24/6
within [4] 13/25 28/3 69/10 71/8
without [10] 7/6 46/13 49/12 51/13 51/17
 63/5 67/6 69/22 74/24 75/5
witnesses [2] 3/2 57/4
woman [1] 59/14
won't [2] 32/14 36/1
word [1] 55/15
words [2] 50/5 56/12
work [2] 36/18 80/2
worked [1] 46/8
working [5] 6/10 6/18 46/11 74/4 74/5
works [3] 46/19 73/23 77/20
worst [1] 50/14
worth [1] 69/3
worthy [1] 63/15
would [76] 3/12 3/24 6/25 11/7 12/1 12/11
 14/19 16/8 18/7 18/14 18/17 19/3 19/4 19/5
 19/11 24/11 26/8 29/5 32/22 33/9 33/11 37/2
 37/9 37/20 41/3 41/5 45/20 47/21 48/13 49/1
 49/11 50/6 51/3 51/5 51/10 51/12 51/13 51/14
 51/16 53/2 53/15 60/17 60/20 61/3 61/6 61/7
 61/17 61/20 61/23 62/22 62/25 63/8 63/9 64/8
 64/20 69/7 70/1 70/5 70/6 70/21 70/23 70/24
 73/19 74/15 74/20 74/23 75/1 75/9 75/11 76/5
 77/9 77/18 77/19 78/12 79/11 79/19
wouldn't [3] 8/24 11/7 17/11
write [2] 50/21 69/20
written [6] 40/19 41/3 63/15 63/15 65/8 66/9
wrong [8] 7/19 7/20 10/3 16/11 32/21 38/13
 51/1 64/14
wrote [1] 47/13

**Y**

year [2] 39/6 72/16
years [14] 41/16 46/18 46/20 62/10 62/19
 64/8 64/16 64/18 64/21 65/1 67/9 71/7 72/23
 77/13
yes [41] 4/13 7/16 7/24 9/17 11/2 12/10 12/17
 12/25 13/2 13/6 19/9 29/9 31/13 33/8 33/8
 37/11 40/12 40/14 40/17 41/20 41/22 42/21
 49/18 52/7 53/7 53/21 61/14 64/15 70/8 71/5
 73/5 73/8 73/25 75/8 75/24 76/7 77/5 77/6
 78/1 79/11 79/14
yet [2] 77/22 77/23
York [1] 25/19
you [195]
young [4] 64/7 64/25 68/11 72/16
younger [1] 68/1
your [66] 4/19 7/20 9/1 9/5 10/4 11/17 12/9
 12/11 13/2 14/3 15/4 15/5 16/10 19/9 19/12
 23/8 31/11 31/14 32/15 33/4 33/16 33/17
 33/24 34/10 35/2 35/5 36/14 36/21 36/23

**Y**

your... [37]  38/22 39/10 40/5 41/24 42/1 42/3
 42/6 42/12 42/23 50/1 50/4 50/5 50/17 50/19
 51/24 52/9 53/7 55/17 56/24 57/3 59/10 61/19
 64/6 64/17 68/8 68/8 68/12 68/14 68/22 69/6
 69/15 71/5 74/18 76/2 76/19 77/9 78/3
your ass [1]  59/10
yours [1]  77/20
yourself [2]  69/2 69/14
youth [1]  68/9